UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OCT 10 2003
FILED
2003 NOV 10 P 4:45
US DISTRICT COURT
BRIDGEPORT CT

SHAWN L. ROBINSON,
    PLAINTIFF,

V.

CIVIL NO. 02-CV-1943 (CFD)

MICHAEL L. HOLLAND, ET AL.,
    DEFENDANTS

## PLAINTIFF'S COMPLIANCE TO COURT ORDER

PLAINTIFF RESPECTFULLY COMES BEFORE THIS HONORABLE COURT TO SEND COPIES OF HIS GRIEVANCES IN THIS HERE CIVIL ACTION, PURSUANT TO ITS ORDER ON DECEMBER 12, 2002, TO SHOW HE EXHAUSTED ALL OF HIS ADMINISTRATIVE REMEDIES IN HIS COMPLAINT.

PLAINTIFF HAS ALREADY FILED HIS AMENDED COMPLAINT AND A SECOND AMENDED COMPLAINT TO ADD ANOTHER DEFENDANTS NAME (JOHN ZIERUT, JR.) TO REPLACE ONE OF THE JOHN DOES.

ALSO, PLAINTIFF HAS WROTE THE DEPARTMENT OF CORRECTION FOR THE NAMES AND ADDRESSES OF THE DEFENDANTS, BUT HE HASN'T GOTTEN ANY RESPONSE.

WHEREFORE, PLAINTIFF ASK THAT HIS COMPLAINT BE SERVED ON THE DEFENDANTS.

OCTOBER 2, 2003

RESPECTFULLY SUBMITTED,
Mr. Shawn L. Robinson
MR. SHAWN L. ROBINSON
THE PLAINTIFF PRO SE.

**STATE OF CONNECTICUT**
*DEPARTMENT OF CORRECTION*
24 WOLCOTT HILL ROAD
WETHERSFIELD, CONNECTICUT  06109

December 30, 1997

Mr. Shawn L. Robinson
#148846
287 Bilton Road
Somers, CT.  06071

Dear Mr. Robinson:

This is in response to your letter in which you alleged staff assault and harassment at Northern Correctional Institution.

A complete and thorough Investigation of your complaint was conducted by the Security Division.

There is no substantive evidence that Officer Serkosky is the cause of any problems you claim to be having at Northern Correctional Institution. The investigation did not find evidence to support your claim.

Sincerely,

Dennis C. Coyle
Director of Security


jfe


cc: Warden Giovanny Gomez
    Inmate Master File

*An Equal Opportunity Employer*

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

INTERSTATE COMPACT OFFICE

| | |
|---|---|
| Inmate name ROBINSON S | Inmate No. 148846 |
| Facility WRSP (OUT-OF-STATE) | Housing unit C-409 | Date 1-17-00 |

JAN 21   11 00 AM '00

- [ ] Line grievance
- [x] Line emergency
- [ ] Health grievance
- [ ] Health emergency

**1. Informal resolution.** Attach a copy of Inmate Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

TRANSFERRED OUT-OF-STATE

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

ON NOVEMBER 8, 1999, DOC STAFF BRUTALLY ASSAULTED MR. ROBINSON AT NORTHERN CI, PRIOR TO HIS TRANSFER AND SERIOUSLY INJURED HIM. STAFF DENIED HIM MEDICAL TREATMENT AND TOOK HIS EYE-GLASSES. DOC STAFF HOLLAND, DEARY, FALK, SERIOSKY, WARCZYK AND OTHERS VICIOUSLY ATTACK HIM WITHOUT PROVOCATION AND ARE TRYING TO COVER IT UP!

**3. Action requested.** Describe what action you want taken to remedy the grievance.

PROVIDE THE FULL NAMES OF ALL THE STAFF INVOLVED — NOTIFY THE STATE POLICE OF THIS CRIME — PRESERVE ALL EVIDENCE — PROVIDE COPY OF PICTURES & REPORTS — RETURN EYE-GLASSES — PROVIDE MEDICAL AID.

Inmate signature SHAWN L. ROBINSON

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. 2VA-00-10 | T no. | | |
|---|---|---|---|
| Date received 1/21/00 | Disposition Denied | | Date of disposition 2/14/00 |

Grievance issue: Names of staff, photos and reports relative to incident on 11/8/99. Location of eyeglasses. ~~Medical aid.~~

**Reasons**

With regards to the names of DOC and TransCor staff, state police notification, evidence collection and requests for pictures and photos, the grievance is denied as the DOC and the State Police are currently investigating the matter. With respect to medical aid, the grievance is denied as you were seen by medical staff at WRSMU on 11/8/99 and at WRSP upon arrival on 11/9/99. You may request to see medical at WRSP if you feel you need medical care. With respect to the eyeglass request, your grievance is upheld. WRSP has ordered new glasses for you.

Level-1 reviewer L Mills



# STATE OF CONNECTICUT

*DEPARTMENT OF CORRECTION*
*OFFENDER CLASSIFICATION & POPULATION MANAGEMENT UNIT*
*1151 East Street South*
*Suffield, Connecticut 06078*

February 14, 2000

Shawn Robinson
VA# 275871
CT# 148846
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

Dear Mr. Robinson:

I am responding to your letter dated 1/17/00. Attached is a response to one of your grievances relative to an incident on 11/8/99. The other two grievances are being reviewed and you will receive responses in the future.

You request the same information in your letter as you did in the attached grievance. The matter is under investigation by the Connecticut State Police and the Security Division, so no information may be provided at this time. Any questions regarding the investigation may be directed to Director Santopietro, Security Division, at 24 Wolcott Hill Road, Wethersfield, CT 06109.

Your issues regarding property and classification will be answered in the other grievance responses.

With respect to obtaining a copy of the contract between Connecticut and Virginia for the housing of inmates in Virginia, be advised that in approximately two weeks, there will be several copies of the contract in the Wallens Ridge State Prison library. Inmates may borrow the contract just as they borrow books. If you prefer to purchase a copy, you may submit a request at WRSP, where the copying cost is 15 cents per page; or you can purchase a copy through the Connecticut Department of Correction at a cost of 25 cents per page. The contract is 25 pages long.

Sincerely,

Lynn Milling
Interstate Compact Supervisor

Attachment

Cc:   Asst. Warden Harvey, WRSP
      Capt. Masella, CTDOC On-Site Monitor
      Director Santopietro, Security, CTDOC

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

INTERSTATE COMPACT OFFICE
JAN 21  11 00 AM '00

| Field | Value |
|---|---|
| Inmate name | ROBINSON, S |
| Inmate No. | 148846 |
| Facility | WRSP — (OUT-OF-STATE) |
| Housing unit | C-404 |
| Date | 1-17-00 |

☑ Line grievance  ☐ Line emergency  ☐ Health grievance  ☐ Health emergency

1. **Informal resolution.** Attach a copy of Inmate Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

   TRANSFERRED OUT-OF-STATE

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

   ON NOVEMBER 8, 1999, MR. ROBINSON WAS TRANSFERRED TO VIRGINIA'S LEVEL SIX (6) STATE PRISON (WALLENS RIDGE) AND PLACED IN THE SHU. MR. ROBINSON IS BEING UNLAWFULLY KEPT ON A.S. STATUS OUT-OF-STATE, BECAUSE CONN SO DESIRES. CONN CAN ONLY KEEP A CONN PRISONER ON A.S. STATUS IN CONN.

3. **Action requested.** Describe what action you want taken to remedy the grievance.

   PROPERLY CLASSIFY MR. ROBINSON BACK TO A LEVEL FOUR (4) AND RELEASE THE A.S. TETHER OFF OF HIM, SO VIRGINIA DOC STAFF CAN PROPERLY CLASSIFY HIM INTO THEIR SYSTEM.

Inmate signature: SHAWN L. ROBINSON

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. | 2VA-00-06 | T no. | |
|---|---|---|---|
| Date received | 1/21/00 | Disposition | Denied |
| | | Date of disposition | 2/17/00 |

Grievance issue: Continued Placement on A.S. status

**Reasons**

Inmates transferred from Connecticut to Virginia may be continued in the status they were in when they left Connecticut. You left from Northern in A.S. status, and according to CT classification you continue to be in A.S. status. If Virginia were to deem you an appropriate candidate to release you from their Administrative Segregation status, you would continue to be on A.S./level 5 status in CT.

Level-1 reviewer: [signature]

# VIRGINIA DEPARTMENT OF CORRECTIONS
# EMERGENCY GRIEVANCE FORM

Log # N⁰ 80538

**Definition:** Emergencies are defined as situations or conditions which may subject the inmate to immediate risk of serious personal injury or irreparable harm.

ROBINSON        SHAWN        275871        WRSP        D-517
Inmate Last Name   First        No.        Institution/Bldg. #    Cell #

## PART A - INMATE CLAIM

What is the emergency? ON THE 8TH NOVEMBER 1999, MR. ROBINSON WAS BRUTALLY ASSAULTED AND HIS LEFT-LOWER LEG WAS SERIOUSLY INJURED AS A RESULT OF SAID ASSAULT. ON THE 12TH NOVEMBER 1999 MEDICAL PROMISED TO X-RAY IT FOR A FRACTURE. MR. ROBINSON IS FORCED TO WALK ON IT AND MIGHT CAUSE IRREPARABLE INJURY.

17TH NOVEMBER 1999/10:40 HRS        SHAWN L. ROBINSON #275871
Date / Time                        Signature of Inmate & Number

## PART B - STAFF RESPONSE
(This part is to be completed and returned to the inmate within eight (8) hours.)

[X] Your grievance does not meet the definition for an emergency. Reason/s:
YOU WILL RECIEVE A X-RAY AS ORDERED PER MD.

[ ] Your grievance has been determined to be an emergency and the following action has been taken:

11 17 99.  12:19.        [signature]
Date / Time                Respondent / Title

**Distribution:** Original Grievance returned to Inmate
Copy forwarded to Institutional Ombudsman/Grievance Coordinator

[Detach here]

## PART C - RECEIPT        Log # N⁰ 80538

Robinson        Shawn        275871        WRSP        D-517
Inmate Last Name   First        No.        Institution/Bldg. #    Cell #

I acknowledge receipt of this complaint from the above inmate. [Complete and issue to inmate if taking from his/her presence for response.]

* 17 NOV 99   1045 AM        [signature]
Date / Time                Recipient's Signature (Staff Member)

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) Request for Services/Information  
( ) Complaint

11/24/99

ATTACHMENT B(5)

Place a check (✓) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. Please print your name, number, and housing unit clearly.

Inmate Name **ROBINSON, S**   Number **275871**   Housing Unit/Cell **D-517**

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
( ) Counselor (name) _____
(✓) Other (name) **MR. WISNOT, INTERNAL AFFAIRS**

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
( ) Maintenance

( ) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ) Safety Officer

Explain the reason for your request/complaint in the space provided.
Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.

ON THE 8TH NOVEMBER 1999, MR. ROBINSON WAS BRUTALLY ASSAULTED AND SERIOUSLY INJURIES — MR. ROBINSON WANTS TO FILE A FORMAL COMPLAINT AND PRESS CRIMINAL CHARGES AGAINST THE INDIVIDUALS THAT ASSAULT HIM — ALSO, MR. ROBINSON WANTS TO MAKE A FORMAL COMPLAINT OF STAFF HARASSMENT AND MR. HARVEY TOLD HIM TO WRITE YOU.

Inmate Signature **SHAWN L. ROBINSON**   Date **23RD NOV 1999**

## Staff Response

Inmate Interviewed  ( ) Yes  (✗) No
Action Taken:

YOUR ASSAULT COMPLAINT REFERS TO AN INCIDENT THAT OCCURRED PRIOR TO YOUR ARRIVAL AT WRSP. CT. CAPT MAYNARD IS AWARE OF THIS. IF YOU HAVE A COMPLAINT CONCERNING THIS INSTITUTION, YOU NEED TO BE MORE SPECIFIC. S/A J.R. WISNOT 11/24/99

Staff Signature _____   Date _____

...MENT
...GE STATE PRISON
NOV 16 1999

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(√) REQUEST FOR SERVICES/INFORMATION
( ) COMPLAINT

### INSTRUCTIONS
Place a check (√) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. Please print your name, number, and housing unit clearly.

### PLEASE PRINT CLEARLY
Inmate Name ROBINSON, S    Number 275871    Housing Unit/Cell D-517

This request/complaint is directed to:

| | | |
|---|---|---|
| ( ) Warden | ( ) A Unit Security Supervisor | ( ) Medical Dept. |
| ( ) Assistant Warden of Operations | ( ) B Unit Security Supervisor | ( ) Dentist |
| ( ) Assistant Warden of Programs | ( ) C Unit Security Supervisor | ( ) Psychologist |
| ( ) Chief of Security | ( ) D Unit Security Supervisor | ( ) Laundry Manager |
| ( ) Treatment Program Supervisor | ( ) Personal Property | ( ) Food Services |
| ( ) Institutional Investigator | ( ) Safety Officer | ( ) Records Manager |
| ( ) Disciplinary Hearings Officer | ( ) Institutional Ombudsman | ( ) Business Manager |
| ( ) Mailroom | ( ) Maintenance Dept. | ( ) Chaplain |

(√) Counselor (name) S. HUFF D-UNITS COUNSELOR
( ) Other (name) _____

Explain the reason for your request/complaint in the space provided.
Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific

IN REFERENCE TO YOUR RESPONSE PLEASE BE ADVISED THAT MR. ROBINSON WAS PHYSICALLY ASSAULTED IN THE STATE OF CONNECTICUT BY DOC STAFF ON NOVEMBER 8, 1999. MR. ROBINSON WANTS TO REPORT THIS CRIME TO THE PROPER AUTHORITIES BECAUSE HE WANTS TO FILE A FORMAL COMPLAINT AND PRESS CRIMINAL CHARGES AGAINST THESE INDIVIDUALS — PLEASE NOTIFY THE CONN STATE POLICE AND U.S. ATTORNEY STEPHEN C. ROBINSON THAT MR. ROBINSON HAS BEEN INJURED AND HE WANTS TO PRESS CHARGES.

Inmate signature SHAWN L. ROBINSON    Date 10TH NOVEMBER 1999

## Staff Response
Inmate Interviewed ( ) yes ( ) no
Action Taken _____

This has been turned in to the Internal Affairs and Connecticut knows of this already

Staff Signature Counselor Eaton    Date 11-17-99

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(√) Request for Services/Information
( ) Complaint

_ATTACHMENT B(3)_

Place a check (√) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. Please print your name, number, and housing unit clearly.

Inmate Name _ROBINSON S_   Number _275871_   Housing Unit/Cell _D-517_

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
( ) Counselor (name) _____
(√) Other (name) _CAPT. MAYNARD_

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
( ) Maintenance

( ) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ) Safety Officer

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

PLEASE PROVIDE MR. ROBINSON A COPY OF HIS LETTER TO THE STATE POLICE — ACKNOWLEDGING THAT IT'S BEING MAILED TO THE STATE POLICE BY YOU

THANK YOU

Inmate Signature _SHAWN L ROBINSON_   Date _13TH NOVEMBER 1999_

## Staff Response

Inmate Interviewed   ( ) Yes   ( ) No
Action Taken:

YOUR STATEMENT WAS FORWARDED TO CT. STATE POLICE ON 11/15/99. I AM SURE THAT THEY WILL CONTACT YOU IN SOME MANNER AND LET YOU KNOW HOW THEY ARE GOING TO PERSUE THE MATTER.

Staff Signature _[signature]_   Date _11/17/99_

MR. SHAWN L. ROBINSON
CT ST NO. 148846
VA ST NO. 275871
WALLENS RIDGE STATE PRISON
P.C. BOX 759
BIG STONE GAP, VA 24219

ATTACHMENT B(3) - PAGE 2.

13TH NOVEMBER 1999

DR. HENRY LEE
COMM. OF PUBLIC SAFETY
111 COUNTRY ROAD
MIDDLETOWN, CT 06457

RE: ASSAULT / BATTERY

    ON THE 8TH NOVEMBER 1999, SHAWN L. ROBINSON WAS PHYSICALLY ASSAULTED BY DOC STAFF HOLLAND, MANLEY, FANEUFF, DEARY, WARCZYK, FALK, RHODES, SABATTINI, PEPE AND OTHERS. WHILE MR. ROBINSON WAS IN FULL-RESTAINTS UNABLE TO DEFEND HIMSELF. THIS ASSAULT WAS WITHOUT PROVOCATION AND RESULTED IN MR. ROBINSON SUFFERING SERIOUS INJURIES TO HIS EYES, FACE, HEAD, BACK, LEGS, ARMS AND GROIN.

    MR. ROBINSON WANTS TO FILE A FORMAL COMPLAINT AND PRESS CRIMINAL CHARGES AGAINST THESE INDIVIDUALS INCLUDING NEAL KEARNEY, MICHAEL LAJOIE, TOM COATES, DAVID SERKOSKY, MICHAEL ZACHAREWICZ, CORREA AND FAUCHER FOR ACCESSORY TO THIS CRIME.

    MR. ROBINSON WAS INSTRUCTED TO REPORT THIS CRIME VIA CAPT. MAYNARD OF CONN DOC SECURITY DIVISION BECAUSE MR. ROBINSON WAS TRANSFERRED OUT-OF-STATE TO THE STATE OF VIRGINIA AFTER HE WAS ASSAULTED.

— CONTINUE TO THE OTHER SIDE —

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) Request for Services/Information
( ) Complaint

**RECEIVED SAFETY**

ATTACHMENT B(5)

NOV 22 1999

WALLENS RIDGE STATE PRISON

Place a check (√) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. Please print your name, number, and housing unit clearly.

Inmate Name **ROBINSON S**   Number **275871**   Housing Unit/Cell **D-517**

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
( ) Counselor (name)_____
( ) Other (name)_____

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
( ) Maintenance

( ) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
(✓) Safety Officer

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

PLEASE TAKE SOME PICTURES OF MR. ROBINSON'S HEAD BECAUSE HE HAS LITTLE BALL SPOTS AND THIN PATCHES OF HAIR FROM WHERE CONN. DOC STAFF BEAT HIM IN HIS HEAD AND PULLED OUT HIS HAIR ON THE 8TH NOVEMBER 1999 MR. ROBINSON WILL LIKE ALL OF THIS DOCUMENTED BEFORE HE CUTS HIS HAIR — IF POSSIBLE PLEASE ALLOW HIM TO USE SOME SCISSORS TO CUT HIS HAIR OWN.

Inmate Signature **SHAWN L. ROBINSON**   Date **17TH NOVEMBER 1999**

## Staff Response

Inmate Interviewed   ( ) Yes   (✓) No
Action Taken:

THE RECENT PICTURES THAT WAS TAKEN ON NOVEMBER 10, 1999 AT YOUR CELL WAS ORDERED BY THE CHIEF OF SECURITY AT WALLENS RIDGE. ANY REQUESTS OF ANY OTHER PICTURES, WILL NEED TO BE DIRECTED TO THE CHIEF OF SECUR. IF YOU ARE PLANNING TO RECEIVE A HAIR CUT, YOU NEED TO CONTACT YOUR D-BUILDING SUPERVISOR. HAIR CUTS ARE DONE BY ASSIGNED BARBERS IN EACH POD HOUSING UNIT.

Staff Signature **William - I.S.S.**   Date **11-22-99**

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) Request for Services/Information
( ) Complaint

_ATTACHMENT B (8)_

Place a check (√) next to the individual or department to whom you wish to respond to your request/compl
Forward the form through the institutional mail. **Please print your name, number, and housing unit cle**

Inmate Name __ROBINSON S__    Number __27587/__    Housing Unit/Cell __D-517__

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
(✓) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
( ) Counselor (name)_____
( ) Other (name)_____

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
( ) Maintenance

( ) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ) Safety Officer

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

YOU PROMISED MR. ROBINSON THAT YOU'LL ALLOW HIM TO SEE INTERNAL AFFAIRS AND VIRGINIA STATE POLICE ABOUT THE CRIME THAT HAPPENED TO HIM IN CONN WHEN DOC STAFF BRUTALLY ASSAULTED HIM ON THE EIGHTH DAY OF NOVEMBER 1999 — PLEASE NOTIFY INTERNAL AFFAIRS AND THE STATE POLICE, SO MR. ROBINSON CAN REPORT THIS CRIME TO THE PROPER AUTHORITIES.

Inmate Signature __SHAWN L. ROBINSON__    Date __23RD NOV 1999__

## Staff Response

Inmate Interviewed    ( ) Yes    (✓) No
Action Taken:

Internal Affairs have been notified.

Staff Signature _____    Date __11-24-99__

( ) REQUEST FOR SERVICE/INFORMATION
(✓) COMPLAINT

**INSTRUCTIONS:** Place a check mark next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. Please print clearly.

INMATE NAME/NUMBER ROBINSON, SHAWN / 275871    HOUSING C/409

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Shift Commander
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Counselor (Name) ____
(✓) Other (Name) GRIEVANCE COORDINATOR

( ) A Unit Security Supervisor
( ) B Unit Security Supervisor
( ) C Unit Security Supervisor
( ) D Unit Security Supervisor
( ) Personal Property
( ) Safety Officer
( ) Institutional Ombudsman
( ) Recreation Supervisor
( ) Maintenance Department

( ) Medical Dept. (Physician N...
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Service Manager
( ) Records Manager
( ) Business Manager
( ) Chaplain

Explain the reason for your request/complaint in the space provided. **DO NOT ADD ATTACHMENTS.** Be specific. Only [one] issue per form.

PLEASE EXPLAIN WHY HAVEN'T YOU PROVIDED MR. ROBINSON WITH A RECEIPT FOR HIS GRIEVANCE HE SENT BACK TO YOU LAST WEEK 14TH DECEMBER 1999 ALONG WITH THE REQUEST/RESPONSE TO SAFETY OFFICER GILLIAM ABOUT NOTIFYING THE STATE POLICE OF THE HATE CRIME THAT TOOK PLACE ON NOVEMBER 8 1999 BY DOC STAFF AGAINST HIM AND PROVIDE HIM WITH PHOTOCOPIES OF THE PICTURES AND MEDICAL REPORTS OF THE BRUISES AND INJURIES HE SUSTAINED. THE REQUEST CAME BACK WITHOUT THE GRIEVANCE DATED DECEMBER 5 1999.

Inmate Signature/Number SHAWN L. ROBINSON    Date 24TH DECEMBER 1999

---

**STAFF RESPONSE**

INMATE INTERVIEWED: ( ) YES (✓) NO
ACTION TAKEN: You waited to the time limit had up [pined].

Staff Signature B. Rawzee    Date JAN 0 6 2000

**GRIEVANCE DEPARTMENT**
**WALLENS RIDGE STATE PRISON**
**REGULAR GRIEVANCE FORM**

JAN 05 2000

LOG # _____

| ROBINSON | SHAWN | 275871 | C | 409 |
|---|---|---|---|---|
| LAST NAME | FIRST | NUMBER | BUILDING | CELL # |

**WHAT IS YOUR COMPLAINT?** (PROVIDE INFORMATION FROM THE INFORMAL PROCESS: WHEN DID YOU SEE THEM, WHAT WAS DONE ETC)

ON THE 8TH NOVEMBER 1999 CONN DOC STAFF BRUTALLY ASSAULTED MR. ROBINSON WITHOUT PROVOCATION AND SERIOUSLY INJURED HIM PRIOR TO HIS TRANSFER HERE AT WALLENS RIDGE PRISON. STAFF HAS REFUSED TO NOTIFY THE STATE POLICE AND ALLOW MR. ROBINSON TO SEE THEM OR PROVIDE HIM PHOTOCOPIES OF THE PICTURES AND MEDICAL REPORTS OF THE INJURIES HE SUSTAINED SO HE CAN REPORT THIS CRIME TO THE PROPER LAW ENFORCEMENT AUTHORITIES.

**WHAT ACTION DO YOU WANT TAKEN?** NOTIFY THE STATE POLICE AND APPROPRIATE LAW ENFORCEMENT AUTHORITIES OF THIS CRIME, AS WELL AS PROVIDE MR. ROBINSON A COPY OF ALL THE PICTURES AND MEDICAL REPORTS THAT STAFF AT NRSP TOOK OF THE INJURIES HE SUFFERED ON NOVEMBER 8 1999.

GRIEVANT'S SIGNATURE: SHAWN L. ROBINSON        DATE SUBMITTED: 4TH JAN 2000

WARDEN/SUPERINTENDENT'S OFFICE

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) Request for Services/Information
( ) Complaint

D-517            ATTACHMENT C

Place a check (✓) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. Please print your name, number, and housing unit clearly.

Inmate Name __ROBINSON S__  Number __275871 / 148846__  Housing Unit/Cell __D-517__

This request/complaint is directed to:

(✓) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
( ) Counselor (name) _____
( ) Other (name) _____

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
(✓) Maintenance

( ) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ) Safety Officer

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

PLEASE PROVIDE MR. ROBINSON WITH AN EMERGENCY TELEPHONE CALL TO HIS ATTORNEY/FAMILY AND THE STATE POLICE IN CONN SO HE CAN INFORM THEM ABOUT DOC STAFF ASSAULTING HIM ON THE 8TH NOVEMBER 1999 AT NORTHERN CI BEFORE TRANSFERING HIM TO WALLENS RIDGE STATE PRISON. MR. ROBINSON IN NO WAY IS TRYING TO HOLD YOU OR STAFF AT THIS FACILITY AT FAULT OR RESPONSIBLE FOR CONN DOC STAFF'S ACTION IN THIS MATTER BUT HE NEEDS STAFF AT THIS FACILITY TO GIVE HIM ACCESS TO THE PHONE.   THANK YOU

Inmate Signature __SHAWN L. ROBINSON__   Date __9TH NOVEMBER 1999__

## Staff Response

Inmate Interviewed   ( ) Yes   (✓) No
Action Taken:

In order to make a phone call the number must be in your call list.

Staff Signature __[signature] CPR__   Date __11/6/99__