UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 11  P 5:31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

SHAWN L. ROBINSON,
  PLAINTIFF,

— VS —

MICHAEL L. HOLLAND, ET AL.,
  DEFENDANTS.

CASE NO. 02-CV-1943 (CFD)

2ND MAY 2004

## MOTION TO SERVE

PLAINTIFF SHAWN L. ROBINSON RESPECTFULLY COMES BEFORE THIS HONORABLE COURT TO ASK THAT THE SUMMONS AND COMPLAINT BE SERVED ON THE NAMED DEFENDANTS IN THIS CIVIL ACTION.

PLAINTIFF HAS PAID THE COMPLETE FILING FEE... AND HAS COMPLIED WITH THE COURT ORDER TO AMEND HIS COMPLAINT, AS WELL AS SENT COPIES OF HIS GRIEVANCES TO SHOW THE COURT THAT HE EXHAUSTED HIS ADMINISTRATIVE REMEDIES. EVEN THOUGH THE EXHAUSTION REQUIREMENTS DID NOT APPLY TO THIS CASE... DUE TO THE FACT THAT THE DEFENDANTS TRANSFERRED THE PLAINTIFF OUT-OF-STATE RIGHT AFTER THEY BRUTALLY BEATEN AND TORTURED HIM... WHERE HE HAD NO DIRECT ACCESS TO CONNECTICUT STATE PRISON OFFICIALS OR ITS PRISON GRIEVANCE SYSTEM.

CASE NO. 02-CV-1943 (CFD)  2ND MAY 2004
PAGE (2.)

## MOTION TO SERVE

 PLAINTIFF REQUEST THAT THE SUMMONS AND COMPLAINT BE SERVED ON THE DEFENDANTS AS SOON AS POSSIBLE... BECAUSE THIS INCIDENT HAPPENED ALMOST FIVE (5) YEARS AGO... AND THE LONG DELAY IN HAVING IT HEARD IS HURTING MY CHANCES IN PROVING IT, SINCE THE DEFENDANTS ARE IN POSSESSION OF SOME OF THE MOST CRUCIAL EVIDENCE AGAINST THEM... LIKE THE VIDEOTAPES AND PICTURES OF THE PLAINTIFF'S BRUISES AND INJURIES... AS WELL AS THE ACTUAL ASSAULT ON PLAINTIFF'S PERSON... THUS THIS DELAY CAN CAUSE THIS EVIDENCE TO BE DESTROYED OR LOST.

 WHEREFORE, PLAINTIFF PRAYS THAT HIS MOTION BE GRANTED AND THE DEFENDANTS BE SERVED.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF PRO-SE:

/S/ Mr. Shawn L. Robinson
MR. SHAWN L. ROBINSON
#430720 - OS 01503529
P.O. BOX 861
TRENTON, NJ 08625-0861