UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
SHAWN ROBINSON                  :
                                :           PRISONER
     v.                         :   Case No. 3:02CV1943(CFD)
                                :
MICHAEL HOLLAND, et al.         :
```

RULING AND ORDER

Plaintiff seeks appointment of pro bono counsel in this action pursuant to 28 U.S.C. § 1915. For the reasons set forth below, plaintiff's motion is denied without prejudice.

The Second Circuit repeatedly has cautioned the district courts against the routine appointment of counsel. See, e.g., Hendricks v. Coughlin, 114 F.3d 390, 393 (2d Cir. 1997); Cooper v. A. Sargenti Co., 877 F. 2d 170, 172 (2d Cir. 1989). The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991).

In his motion, plaintiff states that he has contacted two law firms seeking assistance and has heard from one of them. He does not indicate that he has contacted Inmates' Legal Assistance Program. Because Inmates' Legal Assistance Program will provide legal assistance to inmates when their claims state a prima facie case, the court cannot conclude at this time that plaintiff will

be unable to obtain legal assistance on his own.

Accordingly, plaintiff's motion for appointment of counsel [**doc. #19**] is **DENIED** without prejudice.  Any future motion for appointment of counsel shall indicate why the assistance available from Inmates' Legal Assistance Program is inadequate at this stage of litigation and further document plaintiff's efforts to obtain pro bono counsel on his own.

**SO ORDERED.**

Entered this 25th day of    August, 2004, at Bridgeport, Connecticut.

```
                           /s/
              HOLLY B. FITZSIMMONS
              UNITED STATES MAGISTRATE JUDGE
```