UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN ROBINSON            :
                          :     PRISONER
v.                        :     CASE NO. 3:02CV1943(CFD)
                          :
MICHAEL HOLLAND, et al.   :

### RULING AND ORDER

The plaintiff, Shawn Robinson ("Robinson"), currently an inmate in a New Jersey state correctional facility, brings this civil rights action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. On April 7, 2003, Robinson filed an amended complaint including many new defendants. Robinson now has submitted a second amended complaint.

Rule 15(a), Fed. R. Civ. P., provides that a plaintiff may amend his complaint once as of right before the defendants file their answer. Any further amendment requires leave of court or written consent from the defendants. Robinson did not obtain leave of court before submitting his second amended complaint and has not attached to the complaint written consent from the defendants. Thus, the second amended complaint should not have been entered on the docket.

The Clerk is directed to **strike** the second amended complaint. The operative complaint in this case is the first amended complaint filed on April 7, 2003.

**SO ORDERED** this 21st day of September, 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE