UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
SHAWN ROBINSON                    :
                                  :              PRISONER
     v.                           :    Case No. 3:02C1943(CFD)
                                  :
MICHAEL L. HOLLAND, et al.        :
```

RULING AND ORDER

To enable the U.S. Marshal to effect service of the complaint on the defendants, plaintiff is directed to complete the enclosed Marshal service forms.  Plaintiff should complete one form for each defendant:  Michael L. Holland; Jerry L. Wawezyk; Randy R. Sabettini; John E. Deary; John Norwood; John Falk; Steve Faucher; Steve A. Rhodes; Kevin M. Manley; William D. Faneuff; Eric Seiffert; Neal H. Kearney; B. Correia; Daniel K. Lynch; Wilbur L. Strozier; Robert D. Ames; Richard L. Felton; T. Mitchell; P.A. Kuhlman, Jr.; M. Stucenski; Thomas; D. Smith; J. Knapp, Jr.; L. Daire; B. Chapman; Germond; Raymond Bernard; Cheryl Schreindorfer; Scott Reid; Anthony Napier; B.D. Bendelow; J. Tavariez; Plute; D. Ryan, II; Michael Lajoie; Michael W. Zacharewicz; Patrick Wilcox; Pepe; and Larry J. Myers.  On each form, plaintiff shall include the defendant's full name and complete current work address.  The U.S. Marshal cannot effect service without this information.

Plaintiff shall complete the enclosed service forms and return

them to the court along with one set of completed Notice of Lawsuit and Waiver of Service forms for each defendant and thirty-nine (39) copies of his amended complaint, dated April 1, 2003, within **twenty** days of the date of this order.  Plaintiff is cautioned that failure to return the forms and copies in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT  06604, may result in the dismissal of this case without prejudice and without further notice from this court.

Upon receipt of the forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal.  The U.S. Marshal is directed to serve the complaint on the defendants in their individual capacities and to file returns of service within **sixty (60)** days from the date the service packets are delivered to the U.S. Marshal.

Each defendant is hereby ordered to appear in his or her individual capacity within **sixty (60)** days from the date he or she signs a waiver of service of summons.  In light of this order, plaintiff's motion seeking service [**doc. #22**] is **DENIED** as moot.

**SO ORDERED.**

Entered this 20th day of October, 2004, at Bridgeport, Connecticut.

```
         _____/s/_____
         HOLLY B. FITZSIMMONS
         UNITED STATES MAGISTRATE JUDGE
```