UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 NOV 10 P 5:02

ROBINSON V. HOLLAND, ET AL          DKT # 3:02CV1943(CFD)(TPS)

MOTION FOR AN EXTENSION OF TIME

PLAINTIFF RESPECTFULLY COMES BEFORE THIS HONORABLE COURT TO REQUEST FOR AN EXTENSION OF TIME TO THE RULING AND ORDER OF OCTOBER 20, 2004 BECAUSE HE RECEIVED THE ORDER ON OCTOBER 29, 2004.
ALSO, PLAINTIFF ONLY RECEIVED THIRTY-NINE (39) U.S. MARSHAL SERVICE FORMS AND HE HAS FORTY (40) DEFENDANTS. PLEASE GIVE HIM AN EXTRA TWENTY (20) DAYS TO COMPLETE AND RETURN ALL OF THE FORMS TO THE CLERK OF THE COURT.

RESPECTFULLY SUBMITTED

SHAWN L. ROBINSON
PLAINTIFF PRO SE