UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 22 P 3:53

ROBINSON V. HOLLAND, ET AL - NO.3:02CV1943(CFD)

MOTION FOR APPOINTMENT OF COUNSEL

PLAINTIFF RESPECTFULLY COMES BEFORE THIS HONORABLE COURT TO SEEK ITS APPROVAL FOR APPOINTMENT OF COUNSEL... BECAUSE HE'S UNABLE TO OBTAIN COUNSEL ON HIS OWN.

ALSO, PLAINTIFF WANT TO INFORM THIS COURT THAT THE INMATE'S LEGAL ASSISTANCE PROGRAM TOLD HIM THAT THEIR CONTRACT DOES NOT ALLOW THEM TO PROVIDE REPRESENTATION TO CONNECTICUT MALE PRISONERS AND THEIR PROGRAM IS INADEQUATE... BECAUSE THEY HAD PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT WITHOUT FIRST GETTING PERMISSION AND LEAVE FROM THIS HONORABLE COURT TO FILE ANOTHER AMENDED COMPLAINT, THUS GETTING IT STRICKEN FROM RECORD. THEY HAVE ALSO FAILED TO HELP HIM GET ALL OF THE DEFENDANTS' NAMES AND CERTAIN DOCUMENTS IN THEIR POSSESSION.

WHEREFORE PLAINTIFF PRAYS FOR APPOINTMENT OF COUNSEL.

RESPECTFULLY SUBMITTED

SHAWN L. ROBINSON