```
                                                    FILED

                                                2004 DEC 23  P 2: 28

                                                U.S. DISTRICT COURT
                                                BRIDGEPORT, CONN
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON,<br>*Plaintiff* | CIVIL NO. 02-CV-1943 (CFD) |
| VS. | |
| | **JURY DEMAND** |
| MICHAEL L. HOLLAND, ET AL.<br>*Defendants* | |
| | DECEMBER 20, 2004 |

## MOTION FOR LEAVE TO AMEND

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the plaintiff, Shawn Robinson, respectfully requests leave of court to file the attached amended complaint in the above-captioned civil matter. In support of this motion the plaintiff states as follows:

1.  An amended complaint is necessary to clarify and sufficiently allege the plaintiff's claims for violations of his Constitutional rights.

2.  This Court should grant leave freely to amend a complaint. <u>Forman v. Davis</u>, 371 U.S. 178.

WHEREFORE, plaintiff respectfully requests that the court grant this Motion for Leave to Amend.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,


By _____
Shawn Robinson, PRO SE
#430720
P.O. Box 861
Trenton, NJ 08625-0861


On the Motion
Jessica J. York, Esq.
Inmates' Legal Assistance Program
78 Oak Street
Hartford, CT 06106
Fed. Bar. No.:CT 20666