UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

SHAWN ROBINSON

v.

MICHAEL L. HOLLAND, et al.

2005 JAN -4 P 2:52

PRISONER
Case No. 3:02cv1943(CFD)(TPS)
HARTFORD, CT.

## RULING AND ORDER

Plaintiff seeks leave to amend his complaint. Plaintiff's motion [**doc. #30**] is **GRANTED**.

Previously, plaintiff was granted an extension of time, until December 28, 2004, to complete service papers for the following defendants: Michael L. Holland; Jerry L. Wawezyk; Randy R. Sabettini; John E. Deary; John Norwood; John Falk; Steve Faucher; Steve A. Rhodes; Kevin M. Manley; William D. Faneuff; Eric Seiffert; Neal H. Kearney; B. Correia; Daniel K. Lynch; Wilbur L. Strozier; Robert D. Ames; Richard L. Felton; T. Mitchell; P.A. Kuhlman, Jr.; M. Stucenski; Thomas; D. Smith; J. Knapp, Jr.; L. Daire; B. Chapman; Germond; Raymond Bernard; Cheryl Schreindorfer; Scott Reid; Anthony Napier; B.D. Bendelow; J. Tavariez; Plute; D. Ryan, II; Michael Lajoie; Michael W. Zacharewicz; Patrick Wilcox; Pepe; and Larry J. Myers. The proposed amended complaint adds one defendant, John Zierdt, Jr.

Plaintiff already has received forms to complete for the defendants previously named. In addition, he is directed to complete the enclosed Marshal service form for defendant Zierdt using his full name and current work address and one set of Notice

of Lawsuit and Waiver of Service of Summons forms for defendant Zierdt.

Plaintiff is directed to submit all of the forms previously sent to him and the new forms for defendant Zierdt along with forty (40) copies of his third amended complaint, dated December 20, 2004, to the court within **twenty (20)** days from the date of this order. Plaintiff is cautioned that failure to return the forms and copies in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case without prejudice and without further notice from this court.

Upon receipt of the forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the third amended complaint on the defendants in their individual capacities and to file returns of service within **sixty (60)** days from the date the service packets are delivered to the U.S. Marshal.

Each defendant is hereby ordered to appear in his or her individual capacity within **sixty (60)** days from the date he or she signs a waiver of service of summons.

**SO ORDERED.**

Entered this 4th day of January, 2005, at Hartford, Connecticut.

_____
Thomas P. Smith
United States Magistrate Judge

-2-