| U.S. Department of Justice United States Marshals Service | **PROCESS RECEIPT AND RETURN** See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |
|---|---|

| PLAINTIFF SHAWN L. ROBINSON | COURT CASE NUMBER 3:02CV1943 (CFD) (PS) |
|---|---|
| DEFENDANT MICHAEL L. HOLLAND | TYPE OF PROCESS COMPLAINT |

| **SERVE** ➡ **AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN RAYMOND BERNARD |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 24 WILCOTT HILL RD, WETHERSFIELD CT 06109 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| SHAWN L. ROBINSON #430720 - OS01503529 PO BOX 861 TRENTON NJ 08625-0861 | Number of process to be served with this Form - 285 : ONE |
| | Number of parties to be served in this case : 39 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                    Fold

INDIVIDUAL CAPACITY/IFP
EMPLOYED BY THE D.O.C.

WORKED AT WALKER RECEPTION CENTER AS A MALE PRISON NURSE.

| Signature of Attorney or other Originator requesting service on behalf of: *Shawn L. Robinson* | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER NONE | DATE 08-NOV-2004 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk G.L.W. | Date 2/3/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time ___ am ___ pm |
| | Signature of U.S. Marshal or Deputy G.L.W. |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Mailed 2/3/05
Returned 2/23/05 ~ Unexecuted

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02CV1943 (CFD) |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL L. HOLLAND | COMPLAINT |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SCOTT REID

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

646 MELROSE AVE, NASHVILLE TN 37211

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| SHAWN L. ROBINSON<br>#430720 – OS01503529<br>PO BOX 861<br>TRENTON NJ 08625-0861 | Number of process to be served with this Form - 285 | ONE |
| | Number of parties to be served in this case | 39 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INDIVIDUAL CAPACITY/IFP

EMPLOYED BY TRANSCOR AMERICA, INC. AND ITS PRESIDENT JOHN ZIERDT, JR. THIS AGENCY WAS UNDER CONTRACT BY THE DEPT. OF CORRECTION AT THE TIME.

WORKED AS PART OF THE TRANSPORTATION TEAM

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>NONE | DATE<br>08-NOV-2004 |
|---|---|---|---|
| *Shawn L. Robinson* | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | *a.L.W* | 2/3/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time am / pm |
| | Signature of U.S. Marshal or Deputy *a.L.W* | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Mailed 2/3/05
Returned 2/23/05 = Unexecuted

*FILED MAR -4 U.S.*

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02CV1943 (CFD) (TPS) |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL L. HOLLAND | COMPLAINT |

**SERVE ➤**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| D. RYAN, II |
| ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| 646 MELROSE AVE, NASHVILLE TN 37211 |

**AT**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SHAWN L. ROBINSON
#430720 - OS01503529
PO BOX 861
TRENTON NJ 08625-0861

| Number of process to be served with this Form - 285 | ONE |
|---|---|
| Number of parties to be served in this case | 39 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**INDIVIDUAL CAPACITY/IFP**

ASLO, JOHN ZIERST, JR., IS THE PRESIDENT OF TRANSCOR AMERICA, INC. AND WAS UNDER CONTRACT BY THE D.O.C. OF CONNECTICUT FOR OUT-OF-STATE TRANSFERS.
WORKED AS PART OF THE TRANSPORTATION TEAM FOR TRANSCOR AMERICA, INC.

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Shawn L. Robinson* | | NONE | 08-NOV-2004 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | *a.L.W* | 2/3/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service | Time | am / pm |
| | | Signature of U.S. Marshal or Deputy *a.L.W* |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Mailed 2/3/05
Returned 2/23/05 = Unexecuted

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02CV1943 (CFD) (PS) |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL L. HOLLAND | COMPLAINT |

| SERVE ► AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | ANTHONY NAPIER |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 646 MELROSE AVE, NASHVILLE TN 37211 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| SHAWN L. ROBINSON<br>#430720 – OS01503529<br>PO BOX 861<br>TRENTON NJ 08625-0861 | Number of process to be served with this Form - 285 **ONE** |
| | Number of parties to be served in this case **39** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

*EMPLOYED BY TRANSCOR AMERICA, INC. AND ITS PRESIDENT JOHN ZIEROT, JR. THIS AGENCY WAS UNDER CONTRACT BY THE DEPT. OF CORRECTION.*

INDIVIDUAL CAPACITY/IFP

*WORKED AS PART OF THE TRANSPORTATION TEAM FOR TRANSCOR AMERICA, INC*

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER **NONE** | DATE **08-NOV-2004** |
|---|---|---|---|
| *Shawn L Robinson* | | | |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. **14** | District to Serve No. **14** | Signature of Authorized USMS Deputy or Clerk | Date **2/3/05** |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address *(complete only if different than shown above)* | | Date of Service / Time am / pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
*Mailed 2/3/05*
*Returned 2/23/05 = Unexecuted*

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02CV1943 (CFD) (TPS) |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL L. HOLLAND | COMPLAINT |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT**

J. TAVARIEZ

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

646 MELROSE AVE, NASHVILLE TN 37211

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SHAWN L. ROBINSON
#430720 - OS01503529
PO BOX 861
TRENTON NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE |
| Number of parties to be served in this case | 39 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                Fold

INDIVIDUAL CAPACITY/IFP

ALSO, JOHN ZIERDT, JR., IS THE PRESIDENT
OF TRANSCOR AMERICA, INC AND WAS
UNDER CONTRACT BY THE D.O.C. TO DO
OUT-OF-STATE TRANSFERS.

WORKED AS PART OF THE TRANSPORTATION TEAM FOR TRANSCOR AMERICA, INC.

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Shawn L. Robinson* | | NONE | 08-NOV-2004 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | *G.L.W* | 2/3/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time    am / pm |
| | Signature of U.S. Marshal or Deputy  *G.L.W* | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Mailed 2/3/05
Returned 2/23/05 = Unexecuted

**PRIOR EDITIONS MAY BE USED**          **1. CLERK OF THE COURT**          **FORM USM-285 (Rev. 12/15/80)**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

Case 3:02-cv-01943-CFD    Document 36    Filed 03/04/2005    Page 6 of 10

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02CV1943 (CFD)(TPS) |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL L. HOLLAND | COMPLAINT |

**SERVE** ➤

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT**    M. STUCENSKI

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

24 WILCOTT HILL RD, WETHERSFIELD CT 06109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SHAWN L. ROBINSON
#430720 – OS01503529
PO BOX 861
TRENTON NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE |
| Number of parties to be served in this case | 39 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

*MALE IN HIS LATE THIRTIES OR EARLY FORTIES.*

INDIVIDUAL CAPACITY/IFP
*EMPLOYED BY THE D.O.C.*

*WORKED AT NCI-SOMERS AS A PRISON GUARD*

Signature of Attorney or other Originator requesting service on behalf of:    ☑ PLAINTIFF  ☐ DEFENDANT

*Shawn L. Robinson*

TELEPHONE NUMBER: NONE

DATE: 08-NOV-2004

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G. L. W. | 2/3/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (*complete only if different than shown above*) | Date of Service | Time        am / pm |
| | Signature of U.S. Marshal or Deputy  G.L.W. |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

*Mailed 2/3/05*
*Returned 2/23/05 = Unexecuted*

*FILED 2005 MAR -4  U.S. DISTRICT*

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02CV1943 (CFD) (TPS) |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL L. HOLLAND | COMPLAINT |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

B. D. BENDELOW

**AT**

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

646 MELROSE AVE, NASHVILLE TN 37211

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| SHAWN L. ROBINSON<br>#430720 - OS01503529<br>PO BOX 861<br>TRENTON NJ 08625-0861 | Number of process to be served with this Form - 285 : **ONE** |
| | Number of parties to be served in this case : **39** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

*ALSO JOHN ZIERDT, JR. WAS THE PRESIDENT OF TRANSCOR AMERICA, INC. AND WAS UNDER CONTRACT BY THE D.O.C. TO DO OUT-OF-STATE TRANSFERS.*

INDIVIDUAL CAPACITY/IFP

*WORKED AS PART OF THE TRANSPORTATION TEAM FOR TRANSCOR AMERICA, INC.*

Signature of Attorney or other Originator requesting service on behalf of:

*Shawn L. Robinson*

☑ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| NONE | 08-NOV-2004 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | *a.L.W* | 2/3/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy *a.L.W* |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

*Mailed 2/3/05*

*Returned 2/23/05 = Unexecuted*

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02CV1943 (CFD) (PS) |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL L. HOLLAND | COMPLAINT |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | MICHAEL W. ZACHAREWICZ |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 24 WILCOTT HILL RD, WETHERSFIELD CT 06109 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| SHAWN L. ROBINSON<br>#430720 - OS01503529<br>PO BOX 861<br>TRENTON NJ 08625-0861 | Number of process to be served with this Form - 285 — ONE |
| | Number of parties to be served in this case — 39 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                    Fold

INDIVIDUAL CAPACITY/IFP
EMPLOYED BY THE D.O.C.

WORKED AS A CAPTAIN AT NCI-SOMERS.

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>NONE | DATE<br>08-NOV-2004 |
|---|---|---|---|
| *Shawn L. Robinson* | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | *G.L.W.* | 2/3/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time       am<br>            pm |
| | Signature of U.S. Marshal or Deputy<br>*G.L.W.* | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Mailed 2/3/05

Returned- 2/22/05 = Unexecuted

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02CV1943 (CFD) (TPS) |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL L. HOLLAND | COMPLAINT |

SERVE ➡
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
J. KNAPP, JR.

AT
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
24 WILCOTT HILL RD, WETHERSFIELD CT 06109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SHAWN L. ROBINSON
#430720 - OS01503529
PO BOX 861
TRENTON NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE |
| Number of parties to be served in this case | 39 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                        Fold

INDIVIDUAL CAPACITY/IFP
*EMPLOYED BY THE D.O.C.*

*WORKES AT NCI-SOMERS AS A PRISON GUARD*

Signature of Attorney or other Originator requesting service on behalf of:
*Shawn L. Robinson*
☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER
NONE

DATE
08-NOV-2004

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 14 | 14 | Q. L. W | 2/3/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy Q. L. W | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
*Mailed 2/3/05*
*Returned 2/22/05 -- UNExecuted*

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02CV1943 (CFD) (PS) |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL L. HOLLAND | COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

PLUTE

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

646 MELROSE AVE, NASHVILLE TN 37211

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SHAWN L. ROBINSON
#430720 - OSO1503529
PO BOX 861
TRENTON NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE |
| Number of parties to be served in this case | 39 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                     Fold

*ALSO, JOHN ZIERDT JR. IS THE PRESIDENT*
INDIVIDUAL CAPACITY/IFP    *AND WAS UNDER CONTRACT BY THE D.O.C.*
*FOR OUT-OF-STATE TRANSFERS.*

*WORKED AS PART OF THE TRANSPORTATION TEAM FOR TRANSCOR AMERICA, INC*

Signature of Attorney or other Originator requesting service on behalf of:

*Shawn L. Robinson*

| | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | NONE | 08-NOV-2004 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G.L.W. | 2/3/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

| | |
|---|---|
| | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| | Date of Service    Time    am / pm |
| | Signature of U.S. Marshal or Deputy    G.L.W |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

*Mailed 2/3/05*
*Returned 2/23/05 = Unexecuted*

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    **FORM USM-285 (Rev. 12/15/80)**