# WAIVER OF SERVICE OF SUMMONS

TO: __MR. SHAWN L. ROBINSON__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __ROBERT D. AMES__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __ROBINSON V. HOLLAND ET AL__,
(CAPTION OF ACTION)

which is case number __3:02cv1943 (CFD)(TPS)__ in the United States District Court
(DOCKET NUMBER)

for the __XXXXXXXXXXXXXXXXXX__ District of __CONNECTICUT__.

FILED 2005 MAR 11 P 2: 45 U.S. DISTRICT COURT NEW HAVEN, CT

RECEIVED UNITED STATES MARSHAL FEB 25 PM 3:12 DISTRICT COURT CONNECTICUT

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __FEB 0 3 2005__,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

__2-13-05__                __[signature]__
(DATE)                          (SIGNATURE)

Printed/Typed Name: __Robert Ames__

As _____ of _____
(TITLE)              (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

# WAIVER OF SERVICE OF SUMMONS

**FILED**

TO: _MR. SHAWN L. ROBINSON_
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

2005 MAR -1 P 2: 45

I, _GERMOND_ acknowledge receipt of your request
(DEFENDANT NAME)

U.S. DISTRICT COURT
NEW HAVEN, CT

that I waive service of summons in the action of _ROBINSON V. HOLLAND, ET AL_
(CAPTION OF ACTION)

which is case number _3:02cv1943(CFD)(TPS)_ in the United States District Court
(DOCKET NUMBER)

for the _XXXXXXXXXXXXXXXXXX_ District of _CONNECTICUT_

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _FEB 03 2005_,
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

_2/15/05_
(DATE)

_(signature)_
(SIGNATURE)

Printed/Typed Name: _Paul Germond_

As _Correction Officer_ of _____
(TITLE)                              (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons orto the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

# WAIVER OF SERVICE OF SUMMONS

TO: _MR. SHAWN L. ROBINSON_
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

FILED
2005 MAR 11 P 2: 44
U.S. DISTRICT COURT
NEW HAVEN, CT

I, _STEVE A. RHODES_, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of _ROBINSON v. HOLLAND ET AL_,
(CAPTION OF ACTION)

which is case number _3:02CV1943 (CFD)(TPS)_ in the United States District Court
(DOCKET NUMBER)

for the _XXXXXXXXXXXXXXXXXXX_ District of _CONNECTICUT_

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _FEB 03 2005_,
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

_2/15/05_                _Stephen Rhodes_
(DATE)                    (SIGNATURE)

Printed/Typed Name: _Stephen Rhodes_

As _c/o_ of _____
   (TITLE)        (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

�AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

**FILED**

**RECEIVED UNITED STATES MARSHAL**
2005 MAR 11 P 2: 45

05 FEB 25 PM 3: 12
U.S. DISTRICT COURT
NEW HAVEN, CT

TO: _MR. SHAWN L. ROBINSON_
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _JERRY L. WAWRZYK_ acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of _ROBINSON V. HOLLAND, ET AL_,
(CAPTION OF ACTION)

which is case number _3:02cv1943(CFD)(TPS)_ in the United States District Court
(DOCKET NUMBER)

for the _XXXXXXXXXXXXXXXXXX_ District of _CONNECTICUT_.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _FEB 0 3 2005_,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_FEB 15, 2005_                _Jerry L. Wawrzyk_
(DATE)                         (SIGNATURE)

Printed/Typed Name: _JERRY L. WAWRZYK_

As _____ of _____
    (TITLE)           (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

# WAIVER OF SERVICE OF SUMMONS

TO: __MR. SHAWN L. ROBINSON__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __PATRICK WILCOX__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __ROBINSON V. HOLLAND__,
(CAPTION OF ACTION)

which is case number __3:02cv1943(CFD)(TPS)__ in the United States District Court
(DOCKET NUMBER)

for the __XXXXXXXXXXXXXXXXXX__ District of __CONNECTICUT__.

FILED 2005 MAR 11 P 2:44 U.S. DISTRICT COURT NEW HAVEN, CT

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __FEB 03 2005__,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

__2/24/05__     __[signature]__
(DATE)        (SIGNATURE)

Printed/Typed Name: __Patrick M Wilcox__

As _____ of _____
    (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.