UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : |  |
| MICHAEL HOLLAND, ET AL. | : | MARCH 23, 2005 |

### APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants, in their official capacities only, in the above-captioned case.

Dated at Hartford, Connecticut, this 23rd day of March, 2005.

                                DEFENDANTS
                                Michael Holland, Et Al.


                                RICHARD BLUMENTHAL
                                ATTORNEY GENERAL



                          BY:__/s/_____
                                Ann E. Lynch
                                Assistant Attorney General
                                110 Sherman Street
                                Hartford, CT  06105
                                Tel.:  (860) 808-5450
                                Fax:  (860) 808-5591
                                E-Mail:  ann.lynch@po.state.ct.us
                                Federal Bar #ct08326

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of March, 2005:

Shawn Robinson, Inmate #1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

                                                        /s/
                                                     Ann E. Lynch
                                                   Assistant Attorney General