UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : |  |
| MICHAEL HOLLAND, ET AL. | : | MARCH 23, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D.Conn. L. Civ. R. 7(e), the undersigned moves to withdraw her appearance on behalf of the following defendants in their official capacities only" Zierdt, Jr. Reid, Napier, Bendelow, Tavariez, Plute, and Ryan II.

In support of this motion, the undersigned represents the following:

1). The undersigned is an Assistant Attorney General for the State of Connecticut who was recently assigned the matter.

2) After a brief, cursory review of the file, the undersigned entered an appearance on March 23, 2005, on behalf of the defendants, in their official capacities only

3). After reviewing the complaint more thoroughly, the undersigned noted that employees of Transcor America, Inc were also named as defendants: Zierdt, Jr., Reed, Napier, Bendelow, Tavariez, Ryan II, Plute and James Doe.

4). The undersigned is a government lawyer who does not represent the company Transcor America, Inc, had no authority to represent them in this matter and appeared on behalf of said company in error.

5).   A copy of this motion is being sent to the address for Transcor America, which is listed in the complaint: 646 Melrose Avenue, Nashville Tennessee, 37211..

Wherefore, all the foregoing reasons, the undersigned respectfully moves to withdraw her appearance on behalf of Zierdt, Jr., Reed, Napier, Bendelow, Tavariez, Ryan II, Plute and James Doe in their official capacities.

> DEFENDANTS
> Michael Holland, Et Al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
>
> BY:__/s/_____
>    Ann E. Lynch
>    Assistant Attorney General
>    110 Sherman Street
>    Hartford, CT  06105
>    Tel.:  (860) 808-5450
>    Fax:  (860) 808-5591
>    E-Mail:  ann.lynch@po.state.ct.us
>    Federal Bar #ct08326

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of March, 2005:

Shawn Robinson, Inmate #1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Transcor America, Inc.
646 Melrose Ave.
Nashville Tennesee 37211

    /s/_____
Ann E. Lynch
Assistant Attorney General