UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : |  |
| MICHAEL HOLLAND, ET AL. | : | APRIL 6, 2005 |

### MOTION TO DISMISS

Pursuant to D.Conn. L. Civ. R. 7, and rule 12 of the Federal Rules of Civil Procedure, the defendants Seiffert, Lynch, Ames, Felton, Kuhlman, Stucenski, Thomas, Smith, Knapp, Jr., Daire, Lajoie, Zacharewicz, Wilcox, Pepe, Strozier, Mitchell, Kuhlman, Jr. Stuckenski, Chapman, Germond, Bernard, Schreindorfer, Lajoie, Zacharewicz, Wilcox, Pepe, and Myers respectfully move to dismiss the claims against them in this case.

Plaintiff fails to set forth any allegations against defendants Seiffert, Lynch, Ames, Felton, Kuhlman, Stucenski, Thomas, Smith, Knapp, Jr., Daire, Lajoie, Zacharewicz, Wilcox and Pepe, and thus this action must be dismissed as to them. In addition, because plaintiff fails to allege that defendants Strozier, Bernard or Schreindorfer did anything to violate any of his constitutional rights, this action should be dismissed as to them. Similarly, because an inmate has no right to be housed in any particular facility, this action should be dismissed as to defendant Myers. Moreover, because plaintiff has not alleged any facts to suggest that defendants Seiffert, Lynch, Ames, Felton, Kuhlman, Stucenski, Thomas, Smith, Knapp, Jr., Daire, Lajoie, Zacharewicz, Wilcox, Pepe, Strozier, Bernard, Schreindorfer or Myers acted willful or wanton, plaintiff's pendent state law claims against them in their individual capacities should be dismissed under Connecticut General Statutes § 4-165. In addition, plaintiff's claims

of negligence against all of the defendants are legally insufficient and barred by Connecticut General Statutes §4-165.  In addition, plaintiff's claims of false imprisonment are barred by the <u>Heck v. Humphrey</u> doctrine.  Finally, plaintiff's claims against the John Doe defendants must be dismissed.

In further support of this motion, defendants submit the attached memorandum of law to which the court is respectfully referred.

                                                     DEFENDANTS
                                                     Michael Holland, Et Al.
                                                     RICHARD BLUMENTHAL
                                                     ATTORNEY GENERAL

BY:__/s/_____
    Ann E. Lynch
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel.:  (860) 808-5450
    Fax:  (860) 808-5591
    E-Mail:  ann.lynch@po.state.ct.us
    Federal Bar #ct08326

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of April, 2005:

Shawn Robinson, Inmate #1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

John W. Dietz, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct 06880

    /s/_____
Ann E. Lynch
Assistant Attorney General