UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|                              |   |                              |
|---|---|---|
| SHAWN ROBINSON               | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V.                           | : |                              |
| MICHAEL HOLLAND, ET AL.      | : | APRIL 6, 2005                |

**MOTION FOR ENLARGEMENT OF TIME TO APPEAR FOR CERTAIN
DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES
AND MOTION FOR PERMISSION TO APPEAR SPECIALLY
ON BEHALF OF OTHER DEFENDANTS**

Pursuant to D.Conn. L. Civ. R. 7(b), the undersigned moves for an enlargement of time until May 24, 2005 to determine if she can appear in this case on behalf of the following defendants: Holland, Wawryzk, Sabettini, Deary, Norwood, Falk, Faucher, Rhodes, Manley, Faneuff, Kearney, Correia. The allegations against these defendants are serious. In addition, some of these defendants are no longer employed by the Connecticut Department of Correction. Accordingly, the undersigned seeks an enlargement of time until May 24, 2005 to determine whether she can appear for these defendants in this case.

In addition, defense counsel moves for permission to appear specially on behalf of the following defendants for the sole purpose of moving to dismiss this action against them: Seiffert, Lynch, Ames, Felton, Kuhlman, Stucenski, Thomas, Smith, Knapp, Jr., Daire, Lajoie, Zacharewicz, Wilcox, Pepe, Strozier, Mitchell, Kuhlman, Jr. Stuckenski, Chapman, Germond, Bernard, Schreindorfer, Lajoie, Zacharewicz, Wilcox, Pepe, and Myers. In the event, the motion to dismiss is denied, defense counsel seeks permission to withdraw her appearance, if necessary as to any and/or all of these defendants if necessary.

More specifically, as evidenced by the attached motion to dismiss, defendants believe that this action cannot be maintained as to these defendants for the following reasons. Plaintiff fails to set forth any allegations against defendants Seiffert, Lynch, Ames, Felton, Kuhlman, Stucenski, Thomas, Smith, Knapp, Jr., Daire, Lajoie, Zacharewicz, Wilcox and Pepe, and thus this action must be dismissed as to them. In addition, because plaintiff fails to allege that defendants Strozier, Bernard or Schreindorfer did anything to violate any of his constitutional rights, this action should be dismissed as to them. Similarly, because an inmate has no right to be housed in any particular facility, this action should be dismissed as to defendant Myers. Moreover, because plaintiff has not alleged any facts to suggest that defendants Seiffert, Lynch, Ames, Felton, Kuhlman, Stucenski, Thomas, Smith, Knapp, Jr., Daire, Lajoie, Zacharewicz, Wilcox, Pepe, Strozier, Bernard, Schreindorfer or Myers acted willful or wanton, plaintiff's pendent state law claims against them in their individual capacities should be dismissed under Connecticut General Statutes § 4-165. In addition, plaintiff's claims of negligence against all of the defendants are legally insufficient and barred by Connecticut General Statutes §4-165. In addition, plaintiff's claims of false imprisonment are barred by the Heck v. Humphrey doctrine. Finally, plaintiff's claims against the John Doe defendants must be dismissed.

The plaintiff is pro se and incarcerated out of state and thus his position with regard to this motion could not be ascertained.

                                        DEFENDANTS
                                        Michael Holland, Et Al.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


BY:  /s/_____
     Ann E. Lynch
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT  06105
     Tel.:  (860) 808-5450
     Fax:  (860) 808-5591
     E-Mail:  ann.lynch@po.state.ct.us
     Federal Bar #ct08326

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of April, 2005:

Shawn Robinson, Inmate #1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

John W. Dietz, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct 06880

                                                                                                  /s/_____
                                                                                                  Ann E. Lynch
                                                                                                  Assistant Attorney General