UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON, | PRISONER |
| | CASE NO. 3.02CV1943 (CFD)(TPS) |
| Plaintiff, | |
| V | |
| MICHAEL L. HOLLAND, ET AL. | |
| Defendants | APRIL 4, 2005 |

### APPEARANCE

Please enter my appearance for.

DAVID RYAN, II

Dated at Westport, Connecticut this 4TH day of April, 2005

DEFENDANTS,
JOHN ZIERDT, JR
HENRY SCOTT REID, ANTHONY NAPIER
AND DAVID RYAN, II

By _____
John W. Dietz of
HALLORAN & SAGE LLP
Fed Bar #ct13432
315 Post Road West
Westport, CT 06880
(203) 227-2855

670866_1 DOC

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

HALLORAN
& SAGE LLP

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2005, a true and correct copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson
oso1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
John W. Dietz

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195