# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON, | : | PRISONER |
| | . | CASE NO. 3.02CV1943 (CFD)(TPS) |
| Plaintiff, | . | |
| V. | : | |
| | . | |
| MICHAEL L. HOLLAND, ET AL. | . | |
| | . | |
| Defendants. | . | APRIL 4, 2005 |

## APPEARANCE

Please enter my appearance for:

JOHN ZIERDT, JR.


Dated at Westport, Connecticut this 4TH day of April, 2005


DEFENDANTS,
JOHN ZIERDT, JR.
HENRY SCOTT REID, ANTHONY NAPIER
AND DAVID RYAN, II

By _____
John W. Dietz of
HALLORAN & SAGE LLP
Fed. Bar #ct13432
315 Post Road West
Westport, CT 06880
(203) 227-2855

670863_1 DOC

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2005, a true and correct copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson
oso1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ  08625-0861

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
John W. Dietz

315 Post Road West
Westport, CT 06880

2

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195