UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : |  |
| MICHAEL HOLLAND, ET AL. | : | APRIL 13, 2005 |

## **SPECIAL APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance on behalf of the following defendants for the sole purpose of moving to dismiss this action against them: Seiffert, Lynch, Ames, Felton, Kuhlman, Stucenski, Thomas, Smith, Knapp, Jr., Daire, Lajoie, Zacharewicz, Wilcox, Pepe, Strozier, Mitchell, Kuhlman, Jr. Stuckenski, Chapman, Germond, Bernard, Schreindorfer, Lajoie, Zacharewicz, Wilcox, Pepe, and Myers. These defendants hereby adopt and incorporate by reference the motion to dismiss and memorandum in support of motion to dismiss dated April 6, 2005. In the event, the motion to dismiss is denied, defense counsel may withdraw her appearance, if necessary as to any and/or all of these defendants.

        DEFENDANTS
        C/O Seiffert, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:__/s/_____
    Ann E. Lynch
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel.:  (860) 808-5450
    Fax:  (860) 808-5591
    E-Mail:  ann.lynch@po.state.ct.us
    Federal Bar #ct08326


## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed to the following on this 13th day of April, 2005:

    Shawn Robinson, Inmate #1503529-430720
    New Jersey State Prison
    P.O. Box 861
    Trenton, NJ 08625-0861

    John W. Dietz, Esq.
    Halloran and Sage, LLP
    315 Post Road West
    Westport, Ct 06880

        __/s/_____
        Ann E. Lynch
        Assistant Attorney General