UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON, | PRISONER |
| | CASE NO. 3.02CV1943 (CFD)(TPS) |
| Plaintiff, | |
| V. | |
| MICHAEL L. HOLLAND, ET AL | |
| Defendants. | APRIL 14, 2005 |

## APPEARANCE

Please enter my appearance for:

B.D. BENDELOW

Dated at Westport, Connecticut this 14TH day of April, 2005

DEFENDANTS,
JOHN ZIERDT, JR.
HENRY SCOTT REID, ANTHONY NAPIER
DAVID RYAN, II, B D BENDELOW

By _____
John W Dietz of
HALLORAN & SAGE LLP
Fed Bar #ct13432
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION OF SERVICE

This is to certify that on this 14th day of April, 2005, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
John W. Dietz

676000_1 DOC

315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195