UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER |
| | | CIVIL NO. 3:02CV1943 (CFD)(TPS) |
| V. | : | |
| | | MOTION FOR EXTENSION OF TIME |
| MICHAEL HOLLAND, ET AL. | : | TO FILE MEMORANDUM IN OPPOSITION |
| | | TO MOTION TO DISMISS: |
| | : | APRIL 20, 2005 |

2005 APR 27 A 11: 12

DISTRICT COURT

   Plaintiff moves before this Court seeking extension of time to file memorandum in opposition to Motion to Dismiss filed by defendants on April 6, 2005. Plaintiff moves for this extension not as a means of delay, but merely to be able to properly present to this Court why the defendants request for "Dismissal" should not be granted.

1. At the present moment the plaintiff is confined at the New Jersey State Corrections Facility, in Trenton, New Jersey, P.O. Box #861, Trenton, New Jersey 08625.

2. Access to the law library is limited in this facility due to the number of inmates scheduled for legal access passes.

3. Plaintiff did not receive copies of the defendants Motion to Dismiss, pursuant to D. Conn. L. Civ. R. 7, and rule 12 of the Federal Rules of Civil Procedure, until the date of April 13, 2005. **(Please see attached mail receipt)**

4. Due to the serious nature of the pending action, and the fact that the plaintiff is acting in the capacity of a pro-se litigate. The plaintiff is requesting that the Court allow him an additional #60 days from the date he has to file **"Motion In Opposition"** to **"Motion To Dismiss"**, which is due on April 28, 2005. Plaintiff is requesting until June, 26, 2005, to file his opposition motion.

   It is therefore this plaintiffs prayers that this Court grant his request for an extension of time in the aforementioned matter.

Respectfully submitted,

*Shawn L. Robinson*
Shawn L. Robinson, Pro Se

Signed this       day of         2005
In the State of New Jersey, In the
County of Mercer:

_____

**NOTARY PUBLIC:**

## CERTIFICATION

I hereby certify that a copy of the forgegoing was mailed to the folllowing on this 20th day of April, 2005:

Ann E. Lynch Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

John W. Dietz Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct, 06880

_Shawn L. Robinson_   Pro Se
Shawn L. Robinson