UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 18 P 4: 51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

SHAWN ROBINSON,
   Plaintiff,

V.

MICHAEL L. HOLLAND,
JERRY L. WAWRZYK,
RANDY R. SABETTINI,
JOHN R. DEARY,
JOHN NORWOOD,
JOHN FALK,
STEVE FAUCHER,
STEVE A. RHODES,
KEVIN M. MANLEY,
WILLIAM D. FANEUFF,
ERIC SEIFFERT,
NEAL H. KEARNEY,
B. CORREIA,
DANIEL K. LYNCH,
WILBUR L. STROZIER,
ROBERT D. AMES,
RICHARD L. FELTON,
T. MITCHELL,
P.A. KUHLMAN, JR.,
M. STUCENSKI,
THOMAS, D. SMITH,
J. KNAPP, JR., L. DAIRE,
B. CHAPMAN, GERMOND,
RAYMOND BERNARD,
CHERYL SCHREINDORFER,
JOHN ZIERDT, JR.
SCOTT REID, ANTHONY NAPIER,
B.D. BENDELOW, J. TAVARIEZ,
PLUTE, D. RYAN, IL, MICHAEL JAJOIE,
MICHAEL W. ZACHAREWICZ,
PATRICK WILCOX, PEPE,
LARRY J. MEYERS
AND JOHN DOE, ONE THROUGH SIX,
Defendants.

**PRISONER**

CIVIL ACTION NO.
3:02-cv-1943(CFD)(TPS)

MAY 17, 2005

### MOTION TO DISMISS BY DEFENDANT, JOHN ZIERDT, JR.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

The undersigned defendant, John Zierdt, Jr., hereby moves to dismiss the plaintiff's claims against him due to lack of personal jurisdiction and insufficiency of service of process, pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(5).

The undersigned defendants arguments are more fully set forth in a memorandum of law and affidavit of John Zierdt, Jr., both filed contemporaneously herewith in support of the motion.

DEFENDANT,
JOHN ZIERDT, JR.

By _____
JOHN W. DIETZ of
HALLORAN & SAGE LLP
Fed. Bar #ct 13432
315 Post Road West
Westport, CT 06880
(203) 227-2855
dietz@halloran-sage.com

## CERTIFICATION OF SERVICE

This is to certify that on this 17th day of May, 2005, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:
Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
John W. Dietz

315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

The undersigned defendant, John Zierdt, Jr., hereby moves to dismiss the plaintiff's claims against him due to lack of personal jurisdiction and insufficiency of service of process, pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(5).

The undersigned defendants arguments are more fully set forth in a memorandum of law and affidavit of John Zierdt, Jr., both filed contemporaneously herewith in support of the motion.

DEFENDANT,
JOHN ZIERDT, JR.

By _____
JOHN W. DIETZ of
HALLORAN & SAGE LLP
Fed. Bar #ct 13432
315 Post Road West
Westport, CT 06880
(203) 227-2855
dietz@halloran-sage.com

## CERTIFICATION OF SERVICE

This is to certify that on this 17th day of May, 2005, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:
Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
John W. Dietz

315 Post Road West
Westport, CT 06880

2

HALLORAN & SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195