UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 18 P 4: 51
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | | |
|---|---|---|
| SHAWN ROBINSON, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-cv-1943(CFD) |
| V. | : | |
| MICHAEL L. HOLLAND,<br>JERRY L. WAWRZYK,<br>RANDY R. SABETTINI,<br>JOHN R. DEARY,<br>JOHN NORWOOD,<br>JOHN FALK,<br>STEVE FAUCHER,<br>STEVE A. RHODES,<br>KEVIN M. MANLEY,<br>WILLIAM D. FANEUFF,<br>ERIC SEIFFERT,<br>NEAL H. KEARNEY,<br>B. CORREIA,<br>DANIEL K. LYNCH,<br>WILBUR L. STROZIER,<br>ROBERT D. AMES,<br>RICHARD L. FELTON,<br>T. MITCHELL,<br>P.A. KUHLMAN, JR.,<br>M. STUCENSKI,<br>THOMAS, D. SMITH,<br>J. KNAPP, JR., L. DAIRE,<br>B. CHAPMAN, GERMOND,<br>RAYMOND BERNARD,<br>CHERYL SCHREINDORFER,<br>JOHN ZIERDT, JR.<br>SCOTT REID, ANTHONY NAPIER,<br>B.D. BENDELOW, J. TAVARIEZ,<br>PLUTE, D. RYAN, IL, MICHAEL JAJOIE,<br>MICHAEL W. ZACHAREWICZ,<br>PATRICK WILCOX, PEPE,<br>LARRY J. MEYERS<br>AND JOHN DOE, ONE THROUGH SIX,<br>Defendants. | : | APRIL 13, 2005 |

### AFFIDAVIT OF JOHN ZIERDT, JR.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

I, John Zierdt, Jr., being duly sworn, hereby depose and say:

1. I am over the age of 18 and I believe in the obligations of an oath. If called to testify, I could and would competently testify to the matters set forth herein.

2. I am a resident of the State of Alabama. I have never lived in nor owned any real property in the State of Connecticut. I do not possess any real property in the State of Connecticut.

3. I have not been served with the Summons and Complaint in this lawsuit.

4. At the time of the incident alleged in the plaintiff's Complaint, I was the President of TransCor America, Inc. As President of the Company, I was not physically present in Connecticut on or about November 8, 1999, at the time of the incident alleged in the plaintiff's Complaint. I was not involved in any way in the November 8, 1999 incident in Connecticut alleged by the plaintiff in his Compliant.

5. At no time relevant to the incident alleged in the plaintiff's Complaint did I transact any business within the State of Connecticut, nor use a computer or a computer network located within the State of Connecticut.

6. I have never met the plaintiff, Shawn Robinson.

_____
John Zierdt, Jr.
Madison, Alabama

Sworn to and subscribed before me the foregoing Affidavit and who swore to the truth of the statements contained therein before me, the undersigned authority.

_____
Notary Public Leslie C Curtis
My Commission Expires: 10 28 06
675357_1.DOC

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195