

MAY 2 0 2005

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON, | : | PRISONER |
| | : | CASE NO: 3:02CV1943 (CFD)(TPS) |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| MICHAEL L. HOLLAND, ET AL. | : | |
| | : | |
| Defendants. | : | MAY 18, 2005 |

### APPEARANCE

Please enter my appearance for:

D. RYAN, II

Dated at Westport, Connecticut this 18TH day of May, 2005.

                DEFENDANTS,
                JOHN ZIERDT, JR.
                HENRY SCOTT REID, ANTHONY NAPIER
                AND DAVID RYAN, II

                By _____
                John W. Dietz of
                HALLORAN & SAGE LLP
                Fed. Bar #ct13432
                315 Post Road West
                Westport, CT 06880
                (203) 227-2855

689473_1 DOC

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

CERTIFICATION OF SERVICE

This is to certify that on this 18th day of May, 2005, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

John W. Dietz

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195