UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 JUN 13 P 3: 53

SHAWN ROBINSON          :    PRISONER
                             CIVIL NO. 3:02CV1943 (CFD) (TPS)
V.                      :
                             MOTION FOR EXTENSION OF TIME
MICHAEL HOLLAND, ET AL. :    TO FILE MEMORANDUM IN OPPOSITION
                             TO MOTION TO DISMISS:
                        :         MAY 28, 2005

    Plaintiff moves before this Court seeking extension of time to file memorandum in opposition to Motion to Dismiss filed by defendants on May 18, 2005. Plaintiff moves for this extension not as a means of delay, but merely to be able to properly present to this Court why the defendants request for "Dismissal" should not be granted.

1. At the present moment the plaintiff is confined at the New Jersey State Corrections Facility, in Trenton, New Jersey, P.O. Box #861, Trenton, New Jersey 08625.

2. Access to the law library is limited in this facility due to the number of inmates scheduled for legal access passes.

3. Plaintiff did not receive copies of the defendants Motion to Dismiss, pursuant to D. Conn. L. Civ. R. 7, and rule 12 of the Federal Rules of Civil Procedure, until the date of May 23, 2005.  **(Please see attached mail receipt)**

4. Due to the serious nature of the pending action, and the fact that the plaintiff is acting in the capacity of a pro-se litigate. The plaintiff is requesting that the Court allow him an additional #60 days from the date he has to file "Motion In Opposition" to "Motion To Dismiss", which is due on **JUNE 8, 2005**. Plaintiff is requesting until **AUGUST 8, 2005**, to file his opposition motion.

    It is therefore this plaintiffs prayers that this Court grant his request for an extension of time in the aforementioned matter.

                                  Respectfully submitted,

                                  */s/ Shawn L. Robinson*
                                Shawn L. Robinson, Pro Se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of May, 2005:

Ann E. Lynch Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

John W. Dietz Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, CT 06880

*Shawn L. Robinson*
Shawn L. Robinson    Pro Se