FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2005 JUN 13  P 4: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| SHAWN ROBINSON | : |
| *Plaintiff* | : |
| | : |
| V. | : |
| | : |
| MICHAEL L. HOLLAND, ET AL., | : |
| *Defendants* | : |

CIVIL NO. 3:02CV1943(CFD)(TPS)

JUNE _03_, 2005

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the plaintiff respectfully requests an enlargement of time of sixty (60) days, up to and including August 8, 2005, within which to file an opposition to Defendant Zierdt's Motion to Dismiss. The prescribed period to file an opposition has not yet expired.

In support of this motion, the plaintiff makes the following representations:

1. This is the plaintiff's first request for a Motion for Enlargement with respect to Defendant Zierdt's Motion to Dismiss.

2. The plaintiff is proceeding pro se in the above-captioned case.

3. On or about May _23_, 2005, the plaintiff received the defendant's Motion to Dismiss.

4. On May 31, 2005, the plaintiff contacted Inmates' Legal Assistance Program requesting assistance in responding to the defendant's Motion to Dismiss.

5.  Inmates' Legal Assistance Program is currently assisting the plaintiff in researching the relevant legal issues.

6.  Plaintiff needs additional time so that he may receive the appropriate advice and/or assistance from ILAP in preparing an opposition to the Motion to Dismiss.

7.  Plaintiff is an incarcerated prisoner proceeding pro se; thus, defendants' position with regard to this motion has not been ascertained.

WHEREFORE, plaintiff respectfully requests that the court grant a sixty (60) day enlargement of time, up to and including August 8, 2005, to respond to Defendant Zierdt's Motion to Dismiss.

RESPECTFULLY SUBMITTED,


By _Mr. Shawn L. Robinson_
    Shawn Robinson, PRO SE
    #430720
    P.O. Box 861
    Trenton, NJ 08625-0861


On the Motion
Jessica J. York, Esq.
Inmate's Legal Assistance Program
78 Oak Street
Hartford, CT 06106
Fed. Bar. No.:CT 20666

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following counsel on

this _3rd_ day of June, 2005:

MS. ANN E. LYNCH, ESQ
ASST. ATTY. GENEROL
110 SHERMAN ST
HARTFORD, CT 06105

JOHN W. DIETZ, ESQ.                    _Mr. Shawn L. Robinson_
315 POST ROAD AND SAGE              Shawn Robinson, PRO SE
WESTPORT, CT 06880