UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON<br>*Plaintiff* | CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | |
| MICHAEL L. HOLLAND, ET AL.,<br>*Defendants* | JUNE 23, 2005 |

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the plaintiff respectfully requests an enlargement of time of thirty (30) days, up to and including July 28, 2005, within which to file an opposition to Defendants' Motion to Dismiss, dated April 6, 2005. The prescribed period to file an opposition has not yet expired.

In support of this motion, the plaintiff makes the following representations:

1. This is the plaintiff's second request for a Motion for Enlargement with respect to Defendants' Motion to Dismiss, dated April 6, 2005.

2. The plaintiff is proceeding pro se in the above-captioned case.

3. On or about ~~May~~ APRIL 23, 2005, the plaintiff received the defendant's Motion to Dismiss.

4. The facility in which plaintiff is currently being housed was on lock down from approximately May 14, 2005 through June 1, 2005, and therefore, the plaintiff was unable to access the facility's law library.

5. Plaintiff needs additional time so that he may research issues with which he is not receiving assistance from Inmates' Legal Assistance.

6. Plaintiff is an incarcerated prisoner proceeding pro se; thus, defendants' position with regard to this motion has not been ascertained.

WHEREFORE, plaintiff respectfully requests that the court grant a thirty (30) day enlargement of time, up to and including July 28, 2005, to respond to Defendants' Motion to Dismiss, dated April 6, 2005.

RESPECTFULLY SUBMITTED,

By *Shawn L. Robinson*
Shawn Robinson, PRO SE
#430720
P.O. Box 861
Trenton, NJ 08625-0861

On the Motion
Jessica J. York, Esq.
Inmate's Legal Assistance Program
78 Oak Street
Hartford, CT 06106
Fed. Bar. No.:CT 20666

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel on this 23 day of June, 2005:

_____
Shawn Robinson, PRO SE