FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2005 JUN 28 P 12: 27

| | | |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER |
| | | CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : | |
| MICHAEL HOLLAND, ET AL. | : | MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS: |
| | : | JUNE 21, 2005 |

    Plaintiff moves before this Court seeking extension of time to file memorandum in opposition to Motion to Dismiss filed by defendants on May 18, 2005. Plaintiff moves for this extension not as a means of delay, but merely to be able to properly present to this Court why the defendants request for "Dismissal" should not be granted.

1. At the present moment the plaintiff is confined at the New Jersey State Corrections Facility, in Trenton, New Jersey, P.O. Box #861, Trenton, New Jersey 08625.

2. Resently New Jersey State Prison was placed on lock down due to a number of security related items being found in the prison. The prison was placed on lock down for a 3½ week period in the month of **May 17, 2005**, without any inmate activity. Inmate activity did not commence until **June 6, 2005**. As such access to the inmate law library was not possible.

3. Plaintiff did not receive copies of the defendants Motion to Dismiss, pursuant to D. Conn. L. Civ. R. 7, and rule 12 of the Federal Rules of Civil Procedure, until the date of May 23, 2005. **(Please see attached mail receipt)**

4. Due to the serious nature of the pending action, and the fact that the plaintiff is acting in the capacity of a pro-se litigate. The plaintiff is requesting that the Court allow him an additional #30 days from the date he has to file "Motion In Opposition" to "Motion To Dismiss", which is due on **JUNE 27, 2005**. Plaintiff is requesting until **JULY 27, 2005**, to file his opposition motion.

    It is therefore this plaintiffs prayers that this Court grant his request for an extension of time in the aforementioned matter, due to the recent uncontrolled circumstances which prevents him from meeting the time period scheduled.

Respectfully submitted,

_Shawn L. Robinson_
Shawn L. Robinson, Pro Se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of ~~May,~~ 2005:

Ann E. Lynch Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

John W. Dietz Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, CT 06880

*Shawn L. Robinson*
Shawn L. Robinson    Pro Se