UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON,<br>    Plaintiff,<br><br>V.<br><br>MICHAEL L. HOLLAND,<br>JERRY L. WAWRZYK,<br>RANDY R. SABETTINI,<br>JOHN R. DEARY,<br>JOHN NORWOOD,<br>JOHN FALK,<br>STEVE FAUCHER,<br>STEVE A. RHODES,<br>KEVIN M. MANLEY,<br>WILLIAM D. FANEUFF,<br>ERIC SEIFFERT,<br>NEAL H. KEARNEY,<br>B. CORREIA,<br>DANIEL K. LYNCH,<br>WILBUR L. STROZIER,<br>ROBERT D. AMES,<br>RICHARD L. FELTON,<br>T. MITCHELL,<br>P.A. KUHLMAN, JR.,<br>M. STUCENSKI,<br>THOMAS, D. SMITH,<br>J. KNAPP, JR., L. DAIRE,<br>B. CHAPMAN, GERMOND,<br>RAYMOND BERNARD,<br>CHERYL SCHREINDORFER,<br>JOHN ZIERDT, JR.<br>SCOTT REID, ANTHONY NAPIER,<br>B.D. BENDELOW, J. TAVAREZ,<br>PLUTE, D. RYAN, IL, MICHAEL JAJOIE,<br>MICHAEL W. ZACHAREWICZ,<br>PATRICK WILCOX, PEPE,<br>LARRY J. MEYERS<br>AND JOHN DOE, ONE THROUGH SIX,<br>Defendants. | **PRISONER**<br><br>CIVIL ACTION NO.<br>3:02-cv-1943(CFD)(TPS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JULY 5, 2005 |

**MOTION TO DISMISS BY DEFENDANT, JOSE TAVAREZ**

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

The undersigned defendant, Jose Tavarez, hereby moves to dismiss the plaintiff's claims against him due to insufficiency of service of process, pursuant to Federal Rule of Civil Procedure 12(b)(5).

The undersigned defendant's arguments are more fully set forth in a memorandum of law and affidavit of Jose Tavarez, both filed contemporaneously herewith in support of the motion.

> DEFENDANT,
> JOSE TAVAREZ
>
> By_____
> JOHN W. DIETZ of
> HALLORAN & SAGE LLP
> Fed. Bar #ct 13432
> 315 Post Road West
> Westport, CT 06880
> (203) 227-2855
> dietz@halloran-sage.com

### CERTIFICATION OF SERVICE

This is to certify that on this 5th day of July, 2005, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:
Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
John W. Dietz

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SHAWN ROBINSON,

    Plaintiff,

V.

MICHAEL L. HOLLAND, et al

**PRISONER**
CIVIL ACTION NO.
3:02-cv-1943(CFD)

JULY 5, 2005

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

**I. INTRODUCTION**

The undersigned defendant, Jose Tavarez, hereby files this memorandum of law in support of his motion to dismiss for insufficiency of service of process.

**II. FACTS AND PROCEDURAL HISTORY**

Plaintiff, Shawn Robinson, is currently an inmate in the custody of the State of New Jersey Department of Corrections. His claims relate to his transfer from Northern Correctional Institution in Somers, Connecticut to the State of Virginia Wallens Ridge Prison on or about November 8, 1999. In his Third Amended Complaint dated December 20, 2004, the plaintiff invokes 42 U.S.C. §§ 1983, 1986, 1988 and claims violations of the First, Eighth and Fourteenth Amendments to the U.S. Constitution. The plaintiff also invokes the Court's supplemental jurisdiction for tort claims arising under Connecticut law. The undersigned defendant, Jose Tavarez, moves to dismiss the



claims against him in the third amended complaint due to insufficiency of service of process.

### III.   LAW AND LEGAL STANDARD

When considering a Rule 12(b) motion to dismiss, the court accepts as true all factual allegations in the complaint and draws inferences from these allegations in the light most favorable to the plaintiff. See Scheuer v. Rhodes, 416 U.S. 232, 236, 94 S.Ct. 1683, 40 L.Ed.2d 90 (1974); Bernheim v. Litt, 79 F.3d 318, 321 (2d Cir.1996). Dismissal is warranted only if, under any set of facts that the plaintiff can prove consistent with the allegations, it is clear that no relief can be granted. See Hishon v. King & Spaulding, 467 U.S. 69, 73, 104 S.Ct. 2229, 81 L.Ed.2d 59 (1984); Cooper v. Parsky, 140 F.3d 433, 440 (2d Cir.1998). "The issue on a motion to dismiss is not whether the plaintiff will prevail, but whether the plaintiff is entitled to offer evidence to support his or her claims." United States v. Yale New Haven Hosp., 727 F.Supp. 784, 786 (D.Conn.1990) (citing Scheuer, 416 U.S. at 232). In its review of a motion to dismiss, the court may consider "only the facts alleged in the pleadings, documents attached as exhibits or incorporated by reference in the pleadings and matters of which judicial notice may be taken." Samuels v. Air Transport Local 504, 992 F.2d 12, 15 (2d Cir.1993). See also, Torres v. Pelligrino, 2004 WL 2095540 (D.Conn.)(Droney, J.).

In a Rule 12(b)(5) challenge to the sufficiency of service of process, the plaintiff bears the burden of establishing that service was adequate. See Schnall v. Annuity &



HALLORAN & SAGE LLP
ATTORNEYS AT LAW

Life Re Ltd., 2003 U.S. Dist. LEXIS 23258 (D.Conn. Dec. 13, 2003). As indicated in the attached Affidavit of Jose Tavarez, Mr. Tavarez is currently working in Iraq. He has never lived in or owned any real property in Connecticut. Mr. Tavarez has not been served with the Summons in this matter.

Effective service of process is a necessary element for the Court to exercise personal jurisdiction over a nonresident defendant. Defendant Tavarez has not been served with the Summons. Consequently, the Court must dismiss Mr. Tavarez from this action.

## V.   CONCLUSION

The plaintiff's method of service as to Mr. Tavarez is inadequate, insofar as Mr. Tavarez is currently working in Iraq and has not been served with a Summons. Based upon the foregoing, defendant Tavarez respectfully requests that his motion to dismiss be granted.

DEFENDANT,
JOHN TAVAREZ

By _____
JOHN W. DIETZ of
HALLORAN & SAGE LLP
Fed. Bar #ct 13432
315 Post Road West
Westport, CT 06880
(203) 227-2855
dietz@halloran-sage.com



## CERTIFICATION OF SERVICE

This is to certify that on this 5th day of July, 2005, a true and accurate copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

John W. Dietz

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON,<br><br>    Plaintiff,<br><br>V<br><br>MICHAEL L. HOLLAND,<br>JERRY L. WAWRZYK,<br>RANDY R. SABETTINI,<br>JOHN R. DEARY,<br>JOHN NORWOOD,<br>JOHN FALK,<br>STEVE FAUCHER,<br>STEVE A. RHODES,<br>KEVIN M. MANLEY,<br>WILLIAM D. FANEUFF,<br>ERIC SEIFFERT,<br>NEAL H. KEARNEY,<br>B. CORREIA,<br>DANIEL K. LYNCH,<br>WILBUR L. STROZIER,<br>ROBERT D. AMES,<br>RICHARD L. FELTON,<br>T. MITCHELL,<br>P.A. KUHLMAN, JR.,<br>M. STUCENSKI,<br>THOMAS, D. SMITH,<br>J. KNAPP, JR., L. DAIRE,<br>B. CHAPMAN, GERMOND,<br>RAYMOND BERNARD,<br>CHERYL SCHREINDORFER,<br>ANTHONY NAPIER<br>SCOTT REID, ANTHONY NAPIER,<br>B.D. BENDELOW, J. TAVAREZ,<br>PLUTE, D. RYAN, IL, MICHAEL JAJOIE,<br>MICHAEL W. ZACHAREWICZ,<br>PATRICK WILCOX, PEPE,<br>LARRY J. MEYERS<br>AND JOHN DOE, ONE THROUGH SIX,<br>Defendants. | PRISONER<br><br>CIVIL ACTION NO.<br>3:02-cv-1943(CFD)(TPS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>MAY 24, 2005 |

### AFFIDAVIT OF JOSE TAVAREZ

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

I, Jose Tavarez, being duly sworn, hereby depose and say:

1. I am over the age of 18 and I believe in the obligations of an oath. If called to testify, I could and would competently testify to the matters set forth herein.

2. I am currently working in Iraq. I have never lived in nor owned any real property in the State of Connecticut. I do not possess any real property in the State of Connecticut.

3. I first learned of this lawsuit when I received a letter from Attorney John W. Dietz of Westport, Connecticut. I have not been served with the Summons and Complaint in this lawsuit.

_____
José Tavarez

Sworn to and subscribed before me the foregoing Affidavit and who swore to the truth of the statements contained therein before me, the undersigned authority.

_____
Notary Public
My Commission Expires: 20/0/10 3

CRAIG   C.   RUSSELL
SFC  USA   10USC 1044A
COMMISSION EXPIRES 3NOV10



609495_1 DOC

315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195