UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN ROBINSON,

    Plaintiff,

**PRISONER**
CIVIL ACTION NO.
3:02-cv-1943(CFD)

V.

MICHAEL L. HOLLAND, et al      JULY 11, 2005

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

### I. INTRODUCTION

The undersigned defendant, D. Ryan, II, hereby files this memorandum of law in support of his motion to dismiss for insufficiency of service of process.

### II. FACTS AND PROCEDURAL HISTORY

Plaintiff, Shawn Robinson, is currently an inmate in the custody of the State of New Jersey Department of Corrections. His claims relate to his transfer from Northern Correctional Institution in Somers, Connecticut to the State of Virginia Wallens Ridge Prison on or about November 8, 1999. In his Third Amended Complaint dated December 20, 2004, the plaintiff invokes 42 U.S.C. §§ 1983, 1986, 1988 and claims violations of the First, Eighth and Fourteenth Amendments to the U.S. Constitution. The plaintiff also invokes the Court's supplemental jurisdiction for tort claims arising under

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

Connecticut law. The undersigned defendant, D. Ryan, II, moves to dismiss the claims against him in the third amended complaint due to insufficiency of service of process.

### III. LAW AND LEGAL STANDARD

When considering a Rule 12(b) motion to dismiss, the court accepts as true all factual allegations in the complaint and draws inferences from these allegations in the light most favorable to the plaintiff. See Scheuer v. Rhodes, 416 U.S. 232, 236, 94 S.Ct. 1683, 40 L.Ed.2d 90 (1974); Bernheim v. Litt, 79 F.3d 318, 321 (2d Cir.1996). Dismissal is warranted only if, under any set of facts that the plaintiff can prove consistent with the allegations, it is clear that no relief can be granted. See Hishon v. King & Spaulding, 467 U.S. 69, 73, 104 S.Ct. 2229, 81 L.Ed.2d 59 (1984); Cooper v. Parsky, 140 F.3d 433, 440 (2d Cir.1998). "The issue on a motion to dismiss is not whether the plaintiff will prevail, but whether the plaintiff is entitled to offer evidence to support his or her claims." United States v. Yale New Haven Hosp., 727 F.Supp. 784, 786 (D.Conn.1990) (citing Scheuer, 416 U.S. at 232). In its review of a motion to dismiss, the court may consider "only the facts alleged in the pleadings, documents attached as exhibits or incorporated by reference in the pleadings and matters of which judicial notice may be taken." Samuels v. Air Transport Local 504, 992 F.2d 12, 15 (2d Cir.1993). See also, Torres v. Pelligrino, 2004 WL 2095540 (D.Conn.)(Droney, J.).

In a Rule 12(b)(5) challenge to the sufficiency of service of process, the plaintiff bears the burden of establishing that service was adequate. See Schnall v. Annuity &

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

Life Re Ltd., 2003 U.S. Dist. LEXIS 23258 (D.Conn. Dec. 13, 2003). As indicated in the attached Affidavit of David Ryan, II, Mr. Ryan lives in Kentucky. He has never lived in or owned any real property in Connecticut. Mr. Ryan has not been served with the Summons in this matter.

Effective service of process is a necessary element for the Court to exercise personal jurisdiction over a nonresident defendant. Defendant David Ryan, II has not been served with the Summons. Consequently, the Court must dismiss Mr. Ryan from this action.

## V.  CONCLUSION

The plaintiff's method of service as to Mr. Ryan is inadequate, insofar as Mr. Ryan lives in Kentucky and has not been served with a Summons. Based upon the foregoing, defendant D. Ryan, II respectfully requests that his motion to dismiss be granted.

DEFENDANT,
D. RYAN, II

By_____
JOHN W. DIETZ of
HALLORAN & SAGE LLP
Fed. Bar #ct 13432
315 Post Road West
Westport, CT 06880
(203) 227-2855
dietz@halloran-sage.com

315 Post Road West
Westport, CT 06880

3

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

HALLORAN
& SAGE LLP

## CERTIFICATION OF SERVICE

This is to certify that on this 11th day of July, 2005, a true and accurate copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
John W. Dietz

315 Post Road West
Westport, CT 06880

4
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195