UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON,<br><br>    Plaintiff,<br><br>V.<br><br>MICHAEL L. HOLLAND,<br>JERRY L. WAWRZYK,<br>RANDY R. SABETTINI,<br>JOHN R. DEARY,<br>JOHN NORWOOD,<br>JOHN FALK,<br>STEVE FAUCHER,<br>STEVE A. RHODES,<br>KEVIN M. MANLEY,<br>WILLIAM D. FANEUFF,<br>ERIC SEIFFERT,<br>NEAL H. KEARNEY,<br>B. CORREIA,<br>DANIEL K. LYNCH,<br>WILBUR L. STROZIER,<br>ROBERT D. AMES,<br>RICHARD L. FELTON,<br>T. MITCHELL,<br>P.A. KUHLMAN, JR.,<br>M. STUCENSKI,<br>THOMAS, D. SMITH,<br>J. KNAPP, JR., L. DAIRE,<br>B. CHAPMAN, GERMOND,<br>RAYMOND BERNARD,<br>CHERYL SCHREINDORFER,<br>D. RYAN, II.<br>SCOTT REID, D. RYAN, II.,<br>B.D. BENDELOW, J. TAVARIEZ,<br>PLUTE, D. RYAN, II, MICHAEL JAJOIE,<br>MICHAEL W. ZACHAREWICZ,<br>PATRICK WILCOX, PEPE,<br>LARRY J. MEYERS<br>AND JOHN DOE, ONE THROUGH SIX,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   **PRISONER**<br>:   CIVIL ACTION NO.<br>:<br>:   3:02-cv-1943(CFD)(TPS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   JULY 11, 2005 |

### AFFIDAVIT OF DAVID RYAN, II.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

I, David Ryan, II., being duly sworn, hereby depose and say:

1. I am over the age of 18 and I believe in the obligations of an oath. If called to testify, I could and would competently testify to the matters set forth herein.

2. I am a resident of the Commonwealth of Kentucky. I have never lived in nor owned any real property in the State of Connecticut. I do not possess any real property in the State of Connecticut.

3. I first learned of this lawsuit when I received a letter from Attorney John W. Dietz of Westport, Connecticut. I have never been served with a Summons and Complaint in this lawsuit.

_____
David Ryan, II.

Sworn to and subscribed before me the foregoing Affidavit and who swore to the truth of the statements contained therein before me, the undersigned authority.

_____
Notary Public
My Commission Expires: Notary Public, State at Large, KY
My Commission Expires Sept. 2, 2005

689503_1 DOC

315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195