UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON,<br>    Plaintiff,<br><br>V.<br><br>MICHAEL L. HOLLAND,<br>JERRY L. WAWRZYK,<br>RANDY R. SABETTINI,<br>JOHN R. DEARY,<br>JOHN NORWOOD,<br>JOHN FALK,<br>STEVE FAUCHER,<br>STEVE A. RHODES,<br>KEVIN M. MANLEY,<br>WILLIAM D. FANEUFF,<br>ERIC SEIFFERT,<br>NEAL H. KEARNEY,<br>B. CORREIA,<br>DANIEL K. LYNCH,<br>WILBUR L. STROZIER,<br>ROBERT D. AMES,<br>RICHARD L. FELTON,<br>T. MITCHELL,<br>P.A. KUHLMAN, JR.,<br>M. STUCENSKI,<br>THOMAS, D. SMITH,<br>J. KNAPP, JR., L. DAIRE,<br>B. CHAPMAN, GERMOND,<br>RAYMOND BERNARD,<br>CHERYL SCHREINDORFER,<br>JOHN ZIERDT, JR.<br>SCOTT REID, ANTHONY NAPIER,<br>B.D. BENDELOW, J. TAVAREZ,<br>PLUTE, D. RYAN, II, MICHAEL JAJOIE,<br>MICHAEL W. ZACHAREWICZ,<br>PATRICK WILCOX, PEPE,<br>LARRY J. MEYERS<br>AND JOHN DOE, ONE THROUGH SIX,<br>Defendants. | **PRISONER**<br><br>CIVIL ACTION NO.<br>3:02-cv-1943(CFD)(TPS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JULY 19, 2005 |

## MOTION TO CONDUCT DEPOSITION OF INCARCERATED PERSON

Pursuant to Federal Rule of Civil Procedure 30(a)(2), the undersigned

defendants John Zierdt, Jr., Henry Scott Reid, Anthony Napier, David Ryan, II, and Jose

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

Tavarez request leave of Court to conduct the deposition of the plaintiff, Shawn Robinson. Mr. Robinson is presently confined to prison. More particularly, Mr. Robinson is confined to the New Jersey State Prison, which is located at Trenton, New Jersey and has been assigned oso #1503529-430720 by the New Jersey State Prison.

The defendants propose taking the deposition of Mr. Robinson on a date and time convenient for the New Jersey State Prison and parties of record.

WHEREFORE, the undersigned defendants respectfully requests that its motion be granted.

>	DEFENDANTS,
>	JOHN ZIERDT, JR., HENRY SCOTT REID, ANTHONY NAPIER, DAVID RYAN, II AND JOSE TAVAREZ
>
>	By _____
>	JOHN W. DIETZ of
>	HALLORAN & SAGE LLP
>	Fed. Bar #ct 13432
>	315 Post Road West
>	Westport, CT 06880
>	(203) 227-2855
>	dietz@halloran-sage.com

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

HALLORAN
& SAGE LLP

## CERTIFICATION OF SERVICE

This is to certify that on this 19TH day of July, 2005, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
John W. Dietz

712767_1 DOC

315 Post Road West
Westport, CT 06880

3
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195