UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER |
| | | CIVIL NO. 3:02CV1943 (CFD)(TPS) |
| V. | : | |
| | | MOTION TO DENY MOTION TO |
| MICHAEL HOLLAND, ET AL. | : | DISMISS FILED BY DEFENDANTS |
| | | PURSUANT TO D. Conn. L. Civ. |
| | : | R. 7, and rule 12 F.R.C.P. |

   Pursuant to D. Conn. L. Civ. R. 7, and rule 12 of the Federal Rules of Civil Procedure, the defendants Seiffert, Lynch, Ames, Felton, Kuhlman, Stucenski, Thomas, Smith, Knapp, Jr., Daire, Lajoie, Zacharewicz, Wilcox, Pepe, Strozier, Mitchell, Kuhlman, Jr. Stuckenski, Chapman, Germond, Bernard, Schreindorfer, Lajoie, Zacharewicz, Wilcox, Pepe, and Myers respectfully moved befor this Court upon a Motion for dismissal of the claim against them in this case.

   Plaintiff respectfully submits that the defendants did in fact violate his Constitutional rights, and as such the defendants should be held accountable to answer the complaint.

   The plaintiff has also alleged facts to suggest that the defendants acted willful or wanton, and that the claim against them in their individual capacities should not be dismissed under Connecticut General Statutes sec. 4-165. Plaintiffs claim of negligence against all the defendants are legally sufficient, and not barred by Connecticut General Statutes sec. 4-165.

In support of the plaintiffs request for denial of the defendants Motion to Dismiss, the plaintiff submits the attached memorandum of law to which the Court is respectfully referred.

Plaintiff
Shawn L. Robinson, Pro Se

*Mr. Shawn L. Robinson*
Mr. Shawn L. Robinson
#430720-OS01503529
P.O. BOX #861
TRENTON, NEW JERSEY 08625

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 27 day of July, 2005:

MS. ANN E. LYNCH, ESQ.
ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT. 06105

MR. JOHN W. DIETZ, ESQ.
HALLORAN AND SAGE, LLP
315 POST ROAD WEST
WESTPORT, CT. 06880

*Mr. Shawn L. Robinson*
MR. SHAWN L. ROBINSON, PRO SE.