UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : |  |
| MICHAEL HOLLAND, ET AL. | : | SEPTEMBER 6, 2005 |

**MOTION FOR PERMISSION TO HAVE
CORRECTIONAL STAFF PRESENT DURING DEPOSITION**

      Pursuant to D.Conn. L. Civ. R. 26 et seq, and rule 26 et seq of the Federal Rules of Civil Procedure, the defendants Seiffert, Lynch, Ames, Felton, Kuhlman, Stucenski, Thomas, Smith, Knapp, Jr., Daire, Lajoie, Zacharewicz, Wilcox, Pepe, Strozier, Mitchell, Kuhlman, Jr. Stuckenski, Chapman, Germond, Bernard, Schreindorfer, Lajoie, Zacharewicz, Wilcox, Pepe, and Myers ("State of Connecticut defendants") respectfully move for permission to have correctional staff present during the deposition of the plaintiff, Shawn Robinson which is scheduled for October 13, 2005.

      More specifically, the court granted defendants Zierdt, Reid, Napier, Ryan, Bendelow and Tavarez permission to take plaintiff's deposition. Counsel for the State of Connecticut defendants plans on attending and asking questions as well.

      During the course of her preparations, defense counsel learned that plaintiff is currently serving a 45 year sentence for assault in the second degree, rioting at a correctional institution and possession of a dangerous instrument in a correctional institution. This conviction stemmed from an incident in April 1990 when he cut the neck of a correctional officer during a riot. In addition, plaintiff has escaped from custody twice during his incarceration.

For the safety of defense counsel, the State of Connecticut defendants respectfully request that the court allow a correctional staff member to be present during plaintiff's deposition.

        DEFENDANTS
        Michael Holland, Et Al.
        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:__/s/_____
        Ann E. Lynch
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel.:  (860) 808-5450
        Fax:  (860) 808-5591
        E-Mail:  ann.lynch@po.state.ct.us
        Federal Bar #ct08326

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of September, 2005:

Shawn Robinson, Inmate #1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

John W. Dietz, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct 06880

                                                                  __/s/_____
                                                                   Ann E. Lynch
                                                                   Assistant Attorney General