UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT 11  P 1:05

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

SHAWN L. ROBINSON,  )
                    )
        Plaintiff,  )    CIVIL ACTION
                    )
        V.          )    NO. 3:02-CV-1943(CFD)(TPS)
                    )
MICHAEL L. HOLLAND, ET AL., )
                    )    SEPTEMBER 30, 2005
        Defendants. )

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff respectfully comes before this Honorable Court, to file a motion for enlargement of time, pursuant to Rule 7(b) of Conn Local Rules of Civil Procedure.

Plaintiff needs an enlargement of time for sixty (60) days, up to and including November 30, 2005, because he have to put together another set of responses to answer the defendants' interrogatories, and production requests of July 21, 2005, due to the fact that some prison guard at this facility opened and removed these legal papers from out of his cell. (See Exhibit A.)

In support of this motion, the plaintiff makes the following representations:

1. This is plaintiff's first request for a Motion for Enlargement of Time, with respect to the defendants' requests for discovery.

2. Plaintiff is proceeding pro se in the above-captioned case, and is responding to the defendants' request for discovery, without any legal assistance from the Inmates' Legal Assistance Program, or any of the prisoners at this facility.

3. Plaintiff had already prepared his answers for the defendants' interrogatories and request for production, without any legal help. Plaintiff was in the process of getting these papers photocopied, and mailed to the defendants, as well as this court, but a prison guard who heard about the plaintiff filing a grievance against some of his co-workers, decided to trash plaintiff's cell and take these legal papers from out of his cell, along with some other personal things belonging to plaintiff. (See Exhibit A.)

Plaintiff is also sending a couple of grievances that he filed against this guard as an exhibit, along with a supporting affidavit for the court's review.

WHEREFORE, plaintiff respectfully requests that this Honorable Court grant his Motion for Enlargement of Time, up to and including November 30, 2005, so he can answer the defendants' interrogatories and request for production again. This will be for sixty (60) days.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF PRO SE.

*Mr. Shawn L. Robinson*
MR. SHAWN L. ROBINSON
#430720-OS01503529
P.O. BOX 861
TRENTON, NJ  08625-0861

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 30th day of September, 2005, via prison unit staff to all of the counsel on record as follows:

MS. ANN E. LYNCH, ESQ.
ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT  06105

MR. JOHN W. DIETZ, ESQ.
HALLORAN & SAGE, LLP
315 POST ROAD WEST
WESTPPORT, CT  06880

*Mr. Shawn L. Robinson*
MR. SHAWN L. ROBINSON
THE PLAINTIFF   PRO SE