UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT 11  P 1:05

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| SHAWN L. ROBINSON, | CIVIL ACTION |
| Plaintiff, | NO. 3:02-CV-1943(CFD)(TPS) |
| V. | |
| MICHAEL L. HOLLAND, ET AL., | SEPTEMBER 30, 2005 |
| Defendants. | |

### SWORN AFFIDAVIT OF SHAWN L. ROBINSON

Plaintiff SHAWN L. ROBINSON, being duly sworn, deposes and says:

1. I am the plaintiff in the above entitled civil action. I make out this sworn affidavit in support of my Motion for Enlargement of time.

2. My reasons for requesting this enlargement of time, was due to some prison guard who went inside of my cell and removed some legal mail and papers that I had laboriously prepared for the defendants' interrogatories and requests for production on August 18, 2005.

3. As the court can see, I did file a grievance against this unit staff, but prison officials here refused to return any of the legal mail or papers that was taking out of my cell, and denied that this incident ever happened.

4. Also, I've been having problems with my incoming and outgoing legal mail at this facility. I believe certain legal mail that was giving to DOC staff here to mail out, never left the institution or was even taking to the mail room to be mailed out, because I didn't get any responses to my correspondences. Some prison guards refuse

to take my mail out or give me a receipt, whenever I use a postage remit to send out my legal mail.

5. I had to write this problem up too. But then DOC staff started holding my incoming legal mail. (See Exhibit B.)

6. Also, it seems like some of these prison guards do not want me to have any documentation of my outgoing legal mail, because some are refusing to write it in the unit's legal mail log book.

7. This type of behavior by DOC staff makes it very difficult for me to meet the required court deadlines. Especially now, after DOC officials here recently tighten the restraints on our access to the institution's law library. (See Exhibits C & D.)

8. I also must make the court aware of the time difference on the exhibit, because the 1230 hours - 1530 hours law library period #3. does not apply to me. I am on the PM side of the prison, so I can only get a law library pass in the morning time, from 0745 to 0900 hours or 0915 to 1030 hours.

9. If the court may need more information or documentation before it can make a ruling, please feel free to ask me.

WHEREFORE, plaintiff prays that this Honorable Court grant his motion for enlargement of time.

I hereby declare under the penalty of perjury, that the foregoing is true and correct. Executed on this 30th day of September, 2005, pursuant to 28 U.S.C. 1746.

RESPECTFULLY SUBMITTED,
AFFIANT,

*Mr. Shawn L. Robinson*
MR. SHAWN L. ROBINSON
The Plaintiff Pro Se

**EXHIBIT A.**

GRIEVANCE NO._____.

## ADMINISTRATIVE REMEDY

18 AUGUST 2005

To: Warden Ronald H. Cathel
    N.J.S.P. ADMINISTRATOR

From: Mr. Shawn L. Robinson
     #430720-OS01503529

Formal complaint against unit staff J. Israel for stealing and destroying some very important legal court documents and outgoing legal mail on August 18, 2005, after he forced me to strip search and trashed my cell.
    On August 18, 2005, at approximately 14:15 hrs., unit staff Isreal came to my cell(270) in a very hostile and insolent manner, stating, "Strip boy! My buddies on 6-Left, Guido and Wade want me to search your cell."
    I had a scheduled legal call to my attorney, between 1500 hrs., and 1600 hrs., but unit staff Israel refused to let me call my lawyer instead he kept me locked in cell 08 for almost three hours.
    I immediately informed Sgt. Snead of the situation when I came out of my cell for mess. Unit staff Israel was present at that time, so I asked him what happened to the legal papers and court documents that were in the big manila envelope. Unit staff Israel responded by saying it was still in there, but with a little smirk on his face. I told Sgt. Snead that the envelope was empty with a wet spot on it and a hole torn through the wet spot. The legal documents and papers were gone.
    Unit staff Israel started yelling at me, telling me that I better go to mess in a very threaten manner, as I was explaining to Sgt. Snead what he did to my cell. Sgt. Snead promise to come up to my cell and see how bad Unit staff Israel trashed it, but she never came up.
    Please have Unit staff Israel return my property and give me my mail, because I have a very important court deadline that I must meet before next week, and I need to get these documents in the mail by tomorrow morning.
    If unit staff Israel refuse to return my legal mail and court papers, I want him administratively and judicially prosecuted as if a prisoner committed this act. Because I witnessed unit staff Israel reading and tampering with the incoming mail, while he had me confined in the utility room/cell 08.

Respectfully Submitted,

_____
Mr. Shawn L. Robinson

cc: File.

**EXHIBIT B.**

GRIEVANCE NO._____.

## ADMINISTRATIVE REMEDY

23 AUGUST 2005

To: Warden Ronald H. Cathel
    N.J.S.P.  ADMINISTRATOR

From: Mr. Shawn L. Robinson
      #430720-OS01503529

Formal complaint against DOC staff for holding my incoming legal mail and not promptly delivering it to me on the date they receive it.
   On August 19, 2005, I received legal mail from the law offices of Halloran & Sage, but it was processed and delivered to unit staff on August 17, 2005. **(SEE: Process and Delivery Receipt No. 035189.)**
   And on August 23, 2005, I received two pieces of legal mail from the Federal District Courts of Connecticut, that were postmarked on the 18th of August, 2005. But the mailroom stamped August 22nd on the back of the envelopes. Also, there was no receipt numbers on the receipts.
   I should have recived this mail on August 22, 2005, and not when unit staff feels like giving it to me. I haven't really made any noise or waves about how staff here opens and may <u>read</u> my incoming legal mail in the absence of my presence, even though some of the envelopes are clearly marked, **"LEGAL MAIL - OPEN ONLY IN THE PRESENCE OF PRISONER."** And this is a clear violation!
   I really didn't have any gripes with this illegal process, as long as I received my mail on its arrival. But when staff refuse to promptly deliver it to me, then there is a problem, because my freedom is at stake and I have very important court deadlines to meet.
   The mail process and services here at this facility is horrendous. I have suffered a great deal of missing correspondence from family and friends, since I've been herein Trenton New Jersey State Prison.
   Now that I've been moved to 2-Left, I am having problems receiving my incoming legal mail as well. I will not accept the lost, theft or destruction of my legal mail, as I have with my general and personal incoming mail.
   If this matter isn't immediately rectify, and I don't receive all of my missing mail, I will be forced to take legal action against this Administration and its staffs.
   Your expeditious response in this matter, will be most helpful and very much appreciated.

Respectfully Submitted,

_____
Mr. Shawn L. Robinson

cc: File.

**NEW JERSEY STATE PRISON**
**MEMORANDUM**

**To:**  Inmate Population
Video Bulletin Board

**From:**  Ronald R. Cathel, Administrator

**Date:**  September 12, 2005

**Subject:**  Law Library

Effective Monday, September 19, 2005, all inmate requests for use of the Law Library, ILA, legal phone calls or general library will be processed and scheduled through the Supervisor of Education or the Assistant Supervisor of Education.

Inmates are scheduled on a pass list by completing a G27 form (attached). The movement times and the maximum number of inmates allowed in the DBS School for the Law Library, ILA legal phone calls or general library are as follows:

Period #1  0745 hours- 0900 hours
12 Law Library Passes
4 ILA Passes
NO Legal phone calls
3 General Library passes

Period #2  0915 hours – 1030 hours
12 Law Library Passes
4 ILA Passes
2 Legal phone calls every ½ hour  (4 inmates)
No General Library passes

Period #3  1230 hours – 1530 hours
12 Law Library Passes
4 ILA Passes
2 Legal phone calls every ½ hour  (12 inmates)
3 General Library passes

There will be no evening Law Library at this time.

Inmates will report to Traffic for passes to the appropriate area in the DBS School. Inmates will be allowed to leave the area to return to their housing unit upon completion of his work in one of the above areas.

RHC:PT:rj
Attachment.

C:  Executive Staff
Department Heads
Custody Supervisors
Housing Unit Bulletin Boards
File

**EXHIBIT D.**

G-27

# SAMPLE

**NEW JERSEY STATE PRISON**
**REQUEST FOR LEGAL ASSISTANCE**

Name: _____ (complete name)   State # _____   Wing: _____   Cell: _____

Work Assignment: _____

*Must indicate type of request*

Request Interview _____   Request Material _____   Law Library _____   Inmate Legal Assn. _____

All inmates in PHD status must select ILA

Reason For Request (Be Specific) _must indicate criminal or civil request to include filing dates, deadlines or trial dates._
_All requests for materials must be specific; ie copying, request, case law phone call requests._
_____

_____   _____   _____
Inmate's Signature             Wing Officer Signature         Area Supervisor Signature

*All requests will be reviewed, date stamped and approved by the Supervisor of Education or Assistant Supervisor of Education prior to scheduling. Incomplete requests will not be approved and will be sent back to the inmate.*