UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT -7 P 3: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| SHAWN L. ROBINSON, | CIVIL ACTION |
| Plaintiff, | NO. 3:02-CV-1943(CFD)(TPS) |
| V. | |
| MICHAEL L. HOLLAND, ET AL., | |
| Defendants. | SEPTEMBER 23, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully comes before this Honorable Court, to file a motion for enlargement of time, pursuant to Rule 7(b) of Conn Local Rules of Civil Procedure.

Plaintiff needs an enlargement of time on the court's deadline for the completion of discovery, that has been set for tomorrow, on September 24, 2005, because he has not been able to get anybody to assist or show him how to do his discovery, including Inmates Legal Assistance Program.(ILAP)

ILAP told plaintiff that they would start doing his discovery, after the defendants responded to his complaint, but they have fail to make good on their word. The only thing ILAP has done so far, is to send plaintiff a sample of some interrogatories, so he can do it on his own. And plaintiff just received the sample a few weeks ago.

Plaintiff will most likely need at least 180 days to do all of the discovery on his own, because he is not too familiar with this legal procedure, and he will have to do some research on the things that must be done to complete his discovery.

Also, plaintiff has been waiting for ILAP to put together some kind of pleading, to have the defendants who claim not to have been served with the summons and complaint, to be served again, but this time, the defendants will be served in person, via the U.S. Marshal service.

So far, ILAP has not done anything. If ILAP fails to help the plaintiff, he will be forced to do this motion on his own as well.

This will also take plaintiff some time to do, before he will be able to start working on the discovery.

Plaintiff also ask that the court take into consideration, his present confinement to a maximum security prison, that puts extreme limitations on his access to the facility's inadequate law library, as well as the fact that ILAP has failed to give him adequate legal assistance on certain issues in this action. (See Exhibit A)

It should also be pointed out, that plaintiff was forced to do three (3) of the four (4) briefs in opposition to the defendants' motions to dismiss on his own time, which prevented him from doing any of the discovery by himself.

Due to plaintiff's circumstance, he does not know if any of the defendants' counsels will have an objection to this enlargement of time.

WHEREFORE, plaintiff respectfully requests that the Court will grant his motion for enlargement of time to complete his discovery.

RESPECTFULLY SUBMITTED,

*Mr. Shawn L. Robinson*
MR. SHAWN L. ROBINSON
#430720-OS01503529
P.O. BOX 861
TRENTON, NJ  08625-0861

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 23rd day of September, 2005, via prison unit staff to all of the counsel on record as follows:

MS. ANN E. LYNCH, ESQ.
ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT   06105

MR. JOHN W. DIETZ, ESQ.
HALLORAN & SAGE, LLP
315 POST ROAD WEST
WESTPPORT, CT   06880

*Mr. Shawn L. Robinson*
MR. SHAWN L. ROBINSON
THE PLAINTIFF   PRO SE

EXHIBIT A.

5. Plaintiff needs additional time so that he may research issues with which he is not receiving assistance from Inmates' Legal Assistance.

6. Plaintiff is an incarcerated prisoner proceeding pro se; thus, defendants' position with regard to this motion has not been ascertained.

WHEREFORE, plaintiff respectfully requests that the court grant a thirty (30) day enlargement of time, up to and including July 28, 2005, to respond to Defendants' Motion to Dismiss, dated April 6, 2005.

RESPECTFULLY SUBMITTED,

By_____
Shawn Robinson, PRO SE
#430720
P.O. Box 861
Trenton, NJ 08625-0861

On the Motion
Jessica J. York, Esq.
Inmate's Legal Assistance Program
78 Oak Street
Hartford, CT 06106
Fed. Bar. No.:CT 20666

EXHIBIT A.

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following counsel on this ___ day of June, 2005:


_____
Shawn Robinson, PRO SE

EXHIBIT A.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON<br>*Plaintiff* : | CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. : | |
| MICHAEL L. HOLLAND, ET AL., :<br>*Defendants* : | JUNE ___, 2005 |

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the plaintiff respectfully requests an enlargement of time of thirty (30) days, up to and including July 28, 2005, within which to file an opposition to Defendants' Motion to Dismiss, dated April 6, 2005. The prescribed period to file an opposition has not yet expired.

In support of this motion, the plaintiff makes the following representations:

1. This is the plaintiff's second request for a Motion for Enlargement with respect to Defendants' Motion to Dismiss, dated April 6, 2005.

2. The plaintiff is proceeding pro se in the above-captioned case.

3. On or about May ___, 2005, the plaintiff received the defendant's Motion to Dismiss.

4. The facility in which plaintiff is currently being housed was on lock down from approximately May 14, 2005 through June 1, 2005, and therefore, the plaintiff was unable to access the facility's law library.