UNITED STATES DISTRICT COURT   FILED

DISTRICT OF CONNECTICUT   2005 OCT -7 P 3: 49

U.S. DISTRICT COURT
BRIDGEPORT, CO...

|  |  |
|---|---|
| SHAWN L. ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL L. HOLLAND, ET AL., | ) |
| Defendants. | ) |

CIVIL ACTION

NO. 3:02-CV-1943(CFD)(TPS)

SEPTEMBER 17, 2005

### SWORN AFFIDAVIT OF SHAWN L. ROBINSON

Plaintiff SHAWN L. ROBINSON, being duly sworn, deposes and says:

1. I am the plaintiff in the above entitled civil action.  I make this affidavit in support of my motion for appointment of counsel.

2. The complaint in this case alleges that the plaintiff had been subjected to the misuse of force by a gang of prison guards, some of whom actively beat and kicked him, while others had just watched and failed to intervene. It also alleges that supervisory officials were aware of the antipathy and violent propensities that some of the defendants had towards plaintiff, but refused to take action in protecting him from their assaults and maltreatment.  The plaintiff was subsequently denied his due process rights,  when DOC officials arbitrarily increased his security risk level from four (4) to five (5), and placed him on administrative segregation status, after the unlawful confinement to a punitive segregation cell.  Plaintiff was denied medical treatment at the time of this incident, and still is being denied care by the Corrections Medical Service (CMS) for some of these injuries he continue to suffer from.

3. This is a complex case, because it contains several different legal claims, that has occurred over a long period of time.

4. The case involves medical issues, that may require some expert testimony.

5. The plaintiff has demanded a jury trial, and is in the process of making preparations for trial, since neither party could reach a settlement agreement on August 11, 2005, during the telephonic conference.

6. The case will require discovery of documents and deposition of a number of witnesses.

7. Exhibits (P) through (T), will show that plaintiff was working on getting legal assistance prior to November 8, 1999, for some of the issues he brought up in his complaint.

8. Some of the pro bono law firms that plaintiff had wrote to for legal assistance, the letters were returned. (See Exhibits U & V)

9. Exhibits (W) & (X) shows a general and similar letter that the plaintiff wrote to some of the law offices on the pro bono list but never got any response.

WHEREFORE, plaintiff prays that this Honorable Court grant his motion for appointment of counsel.

I hereby declare under the penalty of perjury, that the foregoing is true and correct. Executed on this 17th day of September, 2005, pursuant to 28 U.S.C. 1746.

Respectfully submitted,
AFFIANT,

MR. SHAWN L. ROBINSON
The Plaintiff  Pro Se

-2-

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 17th day of September, 2005, via prison unit staff to all of the counsel on record as follows:

MS. ANN E. LYNCH, ESQ.
ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT  06105

MR. JOHN W. DIETZ, ESQ.
HALLORAN & SAGE, LLP
315 POST ROAD WEST
WESTPPORT, CT  06880

MR. SHAWN L. ROBINSON
THE PLAINTIFF  PRO SE

EXHIBIT A.

LAW OFFICES OF

## LaBELLE, LaBELLE & NAAB, P.C.
295 EAST CENTER STREET
MANCHESTER, CT 06040-5211

JOHN D. LABELLE
JOHN D. LABELLE, JR.
GEOFFREY NAAB

TELEPHONE 860-647-7000
TELECOPIER 860-645-0524
GNAAB@SBCGLOBAL.NET

July 22, 2005

Mr. Shawn Robinson
#43070-OSO1503529
New Jersey State Prison
P.O. Box 861
Trenton  NJ  08625

Re:    Robinson v. Holland
       U.S. District Court No. 3:02-cv-01943-CFD-TPS

Dear Mr. Robinson:

I have just received your letter dated July 12.  I cannot represent you in this case. Too much needs to be done in too short a time.  Your responses to four motions to dismiss are due very soon: three next week and one the week after next.

Enclosed, in case you don't have them, are copies of the docket sheet, the court's deadline listing, Zierdt's motion to dismiss (document 56), Tavarez's motion to dismiss (document 66) and a motion by Attorney Dietz, on behalf of Zierdt, Reid, Napier, Ryan and Tavarez to schedule your deposition (document 71).

I'm sorry I can't help you, but I wish you good luck.

Sincerely,

Geoffrey Naab

GN/ms

EXHIBIT B.

LAW OFFICES OF

# Jacobs, Grudberg, Belt, Dow & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX (203) 772-1691
www.jacobslaw.com

OUR FILE NUMBER

X05-1008

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
JOSEPH J. PACKTOR
ALINOR C. STERLING
ANDREW I. SCHAFFER
TRISHA M. MORRIS
EDWARD J. McMANUS
JOSHUA D. LANNING
ANTHONY D. SUTTON

ISRAEL J. JACOBS (1918-1963)

June 27, 2005

Mr. Shawn Robinson
#43020-0S01503529
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625

Dear Mr. Robinson:

After looking over the material you sent me, I have decided not to undertake representation of you in your pending federal court action.  I am sorry I cannot be more helpful.

Very truly yours,

JACOBS, GRUDBERG, BELT, DOW & KATZ, P.C.

By _____
Ira B. Grudberg

IBG:ad

EXHIBIT C.



**Koskoff Koskoff & Bieder** PC

September 19, 2003

*Law Offices*

P.O. Box 1661
Bridgeport, CT 06601

350 Fairfield Avenue
Bridgeport, CT 06604

(203) 336-4421
FAX (203) 368-3244

e-mail: kkb@koskoff.com
www.koskoff.com

Theodore I. Koskoff
(1913-1989)
Michael P. Koskoff
Richard A. Bieder *
Joel H. Lichtenstein
John D. Jessep
Christopher D. Bernard *
Carey B. Reilly
James D. Horwitz
Vincent M. Musto
Joshua D. Koskoff
Regina M. Murphy
Antonio Ponvert III
Kathleen L. Nastri
Gertrude A. Kiaunis
Rosalind J. Koskoff

*Certified Civil Trial Advocate
National Board of Trial Advocacy

Of Counsel
James Wu, LLC

Paralegals

Linda Grossberg
Barbara Barbiero
Beth Vogler
Diana V. Orozco
Patricia M. Harris
Marge Esposito
Wendy Grosso
Deborah A. Dinan
Diane C. Rivera
Diane L. Zalewski
Terri L. Beatty

Attorney Client Correspondence

Mr. Shawn Robinson
No. 430720-OS01503529
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625

Dear Mr. Robinson

    Thank you for sending your complaint and asking me to represent you against the staff at the Department of Correction. I represented Larry Frazier and David Tracy in connection with their deaths at Wallens Ridge, and I am familiar with what happened to you.

    I am interested in seeing your file. Please send your entire file to me at the above address. Please be sure to include your medical file, all incident reports and statements, any Security Division and State Police reports and statements, any videotapes, and all pleadings filed by you and by the defendants. I am particularly interested to know if the defendants have moved to dismiss your case for failure to exhaust administrative remedies under the PLRA, and any Court rulings on that or any other motion. Also, please send a copy of the scheduling order, and let me know what the next deadline is.

    I look forward to receiving this information from you, and I will be touch as soon as I have read through it.

                  Sincerely,

                  Antonio Ponvert III

APIII/sc

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
WILLIAM S. PALMIERI
ANGELICA N. PAPASTAVROS-CORBO
ROSEMARIE PAINE
E. GREGORY CERRITELLI

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
FACSIMILE (203) 401-4277
E-MAIL: jrw@johnrwilliams.com

January 3, 2000

**PRIVILEGED CORRESPONDENCE**
Mr. Shawn L. Robinson
Inmate# 275871
P.O. Box 759
WRSP-D/517
Big Stone Gap, VA 24219

Dear Mr. Robinson:

Thank you for your letter of December 14th.

The case you described is quite serious, of course. The problem is that under the provisions of the Prison Litigation Reform Act, your ability to litigate about something like this is severely limited so long as you remain a prisoner.

The applicable statute of limitations in this case is three years. That means that suit would have to be filed within three years of the date of the beating. If you are going to be released from prison within that period of time, I strongly recommend that you wait until you get out. If not, then you need first to file an administrative complaint and pursue that administrative complaint as far as it is permitted to do so before filing suit.

At the time of filing suit, where I can handle the case for you, I would require a retainer of $6,000.00 plus your agreement to a contingency fee in addition to that.

If any of this makes sense to you, please get back to me.

Sincerely,

John R. Williams

JRW:cmt

EXHIBIT E.

# Koskoff Koskoff & Bieder PC

*Law Offices*

P.O. Box 1661
Bridgeport, CT 06601

350 Fairfield Avenue
Bridgeport, CT 06604

(203) 336-4421
FAX (203) 368-3244

e-mail: kkb@koskoff.com

Theodore I. Koskoff
   (1913-1989)
Michael P. Koskoff
Richard A. Bieder *
Joel H. Lichtenstein
John D. Jessep
Elizabeth Koskoff
Christopher D. Bernard *
Karen E. Koskoff
Carey B. Reilly
James D. Horwitz
Vincent M. Musto
Michael A. Stratton *
Rosalind J. Koskoff
Regina M. DeLuca
Lillian C. Gustilo
Gertrude A. Kiaunis
Susan B. Fink
Joshua D. Koskoff
Joel T. Faxon

* Certified Civil Trial Advocate
   National Board of Trial Advocacy

Of Counsel
James Wu, LLC

Legal Assistants
Linda Grossberg
Marsha G. Chrzanowski
Barbara Barbiero
Beth Vogler
Linda L. Keenan
Lois A. Payne
Diana V. Orozco
Carol A. Girard
Patricia M. Harris
Catherine A. Sommer
Marge Esposito
Wendy Grosso

March 15, 2000

Mr. Shawn L. Robinson
Virginia State No. 275871
Wallens Ridge State Prison
P. O. Box 759
Big Stone Gap, Virginia   24219

Dear Mr. Robinson:

Thank you for your letter of February 23rd.

We are not going to be able to handle your case because of lack of personnel at the present time.   I think your best bet is to try to impress upon your legal counsel the importance of your case.

I truly regard not being able to help you any further in this matter.

Very truly yours,

Michael P. Koskoff

MPK:jr
Enclosure

 **American Civil Liberties Union of Virginia**
6 N. Sixth Street, Suite 400, Richmond, VA 23219 (804)644-8022

March 24, 2000

Mr. Shawn L. Robinson #275871
WRSP PO Box 759
Big Stone Gap, VA 24219

Dear Mr. Robinson:

Thank you for writing the ACLU of Virginia.

The matter that concerns you apparently arises in the
state of Connecticut. Our office only handles cases that
have occurred in Virginia.  If you believe you have civil
rights or civil liberties claim under the federal
Constitution and laws, or under the Constitution and laws
of the area where your claim arose, you are welcome to
write the ACLU affiliate in that area.  The address for the
ACLU of Connecticut is:

                    ACLU of Connecticut
                    32 Grand Street
                    Hartford, CT 06106.

Good luck to you.

                         Sincerely,

                         Phillip Brenner
                         Phillip Brenner
                         Intake Coordinator

EXHIBIT G.

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

May 17, 2000

Shawn Robinson
#275871
P.O. Box 759
W.R.S.P. C-409
Big Stone Gap, VA 24219

Dear Shawn Robinson:

We received your letter and apologize for our delayed response. Our office is staffed primarily by law student interns and lacks the resources to accept cases outside the state of Connecticut. Enclosed is a list of resources in your state.

We regret we cannot be of further assistance and wish you the best of luck.

Sincerely,

KS

Kathryn R. Stoddard
Office Manager

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 • TELEPHONE 203 432-4800 • FACSIMILE 203 432-1426
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511

EXHIBIT H.

# LASALA, WALSH, WICKLOW & VELARDI, LLC
### ATTORNEYS AT LAW

ANTHONY J. LASALA
JAMES O. WALSH
JOSEPH M. WICKLOW, III
FRANK B. VELARDI, JR.
WILLIAM B. WYNNE

EDWIN F. RAFFILE, JR. (1953-1976)

168 BRADLEY STREET
NEW HAVEN, CONNECTICUT 06511

P.O. BOX 1302
NEW HAVEN, CONNECTICUT 06505-1302

(203) 785-8929
FAX (203) 776-4663

June 15, 2005

New Jersey State Prison
c/o Shawn L. Robinson
(Inmate # 430720-0s01503529)
P.O. Box 861
Trenton, NJ 08625

       re:    Shawn Robinson vs. Northern Correctional Institution

Dear Mr. Robinson:

     I am in receipt of your correspondence regarding your pending civil matter. Unfortunately, this office is unable to undertake representation on your behalf

     I wish you much luck in your efforts in securing representation.

                    Very truly yours,

                    Frank B. Velardi, Jr.

FBV:js

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Alan G. Schwartz
203.498.4332
203.782.2889 fax
aschwartz@wiggin.com

**WIGGIN AND DANA**

*Counsellors at Law*

July 19, 2005

Mr. Shawn Robinson
#43070-OSO1503529
New Jersey State Prison
P.O. Box 861
Trenton, NJ  08625

Re:    Pro Bono Legal Representation

Dear Mr. Robinson:

I am in receipt of your letter to me requesting pro bono legal representation regarding your pending civil action Robinson v. Holland, et al.

Unfortunately, I will be unable to represent you in this matter at this time.

Sincerely,

Alan G. Schwartz

\1\320\543839.1

*New Haven  Stamford  New York  Hartford  Philadelphia*

# EMMETT & GLANDER

ATTORNEYS AT LAW

45 FRANKLIN STREET • STAMFORD, CT 06901
(203) 324-7744   FAX (203) 969-1319

KATHRYN EMMETT
JANE W. GLANDER
CHRISTINE CAULFIELD*

17 POND BROOK ROAD • P.O. BOX 724 • NEWTOWN, CT 06470
(203) 270-9272  FAX (203) 426-1270

* ALSO ADMITTED IN NEW YORK

www.emmettandglander.com

July 25, 2005

Mr. Shawn Robinson
#43070-OSO1503529
New Jersey State Prison
P.O. Box #861
Trenton, NJ 08625

Dear Mr. Robinson:

I am writing in response to your letter requesting representation. Unfortunately, our office is not able to represent you at this time. Thank you for your inquiry.

Very truly yours,

Kathryn Emmett

KE/ns

EXHIBIT K.

# ROME McGUIGAN, P.C.

ATTORNEYS AT LAW

RESPOND TO:

One State Street
Hartford, CT 06103-3101
860-549-1000
Fax 860-724-3921
www.rms-law.com

Joseph B. Burns
Direct Dial: (860) 493-3410
Email: jburns@rms-law.com

July 29, 2005

Mr. Shawn Robinson #43070-PSO1503529
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

     Re:    Shawn Robinson v. Northern Correctional

Dear Mr. Robinson:

I regret that we respectfully decline to represent you in the above referenced matter.

Our declination of representation is not to be taken as any comment or opinion as to the merits of your case. We recommend that you consult with other attorneys regarding this matter.

We wish you the best of luck in the future.

Very truly yours,

Joseph B. Burns

JBB/cbj

405351

ALSO LOCATED:

1000 Lafayette Boulevard
Bridgeport, CT 06604-4700
203-382-8000
Fax 203-382-8005

EXHIBIT L.

**LAW OFFICES
OF
SYDNEY T. SCHULMAN**

<u>Administrative Director</u>
Sydney T. Schulman, Esq.

<u>Managing Attorney</u>
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

<u>Staff Attorneys</u>
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Caulfield

November 23, 2004

Mr. Shawn L. Robinson
S.P.I. 0501503529
#430720
New Jersey State Prison
CN 861
Trenton, NJ 08625-0861

Dear Mr. Robinson:

Although you have no outstanding correspondence, this letter is written as follow-up to our telephone conversation on November 12, 2004.

Pursuant to our conversation, please find enclosed a Third Amended Complaint, along with a Motion for Leave to Amend. You will need to fill in the date that you mail these documents and sign same. I am enclosing several photocopies of said documents as well. You will want to retain one (1) copy for your records. The other copies are to be mailed to the defendants' attorney(s).

In addition, please find enclosed a copy of the Amended Complaint retained in the Court file which was forwarded to me by Court Clerk, Mary Larsen.

Mr. Robinson, Inmates' Legal Assistance Program's contract with the state strictly limits giving advice as to process and procedure, as well as the preparation of documents, in civil cases which exhibit the necessary elements to construct a *prima facie* case. Black's Law Dictionary defines a *prima facie* case as follows:

A prima facie case consists of sufficient evidence in the type of case to get plaintiff past a motion for a directed verdict in a jury case or motion to dismiss in a nonjury case; it is the evidence necessary to require the defendant to proceed with his case.

Mr. Shawn Robinson
Page -2-
November 23, 2004

 Unfortunately, unlike our predecessors, Legal Assistance to Prisoners, our contract does not provide for representing and arguing for the inmate before any court or administrative body. ILAP does assist inmates with non-Department of Correction civil cases. However, I reiterate, that in comporting with the rules of professional conduct, ILAP must review said claims to determine whether or not the facts and circumstances support a *prima facie* case. If the facts and circumstances do support a *prima facie* case, then ILAP will provide the necessary assistance accordingly. If the facts and circumstances do not support a *prima facie* case, then ILAP is both ethically (Rule 3.1 of the Rules of Professional conduct) and contractually precluded from assisting an inmate with said claim.

 Please be advised that ILAP does not represent inmates before any court or administrative body. Therefore, ILAP will not file an appearance in your case. However, ILAP can assist you in all aspects of your case, from drafting pleadings to preparation for trial, where ILAP has determined that a case meets the *prima facie* standards.

 As you are aware, ILAP has determined that your case satisfies the prerequisites of the *prima facie* standard, and therefore, ILAP is in the process of assisting you with drafting pleadings in this matter. However, as stated above, ILAP cannot represent you in this case, and therefore, all pleadings must be signed by you, and you will be responsible for forwarding same to the appropriate parties. Moreover, ILAP attorneys will not be able to attend any hearings, oral arguments or the trial, itself, with you.

 If you have any further questions or concerns, please contact ILAP again.

    Sincerely,

    Jessica J. York
    Attorney-at-law

EXHIBIT M.

# INMATES' LEGAL ASSISTANCE
## P.O. BOX 260237
## HARTFORD, CT 06126-0237
## TEL: (860) 246-1118
## 1-800-301-ILAP (4527)
## FAX: (860) 246-1119

February 1, 1996

*received open, 2/6/96.* (SR)

Mr. Shawn Robinson
Req. No. 42376-066
P.O. Box 8500
Florence, CO 81226-8500

Dear Mr. Robinson:

Thank you for your letter dated January 15, 1996; wherein, you requested legal assistance.

Unfortunately, we will <u>not</u> be able to help you with your research request. Our contract provides that we may give services <u>only</u> to persons who are inmates <u>in a Connecticut institution</u>.

I apologize for being unable to extend legal services to you. Good luck.

Very truly yours,

Jane Starkowski
Managing Attorney

JS:nsa

EXHIBIT N.



# Department of Correction
## Northern Correctional Institution

*received. 8/4/97. (SR)*

**TO:**        Shawn Robinson, #148846  1W-203

**DATE:**      August 4, 1997

**SUBJECT:**   Law Library/Legal Materials

There is no law library at Northern Correctional Institution. I believe that the area to which you refer is books donated to inmates and are maintained by the inmates in the Death Row area. Northern does not maintain nor possess a law library.

Janet Sicilia, Counselor Supervisor

JS:fm

*EXHIBIT O*

**EXHIBIT O.**

# ROME McGUIGAN SABANOSH, P.C.

### *ATTORNEYS AT LAW*

ONE STATE STREET
HARTFORD, CT 06103-3101
860-549-1000
FAX 860-724-3921

1000 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604-4700
203-382-8000
FAX 203-382-8005

Robert J. T. Britt
Hartford
Direct Dial: 860-493-3450

September 3, 1998

*received, 9/21/98. (SR)*

Mr. Shawn L. Robinson
Reg. No. 148846
Northern CI - 1W-203
287 Bilton Road
P. O. Box 665
Somers, CT  06071-0665

Dear Mr. Robinson:

I am sorry but I cannot help you since I no longer represent you.  I am returning the package you sent to me.  Good luck.

Sincerely,

Robert J. T. Britt

RJTB:msb

Enclosure

262560

EXHIBIT P.

# MILLER, LANE, KILLMER & GREISEN, LLP

730 17TH ST. • SUITE 600 • DENVER, COLORADO 80202

### ATTORNEYS AT LAW

DAVID H. MILLER
DAVID A. LANE
DAROLD W. KILLMER
PAULA GREISEN

303.534.6400
FAX: 303.534.0156
E-MAIL: mlklaw@usa.net

September 14, 1998

*received, 9/21/98, SR*

Shawn L. Robinson #148846
Northern CI 1W-203
P. O. Box 665
Somers, CT 06071

Dear Mr. Robinson:

Thank you for your letter of August 28, 1998. I have reviewed it carefully. Unfortunately, my caseload has become quite large, and I regret to inform you that I am unable to represent you at this time. I do not know of any other attorneys who regularly handle prison matters so I am unable to refer you to anyone. I am returning your documents to you.

Good luck in your efforts to find counsel for your grievance. Thank you for your interest in retaining Miller, Lane, Killmer & Greisen, LLP.

Very truly yours,

David A. Lane

David A. Lane

DAL/db
Encl.

*LN11011 4*

EXHIBIT Q.

# LAND OF LINCOLN
# LEGAL ASSISTANCE FOUNDATION, INC.

EXECUTIVE DIRECTOR

2420 BLOOMER DRIVE
ALTON, ILLINOIS 62002

ADMINISTRATIVE OFFICE

327 MISSOURI AVENUE
SUITE 605
EAST ST. LOUIS, ILLINOIS 62201

327 MISSOURI AVENUE · SUITE 300
EAST ST. LOUIS, ILLINOIS 62201

TELEPHONE (618) 271-9140

TDD (618) 271-6295

FAX (618) 874-6914

SERVICE OFFICES

ALTON
CHAMPAIGN
DECATUR
EAST ST. LOUIS
MATTOON
MT. VERNON
MURPHYSBORO
SPRINGFIELD

September 16, 1998

*received, 9/21/98, (SR)*

Shawn L. Robinson
148846
P. O. Box 655
Somers, CT 06071

CONFIDENTIAL:    LEGAL MAIL

Dear Mr. Robinson:

I have received your letter-dated August 19, 1998, requesting our assistance.

Land of Lincoln Legal Assistance Foundation, Inc., is funded by the Legal Services Corporation to provide free legal representation in civil matters to indigent persons residing in central and southern Illinois.

Legislation passed by the United States Congress in April 1996 completely bans organizations funded by the Legal Services Corporation from assisting prisoners in any way regarding any type of litigation.

I am sorry that we are unable to be of any assistance to you.

Sincerely,

*Lois Wood*

Lois Wood
Directing Attorney

LW\js

EXHIBIT R.

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

December 9, 1998

*received, 12/14/98, 6B*

Mr. Shawn L. Robinson
#148846
Northern Correctional Institution
1W-203
287 Bilton Road, P. O. Box 665
Somers. CT 06071-0665

Dear Mr. Robinson:

We received a copy of your letter dated June 19, 1998 addressed to various officials in the State of Connecticut. Unfortunately, this office is staffed primarily by law student interns and lacks the resources to accept additional cases of this nature at this time.

Sincerely,

Brett Dignam

BD:LL

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 · TELEPHONE 203 432-4800 · FACSIMILE 203 432-1426
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511

EXHIBIT S.

# LAWRENCE W. BATES, JR.

*Able Advocates for Legal Needs*

14 Mansfield Avenue
Willimantic, CT 06226

**860-450-1002**
**FAX 860-456-3808**

### ATTORNEY AT LAW

Also admitted to Maine Bar

April 12, 1999

*received 4/15/04 (SR)*

Mr. Shawn Robinson
Inmate #148846
Northern CI
287 Bilton Road
P.O. Box 65656
Somers, CT 06071-0665

Dear Shawn:

Thanks for writing. While I agree completely about the things CO Dickenson is writing about, and the things you write about as well, I am unable to assist you. I'm still a solo criminal defense lawyer. For a case like you have you need the Conn. Civil Liberties Union (CCLU) or perhaps the Criminal Clinic at UCONN

Good Luck,

Very truly yours,

Lawrence W. Bates, Jr.

LWB/klc

EXHIBIT T.

# Koskoff Koskoff & Bieder *PC*

July 30, 1999

*Law Offices*

*P.O. Box 1661*
*Bridgeport, CT 06601*

*350 Fairfield Avenue*
*Bridgeport, CT 06604*

*(203) 336-4421*
*FAX (203) 368-3244*

*e-mail: kkb@koskoff.com*

*Theodore I. Koskoff*
*(1913-1989)*
*Michael P. Koskoff*
*Richard A. Bieder* *
*Joel H. Lichtenstein*
*John D. Jessep*
*Elizabeth Koskoff*
*Christopher D. Bernard* *
*Karen E. Koskoff*
*Carey B. Reilly*
*James D. Horwitz*
*Vincent M. Musto*
*Michael A. Stratton* *
*Rosalind J. Koskoff*
*Regina M. DeLuca*
*Lillian C. Gustilo*
*Gertrude A. Kiaunis*
*Susan B. Fink*
*Joshua D. Koskoff*
*Joel T. Faxon*

* *Certified Civil Trial Advocate*
  *National Board of Trial Advocacy*

*Of Counsel*
*James Wu, LLC*

*Legal Assistants*

*Linda Grossberg*
*Marsha G. Chrzanowski*
*Barbara Barbiero*
*Beth Vogler*
*Linda L. Keenan*
*Lois A. Payne*
*Diana V. Orozco*
*Carol A. Girard*
*Patricia M. Harris*
*Catherine A. Sommer*
*Marge Esposito*
*Wendy Grosso*

Shawn L. Robinson, #148846
Northern C.I.   1W-203
Post Office Box 665
Somers, Connecticut  06071-0665

Dear Mr. Robinson:

    Unfortunately, I will not be in a position to represent you in your various legal matters.  I have looked at the papers you sent and you do raise some interesting and important issues.

    May I suggest that you contact the Yale Law School Prison Clinic for assistance.   They have some of the brightest minds in the country and might agree to handle your case.

    Good luck in finding adequate representation.

Very truly yours,

Michael P. Koskoff

EXHIBIT U.



REFUSED

CS ok
Refused

ROSENSTEIN & BARNES
1100 KINGS HIGHWAY
FAIRFIELD, CT 06432

MR. SHAWN L. ROBINSON
430720-0SO1503529
NEW JERSEY STATE PRISON
P.O. BOX 861
TRENTON, N.J. 08625-0861

MOVED-FORWARDING ADDRESS HAS EXPIRED

GAGER & HENRY
P.O. BOX 2480
WATERBURY, CT. 06722-2480

MR. SHAWN L. ROBINSON
430720-0SO1503529
NEW JERSEY STATE PRISON
P.O. BOX 861
TRENTON, N.J. 08625-0861

25

(LEGAL MAIL)

EXHIBIT V.

MR. SHAWN L. ROBINSON
430720-OSO1503529
NEW JERSEY STATE PRISON
P.O. BOX 861
TRENTON, N.J. 08625-0861

FROM NJ STATE PRISON

012H6209377
$00.370
07/15/2005
Mailed From 08625
US POSTAGE
Hasler

FASIANI, KONE & McGRAW, P.C.
714 STATE ST.
NEW HAVEN, CT. 06511

RETURN
TO SENDER
ATTEMPTED/MAIL

AUG 200_

MR. SHAWN L. ROBINSON
430720-OSO1503529
NEW JERSEY STATE PRISON
P.O. BOX 861
TRENTON, N.J. 08625-0861

FROM NJ STATE PRISON

012H6209377
$00.370
07/15/2005
Mailed From 08625
US POSTAGE
Hasler

CARTER RUBENSTEIN & CIVITELLO
18 TRUMBULL ST.
NEW HAVEN, CT. 06511

RETURN
TO SENDER
LEGAL/MAIL

AUG 200_

EXHIBIT W.

MR. SHAWN L. ROBINSON
#43070-OSO1503529
NEW JERSEY STATE PRISON
P.O. BOX #861
TRENTON, NEW JERSEY 08625

JUNE 2, 2005

RE: ROBINSON VS. HOLLAND, ET AL, 3:02 CV 1943(CFD)(TPS)

Dear Attorney At Law:

While confined at Northern Correctional Institution in the State of Connecticut, me and another inmate were viciously beaten by Correctional Officers. This beating was witness, and there is documentation to support my allegations.

To prevent me from having a right to fully exhaust my claims within the United States District Court, in the state of Connecticut, in a 1983 Civil Action pending, I was transferred out of State, to the State of New Jersey.

My co-plaintiff accepted a substantial settlement regarding this incident, and the records show that I suffered far greater permanent injuries in this case. The Court has accepted my third amended complaint, and I am seeking pro bond representation in order to prevail on the issues before the Court.

If you are interested in representing me in this matter, I'm sure we can come to a reasonable agreement for services. If you should find you have an interest in discussing this matter further please contact me as soon as possible, so that the necessary papers can be filed as to your appointment regarding this pending matter.

I now have a period of 21 days in which to reply to the "Motion to Dismiss," I've requested an extension of 60 days from the date the "Opposition Motion" is due, and it was granted by the court. Additional information can be provided upon request. Your assistance in anyway regarding this matter would be deeply appreciated. I look to hear from your office soon.

Respectfully,

_____
Mr. Shawn L. Robinson

cc: File

EXHIBIT X.

## NO RESPONSE FROM PRO BONO LIST

BAI POLLOCK & DUNNIGAN
10 MIDDLE STREET
BRIDGEPORT, CT  06604

BRENNER SALTZMAN & WALLMAN
271 WHITNEY AVE.
NEW HAVEN, CT  06511

CAHILL GOETSCH & DIPERSIA
43 TRUMBULL STREET
NEW HAVEN, CT  06511

CARMODY & TORRANCE
195 CHURCH STREET
NEW HAVEN, CT  06510

CARPENTER & ROBINSON, LLP
2187 ATLANTIC STREET
STAMFORD, CT  06902

CUMMINGS & LOCKWOOD
P.O. BOX 120
STAMFORD, CT 06904

JOSEPH F. DEPAOLO, JR.
76 CORNERSTONE COURT
PLANTSVILLE, CT  06479

ELLIS & TRATTNER, P.C.
147 NORTH BROAD STREET
P.O. BOX 112
MILFORD, CT  06460

EVANS FELDMAN & BOYER
261 BRADLEY STREET
NEW HAVEN, CT  06507

KELLEY DRYE & WARREN
SIX STAMFORD FORUM
STAMFORD, CT  06901

GERALD HECHT & ASSOC.
30 MAIN STREET
DANBURY, CT  06810

LAWRENCE J. KISSLING, III
24 EAST AVENUE  SUITE 245
NEW CANAAN, CT 06840

OFFICES OF MERWIN LEVEN
11 LEATHERSTOCKING LANE
MAMARONECK, NY  10543

LEVETT ROCKWOOD & SANDERS
33 RIVERSIDE AVENUE
WESTPORT, CT  06880

LYNCH TRAUB KEEFE & ERRANTE
52 TRUMBULL ST  P.O. BOX 1612
NEW HAVEN, CT  06506

MCNERNEY FITZGERALD & TIERMAN
59 ELM STREET  P.O. BOX 1767
NEW HAVEN, CT  06507

HASTING JANOFSKY & WALKER
1055 WASHINGTON BLVD.
STAMFORD, CT  06901

SILVER GOLUB & TEITEL
P.O. BOX 389
STAMFORD, CT  06904

HURWITZ & SAGARIN
27 MILL PLAIN ROAD
P.O. BOX 2298
DANBURY, CT  06183

JACOBS JACOBS & SHANNON
265 ORANGE STREET
NEW HAVEN, CT 06510

SOROKIN GROSS HYDE & WILLIAMS
ONE CORPORATE CENTER
HARTFORD, CT  06103