UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN L. ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : | |
| MICHAEL HOLLAND, ET AL. | : | OCTOBER 12, 2005 |

### **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the following defendants, Randy Sabettini, Kevin Manly, Jerry Wawrzyk, Steve A. Rhodes, Eric Seiffert, Neal H. Kearney, Robert Ames, Richard L. Felton, P.A. Kuhlman, Jr., Rohan Daire, Antonio Chapman, Paul Germond, Michael Zacharewicz and Patrick Wilcox, in their individual capacities only, in the above-captioned case.

Dated at Hartford, Connecticut, this 12th day of October, 2005.

          DEFENDANTS
          Michael Holland, Et Al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: /s/_____
    Ann E. Lynch
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel.:  (860) 808-5450
    Fax:  (860) 808-5591
    E-Mail:  ann.lynch@po.state.ct.us
    Federal Bar #ct08326

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day of October, 2005:

Shawn L. Robinson, Inmate #oso1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

John William Dietz
Halloran & Sage
315 Post Road West
Westport, CT 06880

/s/_____
Ann E. Lynch
Assistant Attorney General