FILED

2005 OCT 18 P 3: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON<br>*Plaintiff* | CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | |
| MICHAEL L. HOLLAND, ET AL.,<br>*Defendants* | OCTOBER  11 , 2005 |

## MOTION FOR IN-HAND SERVICE

The plaintiff, Shawn Robinson, respectfully requests that the Court order the U.S. Marshal to perform in-hand service of defendants, Holland, Deary, Falk, Manley, Faneuff, Seiffert, Kearney, Correia, Lynch, Felton, Mitchell, Kuhlman, Stucenski, Thomas, Smith, Knapp, Daire, Chapman, Bernard, Schreindorfer, Lajoie, Zacharewicz, Myers, Pepe, Zierdt, Napier, Bendelow, Tavarez, Flute, Ryan and Reid. In support of this motion, the plaintiff states as follows:

1. Plaintiff is an incarcerated prisoner proceeding pro se.

2. On October 31, 2002, the plaintiff filed a Motion to Proceed In Forma Pauperis. (Court Doc. #1).

3. On or about October 20, 2004, the Court ordered the plaintiff to complete a USM-285 form for all defendants, with the exception of Defendant Zierdt, and to return same, along with a completed notice of lawsuit and waiver of service form, as well as a copy of his

Amended Complaint, for each defendant, within twenty (20) days of the date of the order. (Fitzsimmons, J.) (Court Doc. # 25).

4.  The plaintiff then asked for an additional twenty (20) days within which to comply with the Court's October 20, 2004 order (Court Doc. # 26), which was granted on December 8, 2004. (Court Doc. #28).

5.  The plaintiff sought leave to amend his complaint, to add Defendant Zierdt on or about December 23, 2004 (Court Doc. #30), which was granted by the Court on or about January 4, 2005. (Court Doc. #31).

6.  When returning the USM-285 forms to the Court, with the notice and waiver forms, the plaintiff included a set of forms for Defendant Zierdt, and said forms were forwarded to the U.S. Marshal for service by the Court on or about January 26, 2005. (See Marshal's Return, Marked as Exhibit A).

7.  The USM-285 forms completed for the above-listed defendants, were returned unexecuted.

Based on the above, it appears that service for the above-listed defendants must now be done in-hand, and thus, the plaintiff respectfully requests that the Court, pursuant to it's order granting the plaintiff's Motion to Proceed In Forma Pauperis, order the U.S. Marshal to complete such in-hand service.

2

RESPECTFULLY SUBMITTED,

By *Shawn L. Robinson*
Shawn Robinson, PRO SE
#430720
P.O. Box 861
Trenton, NJ 08625-0861

On the Memorandum
Jessica J. York, Esq.
Inmate's Legal Assistance Program
78 Oak Street
Hartford, CT 06106
Fed. Bar. No.:CT 20666

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel on this 11 day of October, 2005:

MR. JOHN W. DIETZ, ESQ.
HALLORAN & SAGE, LLP
315 POST ROAD WEST
WESTPORT, CT   06880

MS. ANN E. LYNCH, ESQ.
ATTORNEY GENERAL OFFICE
110 SHERMAN STREET
HARTFORD, CT   06105

*Shawn L. Robinson*
Shawn Robinson, PRO SE