UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT 24 P 4: 31

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| SHAWN L. ROBINSON, | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| | ) NO. 3:02-CV-1943(CFD)(TPS) |
| V. | ) |
| | ) |
| MICHAEL L. HOLLAND, ET AL., | ) |
| | ) OCTOBER 13, 2005 |
| Defendants. | ) |

## MOTION TO POSTPONE DEPOSITIONS

Plaintiff respectfully comes before this Honorable Court, to file a motion for enlargement of time, pursuant to Rule 7(b) of Conn Local Rules of Civil Procedure.

Plaintiff needs an enlargement of time for sixty (60) days, up to and including December 12, 2005, before he will be ready to take his deposition, because he does not have an attorney to represent him at this time.

Plaintiff has a pending motion for appointment of counsel that he filed with this court on September 13, 2005.

Plaintiff needs this postponement, because defendants' Zierdt, Reid, Napier, Ryan and Tavarez lawyer, Mr. John W. Dietz, Esq. file a notice to take plaintiff deposition on October 21, 2005.

Due to plaintiff's out-of-state confinement to a high security prison, and some major problems that has occurred with his mail and personal property, including his legal court documents and papers, he will not be prepared or able to take this deposition by the time and date it is scheduled to take place.

Plaintiff will try to contact the defendants' attorney, before October 21, 2005, and inform him of the situation, so he does not travel to New Jersey for nothing.

WHEREFORE, plaintiff respectfully requests that this Honorable Court grant him a postponement of time, until December 12, 2005, so he can prepare for the deposition by the defendants' legal counsel.

```
                              RESPECTFULLY SUBMITTED,
                              THE PLAINTIFF  PRO SE.

                              /s/ Mr. Shawn L. Robinson
                              MR. SHAWN L. ROBINSON
                              #430720-OS01503529
                              P.O. BOX 861
                              TRENTON, NJ  08625-0861
```

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 13th day of October, 2005, via prison unit staff to all of the counsel on record as follows:

```
MR. JOHN W. DIETZ, ESQ.
HALLORAN & SAGE, LLP
315 POST ROAD WEST
WESTPPORT, CT  06880

MS. ANN E. LYNCH, ESQ.
ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT  06105
```

```
                              /s/ Mr. Shawn L. Robinson
                              MR. SHAWN L. ROBINSON
                              THE PLAINTIFF  PRO SE
```