UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : | |
| MICHAEL L. HOLLAND, ET AL. | : | OCTOBER 25, 2005 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the following defendants, Roger Smith, Larry Myers, Michael Mitchell and Raymond Bernard, in their individual capacities, in the above-captioned case.

Dated at Hartford, Connecticut, this 25th day of October, 2005.

DEFENDANTS
Michael L. Holland, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  ann.lynch@po.state.ct.us
Federal Bar #ct08326

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of October, 2005:

Shawn Robinson, Inmate #1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861


　　　/s/_____
Ann E. Lynch
Assistant Attorney General