UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : |  |
| MICHAEL HOLLAND, ET AL. | : | NOVEMBER 2, 2005 |

## MOTION TO COMPEL AND/OR FOR SANCTIONS

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 37, the undersigned respectfully moves for an order that plaintiff pay the State of Connecticut $500 for the time spent by the undersigned in 1) preparing to travel to New Jersey, 2) driving towards New Jersey and 3) in speaking with the court and Attorney Dietz on her cell phone regarding plaintiff's last minute request to postpone his deposition.  The undersigned also requests that plaintiff pay to the State of Connecticut an additional $1,000 for the approximately 4 hours spent by the undersigned in preparing this motion, memorandum and affidavit.  In addition, the undersigned seeks an order from this court advising plaintiff that if he attempts to postpone his deposition at the last moment again, and/or refuses to be deposed or cooperate during his deposition that additional sanctions will be imposed, up to and including dismissal of this action.

In further support of this motion, defendants submit the attached affidavit and the attached memorandum of law to which the court is respectfully referred.

          DEFENDANTS
Michael Holland, Et Al.
RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  ann.lynch@po.state.ct.us
Federal Bar #ct08326

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of November, 2005:

Shawn Robinson, Inmate #1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

John W. Dietz, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct 06880

          __/s/_____
Ann E. Lynch
Assistant Attorney General