UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : |  |
| MICHAEL L. HOLLAND, ET AL. | : | NOVEMBER 7, 2005 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for defendants, Michael E. Deary, Scott Salius and John Norwood, in their individual capacities, in the above-captioned case.

Dated at Hartford, Connecticut, this 7th day of November, 2005.

        DEFENDANTS
        Michael L. Holland, Et Al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        BY:__/s/_____
        Ann E. Lynch
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel.:  (860) 808-5450
        Fax:  (860) 808-5591
        E-Mail:  ann.lynch@po.state.ct.us
        Federal Bar #ct08326

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of November, 2005:

Shawn Robinson #oso1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861


    /s/
Ann E. Lynch
Assistant Attorney General