UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHAWN L. ROBINSON,
      Plaintiff Pro Se

   -v-                            CIVIL 3:02CV1943 (CFD)(TPS)

MICHAEL HOLLAND, ET AL.
      Defendants

## RULING ON MOTIONS TO DISMISS AND PLAINTIFF'S MOTION TO POSTPONE HIS DEPOSITION

The defendants' motion to dismiss **(Dkt. #43-1)** should be **DENIED** without prejudice to renewal in the form of a properly supported motion for summary judgment under Rule 56.

The motion to dismiss of John Zierdt **(Dkt. #56);** the motion to dismiss of Jose Tavarez **(Dkt. #66);** and the motion to dismiss of David Ryan, II **(Dkt. #68)** should be **DENIED** without prejudice on the present record. If renewed defendant Tavarez should address the arguments raised by the plaintiff at pages 7-10 of his opposition memorandum **(Dkt. # 82),** and particularly his arguments with respect to the applicability of Conn. Gen. Stat. 52-59b, and the propriety of permitting the plaintiff an opportunity to cure the allegedly deficient service.

Plaintiff's motion to further postpone his deposition **(Dkt. #92)** is **DENIED**. The defendants may take plaintiff's deposition at their convenience. In view of the circumstances in which plaintiff aborted the taking of his own long-scheduled deposition on only a few hour's notice, this motion is not at all well-taken.

**IT IS SO ORDERED** at Hartford, Connecticut this 15th day of November, 2005.

**/s/ Thomas P. Smith**
**Thomas P. Smith**
**United States Magistrate Judge**