UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : |  |
| MICHAEL HOLLAND, ET AL. | : | NOVEMBER 16, 2005 |

## WITHDRAWAL OF SPECIAL APPEARANCE

On or about April 7, 2005, the undersigned moved for permission to appear specially on behalf of a number of defendants solely for the purpose of moving to dismiss certain claims against them. A motion to dismiss was filed by the defendants on the same day.

In the motion to appear specially, the undersigned represented that if the defendants' motion to dismiss was denied, defense counsel sought permission to withdraw her appearance, if necessary, as to any and all of these defendants for whom she specially appeared. Defendants' motion to appear specially was granted by the court on April 12, 2005.

On or about November 15, 2005, the court denied defendants' motion to dismiss without prejudice to defendants renewing these arguments in a motion for summary judgment. Defense counsel has been unable to establish an attorney-client relationship

with two defendants for whom she appeared specially:   Lynch and Stucenski. Accordingly, the undersigned hereby withdraws her special appearance on their behalf.
.

                              DEFENDANTS
                              Michael Holland, Et Al.
                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY:__/s/_____
    Ann E. Lynch
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel.:  (860) 808-5450
    Fax:  (860) 808-5591
    E-Mail:  ann.lynch@po.state.ct.us
    Federal Bar #ct08326

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of  November, 2005:

Shawn Robinson, Inmate #1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

John W. Dietz, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct 06880

                              ___/s/_____
                              Ann E. Lynch
                              Assistant Attorney General