UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  | PRISONER |
|---|---|---|
| SHAWN L. ROBINSON | : | CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : | |
| MICHAEL L. HOLLAND, ET AL. | : | DECEMBER 13, 2005 |

## <u>APPEARANCE</u>

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, Jeffrey Thomas, in his

individual capacity only, in the above-captioned case.

Dated at Hartford, Connecticut, this 13th day of December, 2005.

DEFENDANTS
Michael L. Holland, Et Al.


RICHARD BLUMENTHAL
ATTORNEY GENERAL



BY:__/s/_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  ann.lynch@po.state.ct.us
Federal Bar #ct08326

## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed to the following on this 13th day

of December, 2005:

      Shawn L. Robinson, #oso1503529-430720
      New Jersey State Prison
      P.O. Box 861
      Trenton, NJ 08625-0861

                                 ___/s/_____

                                   Ann E. Lynch
                                   Assistant Attorney General