UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON | : PRISONER<br>: Case No. 3:02CV1943 (CFD)(TPS)<br>:<br>: |
| V. | :<br>:<br>: |
| MICHAEL L. HOLLAND, et al | : JANUARY 13, 2006 |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO
PLAINTIFF'S INTERROGATORIES AND
REQUESTS FOR PRODUCTION**

Pursuant to D. Conn. L. Civ. R. 7 and Rule 26 et seq. of the Federal Rules of Civil Procedure, the defendants in the above referenced action, Faneuff, Manley, Knapp, Jr., Norwood, Rhodes, Faucher, Strozier, Lynch, Stucenski, Pepe, Sieffert, and Thomas, respectfully move for a sixty day enlargement of time, until March 2, 2006 to respond and object to plaintiff's Interrogatories and Requests for Production dated December 30, 2005.  In support of this motion defendants submit the following:

1). This is defendant's first motion for enlargement of time with regard to plaintiff's December 30, 2005 Interrogatories and Requests for Production.

2). Although plaintiff certified that the interrogatories and Requests for Production were mailed on December 30, 2005, they were not postmarked until January 3, 2006 and not received until January 9, 2006.

3). Defense counsel is responsible for approximately 100 open federal court, state court and administrative matters.

4). Defense counsel needs additional time to answer and object to plaintiff's Interrogatories and Requests for Production.

5). Plaintiff was previously given a 180 day extension of time to complete his discovery. That deadline expired on January 1, 2006. Thus, this discovery was mailed to defense counsel after plaintiff's deadline to complete his discovery.

6). Plaintiff was also given an extension of time until November 30, 2005 to respond to co-defense counsel's discovery requests. To date, plaintiff has not filed his responses to co-defense counsel's discovery.

7). The pro se plaintiff is incarcerated and thus his position with regard to this motion has not been ascertained.

Wherefore, all the foregoing reasons, the defendants respectfully request an enlargement of time until March 2, 2006 to answer and/or object to plaintiff's Interrogatories and Requests for Production dated December 30, 2005.

                                DEFENDANTS

                                William Faneuff et al

                                RICHARD BLUMENTHAL
                                ATTORNEY GENERAL

                                BY:__/s/_____
                                Ann E. Lynch
                                Assistant Attorney General
                                110 Sherman Street
                                Hartford, CT  06105
                                Telephone: (860) 808-5450
                                Federal Bar No: CT 08326
                                Ann.Lynch@Po.State.ct.us

CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this _____th day of January 2006 to:

Shawn Robinson, Inmate #1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

John W. Dietz, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct 06880

　　　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　　　Ann E. Lynch
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General