UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SHAWN ROBINSON | PRISONER<br>: Case No. 3:02CV1943 (CFD)(TPS)<br>:<br>: |
| V. | :<br>:<br>: |
| MICHAEL L. HOLLAND, et al | : FEBRUARY 8, 2006 |

**DEFENDANTS' CLARIFICATION OF THE RECORD**

The undersigned hereby clarifies the record with regard to her withdrawal of her appearance on behalf of defendants Lynch and Stucenski. Defendant Lynch is still employed by the Connecticut Department of Correction. However, the undersigned is not representing him in this action. Defendant Stucenski is no longer employed by the Connecticut Department of Correction.

DEFENDANTS

William Faneuff et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Telephone:  (860) 808-5450
Federal Bar No: CT 08326
Ann.Lynch@Po.State.ct.us

CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this _____th day of February 2006 to:

Shawn Robinson, Inmate #1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

John W. Dietz, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct 06880

    /s/_____
Ann E. Lynch
Assistant Attorney General