UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 FEB 21 P 4:47
U.S. DISTRICT COURT
BRIDGEPORT, CONN

SHAWN L. ROBINSON
　　PLAINTIFF

V.                                   NO. 3:02-CV-1943(CFD)

　　　　　　　　　　　　　　　　　　15 FEBRUARY 2006

MICHAEL L. HOLLAND, ET AL

　　DEFENDANTS.

ENLARGEMENT OF TIME

PLAINTIFF MUST FILE A MOTION FOR AN ENLARGEMENT OF TIME, BECAUSE HE IS BEING UNLAWFULLY HELD IN PRE-HEARING DETENTION ON SOME TRUMPED UP DISCIPLINARY CHARGES WITHOUT ANY OF HIS PROPERTY.

PLAINTIFF NEEDS AN ADDITIONAL THIRTY DAYS, INCLUDING MARCH 20, 2006, TO COMPLETE THE SERVICE AND SUMMONS FORMS FOR DEFENDANTS, PLUTE, LYNCH AND STLICENSKI, AND RETURN THEM TO THE COURT, ALONG WITH THREE (3) COPIES OF HIS THIRD AMENDED COMPLAINT, BECAUSE HE DOES NOT KNOW HOW LONG DOC PRISON OFFICIALS AND STAFF PLAN ON ARBITRARILY HOLDING HIM IN PHD WITHOUT ALLOWING HIM TO GO TO COURT LINE AND HEAR THE CHARGES, REFUSING AN ORDER AND CAUSING A DISTURBANCE — CODES 256/30C.

-2-

PLAINTIFF CANNOT FILL OUT THE SERVICE AND SUMMONS FORMS, WITHOUT HIS PROPERTY, BECAUSE THE DEFENDANTS' FULL NAMES AND LAST KNOWN ADDRESSES ARE IN HIS LEGAL MATERIALS, THAT IS IN HIS PROPERTY, AS WELL AS COPIES OF HIS AMENDED COMPLAINTS.

THERE IS SOMETHING DEFINITELY STRANGE AND WRONG ABOUT THIS SITUATION, BECAUSE THE NIGHT PLAINTIFF WAS TAKING TO PRE-HEARING DETENTION (PHD) HE RECEIVED THIS HERE COURT'S RULING AND ORDER IN THE MAIL ALREADY OPENED.

— 3 —

PLAINTIFF DID NOT RECEIVE THE ORDER UNTIL AFTER 9 O'CLOCK THAT NIGHT BUT HE SHOULD HAVE RECEIVED IT AT 5:00 PM WHEN MAIL WAS PASSED OUT ON HIS UNIT.

PLAINTIFF CONTINUE TO HAVE SERIOUS PROBLEMS WITH RECEIVING AND SENDING OUT HIS MAIL. PLAINTIFF ALSO LEARNED THAT SOME LEGAL MAIL HE SENT TO THIS COURT LAST YEAR ON DECEMBER 30, 2005, WAS NEVER MAILED OUT BY HIS UNIT STAFF.

WHEREFORE, PLAINTIFF PRAYS THAT HIS MOTION IS GRANTED AND THE COURT TAKE INTO CONSIDERATION HIS SITUATION.

FEBRUARY 15, 2006

RESPECTFULLY SUBMITTED,

Mr. Shawn L. Robinson
MR. SHAWN L. ROBINSON
THE PLAINTIFF PRO SE

-4-

## CERTIFICATION

I HEREBY CERTIFY THAT I CANNOT SEND A COPY OF MY MOTION FOR AN ENLARGEMENT OF TIME TO THE DEFENDANTS' COUNSEL, BECAUSE I DO NOT HAVE THEIR ADDRESSES WITH ME. I ONLY HAVE THE LEGAL MAIL WITH THE COURT'S ADDRESS. ON THIS 15TH DAY OF FEBRUARY 2006.

RESPECTFULLY,

_Mr. Shawn L. Robinson_
MR. SHAWN L. ROBINSON