UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 MAR 13 P 3: 21

U.S. DISTRICT COURT
BRIDGEPORT CONN

SHAWN L. ROBINSON,  )
                    )
        Plaintiff,  )        CIVIL ACTION
                    )
    -VS-            )        NO. 3:02-CV-1943(CFD)(TPS)
                    )
MICHAEL L. HOLLAND, ET AL., )   28 FEBRUARY 2006
                    )
        Defendants. )

**AFFIDAVIT FOR ENLARGEMENT OF TIME**

Plaintiff Shawn L. Robinson, hereby declares under the penalty of perjury to the followong:

On December 29, 2005, I gave unit staff the attached motion for enlargement of time, in three (3) sealed legal manila envelopes, and addressed one (1) to the clerk of the court, and to each counsel for the defendants, but on February 23, 2006, I discovered that this outgoing legal mail was slipped under my cell door, laying on the floor, and had been opened.

I did not receive any explanation to why my legal mail was not mailed out.

If possible, I would still like to file this here same motion, as I had attempted last year on December 29, 2005, and have the same date of March 31, 2006, set for an enlargement of time.

Also, it might be helpful, if the assistant attorney general, Ms. Ann E. Lynch would call down here and talk to somebody about DOC prison staff interfering with my access to the courts, since she has

some kind of rapport and influence with the prison officials in this state.

In view of the foregoing, I request for an enlargement of time as set forth in my motion, in which to finish sending the rest of my interrogatories to the defendants and complete my discovery.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF  PRO SE.

*Mr. Shawn L. Robinson*
Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ  08625-0861

## CERTIFICATION

I hereby certify that on this 28th day of February, 2006, that a copy of the foregoing will be mailed to all counsel on record, via prison staff on plaintiff's housing unit, to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105

Mr. John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

*Mr. Shawn L. Robinson*
MR. SHAWN L. ROBINSON
The Plaintiff  Pro Se

cc: File. (Enclosure)