## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON, | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02-cv-1943(CFD)(TPS) |
| | : **PRISONER** |
| V. | : |
| MICHAEL L. HOLLAND, ET AL. | : |
| Defendants. | : MARCH 13, 2006 |

### RESPONSE TO DOCKET ENTRY #105, ORDER ON MOTION TO APPOINT COUNSEL

The undersigned defendants, Zierdt, Napier, Bendelow, Tavarez, Ryan and Reid, hereby give notice that they have **not** abandoned their defenses of insufficient service of process and lack of personal jurisdiction. On January 30, 2006, the defendants served their Answer and Affirmative Defenses to the plaintiff's operative Complaint. The undersigned defendants have asserted Affirmative Defenses that the plaintiff's action against the undersigned defendants is barred because this court lacks personal jurisdiction over them and that the plaintiff has made insufficient service of process as to them, insofar as they have not been served with a Summons. Although defendants Napier, Reid and Bendelow did not follow a Rule 12 Motion to challenge the adequacy of service of the Summons, they have preserved this defense in their Answer to the plaintiff's operative Complaint.

The court has incorrectly assumed defendant Zierdt, Ryan and Tavarez have abandoned their defense of insufficient service of process because they did not file a renewed Motion to Dismiss on this issue. The undersigned defendants have made a strategic decision to preserve these defenses via the Answer to the plaintiff's operative Complaint. The undersigned defendants expect to raise these defenses in a motion for summary judgment. The undersigned defendants' contemplated motion for summary judgment will also argue that the plaintiff's claims against the undersigned defendants are barred by the applicable statute of limitations, including

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

but not limited to the limitations for filing § 1983 claims in Connecticut. See <u>Lounsbury v. Jeffries</u>, 25 F.3d 131, 134 (2d Cir. 1994). The burden lies with the plaintiff to demonstrate sufficient process and service of the summons upon the undersigned defendants. In light of the undersigned defendants' challenge to the plaintiff's lack of service of the Summons as to the undersigned defendants, the plaintiff must make a prima facie showing that the court's personal jurisdiction is properly exercised.

DEFENDANTS,
JOHN ZIERDT, JR., HENRY SCOTT
REID, SCOTT REID, DAVID
RYAN, II AND JOSE TAVAREZ

By _____
JOHN W. DIETZ of
HALLORAN & SAGE LLP
Fed. Bar #ct 13432
315 Post Road West
Westport, CT 06880
(203) 227-2855
dietz@halloran-sage.com

2

HALLORAN
& SAGE LLP

## CERTIFICATION OF SERVICE

This is to certify that on this 13th day of March, 2006, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson, #430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
John W. Dietz

804225_1 DOC

315 Post Road West
Westport, CT 06880

3

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195