UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 MAR 20 P 4: 29

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

```
                                    )
                                    )
SHAWN L. ROBINSON,                  )          CIVIL ACTION
                                    )
           Plaintiff,               )
                                    )
    -VS-                            )       NO. 3:02-CV-1943(CFD)(TPS)
                                    )
MICHAEL L. HOLLAND, ET AL.,         )
                                    )          07 MARCH 2006
           Defendants.              )
                                    )
```

## MOTION TO RESCIND COURT ORDER

Plaintiff Shawn L. Robinson respectfully comes before this here Honorable Court to challenge the motion [84] that Assistant Attorney General Ms. Ann E. Lynch filed on her own behalf to have the present of prison guards during his deposition in New Jersey State Prison.

After inquiring about the normal procedures for any depositions being conducted in New Jersey State Prison, plaintiff found out that there is an interview room with some kind of security screen or full partition to prevent direct physical contact with any visitor to the facility.

It should also be noted, that this motion fail to mention where the deposition was going to be conducted.

Thus the motion by the assistant attorney general is misleading and totally unnecessary.

The State of New Jersey and its Department of Correction has no binding legal obligations to adhere to any court order that has been issued by the District of Connecticut.

Furthermore, if prison guards are allowed to attend plaintiff's deposition and listen to his testimony about other prison guards, it will only exacerbate the existing problems he has with prison guards at this facility.

WHEREFORE, plaintiff ask that the court order [85] be rescinded pursuant to Local Civil Rule 30(a).

RESPECTFULLY SUBMITTED,
THE PLAINTIFF  PRO SE.

*Mr. Shawn L. Robinson*

Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ  08625-0861

## CERTIFICATION

I  hereby  certify  that  on this 07th day of March 2006, that a copy of the foregoing will be mailed to all counsel on record, via prison staff on plaintiff's housing unit, to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105

Mr. John W. Dietz, Esq.
Halloran & Sage,  LLP
315 Post Road West
Westport, CT  06880

*Mr. Shawn L. Robinson*

MR. SHAWN L. ROBINSON
The Plaintiff  Pro Se

cc: File. (Enclosure)