UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN L. ROBINSON,<br><br>        Plaintiff,<br><br>-VS-<br><br>MICHAEL L. HOLLAND, ET AL.,<br><br>        Defendants. | CIVIL ACTION<br><br>NO. 3:02-CV-1943(CFD)(TPS)<br><br>07 MARCH 2006 |

### NO OBJECTION TO POSTPONEMENT

Plaintiff has no objections to Assistant Attorney General Lynch postponing the deposition for no more than a week, if she need to do any research or review the court's jurisdiction and her motion.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF PRO SE.

Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ 08625-0861

### CERTIFICATION

I hereby certify that on this 07th day of March 2006, that a copy of the foregoing will be mailed to all counsel on record, via prison staff on plaintiff's housing unit, to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT 06105

Mr. John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

MR. SHAWN L. ROBINSON
The Plaintiff Pro Se

cc: File.

Hartford, CT 06105

Mr. John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

MR. SHAWN L. ROBINSON
The Plaintiff Pro Se

cc: File.

Hartford, CT 06105