UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHAWN ROBINSON** : | |
| : | **PRISONER** |
| v.  : | CASE NO. 3:02CV1943(CFD)(TPS) |
| : | |
| **MICHAEL HOLLAND, et al.** : | |

### ORDER

On February 2, 2006, the court denied plaintiff's motion for in-hand service as it related to defendants Zierdt, Napier, Ryan Reid, Bendelow and Tavarez. The court assumed that defendants Napier, Reid and Bendelow had decided not to challenge the sufficiency of service and that defendants Zierdt, Ryan and Tavarez had abandoned their challenge. These six defendants now notify the court that they have not abandoned their challenge to the sufficiency of service of process. Accordingly, the court **VACATES** the portion of its prior ruling [**doc. #105**] that denied the request for personal service on defendants Zierdt, Napier, Ryan Reid, Bendelow and Tavarez.

To enable the U.S. Marshal to personally serve these six defendants, plaintiff shall complete a service form and a summons form for each of these six defendants and return them to the court with six copies of his amended complaint, filed January 4, 2005.

Plaintiff shall use each defendant's current address on the forms. Failure to return completed forms and copies to the court within **twenty (20)** days from the date of this order will result in the dismissal of all claims against these six defendants. Upon receipt of the forms and copies, the Clerk is directed to forward service packets to the U.S. Marshal Service. The Marshal shall effect in-hand service on defendants Zierdt, Napier, Ryan Reid, Bendelow and Tavarez within **thirty days (30)** from the date service packets are delivered to the U.S. Marshal Service and file a return of service within **ten (10)** days after service is effected.

    **SO ORDERED** this 10th day of April, 2006, at Hartford, **Connecticut.**

                                      **/s/ Thomas P. Smith**
                                      **Thomas P. Smith**
                                      **United States Magistrate Judge**