UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 APR 11 P 4:44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

|  |  |
|---|---|
| SHAWN L. ROBINSON, ) | CIVIL ACTION |
| Plaintiff, ) |  |
| ) | NO. 3:02-CV-1943(CFD)(TPS) |
| -VS- ) |  |
| MICHAEL L. HOLLAND, ET AL., ) | 30 MARCH 2006 |
| Defendants. ) |  |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff Shawn L. Robinson comes before this here Honorable Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, respectfully requests for an enlargement of time on the Discovery Deadline, which this Court reschedule for March 31, 2006.

Plaintiff will need an additional sixty (60) days, up to and including May 31, 2006, so he can mail the remaining interrogatories and discovery to the rest of the defendants in this action.

This will only be the plaintiff's third motion for enlargement of time, and is not a means to delay these here proceedings.

Plaintiff only has fourteen (14) more interrogatories left, so it should take no more than sixty (60) days to mail them all out.

So far plaintiff has mailed a total of twenty-six (26) Request for Production and Interrogatories to the defendants, but has only received five (5) answers from defendants Zierdt, Jr., Reid, Napier, Bendelow and Tavarez, without receiving the TranCor America incident

reports or any other document pertaining to the November 8, 1999, unprovoked vicious brutal attack and assault on plaintiff.

Assistant Attorney General Ann E. Lynch has failed to give the plaintiff any of the discovery or answer any interrogatories he sent her on December 30, 2005, and March 20, 2006.

WHEREFORE, plaintiff ask that the court grant his motion for an enlargement of time until May 31, 2006.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF PRO SE.

*Mr. Shawn L. Robinson*
Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ  08625-0861

## CERTIFICATION

I hereby certify that on this 30th day of March 2006, that a copy of the foregoing will be mailed to all counsel on record, via prison staff on plaintiff's housing unit, to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105

Mr. John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

*Mr. Shawn L. Robinson*
MR. SHAWN L. ROBINSON
The Plaintiff Pro Se

cc: File.