UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SHAWN ROBINSON | : PRISONER<br>: Case No. 3:02CV1943 (CFD)(TPS)<br>: |
| V. | :<br>:<br>: |
| MICHAEL L. HOLLAND, et al | : APRIL 28, 2006 |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF
### TIME TO RESPOND TO
### PLAINTIFF'S INTERROGATORIES AND
### REQUESTS FOR PRODUCTION

      Pursuant to D. Conn. L. Civ. R. 7 and Rule 26 et seq. of the Federal Rules of Civil Procedure, the defendants in the above referenced action, Sabettini, Deary, Correria, Wawrzyk, Falk, Kearney, respectfully move for a sixty day enlargement of time, until June 28, 2006 to respond and object to plaintiff's Interrogatories and Requests for Production dated March 20, 2006 but postmarked on March 28, 2006.  In support of this motion defendants submit the following:

      1).  This is defendant's first motion for enlargement of time with regard to plaintiff's March 20, 2006 Interrogatories and Requests for Production.

      2).  Although plaintiff certified that the Interrogatories and Requests for Production were mailed on March 20, 2006, they were not postmarked until March 28, 2006.

      3).  Defense counsel is responsible for approximately 100 open federal court, state court and administrative matters.  In addition, defense counsel shares a secretary with four other attorneys.

4). Defense counsel needs additional time to answer and object to plaintiff's Interrogatories and Requests for Production.

5). Plaintiff was previously given a 180 day extension of time to complete his discovery. That deadline expired on January 1, 2006. Plaintiff then asked for an additional extension of time to complete discovery.

6). The pro se plaintiff is incarcerated and thus his position with regard to this motion has not been ascertained.

Wherefore, all the foregoing reasons, the defendants respectfully request an enlargement of time until June 28, 2006 to answer and/or object to plaintiff's Interrogatories and Requests for Production dated March 20, 2006.

                        DEFENDANTS

                        William Faneuff et al

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

                        BY:__/s/_____
                        Ann E. Lynch
                        Assistant Attorney General
                        110 Sherman Street
                        Hartford, CT  06105
                        Telephone:  (860) 808-5450
                        Federal Bar No: CT 08326
                        Ann.Lynch@Po.State.ct.us

CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this _____th day of April 2006 to:

Shawn Robinson, Inmate #1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

John W. Dietz, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct 06880

                                                                                                                           /s/_____
                                                                                                                           Ann E. Lynch
                                                                                                                           Assistant Attorney General