UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SHAWN L. ROBINSON,<br><br>    Plaintiff,<br><br>-VS-<br><br>MICHAEL L. HOLLAND, ET AL.,<br><br>    Defendants. | FILED<br><br>2006 MAY 16  A 8:30<br><br>CIVIL ACTION<br><br>NO. 3:02-CV-1943(CFD)(TPS)<br><br>30 APRIL 2006 |

## MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to 28 U.S.C. 1915 and docket entry **#105**.

After reviewing all three (3) Rulings and Orders issued by the court in denying plaintiff's motion for appointment of counsel, and thoroughly researching the criteria that an indigent person must meet, before the appointment of pro bono counsel, plaintiff has met and passed each requirement and test issued by this court.

Plaintiff needs a clarification from the court on exactly what more does he have to do, before the court decide to appoint counsel to represent him in this legal matter. Because he has demonstrated his efforts to obtain pro bono counsel on his own, and provided the court with a typed-written letter from Inmates' Legal Assistance Program, which clearly stated that ILAP would not represent him, even though ILAP has determined that his complaint satisfies their prerequisites of the prima facie standard.

Right now, plaintiff actually feels like this court is hurting his chances of success in this case, a lot more than the defendants

and prison staff are doing, because he was depose without any legal representation.

Plaintiff needs adequate and professional legal representation and assistance, because this case is at its most critical stages of litigation. (Discovery)

This case is not frivolous, and has a great deal of merits. If the court wants plaintiff to pass some kind of meritorious test, in order for him to be appointed counsel, then there definitely should be some kind of pre-trial hearing scheduled, so plaintiff can prove that his case do indeed has merit.

Plaintiff will be able to prove that he was arbitrarily placed on administrative segregation, brutally attacked without any kind of provocation and denied medical treatment.

WHEREFORE, the plaintiff's motion for appointment of counsel should be granted.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF PRO SE.

*Mr. Shawn L. Robinson*
Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ  08625-0861

CERTIFICATION

I hereby certify that on this 30th day of April 2006, that a copy of the foregoing will be mailed to all counsel on record, via prison staff on plaintiff's housing unit, to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105

Mr. John W. Dietz, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT  06880

*Mr. Shawn L. Robinson*
MR. SHAWN L. ROBINSON
The Plaintiff Pro Se

cc: File.