02cv1943UX

# U.S. Department of Justice
## United States Marshals Service



# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** SHAWN L. ROBINSON | **COURT CASE NUMBER** PRISONER 3:02-CV-1943(CFD)(TPS) |
| **DEFENDANT** MICHAEL L. HOLLAND | **TYPE OF PROCESS** Summons + COMPLAINT |

**SERVE →**
**NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**
DANIEL K. LYNCH

**AT** **ADDRESS** *(Street or RFD, Apartment No., City, State and ZIP Code)*
24 WILCOTT HILL ROAD, WETHERSFIELD CT 06109

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

MR. SHAWN L. ROBINSON
$430720 - OS01503529
P.O. BOX 861
TRENTON NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1). |
| Number of parties to be served in this case | THREE (3) |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

"Individual Capacity/IFP"

JDIS
OPEN 3/30/06
CLOSED 5/6/06

**Signature of Attorney or other Originator requesting service on behalf of:** ☒ PLAINTIFF  ☐ DEFENDANT
*Mr Shawn L Robinson*
**DATE** 16 FEB 2006

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk  *Q. L. W.* | Date 3/30/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

**Name and title of individual served** *(if not shown above)*

| | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

**Address** *(complete only if different than shown above)*

| Date of Service 4/3/06 | Time | am/pm |
|---|---|---|

**Signature of U.S. Marshal or Deputy** *R. Lenou*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** No person w/about name works at about address p/ DOC personnel

---

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — **FORM USM-285 (Rev. 12/15/80)**



| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>SHAWN L. ROBINSON | COURT CASE NUMBER<br>3:02-CV-1943(CFD)(TPS) |
|---|---|
| DEFENDANT<br>MICHAEL L. HOLLAND | TYPE OF PROCESS<br>SUMMONS/COMPLAINT |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DAVID M. STUCENSKI

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
24 WILCOTT HILL ROAD, WETHERSFIELD CT  06109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. SHAWN L. ROBINSON
#430720 - OS01503529
P.O. BOX 861
TRENTON NJ  08625-0861

| Number of process to be served with this Form - 285 | ONE (1) |
|---|---|
| Number of parties to be served in this case | THREE (3) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

"INDIVIDUAL CAPACITY/IFP"

OPEN 3/30/06
CLOSED 5/5/06

| Signature of Attorney or other Originator requesting service on behalf of:<br>Mr. Shawn L. Robinson | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>NONE | DATE<br>16 FEB 2006 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/30/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/3/06   Time: ___ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
NO PERSON w/ ABOVE NAME WORKS FOR Dept. of Corrections p/ DOC personnel.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02-CV-1943(CFD)(TPS) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| MICHAEL L. HOLLAND | SUMMONS & COMPLAINT |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

JOHN PLUTE

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

646 MELROSE AVE., NASHVILLE TN 37211

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. SHAWN L. ROBINSON
#430720 - OS01503529
P.O. BOX 861
TRENTON NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | THREE (3) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

JDIS
OPEN 3/30/06
CLOSED 5/3/06
~~INDIVIDUAL~~ CAPACITY/IFP"

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT

Mr. Shawn L. Robinson

TELEPHONE NUMBER: NONE
DATE: 16 FEB 2006

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 75 | District to Serve No. 75 | Signature of Authorized USMS Deputy or Clerk | Date 4/10/06 — 3/30/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service:
Time:  am / pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 5.34 | 8.00 | 58.34 | | | |

REMARKS:
4/21/06 4:15 pm. Company records reflect John Plute does not work at Transcorp. They have no record of Plute. D.T. Shelton, Deputy U.S. Marshal M/TN
Returned unexecuted   12 miles RT

**PRIOR EDITIONS MAY BE USED**     1. **CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)