UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
SHAWN ROBINSON                    :
                                  :           PRISONER
     v.                           :  CASE NO. 3:02CV1943(CFD)(TPS)
                                  :
MICHAEL HOLLAND, et al.           :
```

ORDER

On February 2, 2006, the court granted plaintiff's motion for in-hand service on defendants Lynch, Stucenski and Plute and directed him to complete service forms using the current address for each defendant. (See Doc. #105.)

In-hand service on defendants Lynch, Stucenski and Plute was returned to the court unexecuted. The returns state that defendants Lynch and Stucenski may not be found at the address provided by the plaintiff and that defendant Stucenski is not employed by the Connecticut Department of Correction. In addition, the return for defendant Plute indicates that defendant Plute could not be located at the address provided and that company records indicated that no one named Plute works for Transcorp. (See Doc. #121.)

The court will afford plaintiff one more chance to provide service information for defendants Lynch, Stucenski and Plute.

Plaintiff is directed to complete a service form and a summons form for each of these three defendants and return them to the court with three copies of his second amended complaint, filed January 4, 2005. Plaintiff shall use each defendant's current address on the forms. Failure to return completed forms with **current addresses** and copies within **twenty (20)** days from the date of this order will result in the dismissal of all claims against these three defendants. When the forms and copies are returned, the Clerk will send service packets to the U.S. Marshal Service. Upon receipt of the forms and copies, the Clerk is directed to forward service packets to the U.S. Marshal Service. The Marshal shall effect in-hand service on defendants Plute, Daniel Lynch and M. Stucenski within **thirty days (30)** from the date service packets are delivered to the U.S. Marshal Service and file a return of service within **ten (10)** days after service is effected. Defendants Plute, Lynch and Stucenski shall appear within **thirty (30)** days from the date of service. Plaintiff is on notice that if the U.S. Marshal is unable to effect service at the addresses provided, the claims against defendants Lynch, Stucenski and Plute will be dismissed.

    **SO ORDERED** this 31st day of **May**, 2006, at **Hartford**, **Connecticut.**

                                             /s/ Thomas P. Smith
                                            **Thomas P. Smith**
                                            **United States Magistrate Judge**