UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN L. ROBINSON, ) | CIVIL ACTION |
| Plaintiff, ) | |
| -VS- ) | NO. 3:02-CV-1943(CFD)(TPS) |
| MICHAEL L. HOLLAND, ET AL., ) | 25 MAY 2006 |
| Defendants. ) | |

## MOTION FOR IN-HAND SERVICE

Plaintiff Shawn L. Robinson comes before this here Honorable Court, pursuant to Rule 4(c)(2), Federal Rules of Civil Procedures, respectfully requests that the Court order the U.S. Marshals Service to perform in hand service on Defendant Michael L. Holland, since he has not been officially served with the complaint, and the assistant attorney general has told plaintiff that the Attorney General office will not represent defendant Holland in this civil action.

Based on the above, it appears that service must now be done in-hand on Defendant Michael L. Holland.

Therefore, plaintiff request that the Court order the Attorney General's Office and Connecticut Department of Correction to provide the U.S. Marshals with the address or whereabouts of Michael Holland so he can be served in-hand.

Also, plaintiff requests that the state be required to provide the correct addresses or whereabouts of defendants, Daniel K. Lynch and David M. Stucenski to the U.S. Marshals or the pro se law clerk, Ms. Mary E. Larsen, so service can be effected upon them as well.

If this Court orders the state to furnish the U.S. Marshals or Clerk's Office with these defendants' addresses, it might be able to alleviate the defendants' number one (1) argument and excuse they so commonly use to circumvent in providing pertinent information to the plaintiff, because there will be no security issue to claim.

Plaintiff could careless about where any of the defendants may live or work, as long as they are served with his complaint.

It seems like the defendants, along with their cohorts are now trying everything in their power to impede on the plaintiff's rights to prosecute this case and serve all of the defendants, because when the U.S. Marshals tried to serve defendants Lynch and Stucenski, DOC officials did not tell them what facility that these defendants were presently working at.

RESPECTFULLY SUBMITTED,<br>
THE PLAINTIFF PRO SE.<br>
<br>
*Mr. Shawn L. Robinson*<br>
Mr. Shawn L. Robinson<br>
#430720 - OS01503529<br>
P.O. Box 861<br>
Trenton, NJ  08625-0861

### CERTIFICATION

I hereby certify that on this 25th day of May 2006, that a copy of the foregoing will be mailed to all counsel on record, via prison staff on plaintiff's housing unit, to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105

Mr. John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

*Mr. Shawn L. Robinson*<br>
MR. SHAWN L. ROBINSON<br>
The Plaintiff Pro Se