UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN L. ROBINSON, ) | CIVIL ACTION |
| Plaintiff, ) | |
| -VS- ) | NO. 3:02-CV-1943(CFD)(TPS) |
| MICHAEL L. HOLLAND, ET AL., ) | 25 MAY 2006 |
| Defendants. ) | |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff Shawn L. Robinson comes before this here Honorable Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, respectfully requests for an enlargement of time on the Discovery Deadline, which this Court set for May 31, 2006.

Plaintiff will need an additional ninety (90) days, up to and including August 30, 2006, so he can try to complete the discovery in this here civil action.

This is plaintiff's fourth request for an enlargement of time, and is not a means to delay these here proceedings.

Plaintiff is being forced to file this motion, due to the fact that there are several discrepancies with the discovery, between the plaintiff and defendants.

Plaintiff has not requested for anything that could jeopardize prison security or any of the defendants' safety and well being, but the defendants are still refusing to fully cooperate with him in the discovery, by refusing to answer all of plaintiff's interrogatories

and requests for production.

Plaintiff cannot get any cooperation with the defendants, when it comes to the identification and location of any of the defendants and witnesses that were involved in this case.

Furthermore, plaintiff has not received all of the photographs that was taking of him on the 08th and 09th day of November, 1999.

Also, plaintiff did not receive any copies of the photos, that was taken on November 10, 1999, of his bruises and injuries.

Therefore, plaintiff will need to depose some of the witnesses and defendants, so it can be established that these photos exist.

It should also be noted, that Assistant Attorney General Lynch recently informed plaintiff that she was not representing Lieutenant Michael L. Holland in this action as well.

Plaintiff is not sure how to handle this matter, because there was nothing ever filed in court by the assistant attorney general or the court about defendant Holland not being represented.

Will plaintiff need to have the U.S. Marshals Service serve defendant Holland by hand, since he was never served with the summon and complaint, and the state is not representing him.

In the interest of justice and fairness the court should grant plaintiff's motion for enlargement of time.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF PRO SE.

*Mr. Shawn L. Robinson*
Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ  08625-0861

cc: File.

CERTIFICATION

I hereby certify that on this 25th day of May 2006, that a copy of the foregoing will be mailed to all counsel on record, via prison staff on plaintiff's housing unit, to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105

Mr. John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

_____
MR. SHAWN L. ROBINSON
The Plaintiff  Pro Se