UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON,<br><br>    Plaintiff,<br><br>V.<br><br>MICHAEL L. HOLLAND,<br>JERRY L. WAWRZYK,<br>RANDY R. SABETTINI,<br>JOHN R. DEARY,<br>JOHN NORWOOD,<br>JOHN FALK,<br>STEVE FAUCHER,<br>STEVE A. RHODES,<br>KEVIN M. MANLEY,<br>WILLIAM D. FANEUFF,<br>ERIC SEIFFERT,<br>NEAL H. KEARNEY,<br>B. CORREIA,<br>DANIEL K. LYNCH,<br>WILBUR L. STROZIER,<br>ROBERT D. AMES,<br>RICHARD L. FELTON,<br>T. MITCHELL,<br>P.A. KUHLMAN, JR.,<br>M. STUCENSKI,<br>THOMAS, D. SMITH,<br>J. KNAPP, JR., L. DAIRE,<br>B. CHAPMAN, GERMOND,<br>RAYMOND BERNARD,<br>CHERYL SCHREINDORFER,<br>JOHN ZIERDT, JR.<br>SCOTT REID, ANTHONY NAPIER,<br>B.D. BENDELOW, J. TAVAREZ,<br>PLUTE, D. RYAN, II, MICHAEL JAJOIE,<br>MICHAEL W. ZACHAREWICZ,<br>PATRICK WILCOX, PEPE,<br>LARRY J. MEYERS<br>AND JOHN DOE, ONE THROUGH SIX,<br>    Defendants. | **PRISONER**<br><br>CIVIL ACTION NO.<br>3:02-cv-1943(CFD)(TPS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JULY 31, 2006 |

### RENEWED MOTION TO DISMISS BY DEFENDANTS, JOHN ZIERDT, JR., JOSE TAVAREZ, HENRY SCOTT REID, ANTHONY NAPIER, B.D. BENDELOW AND DAVID RYAN, II PURSUANT TO FED.R.CIV.PRO. 12(b)(5)

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

The undersigned defendants, John Zierdt, Jr., Jose Tavarez, Henry Scott Reid, Anthony Napier, B.D. Bendelow and David Ryan, II hereby move again to dismiss the plaintiff's claims against them due to insufficiency of service of process, pursuant to Federal Rule of Civil Procedure 12(b)(5).

The undersigned defendants' arguments are fully set forth in their previously filed memorandums of law. The Court's previous ruling denied the undersigned defendants' prior motion to dismiss without prejudice and noted that the motions could be renewed.

Over one year has passed since the original motions to dismiss were filed for insufficiency of service of process and the undersigned defendants still have not been served with the Summons in this matter. No proof of service as to the undersigned defendants has been filed by the plaintiff in the past year, since the original motions to dismiss for insufficiency of service of process were filed. Even if the plaintiff could "cure" the insufficiency of service of process as to the undersigned defendants, as suggested in the Court's previous ruling, the plaintiff has not done so in the past year.

Based upon the foregoing, the undersigned defendants respectfully request their motion be granted and all claims against them be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(5).

DEFENDANTS,
JOHN ZIERDT, JR., SCOTT REID,
ANTHONY NAPIER, B.D. BENDELOW,
J. TAVAREZ, D. RYAN, II

By_____
JOHN W. DIETZ of
HALLORAN & SAGE LLP
Fed. Bar #ct 13432
315 Post Road West
Westport, CT 06880
(203) 227-2855
dietz@halloran-sage.com

315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION OF SERVICE

This is to certify that on this 31st day of July, 2006, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Mr. Shawn L. Robinson
#430720 – OS01503529
New Jersey State Prison
P.O. Box 865
Trenton, NJ 08625-0861

Various defendants, c/o:
Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
John W. Dietz

859639v 1
315 Post Road West
Westport, CT 06880

3

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195