UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 AUG 31 P 4: 33

U.S. DISTRICT COURT
BRIDGEPORT CONN

| | |
|---|---|
| SHAWN L. ROBINSON, ) | CIVIL ACTION |
| Plaintiff, ) | |
| -vs- ) | NO. 3:02-CV-1943(CFD)(TPS) |
| MICHAEL L. HOLLAND, ET AL., ) | 11 AUGUST 2006 |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Shawn L. Robinson comes before this here Honorable Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, respectfully requests for enlargement of time, within which to file an opposition to defendants' motion to dismiss, dated July 31, 2006.

WHEREFORE, plaintiff respectfully request that the court grant him 90 days, up to and including November 20, 2006.

RESPECTFULLY SUBMITTED,
The Plaintiff Pro Se

Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ 08625-0861

CERTIFICATION

I hereby certify that on this 11th day of ~~December, 2005,~~ AUGUST, 2006, that a copy of the foregoing will be mailed to all counsel on record, via plaintiff's unit staff:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT 06105

Mr. John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

MR. SHAWN L. ROBINSON
The Plaintiff  Pro Se