UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 AUG 31 P 4:33

DISTRICT COURT
BRIDGEPORT CONN

| | |
|---|---|
| SHAWN L. ROBINSON, | ) CIVIL ACTION |
| Plaintiff, | ) |
| -vs- | ) NO. 3:02-CV-1943(CFD)(TPS) |
| MICHAEL L. HOLLAND, ET AL., | ) 21 AUGUST 2006 |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff Shawn L. Robinson comes before this here Honorable Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, respectfully requests for an enlargement of time on the Discovery Deadline, which this Court has reschedule for August 30, 2006.

Plaintiff will need an additional ninety (90) days, up to and including November 27, 2006, so he can try to complete the discovery in this here civil action.

Plaintiff is being forced to file this motion, due to the fact that there are several discrepancies with the discovery, between the plaintiff and defendants.

Plaintiff has not requested for anything that could jeopardize prison security or any of the defendants' safety and well being, but the defendants are still refusing to fully cooperate with him in the discovery, by refusing to answer all of plaintiff's interrogatories and requests for production.

Plaintiff cannot get any cooperation with the defendants, when

it comes to the identification and location of any of the defendants and witnesses that were involved in this case.

Furthermore, plaintiff has not received all of the photographs that was taking of him on the 08th and 09th day of November, 1999.

Also, plaintiff did not receive any copies of the photos, that was taken on November 10, 1999, of his bruises and injuries.

Therefore, plaintiff will need to depose some of the witnesses and defendants, so it can be established that these photos exist.

It should also be noted, that New Jersey State Prison has been placed back on lockdown for the umpteenth time, and there is no kind of prisoner movement in the facility, including access to the prison law library and law books.

Plaintiff was in the process of putting together his responses to the defendants' requests for admission and completing the signing of the Errata Sheet he recently received from Attorney John W. Dietz for the deposition transcript.

This lockdown might last for more than several months, because a loaded gun was allegedly smuggled into the facility by an employee and now there is a mass shakedown going on.

Wherefore, plaintiff pray that the court grants his motion for enlargement of time, and give him another ninety (90) days, up to and including November 27, 2006, to complete his discovery.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF PRO SE.

Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ  08625-0861

CERTIFICATION

I hereby certify that on this 21st day of August, 2006, that a copy of the foregoing will be mailed to all counsel on record, via prison staff on plaintiff's housing unit, to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105

Mr. John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

_____
MR. SHAWN L. ROBINSON
The Plaintiff  Pro Se

cc: File.