UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 AUG 31 P 4: 32

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

SHAWN L. ROBINSON,             )
                               )   CIVIL ACTION
            Plaintiff,         )
                               )   NO. 3:02-CV-1943(CFD)(TPS)
     -VS-                      )
                               )
MICHAEL L. HOLLAND, ET AL.,    )   11 AUGUST 2006
                               )
            Defendants.        )

### MOTION FOR AN INVESTIGATOR

Pursuant to Rule 83.10(g)5, of this Court Local Rules of Civil Procedure, plaintiff respectfully requests that he be provided with an investigator to assist him in ascertaining the current addresses of all the defendants who have not been served with the summons and complaint.

If the Court will not appoint counsel to represent plaintiff in this matter, it should have the Clerk of the Court to allot some funds for an investigator, pursuant to L.Civ.R. 83.10(g)5.

Plaintiff has also tried to get the Connecticut Inmates' Legal Assistance Program (ILAP) to ascertain these addresses for him, but ILAP claims they are unable to assist him, even though ILAP possess all of the necessary resources just like any other private law firm might offer. (i.e. investigators, telephone directories, et cetera)

ILAP can easily find out what correctional facility defendants Micheal L. Holland and Daniel K. Lynch are presently working at now because ILAP employees have a personal rapport with the Connecticut

Department of Correction, and the only thing ILAP has to do is make a call and ask where these defendants are working.

Plaintiff has repeatedly asked ILAP to help him in getting the discovery and service done from day one, but ILAP has only giving a bunch of excuses for failing to do their job, or just procrastinate whenever they decide to do some legal work for plaintiff.

THEREFORE, plaintiff ask that the court assign an investigator to assist him with locating the defendants who have not been served with the summons and complaint, as well as interview witnesses.

It should also be noted that Trenton State Prison is presently on lockdown once again for the umpteenth time, and plaintiff cannot use the law library, order law books, get photocopies, et cetera.

RESPECTFULLY SUBMITTED,
The Plaintiff, Pro Se

Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ 08625-0861

### CERTIFICATION

I hereby certify that on this 11th day of August, 2006, that a copy of the foregoing will be mailed to all counsel on record, via plaintiff's unit staff:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT   06105

Mr. John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT   06880

MR. SHAWN L. ROBINSON
The Plaintiff   Pro Se