UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON, | : | PRISONER |
| | : | CASE NO: 3:02CV1943 (CFD)(TPS) |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| MICHAEL L. HOLLAND, ET AL. | : | |
| | : | |
| Defendants. | : | SEPTEMBER 20, 2006 |

## OBJECTION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF INVESTIGATOR

The undersigned defendants hereby object to the plaintiff's Motion for Appointment of Investigator brought pursuant to Local Rule 83.10(g)5. In support of this Motion, the plaintiff relies on the above cited Local Rule as authority for the court to appoint a private investigator to assist him in the prosecution of his claims. However, the plaintiff's reliance on this Rule is erroneous as this Rule only provides for appointment of Attorneys and the creation of a fund to pay for legal expenses. This rule does not authorize the court to appoint a private investigator to assist the plaintiff.

Therefore, the Motion should be denied.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

DEFENDANTS,
JOHN ZIERDT, JR.
HENRY SCOTT REID, ANTHONY NAPIER
DAVID RYAN, II, B.D. BENDELOW
JOSE TAVAREZ

By _/s/ Robert A. Rhodes_
Robert A. Rhodes of
HALLORAN & SAGE LLP
Fed. Bar #ct13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

CERTIFICATION OF SERVICE

This is to certify that on this 20th day of September, 2006, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_/s/ Robert A. Rhodes_
Robert A. Rhodes

889647

315 Post Road West
Westport, CT 06880

2

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195