UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**SHAWN ROBINSON**

                                                PRISONER
   **v.**                                      CASE NO. 3:02CV1943(CFD)(TPS)

**MICHAEL HOLLAND, et al.**

## RULING AND ORDER

Plaintiff has filed several motions relating to service of the complaint and discovery issues.

### I. Motion for In-Hand Service [doc. #124]

On May 31, 2006, the court afforded plaintiff one last chance to complete service forms with current addresses to enable the U.S. Marshal to effect in-hand service on defendants Lynch, Stucenski and Plute. (See Doc. #123.)

On June 5, 2006, plaintiff filed a motion asking the court to order defendants to provide current addresses for defendants Lynch, Stucenski and Holland. As the court previously informed plaintiff, the return of service on defendant Stucenski indicates that he no longer is employed by the Connecticut Department of Correction. Thus, defendants do not have an address for defendant Stucenski. The court has learned that defendant Lynch currently is working at Northern Correctional Institution. Plaintiff may complete the service forms for defendant Lynch using the address for Northern

Correctional Institution, 287 Bilton Road, P.O. Box 665, Somers, CT 06071. Defendant Holland currently is incarcerated in another state. The court asks that defendants' counsel attempt to ascertain an address for defendant Holland and provide it to the court. When the court receives service papers from plaintiff for defendant Holland, the Clerk will add the address. Accordingly, plaintiff's motion for in-hand service [**doc. #124**] is **GRANTED** as to defendant Holland, **DENIED** as moot as to defendant Lynch and **DENIED** as to defendant Stucenski.

**II. Motions for Extension of Time [docs. ##125, 126, 129, 130, 133]**

Plaintiff has filed two motions seeking extensions of the discovery deadline in this case until November 27, 2006. Plaintiff's motions [**docs. ##125, 130**] are **GRANTED.**

Plaintiff also has filed two motions for extension of time to comply with the May 31, 2006 order regarding service on defendants Lynch, Stucenski and Plute. He states that he does not know the whereabouts of these defendants and, therefore, does not know when he will be able to comply with the order. Plaintiff's motions [**docs. ##126, 133**] are **GRANTED.**

The court has provided a service address for defendant Lynch. This case has been pending for over four years. The fact that plaintiff cannot locate the other defendants does not warrant extending the time for service indefinitely. Rule 4(m), Fed. R. Civ. P., requires that service be effected within 120 days from the

date the complaint is filed and permits the court to extend the time for service for "an appropriate period." Plaintiff is hereby on notice that if he fails to return service papers for defendants Lynch, Stucenski, Plute and Holland on or before **November 15, 2006**, the claims against these defendants will be dismissed. No further extensions of time will be granted.

Plaintiff also seeks an extension of time, until November 20, 2006, to respond to the motion to dismiss filed by defendants Reid, Napier, Bendelow, Tavariez and Ryan. Plaintiff's motion [**doc. #129**] is **GRANTED**.

### III. Motion for Investigator [doc. #131]

Plaintiff asks the court to appoint an investigator to assist him. In support of his request, plaintiff directs the court to Rule 83.10(g)5, D. Conn. L. Civ. R. Rule 83.10(g) describes compensation that is available for members of the Civil Pro Bono Panel who appear in cases before this court. Because plaintiff is not an attorney, this rule is inapplicable to him. Accordingly, his request [**doc. #131**] is **DENIED**.

### IV. Conclusion

Plaintiff's motion for in-hand service [**doc. #124**] is **GRANTED** as to defendant Holland, **DENIED** as moot as to defendant Lynch and **DENIED** as to defendant Stucenski. Plaintiff may complete the service forms for defendant Lynch using the address for Northern Correctional Institution. Plaintiff's motions for extension of

time to comply with the May 31, 2006 order regarding service [**docs. ##126, 133**] are **GRANTED**.  Plaintiff is hereby on notice that if he fails to return service papers for defendants Lynch, Stucenski, Plute and Holland on or before **November 15, 2006,** the claims against these defendants will be dismissed.  No further extensions of time will be granted.

Plaintiff's motions for extensions of the discovery deadline [**docs. ##125, 130**] and extension of time to respond to the motion to dismiss [**doc. #129**] are **GRANTED**.  Plaintiff's motion for court-appointed investigator [**doc. #131**] is **DENIED**.

**SO ORDERED this 29th day of September, 2006, at Hartford, Connecticut.**

>                              **/s/ Thomas P. Smith**
>                              **Thomas P. Smith**
>                              **United States Magistrate Judge**