

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON, | : | PRISONER |
| | : | CASE NO: 3:02CV1943 (CFD)(TPS) |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| MICHAEL L. HOLLAND, ET AL. | : | |
| | : | |
| Defendants. | : | SEPTEMBER 22, 2006 |

### APPEARANCE

Please enter my appearance in lieu of John W. Dietz of Halloran & Sage, LLP for:

JOHN ZIERDT, JR., HENRY SCOTT REID, ANTHONY NAPIER, DAVID RYAN, II, B.D. BENDELOW AND JOSE TAVAREZ.

Dated at Westport, Connecticut this 22ND day of September, 2006.

                                  DEFENDANTS,
                                  JOHN ZIERDT, JR.
                                  HENRY SCOTT REID, ANTHONY NAPIER
                                  DAVID RYAN, II, B.D. BENDELOW
                                  JOSE TAVAREZ

By _____
Robert A. Rhodes of
HALLORAN & SAGE LLP
Fed. Bar #ct13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION OF SERVICE

This is to certify that on this 19th day of September, 2006, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
Robert A. Rhodes

889136

315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195