UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON, | : | PRISONER |
| | : | CASE NO: 3:02CV1943 (CFD)(TPS) |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| MICHAEL L. HOLLAND, ET AL. | : | |
| | : | |
| Defendants. | : | OCTOBER 19, 2006 |

**DEFENDANT'S MEMORANDUM OF LAW IN REPLY TO PLAINTIFF'S OBJECTION TO RENEWED MOTION TO DISMISS**

I.  INTRODUCTION

The undersigned defendant's hereby file the present reply to the plaintiff's opposition to the defendants' Renewed Motion to Dismiss filed on July 31, 2006.

II.  ARGUMENT

In his opposition, the plaintiff argues that the defendant's waived their right to proper service of process by filing an appearance by counsel. In support of this argument, the plaintiff has cited to two Superior Court cases from 1943 and 1957. The plaintiff has also cited to the case of Pitchell v. City of Hartford, 247 Conn. 422 (1999). However, the plaintiff's reliance on Pitchell is misplaced as Pitchell does not stand for the proposition that the filing of a general appearance constitutes a waiver of the right to contest personal jurisdiction. In fact, the Pitchell Court stated that; "We first note that the filing of an appearance on behalf of a party, in and of itself, does not waive that party's personal jurisdiction claims." Id. at 432. In Pitchell, the Court held that the filing of an appearance coupled with the failure to file a motion to dismiss pursuant

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

to Practice Book § 10-30, within 30 days of the filing of the appearance, constituted a waiver of any claims concerning personal jurisdiction. Id. at 428, 432-33. It seems quite odd that the plaintiff could cite to this case, without directing the court to this language.

In the present case, the parties are bound not by the procedures set forth in the Connecticut Practice Book, but rather, are bound by the Federal Rules of Civil Procedure concerning asserting and preserving claims related to personal jurisdiction. Therefore, the 30 day procedural deadline set forth in §10-30 of the Connecticut Practice Book does not apply to cases in federal court. Rather, F.R.C.P. 12(a)(1)(A) states that a responsive pleading must be filed within 20 days of service of the summons and complaint. In the present case, the defendants are well within this deadline as the plaintiff has still not made service of the summons and complaint. Additionally, F.R.C.P. 12(h)(1) states that:

> A defense for lack of jurisdiction over the person, improper venue, insufficiency of process, or insufficiency of service of process is waived (A) if omitted for a motion in the circumstances described in subdivision (g), **or** (B) if it is neither made by motion under this rule nor included in a responsive pleading or an amendment thereof permitted by Rule 15(a) to be made as a matter of course.

In the present case, the defendants have pursued not just one, but both of the avenues under 12(h)(1) for preserving their claims related to personal jurisdiction. First, the defendants filed the present Motion to Dismiss pursuant to 12(b)(5) contesting personal jurisdiction. Second, the defendants also asserted the affirmative defenses of lack of personal jurisdiction and insufficient service of process in their Answer and Affirmative Defenses dated January 30, 2006. Thus, the defendants have, on two separate occasions, preserved their right to contest personal jurisdiction

315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

Therefore, there has been no waiver of the defendants' right to contest personal jurisdiction and the Renewed Motion to Dismiss should be granted.

III. CONCLUSION

For the foregoing reasons, as well as, those set forth in the previously filed memoranda of law, the defendant's Renewed Motion to Dismiss should be granted.

DEFENDANTS,
JOHN ZIERDT, JR.
HENRY SCOTT REID, ANTHONY NAPIER
DAVID RYAN, II, B.D. BENDELOW
JOSE TAVAREZ

By _____
Robert A. Rhodes of
HALLORAN & SAGE LLP
Fed. Bar #ct13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

3
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION OF SERVICE

This is to certify that on this 19th day of October, 2006, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
Robert A. Rhodes

902140v 1
315 Post Road West
Westport, CT 06880

4

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195