# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02-CV-1943(CFD)(TPS) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| MICHAEL L. HOLLAND | SUMMONS/COMPLAINT |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ANTHONY NAPIER

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

646 MELROSE AVE., NASHVILLE, TENNESSEE 37211

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. SHAWN L. ROBINSON
#430720 - OS01503529
P.O. BOX 861
TRENTON, NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | SIX (6) |
| Check for service on U.S.A. | NONE |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INDIVIDUAL CAPACITY/IFP

Mr. Anthony Napier is represented by Attorney John W. Dietz from the Law Offices of Halloran & Sage, LLP. If there is any problems in locating and serving him, please call Attorney Dietz at (203) 227-2855.

Signature of Attorney or other Originator requesting service on behalf of:

*Shawn L. Robinson* ☒ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER: NONE   DATE: 25 APR 06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3-6 | No. 14 | No. 75 | Debra Mang | 10/5/06 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | |

REMARKS: THIS SERVICE OF SUMMONS IS RETURNED UNEXECUTED. DUSM ROMANIUK RECEIVED A VOICEMAIL RESPONSE FROM ATTORNEY ROBERT RHODES ON BEHALF OF ANTHONY NAPIER STATING HE CANNOT ACCEPT SERVICE. SERVICE CANNOT BE EXECUTED AT LAST KNOWN ADDRESS, MR. NAPIER IS NO LONGER EMPLOYED BY TRANSCOR.

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM 285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02-CV-1943(CFD)(TPS) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| MICHAEL L. HOLLAND | SUMMONS/COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

DAVID R. RYAN, II.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

646 MELROSE AVE., NASHVILLE, TENNESSEE 37211

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. SHAWN L. ROBINSON
#430720 - OS01503529
P.O. BOX 861
TRENTON, NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | SIX (6) |
| Check for service on U.S.A. | NONE |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INDIVIDUAL CAPACITY/IFP

Mr. David R. Ryan, II., is represented by Attorney John W. Dietz from Halloran & Sage law firm. If there is any problems locating and serving him, please contact Attorney Dietz at (203) 227-2855.

Signature of Attorney or other Originator requesting service on behalf of:
*Shawn L. Robinson*  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER: NONE   DATE: 25 APR 06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2-6 | No. 14 | No. 75 | *Debra Mang* | 10/5/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service   Time   am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | |

REMARKS: THIS SERVICE OF SUMMONS IS RETURNED UNEXECUTED. DUSM ROMANIK RECEIVED A VOICEMAIL RESPONSE STATING FROM ATTORNEY ROBERT RHODES ON BEHALF OF MR. DAVID RYAN THAT HE CANNOT ACCEPT SERVICE. SERVICE CANNOT BE EXECUTED AT LAST KNOWN ADDRESS; MR. DAVID RYAN IS NO LONGER EMPLOYED BY TRANSCOR.

*A. Romanik*

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** SHAWN L. ROBINSON

**COURT CASE NUMBER:** 3:02-CV-1943(CFD)(TPS) [PRISONER]

**DEFENDANT:** MICHAEL L. HOLLAND

**TYPE OF PROCESS:** SUMMONS/COMPLAINT

**SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:**
HENRY SCOTT REID

**AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):**
646 MELROSE AVE., NASHVILLE, TENNESSEE 37211

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

MR. SHAWN L. ROBINSON
#430720 - OS01503529
P.O. BOX 861
TRENTON, NJ 08625-0861

| Field | Value |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | SIX (6) |
| Check for service on U.S.A. | NONE |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):**

INDIVIDUAL CAPACITY/IFP

Mr. Henry Scott Reid is being represented by Attorney John W. Dietz from the Law Offices of Halloran & Sage, LLP. If there is any problems locating and serving Mr. Reid, please call Attorney Dietz at (203) 227-2855

**Signature of Attorney or other Originator requesting service on behalf of:** *Shawn L. Robinson*  ☒ PLAINTIFF  ☐ DEFENDANT

**TELEPHONE NUMBER:** NONE

**DATE:** 25 APR 06

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 4-6 | No. 14 | No. 75 | *Delia Mang* | 10/5/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above):**

**Address (complete only if different than shown above):**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Date of Service:**  **Time:** ___ am / pm

**Signature of U.S. Marshal or Deputy:**

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

**REMARKS:** THIS SERVICE OF SUMMONS IS RETURNED UNEXECUTED. DUSM ROMANIUK RECEIVED A VOICEMAIL RESPONSE FROM ATTORNEY ROBERT RHODES ON BEHALF OF HENRY S. REID STATING HE CANNOT ACCEPT SERVICE. SERVICE CANNOT BE EXECUTED AT LAST KNOWN ADDRESS; MR. REID IS NO LONGER EMPLOYED BY TRANSCOR.

*H. Romaniuk*

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: SHAWN L. ROBINSON | COURT CASE NUMBER: 3:02-CV-1943(CFD)(TPS) |
| DEFENDANT: MICHAEL L. HOLLAND | TYPE OF PROCESS: SUMMONS/COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

JOSE TAVAREZ

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

646 MELROSE AVE., NASHVILLE, TENNESSEE 37211

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. SHAWN L. ROBINSON
#430720 - OS01503529
P.O. BOX 861
TRENTON, NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | SIX (6) |
| Check for service on U.S.A. | NONE |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INDIVIDUAL CAPACITY/IFP

Mr. Jose Tavarez is being represented by Attorney John W. Dietz, from the Law Offices of Halloran & Sage, LLP. If there is any problems locating and serving him, please call Attorney Dietz at (203) 227-2855

Signature of Attorney or other Originator requesting service on behalf of: *Shawn L. Robinson*
☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 25 APR 06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 6·6 | No. 17 | No. 75 | *Debra Mang* | 10/5/06 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service
Time: am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS: THIS SERVICE OF SUMMONS IS RETURNED UNEXECUTED. DUSM ROMANIUK RECEIVED VOICEMAIL RESPONSE FROM ATTORNEY ROBERT RHODES ON BEHALF OF JOSE TAVAREZ STATING HE CANNOT ACCEPT SERVICE. SERVICE CANNOT BE EXECUTED AT LAST KNOWN ADDRESS; Mr. Tavarez is longer EMPLOYED BY TRANSCOR.

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER PRISONER |
|---|---|
| SHAWN L. ROBINSON | 3:02-CV-1943(CFD)(TPS) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| MICHAEL L. HOLLAND | SUMMONS/COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

JOHN ZIERDT, JR.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

646 MELROSE AVE, NASHVILLE, TENNESSEE 37211

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. SHAWN L. ROBINSON
#430720 - OS01503529
P.O. BOX 861
TRENTON, NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | SIX (6) |
| Check for service on U.S.A. | NONE |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INDIVIDUAL CAPACITY/IFP

Mr. John Zierdt, Jr., is being represented by Attorney John W. Dietz from the Law Offices of Halloran & Sage, LLP. If there is a problem, with locating and serving Mr. Zierdt, call Attorney Dietz at (203) 227-2855.

Signature of Attorney or other Originator requesting service on behalf of:

*Shawn L. Robinson*   ☑ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER: NONE
DATE: 25 APR 06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 5-6 | No. 14 | No. 75 | *Delia Maing* | 10/5/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

**REMARKS:** THIS SERVICE OF SUMMONS IS RETURNED UNEXECUTED. DUSM ROMANIUK RECEIVED A VOICEMAIL RESPONSE FROM ATTORNEY ROBERT RHODES ON BEHALF OF JOHN ZIERDT STATING HE CANNOT ACCEPT SERVICE. SERVICE CANNOT BE EXECUTED AT LAST KNOWN ADDRESS; MR. ZIERDT IS NO LONGER EMPLOYED BY TRANSCOR. *H. Romaniuk*

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02-CV-1943(CFD)(TPS) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| MICHAEL L. HOLLAND | SUMMONS/COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BRIAN D. BENDELOW

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
646 MELROSE AVE., NASHVILLE, TENNESSEE 37211

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. SHAWN L. ROBINSON
#430720 - OS01503529
P.O. BOX 861
TRENTON, NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | SIX (6) |
| Check for service on U.S.A. | NONE |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INDIVIDUAL CAPACITY/IFP

Mr. Brian D. Bendelow is being represented by Attorney John W. Dietz from the Law Offices of Halloran & Sage, LLP. If there is any problems locating and serving him, please call Attorney Dietz at (203) 227-2855.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Shawn L. Robinson*
TELEPHONE NUMBER: NONE
DATE: 25 APR 06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1-6 | No. 14 | No. 75 | *Delma Mang* | 10/5/06 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS: THIS SERVICE IS RETURNED UNEXECUTED. DUSM ROMANIUK RECEIVED A VOICEMAIL RESPONSE FROM ATTORNEY ROBERT RHODES ON BEHALF OF BRIAN BENDELOW STATING HE WILL NOT ACCEPT SERVICE. SERVICE CANNOT BE EXECUTED AT LAST KNOWN ADDRESS; MR. BENDELOW IS NO LONGER EMPLOYED BY TRANSCOR.

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)