UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 OCT 31 P 12: 36

SHAWN L. ROBINSON,

      Plaintiff,

-VS-

MICHAEL L. HOLLAND, ET AL.,

      Defendants.

CIVIL ACTION

NO. 3:02-CV-1943(CFD)(TPS)

9 OCTOBER 2006

### MOTION FOR RECONSIDERATION

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to Local Civil Rule 7(c), requesting for reconsideration on his Motion for In-Hand Service [#124] and the set court deadline of November 15, 2006, to have service completed on all of the named defendants in the court order [#136] from September 29, 2006, which he did not receive until October 6, 2006.

Plaintiff ask that the court rescind its Order, and extend the court's deadline of November 15, 2006, until December 29, 2006, for him to have defendants Stucenski and Plute served with the summons, because of the recent prison lock downs in New Jersey State Prison, since August 4, 2006.

All of these days and the time that plaintiff was on lock down without access to the law library and the opportunity to try having the remaining defendants served, should be taken into consideration and counted to his motion for extension of time. [DOC. #126 & 133]

Also, plaintiff does not understand the court's decision which it has changed the order in having the U.S. Marshal serve defendant David Stucenski in-hand with the summons and complaint. [DOC. #91]

If plaintiff is able to ascertain the whereabout of defendant Stucenski, he will still need U.S. Marshals to perform the in-hand services on Stucenski for him.

Plaintiff is quite sure, that the defendants or Department of Corrections and Attorney General's Office could easily provide the home address of defendant stucenski to the U.S. Marshal or court's clerk, because they all have his home address.

Also, plaintiff believes that defendant Plute is a fictitious or nickname that they provided the state police, because this name is not on any TransCor America reports.

If the court would appoint plaintiff legal representation, it is more than likely that the remaining defendants would promptly be served, and it would also facilitate resolving this case.

WHEREFORE, plaintiff ask that he is giving a little more time to complete service on defendants Plute and stucenski.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF PRO SE.

*Mr. Shawn L. Robinson*
MR. SHAWN L. ROBINSON
#430720 - OS01503529
P.O. BOX 861
TRENTON, NJ  08625-0861

## CERTIFICATION

I hereby certify that on this 10th day of October 2006, that a copy of the foregoing will be mailed to all counsel on record, via the prison staff on plaintiff's housing unit, to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105

Mr. John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

MR. SHAWN L. ROBINSON
The Plaintiff  Pro Se