UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-1943 (CFD) |
| : | |
| MICHAEL HOLLAND, ET AL : | NOVEMBER 22, 2006 |
|     Defendants : | |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge

\_\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_\_ To supervise discovery and resolve discovery disputes

\_\_\_\_ A recommended ruling on the following motions which are currently pending

√ A ruling on the following motion which is currently pending
**Motion for Reconsideration [Dkt. # 141]**

\_\_\_\_ A settlement conference

\_\_\_\_ A conference to discuss and approve the following:

\_\_\_\_ Other

**SO ORDERED.**

Dated this 22nd day of November, 2006, at Hartford, Connecticut.


/s/ Christopher F. Droney
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**