UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON, | : PRISONER |
| | : CASE NO: 3:02CV1943 (CFD)(TPS) |
| Plaintiff, | : |
| V. | : |
| MICHAEL L. HOLLAND, ET AL. | : |
| Defendants. | : DECEMBER 13, 2006 |

## MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Federal Rule and Civil Procedure 15(a), the undersigned defendants hereby move to Amend their Answer and Affirmative Defenses. This Amendment is necessary in order to assert Affirmative Defenses concerning the applicability of qualified immunity under both state and federal law and sovereign immunity under state law. Undersigned counsel has only recently become involved in this case and filed his Appearance on or about September 20, 2006. Therefore, upon review of the pleadings in this case, undersigned counsel has determined that the defenses are applicable to the claims made in this matter. Justice requires that the defendants be permitted to assert these legal defenses. Additionally, this matter has not been assigned for any trial date and the plaintiff will not be prejudiced by the granting of this Motion.

As Mr. Robinson is currently incarcerated, defense counsel is unable to contact him to obtain his position concerning the present Motion. This is the first such Motion filed in this matter.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

DEFENDANTS,
JOHN ZIERDT, JR.
HENRY SCOTT REID, ANTHONY NAPIER
DAVID RYAN, II, B.D. BENDELOW
JOSE TAVAREZ

By _____
Robert A. Rhodes of
HALLORAN & SAGE LLP
Fed. Bar #ct13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

## CERTIFICATION OF SERVICE

This is to certify that on this 13th day of December, 2006, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
Robert A. Rhodes

925313v 1
315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195