## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON, | : | PRISONER |
| | : | CASE NO: 3:02CV1943 (CFD)(TPS) |
| Plaintiff, | : | |
| V. | : | |
| MICHAEL L. HOLLAND, ET AL. | : | |
| | : | |
| Defendants. | : | DECEMBER 13, 2006 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56, the undersigned defendants hereby move for judgment in their favor. A Memorandum of Law has been filed in support of this Motion.

DEFENDANTS,
JOHN ZIERDT, JR.
HENRY SCOTT REID, ANTHONY NAPIER
DAVID RYAN, II, B.D. BENDELOW
JOSE TAVAREZ

By _____
Robert A. Rhodes of
HALLORAN & SAGE LLP
Fed. Bar #ct13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION OF SERVICE

This is to certify that on this 13th day of December, 2006, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_/s/ Robert A. Rhodes_
Robert A. Rhodes

2

315 Post Road West  
Westport, CT 06880

HALLORAN  
& SAGE LLP

Phone (203) 227-2855  
Fax (203) 227-6992  
Juris No 412195