UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON, | PRISONER |
| | CASE NO: 3.02CV1943 (CFD)(TPS) |
| Plaintiff, | |
| V. | |
| MICHAEL L. HOLLAND, ET AL. | |
| Defendants | DECEMBER 13, 2006 |

**LOCAL RULE 56(a)(1) STATEMENT OF FACTS NOT IN DISPUTE**

Pursuant to Local Rule 56(a)(1), the undersigned defendants submit the present Statement of Facts Not in Dispute in support of its Motion for Summary Judgment. These statements are offered in a light most favorable to the plaintiff for the purposes of the present motion only and are not offered as judicial admissions.

1. At all times relevant to the Third Amended Complaint, the plaintiff, Shawn Robinson, was a prisoner serving a criminal sentence following a conviction in the state of Connecticut. The plaintiff claims that this confinement is illegal. (See "Complaint" at par. 3 and "Third Amended Complaint" at par. 3.)

2. At all times relevant to the Third Amended Complaint, John Zierdt, Jr., Henry Scott Reid, Anthony Napier, David Ryan, II, B.D. Bendelow and Jose Tavarez were all employees of Transcor America, a private entity in the business of interstate transportation of prisoners. (See "Third Amended Complaint" at par. 5.)

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

3. On November 8, 1999, the plaintiff was to be transported from Northern C.I. in Connecticut to Wallens Ridge State Prison in Big Stone Gap, Virginia. (See "Third Amended Complaint" at par. 10.)

5. At that time, the plaintiff alleges that he was subject to the use of excessive force by officers of the State of Connecticut Department of Corrections. (See "Third Amended Complaint" at pars. 11-26.)

6. The employees of Transcor America were not involved in the alleged use of force. (See "Deposition of Shawn Robinson" at p. 37, lns. 20-24, p. 38, lns. 20-25, p. 39, lns. 1-8 and 16-18, attached as Exhibit A.)

7. Defendants, John Zierdt, Jr., Henry Scott Reid, Anthony Napier, B.D. Bendelow, J. Tavariez and D. Ryan, II, did not assault the plaintiff on or about November 8, 1999 (Ex. A at page 38, lines 20-23). (See also "Requests for Admissions" dated July 13, 2006, at par. 17, attached as Exhibit B.)

8. John Zierdt, Jr., Anthony Napier, Henry Scott Reid, B.D. Bendelow, J. Tavariez and D. Ryan, II did not strike the plaintiff, Shawn Robinson, in any way on November 8, 1999 (Ex. A at page 38, lines 20-25; page 39, line 1). (See also, Ex. B at par. 18.)

9. John Zierdt, Jr., Anthony Napier, Henry Scott Reid, B.D. Bendelow, J. Tavariez and D. Ryan, II did not jump on or physically injure the plaintiff, Shawn Robinson, in any way on November 8, 1999 (Ex. A at page 39, lines 2-9). (See also, Ex. B at par. 19.)

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

10. John Zierdt, Jr., Anthony Napier, Henry Scott Reid, B.D. Bendelow, J. Tavariez and D. Ryan, II did not act in concert with the Connecticut Department of Corrections staff members in the alleged assault (deposition of plaintiff, Shawn Robinson, March 20, 2006, page 51, lines 19-25; page 52, lines 1-4). (See also, Ex. B at par. 20.)

11. The plaintiff then filed the present action on October 31, 2002, naming only "duly appointed employees of the Department of Corrections for the State of Connecticut" as defendants. (See Complaint at par. 4.)

12. The original Complaint does not name John Zierdt, Jr., Henry Scott Reid, Anthony Napier, David Ryan, II, B.D. Bendelow and Jose Tavarez as defendants and does not name or identify Transcor America or any of its employees in the Complaint.

13. Approximately 155 days later, on April 7, 2003, the plaintiff filed an Amended Complaint naming, for the first time, Henry Scott Reid, Anthony Napier, David Ryan, II, B.D. Bendelow and Jose Tavarez as defendants.

14. On January 4, 2005, John Zierdt, Jr. was added as a defendant in the plaintiff's Third Amended Complaint.

15. As of the date of the filing of the present Motion for Summary Judgment, John Zierdt, Jr., Henry Scott Reid, Anthony Napier, David Ryan, II, B.D. Bendelow and Jose Tavarez have not been served with a Complaint or Summons in this matter. The latest summons forms were returned unexecuted by the U.S. Marshal on October 20, 2006. (See docket entry 140.)

3

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

16. At all times relevant to this lawsuit, defendant, John Zierdt, Jr., was the president of Transcor America, Inc. (See "Requests for Admissions" dated July 13, 2006, at par. 12, attached as Exhibit B.)

17. John Zierdt, Jr., was not in the State of Connecticut on November 8, 1999. (See Ex. B at par. 13.)

18. John Zierdt, Jr., did not witness or participate in any way in the incident alleged to have occurred by the plaintiff on November 8, 1999. (See Ex. B at par. 14.)

DEFENDANTS,
JOHN ZIERDT, JR
HENRY SCOTT REID, ANTHONY NAPIER
DAVID RYAN, II, B.D. BENDELOW
JOSE TAVAREZ

By _____
Robert A. Rhodes of
HALLORAN & SAGE LLP
Fed. Bar #ct13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

4
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION OF SERVICE

This is to certify that on this 13th day of December, 2006, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
Robert A. Rhodes

923241v1
315 Post Road West
Westport, CT 06880

5

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195