**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SHAWN ROBINSON, | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1943(CFD)(TPS) |
| Plaintiff, | : | |
| | : | **PRISONER** |
| V. | : | |
| | : | |
| MICHAEL L. HOLLAND, ET AL. | : | |
| Defendants. | : | DECEMBER 13, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that respondent has manually filed the following document or thing

Exhibits A and B of the Local Rule 56(a) Statement of Facts Not in Dispute.

This document has not been filed electronically because

[ ] the document or thing cannot be converted on an electronic format
[X] the electronic file size of the document exceeds 1.5 megabytes
[ ] the document or thing is filed under seal pursuant to Local Rule of Civil
    Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document or thing by
    Court order.

The document or thing has been manually served on all parties.

DEFENDANTS,
JOHN ZIERDT, JR., HENRY SCOTT REID, ANTHONY NAPIER, DAVID RYAN, II AND JOSE TAVAREZ

By_____
ROBERT A. RHODES of
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION OF SERVICE

This is to certify that on this 13th day of December, 2006, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson, #430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:

Attorney Ann E. Lynch
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

Robert A. Rhodes

925464v 1

315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195