UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| v. | : | |
| MICHAEL L. HOLLAND, ET AL. | : | JANUARY 2, 2007 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter our appearance on behalf of the following defendant in his individual and official capacities: Daniel Lynch.

                                  DEFENDANTS
                                  Jerry Wawryzk Et Al.

                                  RICHARD BLUMENTHAL
                                  ATTORNEY GENERAL

BY:   /s/_____
        Ann E. Lynch
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct08326
        E-Mail: ann.lynch@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ____ day of January, 2007:

Shawn Robinson, Inmate #430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Robert Rhodes, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct 06880

\_\_/s/_____
Ann E. Lynch
Assistant Attorney General