UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
|  | : |  |
|  | : |  |
| V. | : |  |
|  | : |  |
| MICHAEL HOLLAND ET AL | : | JANUARY 10, 2007 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 56, the defendants in the above referenced matter, Wawryzyk, Sabettini, Deary, Norwood, Falk, Faucher, Rhodes, Manley, Faneuff, Seiffert, Kearney, Correia, Lynch, Strozier, Ames, Felton, Mitchell, Kuhlman, Thomas, Smith, Knapp, Daire, Chapman, Germond, Bernard, Schreindorfer, Lajoie, Zacharewicz, Wilcox, Pepe, and Myers ("defendants") respectfully move for summary judgment in this matter for the following reasons. First, plaintiff failed to exhaust his administrative remedies. Second, plaintiff cannot prove that defendants Lajoie, Zacharewicz, and Knapp were personally involved in the alleged violations of plaintiff's constitutional rights. Third, plaintiff cannot prove his claims under 42 U.S.C. § 1985 and 1988. Fourth, plaintiff's pendent state law claims should be dismissed. Fifth, as plaintiff was lawfully confined he cannot maintain a common law action for false imprisonment. Sixth, Connecticut General Statutes § 4-165 bars plaintiff from maintaining the negligence claims against the defendants.

In further support of this motion, defendants submit the attached memorandum of law and the attached exhibits to which the court is respectfully referred.

                                         DEFENDANTS
                                         Jerry Wawryzk Et Al.

                                         RICHARD BLUMENTHAL
                                         ATTORNEY GENERAL

BY:

                                         __/s/_____
                                         Ann E. Lynch
                                         Assistant Attorney General
                                         110 Sherman Street
                                         Hartford, CT  06105
                                         Federal Bar #ct08326
                                         E-Mail:  ann.lynch@po.state.ct.us
                                         Tel.: (860) 808-5450
                                         Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ____ day of January, 2007:

    Shawn Robinson, Inmate #430720
    New Jersey State Prison
    P.O. Box 861
    Trenton, NJ 08625-0861

    Robert Rhodes, Esq.
    Halloran and Sage, LLP
    315 Post Road West
    Westport, Ct 06880

                                         __/s/_____
                                         Ann E. Lynch
                                         Assistant Attorney General