UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
|  | : |  |
| V. | : |  |
|  | : |  |
| MICHAEL HOLLAND, ET AL. | : | JANUARY 10, 2007 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants Michael Holland, Et Al., have manually filed the following exhibits:

1. Attachments to Local Rule 56(A)(1) Statement:
   a. Plaintiff's Judgment Mittimus;
   b. Plaintiff's Deposition Excerpts taken from March 20, 2006 Deposition.

2. Attachment to the Affidavit of Roger Chartier:
   a. Administrative Directive 9.6; Inmate Grievances.

3. Attachments to the Affidavit of Lynn Milling:

   a. State of Connecticut Department of Correction Inmate Handbook for Inmates Incarcerated in Virginia Department of Correction;
   b. Plaintiff's Inmate Grievance Form A, Level 1 – Disposition Date 2/14/00;
   c. Plaintiff's Inmate Grievance Form A, Level 1 – Disposition Date 2/17/00.

4. Plaintiff's Inmate Grievance Form B, Levels 2 and 3.

This document has not been filed electronically because:

[  ]  **Medical Records**.
[ x ]  the document or thing cannot be converted to an electronic format
[  ]  the electronic file size of the documents exceeds 1.5 megabytes
[  ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS
Michael Holland, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:\_\_/s/_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08326
E-Mail:  ann.lynch@po.state.ct.us
Tel.:  (860) 808-5450
Fax:  (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 10th day of January, 2007:

Shawn Robinson, Inmate #430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Robert Rhodes, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, CT 06880


\_\_/s/_____
Ann E. Lynch
Assistant Attorney General