UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
PRISONER

SHAWN ROBINSON : CIVIL NO. 3:02CV1943(CFD)(TPS)
:
:
V. :
:
MICHAEL HOLLAND ET AL : JANUARY 5, 2007

### AFFIDAVIT OF ROGER CHARTIER

The undersigned hereby deposes and says:

1. I am over the age of 18 and understand and believe in the obligations of an oath;

2. I am a captain with the State of Connecticut Department of Correction, having been with the Department for approximately 16 years. My current responsibilities include maintaining and updating the Department of Correction Administrative Directives.

3. Attached hereto as Exhibit A is administrative directive 9.6 effective date August 16, 1999 which remained in effect until January 29, 2002 when a revised Administrative Directive 9.6 was issued.

I swear that the foregoing is true and accurate to the best of my knowledge and belief.

_____
Roger Chartier

Subscribed and sworn to before me this 5th day of January, 2007.

_____
Trisha M. Morris
Commissioner of the Superior Court

1

DEFENDANTS
Jerry Wawryzk Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08326
E-Mail: ann.lynch@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 10 day of January, 2007:

Shawn Robinson, Inmate #430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Robert Rhodes, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct 06880

_____
Ann E. Lynch
Assistant Attorney General