UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON | : PRISONER<br>: CIVIL NO. 3:02CV1943(CFD)(TPS)<br>: |
| V. | : |
| MICHAEL HOLLAND ET AL | : JANUARY 5, 2007 |

### AFFIDAVIT OF LYNN MILLING

The undersigned hereby deposes and says:

1. I am over the age of 18 and understand and believe in the obligations of an oath;

2. I am a major in the State of Connecticut Department of Correction, having been with the Department for approximately twenty-four (26) years. My responsibilities include overseeing the Connecticut Interstate Compact office.

3. The Interstate Compact Office acts as the Grievance Coordinator for grievances filed by Connecticut inmates housed out of state pursuant to the Interstate Compact.

4. Attached hereto as Exhibit A is the Inmate Handbook which were provided to Connecticut inmates upon their arrival. In Exhibit A, under the section entitled Inmate Grievance Procedure, the grievance procedure is set forth, including those items which are grievable including, "individual employee and inmate actions."

5. Moreover, the grievance procedure also stated that the Interstate Compact Office is the grievance coordinator, the Interstate Compact Supervisor is the Unit Administrator and the Director of Offender Classification and Population Management is the level 2 Reviewer.

6. The Inmate Handbook further provides that "If the grievance is denied at Level 1, you can appeal to Level 2."

7. Finally, attached to the inmate handbook were Grievance Forms A, Level 1 and Form B, Levels 2 and 3.

8. On or about January 21, 2000, I received two grievances from Mr. Robinson. In Grievance Number 2 VA-00-10, Mr. Robinson complained that he was seriously injured by DOC staff and denied medical treatment. I denied this grievance in part for the reasons set forth in my response. Mr. Robinson's grievance and my response thereto are attached hereto as Exhibit B.

9. To my knowledge, Mr. Robinson never appealed my denial of grievance 2 VA-00-10.

10. In Grievance 2 VA-00-06, Mr. Robinson complained about his classification on A.S. status in Virginia. I denied this grievance for the reasons set forth in my response. Mr. Robinson's grievance and my response thereto are attached hereto as Exhibit C.

11. To my knowledge, Mr. Robinson never appealed my denial of grievance 2 VA-00-06.

I swear that the foregoing is true and accurate to the best of my knowledge and belief.

_____
Lynn Milling

Subscribed and sworn to before me this 3rd day of January, 2007.

_____
Ann E. Lynch
Commissioner of the Superior Court

2

DEFENDANTS
Jerry Wawryzk Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08326
E-Mail: ann.lynch@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 10 day of January, 2007:

Shawn Robinson, Inmate #430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Robert Rhodes, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct 06880

_____
Ann E. Lynch