UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|                          |   | PRISONER                          |
|--------------------------|---|-----------------------------------|
| SHAWN ROBINSON           | : | CIVIL NO. 3:02CV1943(CFD)(TPS)    |
|                          | : |                                   |
|                          | : |                                   |
| V.                       | : |                                   |
|                          | : |                                   |
| MICHAEL HOLLAND ET AL    | : | JANUARY 5, 2007                   |

## AFFIDAVIT OF FREDERICK J. LEVESQUE

The undersigned hereby deposes and says:

1.     I am over the age of 18 and understand and believe in the obligations of an oath;

2.     I am currently the Director of Offender Classification/Population Management (hereinafter "Director"), having held this position for the last eleven years. As such, I am responsible for overseeing the Department of Correction's objective classification process as well as overseeing the transfer and facility placement of the entire inmate population for the State of Connecticut. I have been employed in various capacities with the State of Connecticut Department of Correction for approximately 23 years.

3.     The Interstate Compact Office acts as the Grievance Coordinator for grievances filed by Connecticut inmates housed out of state pursuant to the Interstate Compact.

4.     For the Connecticut inmates who were transferred to Virginia in 1999, the grievance procedure provided that the Interstate Compact Office was the grievance coordinator, the Interstate Compact Supervisor was the Unit Administrator and the

Director of Offender Classification and Population Management, or I, was the level 2

Reviewer.

6.    According to our records, on or about January 21, 2000, Major Lynn

Milling, the interstate compact supervisor received two grievances from Mr. Robinson.

Grievance Numbers 2 VA-00-10, and 2 VA-00-06.  I never received any appeals of Ms.

Milling's denial of these grievances.

I swear that the foregoing is true and accurate to the best of my knowledge and
belief.

_____ 1|3|07
Frederick Levesque

Subscribed and sworn to before me this 3rd day of January, 2007.

_____
Ann E. Lynch
Commissioner of the Superior Court

MARY J. STEELE
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2009

DEFENDANTS
Jerry Wawryzk Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:

Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08326
E-Mail:  ann.lynch@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION


I hereby certify that a copy of the foregoing was mailed to the following on this
10 day of January, 2007:

Shawn Robinson, Inmate #430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Robert Rhodes, Esq.
Halloran and Sage, LLP
315 Post Road West
Westport, Ct 06880

Ann E. Lynch
Assistant Attorney General