UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 FEB -2 A 10: 23

U.S. DISTRICT COURT

|  |  |
|---|---|
| SHAWN L. ROBINSON, | CIVIL ACTION |
| Plaintiff, | |
| -VS- | NO. 3:02-CV-1943(CFD)(TPS) |
| MICHAEL L. HOLLAND, ET AL., | 27 JANUARY 2007 |
| Defendants. | |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to Rule 6(b), of the Federal Rules of Civil Procedure, and Rule 7(b), of the Local Rules of Civil Procedure, requesting for an enlargement of time of one hundred and eighty (180) days, up to and including July 30, 2007, within which to file an opposition to some of Assistant Attorney General, Ann E. Lynch's Motion for Summary Judgment dated January 10, 2007, for the defendants she represents.

This amount of time is needed, because plaintiff is already in the process of preparing an opposition to Defendant Zierdt's recent Motion for Summary Judgment.

WHEREFORE, plaintiff respectfully requests that the court will grant his motion for one hundred and eighty (180) days.

RESPECTFULLY SUBMITTED,

*Shawn L. Robinson*
MR. SHAWN L. ROBINSON
#430720 - OS01503529
P.O. BOX 861
TRENTON, NJ   08625-0861

## CERTIFICATION

I hereby certify that on this 27th day of January 2007, that a copy of the foregoing will be mailed to all counsel on record, via the prison staff on plaintiff's housing unit, to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

MR. SHAWN L. ROBINSON
The Plaintiff  Pro Se