UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON,<br>Plaintiff, | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : | |
| MICHAEL L. HOLLAND, ET AL. | : | FEBRUARY 2, 2007 |

### DEFENDANT'S MOTION FOR PERMISSION TO ADOPT MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED ON OR ABOUT JANUARY 10, 2007

On or about December 13, 2006, the undersigned defendants, John Zierdt, Jr., Henry Scott Reid, Anthony Napier, David Ryan, II, B.D. Bendelow and Jose Tavarez, filed a Motion for Summary Judgment, a Memorandum of Law in Support of their Motion for Summary Judgment and a Statement of Facts Not In Dispute. In that Motion, these defendants argued that they were entitled to Summary Judgment because the plaintiff's claims were time barred by Connecticut Statutes of Limitations, C.G.S. §§ 52-577 and 52-584. The defendant, John Zerdt, also moved for Summary Judgment as the undisputed facts demonstrated that he was not in the State of Connecticut at the time of the alleged incident on November 8, 1999.

On or about January 10, 2007, the various co-defendants employed by the State of Connecticut Department of Corrections also filed a Motion for Summary Judgment. The undersigned defendants now move for the Court's permission to adopt the argument set forth in the Memorandum of Law filed on or about January 10, 2007. Specifically the undersigned defendants seek to adopt and incorporate those arguments based on the plaintiff's failure to exhaust his administrative remedies under the Prisoner Litigation Reform Act, 42 U.S.C. § 1997e(a), and that the plaintiff's claims of conspiracy under 42 U.S.C. § 1985 and 1988 fail to properly state a claim for which relief can be granted and that those claims are unsupported by

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

the undisputed facts. As these claims and defenses are equally applicable to the undersigned defendants, a separate Memorandum of Law is not necessary and not in the interests of judicial economy. Additionally, any and all facts applicable to these arguments are set forth in the statements of facts filed on or about December 13, 2006 and January 10, 2007.

WHEREFORE, the Motion for Permission to Adopt Memorandum of Law should be granted.

DEFENDANTS,
JOHN ZIERDT, JR., HENRY
SCOTT REID, ANTHONY NAPIER,
DAVID RYAN, II, B.D. BENDELOW
AND JOSE TAVAREZ

By _____
ROBERT A. RHODES of
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION OF SERVICE

        This is to certify that on this 2nd day of February, 2007, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:
Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

                                                            _/s/_____
                                                            Robert A. Rhodes

947641v1
315 Post Road West
Westport, CT 06880

3

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195