UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 FEB 21 A 10: 45

U.S. DISTRICT COURT

| | |
|---|---|
| SHAWN L. ROBINSON, | CIVIL ACTION |
| Plaintiff, | |
| -VS- | NO. 3:02-CV-1943(CFD)(TPS) |
| MICHAEL L. HOLLAND, ET AL., | 05 FEBRUARY 2007 |
| Defendants. | |

## MOTION FOR RECONSIDERATION

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to Local Civil Rule 7(c), requesting for reconsideration on his Motion for Enlargement of Time, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and Rule 7(b), of the Local Rules of Civil Procedure.

Plaintiff does not understand why the United States Magistrate Judge has rejected his motion for enlargemnt of time, when he wrote the same information on the certificate of service, as counsel have done on their certifications for the defendants' pleadings.

This must just be a mistake, because Attorney Robert A. Rhodes and the Assistant Attorney General, Mrs. Ann E. Lynch's motions for summary judgment did not have Attorney John William Dietz's name on the certificate of service.

Furthermore, plaintiff was informed that Attorney John William Dietz no longer represent any of the named defendants in this civil action, because he does not work at Halloran & Sage anymore.

Attorney Robert Avery Rhodes must have told plaintiff a fib or

out right lie about Attorney John W. Dietz no longer working at his firm anymore.

This might just be another attempt and ploy by the defendants, to try keeping the plaintiff discombobulated and unable to litigate this complaint against them.

Plaintiff is willing to list each of the named defendants, for the certificate of service, if necessary.

WHEREFORE, plaintiff ask that this Honorable Court would grant his motions for enlargemnet of time.

RESPECTFULLY SUBMITTED,
The Plaintiff Pro Se.

Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ  08625-0861

## CERTIFICATION

I hereby certify that on this 5th day of February 2007, that a copy of the foregoing will be mailed to all counsel on record, via the prison staff on plaintiff's housing unit, to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

Mr. John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

MR. SHAWN L. ROBINSON
The Plaintiff Pro Se