UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON, | : | PRISONER |
| | : | CASE NO: 3:02CV1943 (CFD)(TPS) |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| MICHAEL L. HOLLAND, ET AL. | : | |
| | : | |
| Defendants. | : | MARCH 15, 2007 |

## SECOND MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to the Federal Rule of Civil Procedure 15(a), the undersigned defendants hereby move to amend their Answer and Affirmative Defenses. The Second Amendment is necessary in order to assert an Affirmative Defense concerning the plaintiff's failure to exhaust his administrative remedies under the Prison Litigation Reform Act.

In support of this motion, the undersigned defendants represent that they only became aware of the facts supporting the applicability of this defense following the filing of a Motion for Summary Judgment by the State of Connecticut defendants. The rather voluminous documentation supporting this defense was in the possession of the Department of Corrections and unknown to the undersigned defendants. Following the filing of this Motion for Summary Judgment, the undersigned defendants filed a Motion to Adopt and Incorporate the arguments concerning the plaintiff's failure to exhaust his administrative remedies under the Prison Litigation Reform Act as set forth in the Motion

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

for Summary Judgment filed by the State of Connecticut defendants. The Motion to Adopt was subsequently granted by this court.

Therefore, since the court has already permitted the undersigned defendants to adopt and incorporate this affirmative defense in their Motion for Summary Judgment, the plaintiff will not be prejudiced by the granting of this motion. Additionally, as the failure to exhaust administrative remedies goes to the subject matter jurisdiction of this Court, justice requires that the defendants be permitted to assert these legal defenses at this time. Finally, because this matter has not been assigned for a trial date, the plaintiff will not be prejudiced by the granting of this motion.

As Mr. Robinson is currently incarcerated, defense counsel is unable to contact him to obtain his position concerning the present motion. This is the second such motion filed in such matter.

DEFENDANTS,
JOHN ZIERDT, JR.
HENRY SCOTT REID, ANTHONY NAPIER
DAVID RYAN, II, B.D. BENDELOW
JOSE TAVAREZ

By _____
Robert A. Rhodes of
HALLORAN & SAGE LLP
Fed. Bar #ct13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

2

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION OF SERVICE

This is to certify that on this 15th day of March, 2007, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
Robert A. Rhodes

965094v 1
315 Post Road West
Westport, CT 06880

3

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195