UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON, | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1943(CFD)(TPS) |
| Plaintiff, | : | |
| | : | **PRISONER** |
| V. | : | |
| | : | |
| MICHAEL L. HOLLAND, ET AL. | : | |
| Defendants. | : | MARCH 15, 2007 |

**SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS,
JOHN ZIERDT, SCOTT REID, ANTHONY NAPIER,
B.D. BENDELOW, J. TAVAREZ AND D. RYAN, II**

The undersigned defendants hereby respond to the plaintiff's Third Amended Complaint dated December 20, 2004 as follows:

1. The allegations contained in paragraph 1 are denied.

2. The allegations contained in paragraph 2 are denied.

3. As to the allegations contained in paragraph 3, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

4. As to the allegations contained in paragraph 4, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

5. The undersigned defendants admit that they were employed by Transcor America at the time of the incident alleged in the plaintiff's complaint. As to the other allegations contained in paragraph 5, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

6. As to the allegations contained in paragraph 6, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

7. The allegations contained in paragraph 7 are denied.

8. The allegations contained in paragraph 8 are denied.

9. The undersigned defendants admit that they were working for Transcor America at the time of the incident alleged in the plaintiff's complaint. The defendants lack knowledge or information upon which to form a belief as to the allegations against the other defendants in this case.

10. The allegations contained in paragraph 10 are denied.

11. As to the allegations contained in paragraph 11, the undersigned defendants have insufficient knowledge or information upon which to form a belief, and, therefore, leave the plaintiff, Sean Robinson, to his proof.

12. As to the allegations contained in paragraph 12, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

13. As to the allegations contained in paragraph 13, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

14. As to the allegations contained in paragraph 14, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

15. As to the allegations contained in paragraph 15, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

16. As to the allegations contained in paragraph 16, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

17. The undersigned defendants deny the allegations of paragraph 17, as against them only. The undersigned defendants lack knowledge or information upon which to form a belief as to the plaintiff's allegations contained in paragraph 17 against the other defendants.

18. The undersigned defendants deny the allegations of paragraph 18, as against them only. The undersigned defendants lack knowledge or information upon which to form a belief as to the plaintiff's allegations contained in paragraph 18 against the other defendants.

19. The undersigned defendants deny the allegations of paragraph 19, as against them only. The undersigned defendants lack knowledge or information upon which to form a belief as to the plaintiff's allegations contained in paragraph 19 against the other defendants.

20. As to the allegations contained in paragraph 20, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

21. As to the allegations contained in paragraph 21, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

22. As to the allegations contained in paragraph 22, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

23. The undersigned defendants deny the allegations contained in paragraph 23, as alleged against them. The undersigned defendants lack knowledge or information upon which to form a belief as to the allegations contained in paragraph 23 against the other defendants.

24. As to the allegations contained in paragraph 24, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

25. As to the allegations contained in paragraph 25, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

26. That portion of paragraph 26 which states, "he immediately informed the Transcor employees on the bus that he wished to be taken to the hospital for medical treatment" is admitted. As to the other allegations contained in paragraph 26, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

27. The allegations contained in paragraph 27 are admitted.

28. The undersigned defendants deny the allegations contained in paragraph 28, as alleged against them. Insofar as the allegations contained in paragraph 28 apply to the other defendants, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

29. As to the allegations contained in paragraph 29, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

315 Post Road West
Westport, CT 06880

4

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

30. As to the allegations contained in paragraph 30, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

31. As to the allegations contained in paragraph 31, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

32. The allegations contained in paragraph 32 are denied.

33. The allegations contained in paragraph 33 are admitted.

34. As to the allegations contained in paragraph 34, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

35. As to the allegations contained in paragraph 35, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

36. As to the allegations contained in paragraph 36, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

37. As to the allegations contained in paragraph 37, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

38. As to the allegations contained in paragraph 38, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

39. As to the allegations contained in paragraph 39, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

40. As to the allegations contained in paragraph 40, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

41. As to the allegations contained in paragraph 41, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

42. As to the allegations contained in paragraph 42, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

43. As to the allegations contained in paragraph 43, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

44. As to the allegations contained in paragraph 44, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

45. As to the allegations contained in paragraph 45, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

46. As to the allegations contained in paragraph 46, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

47. As to the allegations contained in paragraph 47, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

48. As to the allegations contained in paragraph 48, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

49. As to the allegations contained in paragraph 49, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

50. The undersigned defendants deny the allegations contained in paragraph 50, as alleged against them. Insofar as the allegations apply to the other defendants, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

51. The undersigned defendants deny the allegations contained in paragraph 51, as alleged against them. Insofar as the allegations apply to the other defendants, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

52. The undersigned defendants deny assaulting the plaintiff. Insofar as the allegations contained in paragraph 52 apply to the other defendants, the undersigned defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff, Shawn Robinson, to his proof.

53. The allegations contained in paragraph 53 are denied.

54. The allegations contained in paragraph 54 are denied.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

COUNT TWO

    55.    The allegations contained in paragraph 55 are denied.

    56.    The allegations contained in paragraph 56 are denied.

    57.    The allegations contained in paragraph 57 are denied.

    58.    The allegations contained in paragraph 58 are denied.

    59.    The allegations contained in paragraph 59 are denied.

    60.    The allegations contained in paragraph 60 are denied.

    61.    The allegations contained in paragraph 61 are denied.

**FIRST AFFIRMATIVE DEFENSE TO COUNT ONE**

Plaintiff's action against the undersigned defendants is barred because this Court lacks personal jurisdiction over the undersigned defendants.

**SECOND AFFIRMATIVE DEFENSE TO COUNT ONE**

The plaintiff has made insufficient service of process against the undersigned defendants. The undersigned defendants have not been served with the Summons. See Federal Rule of Civil Procedure 12(b)(5).

**THIRD AFFIRMATIVE DEFENSE TO COUNT ONE**

The plaintiff has failed to state a claim upon which a relief can be granted.

**FOURTH AFFIRMATIVE DEFENSE TO COUNT ONE**

The plaintiff's claim are barred by the applicable statute of limitations, including but not limited to, the limitations period for filing § 1983 claims in Connecticut. See Lounsbury v. Jeffries, 25 F.3d 131, 134 (2d Cir. 1994). Insofar as the plaintiff's claims against the undersigned defendants accrued more than three years before suit was commenced against them, the plaintiff's claims against the undersigned defendants are barred by Connecticut General Statute § 52-577 and/or any other applicable law.

8

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

### FIFTH AFFIRMATIVE DEFENSE TO COUNT ONE

The defendants are entitled to qualified immunity as their conduct did not violate any clearly established constitutional rights, or in the alternative, it was objectively reasonable for the defendants to believe that their conduct did not violate any clearly established constitutional rights.

### SIXTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred by his failure to exhaust his administrative remedies under the Prison Litigation Reform Act.

### FIRST AFFIRMATIVE DEFENSE TO COUNT TWO

The plaintiff's claimed are barred by the applicable statute of limitations, including but not limited to, the limitations period for filing § 1983 claims in Connecticut. See <u>Lounsbury v. Jeffries</u>, 25 F.3d 131, 134 (2d Cir. 1994). Insofar as the plaintiff's claims against the undersigned defendants accrued more than three years before suit was commenced against them, the plaintiff's claims against the undersigned defendants are barred by Connecticut General Statute § 52-577 and/or any other applicable law.

### SECOND AFFIRMATIVE DEFENSE TO COUNT TWO

The defendants are entitled to qualified immunity under Connecticut and/or Virginia state law.

### THIRD AFFIRMATIVE DEFENSE TO COUNT TWO

The defendants are entitled to sovereign immunity under Connecticut and/or Virginia state law.

9

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## FOURTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred by his failure to exhaust his administrative remedies under the Prison Litigation Reform Act.

DEFENDANTS,
JOHN ZIERDT, JR., HENRY SCOTT REID, ANTHONY NAPIER, DAVID RYAN, II AND JOSE TAVAREZ

By_____
ROBERT A. RHODES of
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

10

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION OF SERVICE

This is to certify that on this 15th day of March, 2007, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson, #430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:

Attorney Ann E. Lynch
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
Robert A. Rhodes

784851_1 DOC

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195