| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | | |
|---|---|---|---|

| PLAINTIFF<br>SHAWN L. ROBINSON | | COURT CASE NUMBER **PRISONER**<br>3:02-CV-1943(CFD)(TPS) |
|---|---|---|
| DEFENDANT<br>MICHAEL L. HOLLAND | | TYPE OF PROCESS<br>SUMMONS & COMPLAINT |

DISTRICT OF CONNECTICUT

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DANIEL K. LYNCH

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
NORTHERN CI, 287 BILTON ROAD, P.O. BOX 665, SOMERS, CT 06071.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. SHAWN L. ROBINSON
#430720 - OS01503529
P.O. BOX 861
TRENTON, NJ 08625-0861

| Number of process to be served with this Form - 285 | ONE (1) |
|---|---|
| Number of parties to be served in this case | TEN (10) |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please make sure Mr. Daniel K. Lynch is served by hand and in person. Also, I ask that Mr. Lynch be afforded all of his due process rights, and that no one be allowed to interfere with him being properly served with the summuns and complaint, and that he is treated with respect.

IFP

THANK YOU VERY MUCH.

| Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>07 OCT 2006 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk | Date<br>01/12/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Greg O'Auein Associate Atty Gen.

Address (complete only if different than shown above)
55 Elm St.
Hartford, CT 06141

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 1/26/07    Time: 1127 am

Signature of U.S. Marshal or Deputy
Patrick Burns

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

2007 MAR 16 P 1:49
FILED
NEW HAVEN
U.S. DISTRICT COURT

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|