UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 APR 30 P 4: 39

| | |
|---|---|
| SHAWN L. ROBINSON, | CIVIL ACTION |
| Plaintiff, | |
| -vs- | NO. 3:02-CV-1943(CFD)(TPS) |
| MICHAEL L. HOLLAND, ET AL., | 22 APRIL 2007 |
| Defendants. | |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to Rule 6(b), of the Federal Rules of Civil Procedure, and Rule 7(b), of the Local Rules of Civil Procedure, requesting for an enlargement of time of thirty (30) days, up to and including May 21, 2007, within which to send the clerk of the court the completed U.S. Marshal's form for Defendant David M. Stucenski.

Inmates' Legal Assistant Program has informed the plaintiff of a premium service that they will be able to ascertan an address on David M. Stucenski, but it will take them quite some time, for them to obtain it, because they must make out a check to the company.

WHEREFORE, plaintiff ask that this Honorable Court would grant his motions for enlargemnet of time.

RESPECTFULLY SUBMITTED,
The Plaintiff Pro Se.

Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ  08625-0861

## CERTIFICATION

I hereby certify that on this 22nd day of April 2007, that a copy of the foregoing will be mailed to all counsel on record, via the prison staff on plaintiff's housing unit, to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT 06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

MR. SHAWN L. ROBINSON
The Plaintiff Pro Se