UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON<br><br>        Plaintiff,<br><br>VS.<br><br>MICHAEL L. HOLLAND, ET AL<br><br>        Defendants. | )<br>)<br>) CIVIL ACTION<br>) NO. 3:02-CV-1943(CFD)(TPS)<br>)<br>) **PRISONER**<br>)<br>) APRIL 30, 2007<br>) |

## STATUS REPORT OF DEFENDANTS, JOHN ZIERDT, SCOTT REID, ANTHONY NAPIER, B. D. BENDELOW, J. TAVAREZ AND D. RYAN, II

Pursuant to the court's order of April 5, 2007, the undersigned defendants hereby report to the court that none of them have been served with the writ, summons and complaint either in hand or at their abode as required by Connecticut law.

    Respectfully submitted,
    THE DEFENDANTS:JOHN ZIERDT,
    SCOTT REID, ANTHONY NAPIER, B.
    D. BENDELOW, J. TAVAREZ AND D.
    RYAN, II

By _____
ROBERT A. RHODES of
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
(203) 227-2855



315 Post Road West  
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION OF SERVICE

This is to certify that on this 30th day of April, 2007, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson, $430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:

Attorney Ann E. Lynch
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
Robert A. Rhodes

315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195