UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SHAWN L. ROBINSON | : | PRISONER<br>CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : |  |
| MICHAEL HOLLAND, ET AL. | : | AUGUST 1, 2007 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, David Stucenski, in his individual capacity, in the above-captioned case. Defendant Stucenski hereby adopts and incorporates by reference the Motion for Summary Judgment previously filed in this matter by the defendants on or about January 11, 2007.

Dated at Hartford, Connecticut, this 1st day of August, 2007.

                                              DEFENDANTS
                                              Michael Holland, Et Al.

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL

                                  BY:__/s/_____
                                      Ann E. Lynch
                                      Assistant Attorney General
                                      110 Sherman Street
                                      Hartford, CT  06105
                                      Tel.:  (860) 808-5450
                                      Fax:  (860) 808-5591
                                      E-Mail:  ann.lynch@po.state.ct.us
                                      Federal Bar #ct08326

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of August, 2007:

      Shawn L. Robinson, oso1503529-430720
      New Jersey State Prison
      P.O. Box 861
      Trenton, NJ 08625-0861

                                   __/s/_____
                                     Ann E. Lynch
                                     Assistant Attorney General