# DECLARATION w/ CERTIFICATION

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN L. ROBINSON,<br><br>  Plaintiff,<br><br>-VS-<br><br>MICHAEL L. HOLLAND, ET AL.,<br><br>  Defendants. | CIVIL ACTION<br><br>NO. 3:02-CV-1943(CFD)(TPS)<br><br>30 JULY 2007 |

### DECLARATION IN OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLAINTIFF SHAWN L. ROBINSON DECLARES UNDER PENALTY OF PERJURY:

The undersigned being sworn, hereby deposes and says:

1. I am the plaintiff in the above captioned civil action. I make this declaration in opposition to the defendants' motion for summary judgment on my claims about how I was viciously beaten and denied medical treatment by these defendants on November 8, 2007, while being illegally housed in their Restrictive Housing Unit on administrative segregation at Northern Correctional Institution, in Somers, Connecticut.

2. The defendants' motion for summary judgment and affidavits claim, in summary, that I did not exhaust all of my administrative remedies, because the Level 1 grievances were never appeal to Level 2 or 3.

3. These defendants are not entitled to summary judgment because I definitely exhausted all available administrative remedies, and there are genuine issues of material fact to be resolved. These

issues are identified in the accompanying Statement of Disputed Material Facts filed by the plaintiff pursuant to Rule 56(a)(2), of the Local Rules of this Honorable District Court. The facts are set out in this here declaration.

4. On November 8, 1999, I was immediately transferred out of the Connecticut Department of Correction's custody after being severely beaten and denied medical health treatment by the named defendants, and others.

5. I was transferred out of state to Wallens Ridge State Prison, in Big Stone Gap, Virginia

6. When I arrived in the State of Virginia the following day, on November 9, 1999, and was placed into Wallens Ridge State Prison's custody, I did not have possession of any of my property.

7. I never received any kind of orientation, or oral instruction about the Inmate Grievance Procedure, or how to fila a grievance and obtain grievance forms, after I arrived at Wallens Ridge State Prison.

8. I definitely was not supplied with any Connecticut Department of Correction's prisoner grievance forms, when I arrive at Wallens Ridge State Prison.

7. Once I was able to obtain some stationery, I begin to write letters and file complaints, so I could make top federal and state officials aware of how prison guards brutally beat and tortured me at Northern Correctional Institution. (See Attached Exhibits)

8. There definitely were no Connecticut DOC prisoners' grievance forms available at Wallens Ridge State Prison when I arrived there, but once I received the portion of my property which contained some

blank grievance forms from Connecticut, I filed a formal Level One grievance form with the Connecticut Department of Correction.

9. My Level One grievances were denied by the Interstate Compact Office Supervisor, Major Lynn Milling when she responded back to my letter, but at no time did Major Milling included any appeal forms, with her correspondence and disposition, so I could appeal her decision. See Exhibit 4, and Defendants' Exhibit B.

10. And this is why I wrote letters to the Connecticut Department of Correction Commissioner, United States District Attorney, the Attorney General Office, State's Attorney Office, Doctor Henry Lee Commissioner of Public Safety, the Connecticut Commission on Human Rights and Opportunity, including TransCor America's Director, and Virginia state prison officials.

I hereby declare under penalty of perjury that the above statement is true and correct, pursuant to 28 USC 1746.

Affidant,

Mr. Shawn L. Robinson

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July 2007 that a copy of the foregoing (Declaration of Shawn L. Robinson) will be mailed to all counsel on record, via my unit staff to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

MR. SHAWN L. ROBINSON
The Plaintiff  Pro Se