# EXHIBITS

# W/

# CERTIFICATION

*EXHIBIT 1*

**To:**   Director V. Santopietro

**CC:**   D/C J. Tokarz

**From:** Captain J. Maynard

**Date:** 11/09/99

**Re:**   I/m's Robinson & Joslyn

---

On 11/9/99 at approximately 9:00am Inmate from Connecticut D.O.C. arrived at the Wallens Ridge Correctional facility in Virginia. The first bus to be off loaded was the M.C.I. bus, which carried the Northern C.I. inmates. During the off loading process I observed I/m Joslyn # 212428 step off the bus and go through the intake processing phase without incident. But I did however notice some marks about his face and forehead area. Soon after Inmate Robinson # 148846 exited the bus and was processed without incident, however he was taken to medical and held for observation due to the serious nature of the injury to his eye.

At approximately 10:00am I was contacted by Deputy Warden R. Mealy and asked to interview both inmates. Upon arriving in the medical unit, I interviewed I/m Robinson in Medical Cell #1. I/m Robinson showed me various injuries he alleges occurred at Northern C.I. (See photos attached). Inmate Robinson states that the assault took place in the A/P area of Northern and on the way out to the transport bus. Inmate Robinson alleges that Lt. Holland and Lt. Mannly sprayed him with mace without provocation and that the Lt.'s and C/O Deary and numerous other staff members punched and kicked him while he laid on the floor shouting this is for David Surkowski (not sure on the spelling of the name). I/m alleges that he was the placed in a holding cell where he was assaulted again and had hot water poured directly in his eyes as C/O's forcefully held his eyes open. I/m also states that Major Kearny was present during the entire time. I/m had nothing further to say in regards to the incident and I proceeded to D building to talk to I/m Joslyn.

Upon arriving in D building I proceeded to cell D-308 and spoke with Inmate Joslyn # 212428 who alleges he was assaulted at Northern C.I. in the A/P area. I/m alleges that C/O Strozier, in the presence of Lt. Mannly and a Captain, punched him in the stomach numerous times during the strip search. I/m claims to have witnessed various staff members assaulting I/m Robinson in the A/P area and to have seen C/O Sabbatini kick I/M Robinson in the chest on the way out of the A/P area on the way to the bus. I/m also alleges that when he was escorted out to the bus C/O's Deary, Strozier, Thomas, and Ames pressed him up into the front of the bus and proceeded to punch and knee him repeatedly, and telling him this was for C/O Sarju. They then stopped and loaded him onto the bus.

1

**Facility** Walker.                                          | **Report date** 11.8.99

**Inmate name** Robinson Shawn                               | **Time** 330 ☐ a.m. ☒

**Staff name** Schreindorfer [redacted] CHN    | **I.D. no.** 148846

**Incident report submitted** ☑ Yes  ☐ No  | **Number**  | **Date** 11.8.99

**Treatment location:** Assessment and Processing Walker Prison

**Injury description (must be completed if no other report)** ① Multiple scleral Hemorra Right eye. ② Eccymosis and swelling to upper lid of Right eye ③ Eccymosis to lower ridge of orbit Right eye. ④ Superficial scratch to nose near inner corner of Right eye ⑤ Superficial abrasin to inner aspect of Right wrist ⑥ Superficial scratch t outer aspect of Left ankle ⑦ Contusion to upper Right cheek

**Diagnosis:** Facial Trauma with Multiple abrasions to Right wrist and left ankle. Right eye trauma. (Pupils equal and reactive to Flashlight).

Vital Signs in A+e 134/76 - 84 pulse 18 Respirations

**Treatment administered:** Assessment ③ Eyes (both) Flushed with eyew Face washed. Abrasions washed and Betadine prep applied to Abrasions none of which are actively bleeding.

**Required follow-up:** As needed at receiving facility.

**Placement after treatment** Bus For Transfer

**Observations/remarks:** Inmate Robinson states he was maced. Howe there is no odor of mace or Capstun on his person or clothes. Med Staff here informed that per Policy Inmate was showered pri to departure from Northern Prison. Inmate further states he was involved in a physical Altercation with staff at Northern P Inmate stated he sustained blunt Force trauma to Groin but on Visual Inspection no abnormality observed

**Patient signature** Inmate in Restraints  | **Date** 11.8.99

**Medical staff signature** [signature] A. Schreindorfer  | **Date** 11.8.99

Custody supervisor signature

AIR Report #

SIR Report #
(Cross Reference)

INSTITUTION/UNIT ___WCSP___   DATE _11-5-99_

INMATE ___Shaw Robinson___   NUMBER _275821_

DATE OF ACCIDENT/INJURY ___Not know___   TIME _____   A.M.  P.M.

LOCATION ___Presurel Conn___

DESCRIPTION OF AI "Black eye ps mild on dingsin Z
some scleral hemorrdys, he c/o brk
Prior Exam @ G but visual acuit limited.
by lack of glasses.   m/A G

ACCIDENT/INJURY IN PERFORMANCE OF DUTIES? YES (✓)   NO ( )

TREATMENT RENDERED ___Mild pt Lyesin___

X-RAY  YES (✓)   NO ( )     SUTURES?  YES ( )   NO (✓)

MEDICATION?  YES (✓)   NO ( )   TYPE OF MEDICATION _____
___Tylenol___

HOSPITALIZED?  YES ( )   NO (✓)   CONDITION? _____

NAME/LOCATION OF HOSPITAL _____

ATTENDED BY PHYSICIAN (✓)   NURSE ( )   PARA-MEDIC ( )   OTHER ( )

POST TREATMENT REQUIRED _____

WITNESS(ES) TO ACCIDENT/INJURY ___None___
                    Print Name & Title              Signature

                    Print Name & Title              Signature

FOR ADDITIONAL INFORMATION/COMMENTS/REMARKS PLEASE USE OTHER SIDE OF FORM

REPORT COMPLETED BY ___George Vaysman___  10/18/99
                    Print Name & Title       Signature        Date

SEND COPIES TO:
  cc: Health Services Administrator
      Inmate Medical Record
      Institutional Safety File
      Regional Administrators

## WALLENS RIDGE STATE PRISON
## INCIDENT REPORT

**1. DATE:**  11-08-99

**2. TIME: 9:25 AM**

**3. LOCATION:** Intake Cell #2

**4. INMATE(S), NAME(S) AND NUMBERS:**
   S. Robinson #275871

**5. INVOLVEMENT:**
   SUBJECT

**6.  DESCRIPTION [WHAT HAPPENED? HOW? BE SPECIFIC**
On the above date and approximate time, I, Lt. Gallihar, performed a strip search on inmate S. Robinson, who was being received from Connecticut. During the strip search I observed that inmate Robinson had a black eye and several minor abrasions on his right wrist and on the inside of his right ankle. I asked Robinson how he had sustained these injuries, and he stated that he had been assaulted while in Connecticut. Robinson also claimed that he had been sprayed in the face with "Mace". After the strip search was completed, Robinson was escorted to the medical unit where he was examined and treated by medical staff. Robinson was also decontaminated for his alleged exposure to "Mace". This incident was filmed in its entirety by Officer W. Collins.

**USE SUPPLEMENT IF NEEDED**

**SIGNATURES:**
7.: *[signature]*
**REPORTING OFFICER**          **SUPERVISOR**          **WATCH COMMANDER**

**8. FILE NUMBER:**

# DIVISION OF ADULT INSTITUTIONS
## SERIOUS INCIDENT REPORT

DOP 421
Attachment #2

| SIR NO. 000 | DATE & TIME OF INCIDENT 000 11/09/99 9:10 AM | INSTITUTION OR UNIT 000 Walkin's Ridge State Prison | TYPE OF REPORT 000 ☒ Initial   ☐ Follow-Up |
|---|---|---|---|

### SECTION A: NATURE OF INCIDENT

000 ☐ CLASS I:
000 ☐ Death/natural causes
000 ☐ Death/unnatural causes (specify) _____

000 ☐ Death/suicide
000 ☐ Escape
000 ☐ Riot
000 ☐ Demonstration/general disturbance

000 ☐ Discharge of firearms involving death or injury
000 ☐ Sabotage
000 ☐ Felonies committed by inmate while outside institution
000 ☐ Other (specify)

000 ☐ CLASS II:
000 ☐ Aggravated assault
000 ☐ Sexual assault
000 ☐ Felonies committed by inmates, staff, or visitors on institutional property
000 ☐ Self-mutilation
000 ☐ Use of force including non-lethal weapons and chemical agents where there is injury to the inmate or staff
000 ☐ Attempted escape
000 ☐ Accidents to inmates, employees or visitors involving serious injury or significant property damage
000 ☐ Discharge of firearm
000 ☐ Fires resulting in serious injury and/or major property damage
000 ☐ Alleged assault on an inmate by an employee
000 ☐ Other (specify)

000 ☒ CLASS III:
000 ☐ Simple assault (explain in narrative)
000 ☐ Inmates fighting
000 ☐ Fires resulting in less than serious injuries and/or minor property damage
000 ☐ Accidents and accidental injuries of employees or inmates involving less than serious injuries
000 ☒ Any other incident not listed here but considered by the Warden or Superintendent to warrant notification of higher authority

**IF ESCAPE, CHECK TYPE**
000 ☐ Facility escape
000 ☐ Non-facility, under gun
000 ☐ Non-facility, trustee walkaway
000 ☐ Other (specify)

**ESCAPE STATUS AT TIME OF REPORT:**
000 ☐ Still at-large
000 ☐ Surrendered
000 ☐ Wounded and in custody
000 ☐ Killed
000 ☐ Recaptured
000 ☐ Other (specify)

**ESCAPE REPORT MADE TO**
000 ☐ State Police
000 ☐ Sheriff
000 ☐ Local Police
000 ☐ Other (specify)

**SHOTS FIRED BY STAFF DURING ESCAPE?**
000 ☐ Yes
000 ☐ No

**IF ASSAULT, ASSAULT WAS:**
000 ☐ Actual
000 ☐ Attempted

**IF CLASS II INCIDENT:**
000 ☐ Inmate on inmate with weapon
000 ☐ Inmate on inmate without weapon
000 ☐ Inmate on staff without weapon
000 ☐ Staff on inmate
000 ☐ Staff on staff

**EXTENT OF INJURY**
000 ☐ STAFF INJURY
000 ☐ No injury
000 ☐ Less than serious
000 ☐ Serious

000 ☒ INMATE INJURY
000 ☐ No injury
000 ☒ Less than serious
000 ☐ Serious

### SECTION B: INCIDENT DISPOSITION

000 ☐ Pending
000 ☐ Referred to Internal Affairs Unit
000 ☒ Handled internally at institution
000 ☐ Inmate placed on detention/isolation
000 ☐ No further action
000 ☐ Other (specify)

### SECTION C: PRINCIPALS INVOLVED

| IDENTIFICATION | NAME | HOW INVOLVED |
|---|---|---|
| 275850 (CT INMATE) | R. JOSLYN | SUBJECT |
| 275871 (CT INMATE) | S. ROBINSON | SUBJECT |
| LIEUTENANT | J. C. COMBS | PERFORMED SEARCH |
| LIEUTENANT | A. J. GALLIHAR | PERFORMED SEARCH |
| CONNECTICUT LIAISON | J. MAYNARD | INTERVIEWED INMATE |

**DESCRIBE INCIDENT (Who, What, When, Where, Why, How):**

On 11-9-99, at 9:10 a.m., inmates arriving from Connecticut were being processed into the institution.

During the course of the intake process, Lieutenant J. C. Combs performed a strip search of inmate R. Joslyn #275850 (CT #212428).

During the course of the strip search, Lt. Combs observed several abrasions on inmate Joslyn's forehead and one abrasion on his left cheek. Lt. Combs also observed a small laceration behind his left ear. When inmate Joslyn was asked by Lt. Combs how he sustained these injuries he replied "Connecticut DOC beat me up".

At 9:25 a.m., Lt. A. Galihar was performing a strip search of another Connecticut inmate, S. Robinson #275871 (CT # 148846).

During the course of the strip search, Lt. Gallihar observed that inmate Robinson had a "black" eye and several minor abrasions on his right wrist and the inside of his right ankle. When questioned by Lt. Gallihar about how these injuries were sustained, inmate Robinson replied that he was "assaulted in Connecticut". Inmate Robinson also stated that he had been sprayed in the face with "Mace".

Captain J. Maynard (Connecticut liaison) was informed of these allegations. Captain Maynard spoke with both inmates (see attached statement) and took photos of their injuries. Inmate Robinson stated that the assault took place in the A/P area of Norther Correctional Unit and on the way out to the transport bus. Inmate Joslyn alleges that he was assaulted at Northern CI during a strip search. Inmate Joslyn also stated to Mr. Maynard that he observed Inmate Robinson also being assaulted at Northern CI by corrections employees.

(Continued)

Lt. J. C. Combs Grade 10

(Typed Name & Grade of Reporting Officer)

(Signature)

11/10/99 11:45 AM

(Date & Time of Report)

## DIVISION OF ADULT INSTITUTIONS

## SERIOUS INCIDENT REPORT

Attachment #2

### (CONTINUATION PAGE)

Both Inmate Joslyn and Inmate Robinson were evaluated and treated by Nurse Voyner.  Inmate Robinson was taken to medical and decontaminated for his alleged exposure to "mace"

Notifications:
Warden S. K. Young: on scene
AWO A. P. Harvey: on scene
Regional Office: copied by fax
Connecticut Major Lynn Milling: copied by fax





# STATE OF CONNECTICUT





Accredited Since 1988

## DEPARTMENT OF PUBLIC SAFETY
### DIVISION OF STATE POLICE

*Colonel John F. Bardelli*
*Commanding Officer*

December 29, 1999

Mr. Shawn L. Robinson
VA State ID #275871
Wallens Ridge State Prison
P. O. Box 759
Big Stone Gap, Virginia 24219

Dear Mr. Robinson:

Your recent letter to Commissioner Lee requesting information regarding the status of your assault complaint was forwarded to my office for response.

Major John Rearick, Commanding Officer of Eastern District, which covers the NCI - Somers Facility, indicates that detectives have initiated a criminal investigation into your complaint and will be contacting you in the near future. They have collected videotapes relative to the investigation and are presently conducting interviews with Department of Corrections staff.

If you need additional information, feel free to contact Sergeant William Shemansky, who is directing the investigation, at Troop C in Tolland. He may be reached at (860) 896-3200 or Connecticut State Police, Troop C, 1320 Tolland Stage Road, Tolland, CT 06084.

Sincerely,

Colonel John F. Bardelli
DEPUTY COMMISSIONER
Department of Public Safety

JFB/drk



**PATRICIA A. SWORDS**
STATE'S ATTORNEY

# State of Connecticut
## DIVISION OF CRIMINAL JUSTICE

### OFFICE OF THE STATE'S ATTORNEY
### JUDICIAL DISTRICT OF TOLLAND

PLEASE REPLY TO:
☐ JUDICIAL DISTRICT SUPERIOR COURT
20 PARK ST.-BOX 270
ROCKVILLE, CT 06066
TELEPHONE (800) 870-3270
FAX: (860) 870-3299

☐ SUPERIOR COURT G.A. 19
20 PARK ST.-BOX 270
ROCKVILLE, CT 06066
TELEPHONE (860) 870-3277
FAX: (860) 870-3299

December 20, 1999

Shawn L. Robinson
 #275871
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

Dear Mr. Robinson:

Please be advised that I have received your letter of 14 December, 1999, alleging an assault upon your person by Connecticut Department of Corrections personnel.

Please be advised that I have referred this matter to the Connecticut State Police Criminal Investigations Unit for further investigation of your allegations.

Very truly yours,

Patricia A. Swords
State's Attorney

PAS/nrg
cc: Sgt. William Shemansky

AN EQUAL OPPORTUNITY EMPLOYER



# STATE OF CONNECTICUT

*DEPARTMENT OF CORRECTION*
**OFFENDER CLASSIFICATION & POPULATION MANAGEMENT UNIT**
*1151 East Street South*
*Suffield, Connecticut 06078*

February 14, 2000

Shawn Robinson
VA# 275871
CT# 148846
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA  24219

Dear Mr. Robinson:

I am responding to your letter dated 1/17/00.  Attached is a response to one of your grievances relative to an incident on 11/8/99.  The other two grievances are being reviewed and you will receive responses in the future.

You request the same information in your letter as you did in the attached grievance.  The matter is under investigation by the Connecticut State Police and the Security Division, so no information may be provided at this time.   Any questions regarding the investigation may be directed to Director Santopietro, Security Division, at 24 Wolcott Hill Road, Wethersfield, CT  06109.

Your issues regarding property and classification will be answered in the other grievance responses.

With respect to obtaining a copy of the contract between Connecticut and Virginia for the housing of inmates in Virginia, be advised that in approximately two weeks, there will be several copies of the contract in the Wallens Ridge State Prison library.  Inmates may borrow the contract just as they borrow books.  If you prefer to purchase a copy, you may submit a request at WRSP, where the copying cost is 15 cents per page; or you can purchase a copy through the Connecticut Department of Correction at a cost of 25 cents per page.  The contract is 25 pages long.

Sincerely,

Lynn Milling
Interstate Compact Supervisor

Attachment

Cc:    Asst. Warden Harvey, WRSP
       Capt. Masella, CTDOC On-Site Monitor
       Director Santopietro, Security, CTDOC

```
TO:        Larry R. Meachum - Commissioner          06/18/90
           Department of Correction

FROM:      Joseph J. Norfleet - Chief of Security    5857
           Department of Correction/Security Division

SUBJECT:   Inmate Shawn Robinson #148846 Alleged Beating by
           Somers Correctional Officers
```

On May 1, 1990, the Security Division received a referral from
Commissioner Meachum which addressed a complaint from inmate Shawn
Robinson #148846 stating that on the evening of April 19, 1990, he
was brutally beaten by several officers including a supervisor while
in the segregation unit area of Somers CI.  Having reviewed the
initial reports and documents submitted to this investigator, the
following was reported to have occurred.

On the evening of April 19, 1990, at approximately 11:55 p.m., inmate
Shawn Robinson was escorted to the segregation unit's classification
room for the purpose of being processed into punitive segregation due
to having been identified as a perpetrator in an earlier incident.
While in the classification room, the complainant refused to remove
his underwear (shorts) in order to faciliate a strip search.  Force
was used to bring the complainant into compliance.  It is after this
point that the complainant alleges that he was forcefully
interrogated and brutally beaten by staff in the classification room
while handcuffed behind his back and later while being placed in his
punitive segregation cell.  The following represents a synopsis of
the interviews conducted by the Security Division.

Mr. Robinson stated that on the evening in question at approximately
11:30 p.m., he was escorted from his D block cell to the segregation
classification room by Lt. Ostrowski, Officer Wilcox and several
other officers.  Lt. Ostrowski then left the area.  He states he was
then directed by one of the officers to remove his clothing to
facilitate a strip search.  He removed all clothing except his
underwear (shorts) contending that it was against his Islamic
religion.

Lt. Ostrowski was then summoned to the area and ordered him to remove
all his clothing.  Mr. Robinson reports that at this point he stated,
"do what you got to do," and then placed his hands over his head in
submission and stated, "I'm not taking off nothing."  Force was then
used on Mr. Robinson in order to remove his clothing.  Robinson
states that he was brought down to the floor forcefully, clothing
except T-shirt removed, and handcuffed behind his back and leg
ironed.

During this process, he claims that Officer R. King began kicking
him, while Officer Wilcox, along with Officer King, held him and hit
him about the chest and face.  He states that Officer Guilbert
handcuffed him and helped to throw him to the floor.  Once on the
floor and cuffed, Officer Guilbert began kicking him on his side,
squeezing and pulling his penis and testicles while repeatedly
yelling at him, "who stabbed the guards," and telling him to give him

some names.  Mr. Robinson further claims that he was also choked, kicked in the head and that when brought to his punitive segregation cell, Lt. Ostrowski slammed the punitive segregation cell door into his head while other officers continually "pounded" his head into the door and pushed his face into the inner cell wall.  He contends that during this ordeal, he did not "fight" and that he was left in the cell cuffed and denied medical treatment.

Interviews with staff

Lt. Ostrowski stated that on the evening of April 19, 1990, he directed Officers McGregor E. Wilcox and Polonis to escort inmate Robinson #148846 to the segregation unit for placement as result of being implicated in an incident which occurred earlier during the day.  Lt. Ostrowski stated that he walked with the contingent until they arrived inside the segregation area at which point he left the area.  The contingent of Officers continued escorting inmate Robinson into the segregation classification room.

Officer Wilcox testified that while in the classification room, he directed inmate Robinson to remvoe all clothing in order to facilitate a strip search.  Robinson then removed all clothing except his underwear (shorts) contending that it was against his religion to do so in front of another man.  Officer Wilcox stated that he then directed one of the officers in the room to summon the lieutenant. Lt. Ostrowski arrived on the scene and issued several orders directing Robinson to remove all of his clothing (Robinson had redressed during the interim).

Officer McGregor testified that at this point, he was signaled by Lt. Ostrowski to restrain Robinson.  He applied a rear bear hug style hold to Robinson and brought him face down to the floor.  Officer McGregor noted that Robinson did bump his head against the floor, but does not recall whether blood was present.  Officer McGregor continued to restrain Robinson as he struggled.

Lt. Ostrowski stated at this point, as Robinson struggled, he (Robinson) began yelling and chanting.  He was yelling stating that he was going to kill an officer.  In response to this, Lt. Ostrowski asked Robinson two questions:

  1.  Who cut those officers in the chow hall; and

  2.  What happened tonight in the chow hall?

Robinson did not respond to these questions, but continued to yell and chant.  Lt. Ostrowski also testified that he did observe a small laceration above his eye with a slight amount of blood present.  And that this was a result of his head striking the floor when brought to the floor by Officer McGregor.

3/

Officer Polonis stated that after Robinson's clothing was remvoed, he remained combative at which point he applied handcuffs to (rear) Robinson.

Officer Cecchetelli stated that during this incident, he assisted in bringing Robinson down to the floor, assisted in removing his clothing (assisted Officer Wilcox) and then applied leg irons.  He then left the area in order to clear a punitive segregation cell.

Lt. Ostrowski stated that after Robinson had been strip searched and placed in restraints, he was then escorted by Officers McGregor, Polonis and himself to his punitive seg cell.  He was then escorted inside the cell and all restraints removed without incident.  Lt. Ostrowski stated that after they left the cell, he called for the medic to examine Robinson and that shortly thereafter Medics Duda and McAllister reported to Robinson's cell.

Both Medics Duda and McAllister stated that at approximately 12:20 a.m. on April 20, 1990, they reported to inmate Robinson's punitive seg cell at which time he refused to be examined, or to speak to either of them.  Medic Duda stated that they noted a minor laceration approximately 5/8" long running laterally across his right eyelid with minimal swelling.

Officer R. King stated that on the evening in question, he was assigned as the Segregation Block Officer when he observed Robinson being escorted into the segregation classification room.  He entered the room and observed that Robinson refused to remove his underwear in order to allow a strip serach.  He was then directed by Officer Wilcox to summon the lieutenant.  He left the classification room and told another officer (he doesn't remember who) to get the lieutenant.  At this point, he was distracted by a fire in front of one of the segregation cells.  When he finally returned to the classification room, he observed Lt. Ostrowski direct Officer McGregor to restrain Robinson.  Officer King stated that he then left the room in order to prepare a punitive seg cell.

Officer Guilbert testified that he reported to the segregation classification room in response to a body alarm along with several other officers.  When he arrived, he stood in the doorway of the classification room and observed an inmate (of which later found out was Robinson) lying on the floor, face down and cuffed to the rear.  He and the other responding officers were then told by Lt. Ostrowski that it was a false alarm.  He then left the classification doorway and monitored the seg tiers due to the excessive noise and inmates throwing items from their cells as Robinson was escorted to the punitive seg area.

4/

## DISCUSSION

The complainant admits that he did in fact refuse to remove his clothing in order to facilitate a strip search. It is clear to this investigator that the manner in which Robinson refused to submit presented a clear threat to the escorting officers. It is also clear that the complainant did refuse Lt. Ostrowki's order to remove all clothing which subsequently necessitated the use of force in order to bring the complainant into compliance.

The complainant describes a dramatic brutal beating both in the segregation classification room and thereafter in the punitive segregation area. He also claims that he was forcefully interrogated and denied medical care. After viewing photographs taken of the complainant less than twenty-four hours later, it is clear to this investigator that no such beating took place and that the minor injuries received were the result of the complainant being forcefully brought to the floor and his continued struggle. Testimony by the medics as well as record indicate that the complainant did in fact deny medical care during the evening in question, but that he was seen by medical staff the following day (April 20, 1990).

He also cites Officer Guilbert as having interrogated him and squeezing and pulling his testicles and penis. This investigator is satisfied that Officer Guilbert was never in the area while any form of force was used on the complainant.

He cited Officer King as having continuously kicking him in his side and hitting him in the face and chest area while he was being held, and that he did not "fight" during this ordeal. As investigator of this case, I am satisfied with the testimony presented that Officer R. King did not at any time use force on the complainant.

During my initial interview with the complainant, he informed me that on a previous occasion, Officer Guilbert grabbed his testicles and penis during a use of force situation; however, this could not be verified. It is my belief that the complainant harbors a great deal of hatred for Officer Guilbert and that this is the reason for such an allegation. Officer R. King was the Officer who identified the complainant as the perpetrator in the incident which precipitated his placement into the segregation unit. It is my belief that the complainant's allegation against Officer King is untrue and retaliatory.

Althoug Lt. Ostrowski did not violate any policy, I question his decision to leave the segregation area after escorting such a high profile inmate for the purpose intended. Although it is clear that the complainant was not forcefully or otherwise interrogated, I question the timing of the questions asked of the complainant by Lt. Ostrowski in such a hostile environment.

5/

CONCLUSSION

Based on the facts, testimony and evidence gathered during this
investigation, this investigator finds that the allegations of inmate
Shawn Robinson #148846 are "unfounded."

Respectfully Submitted

Joseph J. Norfleet
Chief of Security

cc:    Deputy Commissioner White
       ADC Tuthill
       Warden Tilghman

FACILITY: *CCI Somers*

PREVIOUSLY INTERVIEWED
YES ☐   NO ☑

SUPPLEMENTARY

STATEMENT TAKEN
YES ☑   NO ☐

NATURE OF COMPLAINT:

| STATUS | LAST NAME *Googe* | FIRST NAME | M.I. | SEX *M* | RACE *B* | DOB |

DO/ADMIT:

CHARGES:

OCCUPATION IF STAFF INVOLVED: *CO*

ADDRESS: *P.O. Box 100 Somers, Ct.*

I.D. NUMBER

ZIP

The following statement is made voluntarily without threat or promise of any benefit to me. I have submitted and read this statement and it is true to the best of my knowledge.

Signature: *Googe*

Date: *5/15/90*

| INVESTIGATOR | SUPERVISOR | DATE | TIME |

REPORT:

I C/o Googe did not see inmate Roberson 148846 on the date in question 4-19-90. I saw Roberson on 4-20-90 while working in seg the next day. at this time I was ordered by capt King to take inmate Roberson back to Hosp. for treatment. also to take Picture. while taking Picture of Roberson back I saw a scrach on his left arm and lower back.

| INVESTIGATOR'S SIGNATURE | SUPERVISOR'S SIGNATURE | PAGE   OF PAGES | DATE |



5/8 inch Laceration above right
eyelid-surrounded by dry blood
Side view.

5/8 inch laceration above right
eyelid -surrounded by dry blood
Front view



Superficial scratch to left
tricep and lower back





# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

December 30, 1997

Mr. Shawn L. Robinson
#148846
287 Bilton Road
Somers, CT. 06071

Dear Mr. Robinson:

This is in response to your letter in which you alleged staff assault and harassment at Northern Correctional Institution.

A complete and thorough Investigation of your complaint was conducted by the Security Division.

There is no substantive evidence that Officer Serkosky is the cause of any problems you claim to be having at Northern Correctional Institution.  The investigation did not find evidence to support your claim.

Sincerely,

Dennis C. Coyle
Director of Security

jfe

cc:  Warden Giovanny Gomez
     Inmate Master File



# Department of Correction
## *Northern Correctional Institution*

Giovanny Gomez
Warden

TO:          Shawn Robinson, #148846          1W-203

DATE:        June 18, 1998

*received, 6/19/98 (SR)*

    In response to your letter to Mr. Levesque of May 25, 1998, let me first advise you that you are in no way being discriminated against, and you are certainly not being confined here illegally.

    Progression through the phases is determined by many factors. In your case, you were reviewed on June 5, 1998. The classification committee denied your movement to Phase II for six months due to the serious nature of the incident resulting in your placement as well as your inappropriate interactions with staff. That will allow you sufficient time to work on more positive interactions with staff.

    The last ticket you received was on March 3, 1998. From October of 1997 through March, you had at least one ticket per month. Your record includes a total of 273 tickets. It is very clear to unit staff and to myself that you do, in fact, need more time in Phase I. Unit staff looks forward to seeing you make the required progress in attitude and behavior so that you are readied for participation in Phase II.

    I suggest that you begin a fresh start and communicate appropriately with staff to determine exactly what it is you need to change. Many other inmates have worked very hard to move forward and have done so, and I am looking forward to seeing you progress also.

Giovanny Gomez, Warden

GG:fm
cc: Mr. Levesque
      Director, Offender Classification and Population Management



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

August 31, 1999

Shawn Robinson
#148846
Northern CI
287 Bilton Road
Somers, CT 06071

Dear Mr. Robinson:

This is in response to your request to the Security Division to speak with the Connecticut State Police Troop C.

You may contact the Connecticut State Police by writing directly to Troop C at 1320 Tolland Stage Road, Tolland, CT 06084. If you are indigent, the department will provide the necessary paper and envelopes to assist you in forwarding your request.

Sincerely,

Vincent Santopietro
Director of Security

VS/dac

cc:    Warden Myers
       File

*An Equal Opportunity Employer*

Mr. Shawn L. Robinson #148846
Northern CI
P.O. Box 665
Somers CT 06071-0665
15th November 2001

Mr. John J. Armstrong
Commissioner of Correction
24 Wolcott Hill Road
Wethersfield CT 06109

Re: racial discrimination / staff harassment

Dear Mr. Armstrong:

Please explain why are you allowing your staff to practice racism and persecute me
because of my race and religion.

I haven't had any kind of infraction in over a year.  But I'm still being held unlawfully on
Administrative Segregation at Northern CI in Phase One.

I believe Warden Larry Myers and DOC staff here at Northern CI are planning another
vicious brutal attack upon my person as they carried out on November 8, 1999, if not to
murder me or set me up to be assassinated by one of their pet inmates.  Because on the
day I was transferred back up here to NCI Somers from down in Virginia August 6, 2001,
Capt. William Faneuff, Capt. Maurice Butler and others put me in a cell (1W-221) with
an inmate (Byron Sailor) who Capt. William Faneuff and DOC staff Moylan told to beat
me to death.  After DOC staff Moylan had placed the restraints on him real loose.  So he
could slip out of them while I was still in restraints locked in the cell (1W-221)
defenseless with this four hundred pound (400 lbs.) inmate.

Also DOC staff here at Northern have made numerous threats of bodily harm towards me
and have tampered with my meals on a daily basis since I've been back in Connecticut.
This maltreatment of psychological oppression and terrorism is a blatant attempt by DOC
staff to provoke me into some kind of confrontation and react in an irrational manner so
staff can again use more brutal sadistic force against me and justify keeping me held
unlawfully in Phase One on Administrative Segregation.

I am the victim of discrimination and political exploitation by this corrupt administration
because DOC staff have denied me to participate and progress in the A.S. Phase Program.

- 2 -

So I'll never get off of A.S. and return back to general population. This is being done in retaliation for the grievances and litigation that I have filed against DOC staff. Besides the personal vile hatred that DOC staff have for me as well as due to my race and religious belief, because DOC staff have reviewed and approved prisoners to participate in the Administrative Segregation Phase Program and progress up to Phase Two from Phase One who have incurred many infractions within the past twelve (12) months—including my cell partner Byron Sailor, who was also transferred back here to NCI Somers with me from down in Virginia on August 6, 2001. According to the Interstate Compact Supervisor Major Lynn Milling and Fred Levesque, Director of Offender Classification and Population Management, whoever was transferred back to NCI Somers from Virginia on Administrative Segregation was going to be reviewed for the next phase within thirty (30) days. But DOC staff here at NCI Somers didn't apply this mandate to me to review me along with all of the other prisoners returned from Virginia as they (DOC staff) did my cell partner Byron Sailor.

On August 20, 2001 inmate Byron sailor was reviewed and denied Phase Two for only thirty days. But I didn't get reviewed until the next month, September 17, 2001, after I had to question the reason why I wasn't being reviewed for Phase Two, as told by counselor Chris Kay and staff for the second time when I found out that my cell partner Byron Sailor was reviewed for Phase Two again and this time was approved. When I first asked Counselor Levesque why wasn't I reviewed, he told me that he didn't know but he was going to look into it after I showed my written request and response from Counselor Kay dated August 20. 2001, saying he was putting me up for review next month (September).

On September 21, 2001 I received an official notice via form NCI 094, that formally informed me of being reviewed and denied Phase Two for ninety (90) days after I talked to Counselor Levesque and made several complaints about it.

I appealed the denial to Warden Myers but I never got any response and Capt. Butler told me that I couldn't go up to Phase Two unless the Deputy Commissioner signed and approved it because I'm in the same category as the leader of the Al Qaeda Organization Mr. Osama bin Laden, the Saudi millionaire.

While I was in Virginia on out-of-state transfer Major Lynn Milling and Fred Levesque never did any regular reclassification reviews on me as when I was a Conn. state boarder in the Federal Bureau of Prisons, nor did they conduct any Administrative Segregation phase program reviews on me either while I was in Virginia. There wasn't any

- 3 -

Administrative Segregation hearing held on me when I was returned back here to Conn. as was held on June 17, 1997 when I was transferred back to Conn. from the Federal Bureau of Prisons on May 19, 1997, either. All of these policies, procedures, programs, reviews and hearings are very inconsistent because according to DOC staff here at Northern CI I was placed on Administrative Segregation June 15, 1997 for an alleged assault on DOC staff from April 19, 1990 pursuant to Admin. Directive 9.4, Restrictive Status and 9.2 Classification. But according to Fred Levesque, Director of Classification, my placement on administrative Segregation is being continued from May 8, 1990, which would fall under Administrative Directive Chapter 2.11, prior to the Administrative Segregation Transition Phase Program ever being implemented and promulgated.

I don't know exactly which Administrative Segregation status that I am being unlawfully held on here at NCI Somers. But I know there isn't any kind of present allegation or incident to justify my placement on Administrative Segregation.

When I was transferred out-of-state in the Federal Bureau of Prisons as a Conn. state boarder, and before I was transferred back here to Conn. on May 19, 1997, Lynn Milling, Interstate Compact Supervisor, and Fred Levesque, Director of Classification, threatened to increase my security risk level up to a level five (5) and have me placed on Administrative Segregation if I was ever transferred back to Conn. But as long as I stayed out-of-state I would remain a level four (4). So as you can see, the main reason why I am back on Administrative Segregation is because I got transferred back to Conn. on May 19, 1997 after being out-of-state for seven (7) years since October 31, 1991. It's totally illegal and unethical to keep me confined on Administrative Segregation and deprive me of my statutory good time credits just because I was transferred back to Connecticut and DOC staff couldn't keep me illegally out-of-state.

The last time I was here at Northern C.I. I wrote you about these atrocities but you failed to take any action and allowed DOC staff here to brutally beat and torture me on the day I was illegally transferred to Virginia on November 8, 1999. I hope you'll take some kind of action this time and move me from out of this facility...because you may be held liable if any further harm comes to me.

Respectfully,

*Shawn L. Robinson*



# STATE OF CONNECTICUT
### DEPARTMENT OF CORRECTION
#### 24 WOLCOTT HILL ROAD
#### WETHERSFIELD, CONNECTICUT 06109

Telephone: 860-692-7481
Fax: 860-692-7483

John J. Armstrong
Commissioner

*January 11, 2002*

*Shawn Robinson #148846*
*Robinson Correctional Institution*
*285 Shaker Road*
*Enfield, Connecticut 06083*

*Dear Mr. Robinson:*

*This letter acknowledges receipt of your correspondence dated November 15, 2001 concerning staff conduct and progression through the Northern CI program. A careful review of this matter revealed that your classification status is accurate and no changes will be made.*

*There was a clerical error made and your name was not submitted for classification review in August 2001. You were placed and reviewed on the docket scheduled in September 2001. As Major Whidden indicated in her correspondence to you dated November 6, 2001, you were given credit for the time you have been at Northern CI since your return from Virginia. You are now back on schedule and will be reviewed according to the recommendations made by the Classification Committee.*

*Your claims of staff harassment and persecution based on race and religion were not substantiated. Warden Myers has designated Captain Butler and Captain Fanueff to oversee the Administrative Segregation program; they will determine the Unit to which you will be assigned. Housing assignments are based upon the safety, security, and the needs of the facility. Our records revealed that you have had no issues, incidents, or Disciplinary Reports since your return from Virginia.*

*Sincerely,*

*John J. Armstrong*
*Commissioner*

*JJA/jab*

cc:    *Larry J. Myers, Lead Warden*
       *Esther Torres, CCS*
       *File*

*An Equal Opportunity Employer*



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### Field & Security Operations Division
#### Central Intelligence Unit
24 Wolcott Hill Road
Wethersfield, CT 06109

February 1, 2002

Shawn Robinson
#148846
Northern CI
287 Bilton Road
Somers, CT 06071

Dear Mr. Robinson,

I am in receipt of your letter to Commissioner Armstrong dated November 15, 2001.

I have reviewed the multitude of issues that you address in your letter and have assigned your case to a member of my staff to investigate. Once the investigation is complete, you will in turn receive a reply from the Commissioner.

Sincerely,

James E. Huckabey
Director of Central Intelligence Unit

JEH:ff

c: D. Coyle, Deputy Commissioner
   L. Myers, Lead Warden
   file

*An Equal Opportunity Employer*



# STATE OF CONNECTICUT
### DEPARTMENT OF CORRECTION
**OFFENDER CLASSIFICATION & POPULATION MANAGEMENT**
*INTERSTATE COMPACT OFFICE*
*1151 EAST STREET SOUTH*
*SUFFIELD, CONNECTICUT 06078*

February 5, 2002

Shawn Robinson
CT# 148844 6
Northern CI
287 Bilton Rd
P.O. Box 665
Somers, CT 06071

Dear Mr. Robinson:

With respect to an out of state transfer, please be advised that we referred your case to seven states and to date your referral was not approved by five of those states. We are continuing in our efforts to find a placement. In the interim I suggest you remain patient and not incur any disciplinary reports

With respect to your claim that Northern staff refuse to place you in Phase 2, be advised this is an issue you need to raise with the facility. It is my understanding that your were last reviewed on 11/27/01 and were given a 90 day review date which should occur this month.

Your issues regarding property have been referred to Counselor Supervisor Wnuk in this office for response.

Sincerely,

Lynn Milling
Major, Interstate Compact Office

Cc:    Warden Myers, NCI
       Major Whidden, NCI  (for master file)

EXHIBIT 9

## SENDER:

- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

**I also wish to receive the follow-ing services (for an extra fee):**

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:

Commissioner of Claims
259 Washington St
Hartford, CT 06106

4a. Article Number
7099 3220 0007 8436 9856

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail   ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: (Print Name)
RICHARD J. BALLESTRINI

6. Signature (Addressee or Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994          102595-99-B-0223          Domestic Return Receipt

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

---

Mr. Robinson,
you had
enough postage
on your account
to cover postage.
I ask the Business
Dept. to return
your postage
withdrawal by
2.65 check
mail

(C421)

---

US Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
COMMISSIONER OF CLAIMS

Postage    $.55
Certified Fee    .40
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees    $ .65

Postmark
Here

Name (Please Print Clearly) (To be completed by mailer)
SHAWN L. ROBINSON
Street, Apt. No.; or PO Box No.
P.O. BOX 759
City, State, ZIP+4
BIG STONE GAP VA 24219

PS Form 3800

7099 3220 0007 8436 9856



# COMMONWEALTH OF VIRGINIA

*Wallens Ridge State Prison*

B. Watson
Warden

P. O. BOX 759
Big Stone Gap, VA  24219
(276) 523-3310

April 24, 2007

430720 Shawn Robinson
Department of Corrections
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Reference:  Freedom of Information

Mr. Robinson,

Please be advised that I am unable to assist you in your request for photographs and/or video tapes while you were incarcerated at Wallens Ridge State Prison.

You may refer to 2.2-3703(C) which reflects that no provision of FOIA shall be construed to afford any rights to any person incarcerated in a state, local or federal correctional facility.  If there are any exceptions which enable you to obtain the requested items, I am not aware of them.

Regards,

Adam P. Harvey
Assistant Warden

## APPLICATION FOR FREEDOM OF INFORMATION ACT

TO: MR. ADAM P. HARVEY      TITLE ASSISTANT WARDEN

ADDRESS P.O. BOX 759 - BIG STONE GAP, VA  24219

AGENCY:      W.R.S.P.      DATE      11TH MAY 2007

Pursuant to the Freedom of Information Act, USC 552 and the Privacy Act of 1974, 5 USC 552a, and pursuant to the State Freedom of Information Act, C. G. S. 1-15 through 1-21k, I hereby request the following documents and/or copy(ies) thereof.

1. All photographs of Shawn L. Robinson - #275871 (Ct.#148846)

2. Photo Identification taken on admission, November 9, 1999.

3. Photographs taking on November 10, 1999, in D-517 cell.

4. Videotape of me getting off the bus November 9, 1999.

5. Any reports done by Virginia's DOC staff about my injuries.

6.                         SEE ATTACHMENT

If this request is denied either in whole of in part, please inform me as to the reason(s) why.

If you do not grant this request either by compliance or denial, be informed that the laws of this State mandate that you have four (4) business days in which to respond. Failure to respond will be considered a denial on your part and subject to the Freedom of Information Commission decisions on such failure and non-compliance.

Also, be aware of the fact that deliberate denial, indifference to this request for production of said requested documents, or alternatively, refusal to inform as to the reasons for denial, could result in a Civil Penalty of a fine up to $1,000.00, for such violation if Civil Penalty is requested by the undersigned requestor of said information.

I will ( ) will not ( ) request Civil Penalty if you do not comply hereof.

RESPECTFULLY SUBMITTED:

I am unable to pay the cost of production and pursuant to statute, I hereby request waiver of production fees.

State of Connecticut, County of Hartford, duly witnessed and/or sworn to before the undersigned.
Notary on the date of:

DATE: 5/11/07          NOTARY

HAROLD R. LACY III
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 4/15/2009

E R R A T A

| PAGE | LINE | CHANGE |
|---|---|---|
| 41 | 11 | They were taking me to take photos. |
| 72 | 05 | Yes, there is still the incident of |
| 77 | 05 | Faucher, Serkosky and others viciouly |
| 78 | 20 | Lynn Milling, Major Lynn Milling. |
| 78 | 24 | grievance had to go to Lynn Milling? |
| 79 | 02/07/16 | Interstate Compact Supervisor |
| 79 | 17 | Major Lynn M-I-L-L-I-N-G. |
| 80 | 10/17/23 | The Correct Spelling: M-I-L-L-I-N-G. |
| 95 | 17 | THE WITNESS: I would have to object, |
| 100 | 07/10/11 | Correct Spelling: P-R-O-P-R-I-E-T-Y. |
| 104 | 10 | court trip. |
| 112 | 17 | incident that is significant for a 1983 |
| 125 | 15 | back of the wall, towards the stool. |
| 132 | 19 | taking their time now. |
| 138 | 25 | Punching me, sticking me, kicking |
| 143 | 21 | being taken on November 8, 1999? |
| 148 | 25 | Deary, R-H-O-D-E-S, Captain Faneuff. |
| 160 | 06-07 | I object to this statement, because I never made it, and it is incorrect. |
| 160 | 25 | to remember. |
| 165 | 15 | ANSWER: YES! I DENY IT! |
| 169 | 05 | Flashes, and then I have dark spots |
| 184 | 20-21 | I object, because they can listen to us. |
| " | " | See that hole right up there? |
| 178 | 04 | Patricia S-W-O-R-D-S. |
| 186 | 08 | Larry M-Y-E-R-S? |
| 188 | 19 | Micheal Z-A-C-H-A-R-E-W-I-C-Z? |
| 191 | 06 | Larry M-Y-E-R-S, |
| 191 | 16 | because David Serkosky is their buddy. |
| 193 | 18 | know him that well, |
| 194 | 23 | How about Daier? |
| 195 | 01 | What did Mr. Daier do? |

### ACKNOWLEDGMENT OF DEPONENT

I, _ _ _ SHAWN L. ROBINSON _ _ _, do hereby
certify that I have read the foregoing
pages, _ _ _ _ _ _ and that the same is a
correct transcription of the answers
given by me to the questions therein
propounded, except for the corrections or
changes in form or substance, if any,
noted in the attached Errata Sheet.

04 AUGUST 2006    Mr. Shawn L. Rob_ _ _ _

DATE                      SIGNATURE


Subscribed and sworn to before me this
_ _4th_ _ _ day of August _ _ _ _,
2006.

My commission expires: _ _ _ _ _ _ _

MILDRED D. STRIBLING
Notary Public Of New Jersey
My Commission Expires May 9, 2008,

_ _ _ Notary Public

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(√) Request for Services/Information
( ) Complaint                                   *ATTACHMENT B(4)*

Place a check (√) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. **Please print your name, number, and housing unit clearly.**

Inmate Name **ROBINSON, S**    Number **275871 / 148846**    Housing Unit/Cell **D-517**

This request/complaint is directed to:

| | | |
|---|---|---|
| ( ) Warden | ( ) A Building Supervisor | ( ) Medical |
| ( ) Assistant Warden of Operations | ( ) B Building Supervisor | ( ) Dentist |
| ( ) Assistant Warden of Programs | ( ) C Building Supervisor | ( ) Psychologist |
| ( ) Chief of Security | ( ) D Building Supervisor | ( ) Laundry Manager |
| ( ) Treatment Program Supervisor | ( ) Segregation Lieutenant | ( ) Food Services |
| ( ) Institutional Investigator | ( ) Segregation Sergeant | ( ) Records Manager |
| ( ) Disciplinary Hearings Officer | ( ) Personal Property | ( ) Business Manager |
| ( ) Mailroom | ( ) Maintenance | ( ) Safety Officer |
| ( ) Institutional Ombudsman | | |
| ( ) Counselor (name)_____ | | |
| (√) Other (name) **CAPT. MAYNARD** | | |

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

PLEASE PROVIDE MR. ROBINSON WITH A COPY OF THE REPORT YOU PREPARED ON HIS COMPLAINT ABOUT C/O'S XX STAFF ASSAULTING HIM NOVEMBER 8, 1999 AT NORTHERN CI — AS WELL AS PHOTOCOPIES OF ALL THE PICTURES YOU TOOK OF MR. ROBINSON'S BRUISES AND INJURIES ON THE 9TH NOVEMBER 1999 — INCLUDING ALL REPORTS PREPARED BY STAFF AT WALLENS RIVER, SO MR. ROBINSON CAN MAKE SURE ALL THE INFORMATION IS ACCURATE. IF THE PICTURES DID NOT COME OUT GOOD, MR. ROBINSON IS WILLING TO ALLOW YOU TO TAKE MORE OF HIS INJURIES AND BRUISES.

Inmate Signature **SHAWN L. ROBINSON**    Date **9TH NOVEMBER 1999**

---

**Staff Response**

Inmate Interviewed    ( ) Yes    ( ) No
Action Taken: YOU NEED TO REQUEST THE ABOVE THROUGH AN F.O.I. REQUEST.

Staff Signature _____    Date **11/18/?**

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(√) Request for Services/Information
( ) Complaint

*ATTACHMENT A(2)*

Place a check (√) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. **Please print your name, number, and housing unit clearly.**

Inmate Name _ROBINSON S_   Number _275871_   Housing Unit/Cell _D-517_

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
( ) Counselor (name)_____
( ) Other (name)_____

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
( ) Maintenance

(√) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ) Safety Officer

*RECEIVED NOV 12 2009*

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

DR WAGNER PLEASE HAVE MR. ROBINSON'S LEFT LOWER LEG X-RAYED BECAUSE IT'S GETTING WORSE AND HE'S HAVING DIFFICULTY WALKING ON IT

THANK YOU

Inmate Signature _SHAWN L. ROBINSON_   Date _10TH NOVEMBER 09_

## Staff Response

Inmate Interviewed   ( ) Yes   ( ) No
Action Taken:

_Nurse to assess leg_

Staff Signature _McCuryMc_   Date _11-12-09_

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

**RECEIVED SAFETY**

( ✓ ) Request for Services/Information
( ) Complaint

*ATTACHMENT B(2.)*    **NOV 12 1999**

**WALLENS RIDGE
STATE PRISON**

Place a check (√) next to the individual or department to whom you wish to request/complaint.
Forward the form through the institutional mail. **Please print your name, number, and unit clearly.**

Inmate Name _ROBINSON, S_    Number _27 5871_    Housing Unit/Cell _D - 517_

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
( ) Counselor (name)_____
( ) Other (name)_____

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
( ) Maintenance

( ) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ✓ ) Safety Officer

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

PLEASE PROVIDE MR. ROBINSON WITH A PHOTOCOPY OF ALL THE
PICTURES YOU TOOK TODAY 10TH NOVEMBER 1999 IN HIS CELL OF THE
BRUISES AND INJURIES HE SUFFERED ON THE 8TH NOVEMBER 1999
BY CONNECTICUT DOC STAFF — INCLUDING A COPY OF ALL REPORTS
THAT WERE PREPARED. AND NOTIFY THE CONN STATE POLICE OF THIS
CRIME BECAUSE MR. ROBINSON WANTS TO FILE A FORMAL COMPLAINT
AND PRESS CRIMINAL CHARGES AGAINST THESE INDIVIDUALS —
NOTE: STAFF IS DENYING MR. ROBINSON TO REPORT THIS CRIME
OF ASSAULT TO THE CT STATE POLICE OR HIS ATTORNEY.

Inmate Signature _SHAWN L. ROBINSON_    Date _10TH NOVEMBER 1999_

---

**Staff Response**

Inmate Interviewed    ( ) Yes    ( ✓ ) No
Action Taken:

THE PICTURES THAT WAS TAKEN AT YOUR CELL WAS ORDERED BY THE CHIEF OF
SECURITY AT WALLENS RIDGE. ALL OF THE PICTURES TAKEN WAS GIVEN TO THE
CHIEF OF SECURITY. I DISCUSSED THIS MATTER WITH THE CHIEF OF SECURITY, AND
HE INFORMED ME, THAT YOU CAN NOT HAVE A COPY OF THE PICTURES.
THIS TYPE OF REQUEST WOULD NEED TO BE DIRECTED TO THE DEPARTMENT
OF CORRECTIONS IN CONNECTICUT.

Staff Signature _Gilliam - I.S.S._    Date _11-15-99_

# WALLENS RIDGE STATE PRISON
# REQUEST FOR SERVICES/COMPLAINT FORM

(√) Request for Services/Information      *ATTACHMENT A(4)*
( ) Complaint

---

Place a check (√) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. **Please print your name, number, and housing unit clearly.**

Inmate Name _ROBINSON, S_      Number _27587/_      Housing Unit/Cell _D-517_

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
( ) Counselor (name)_____
( ) Other (name)_____

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
( ) Maintenance

(√) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ) Safety Officer

**RECEIVED** NOV 18 1999

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

PLEASE DOCUMENT OR MAKE OUT A MEDICAL INJURY REPORT ON MR. ROBINSON'S HEAD. BECAUSE WHEN COLLECTION DUE STAFF BRUTALLY ASSAULTED HIM ON THE 8TH NOVEMBER 1999. THEY BEAT HIM IN THE HEAD AND PULLED OUT A LOT OF HIS HAIR — IF POSSIBLE MR. ROBINSON WILL LIKE PICTURES TAKEN AND HAVE THE REST OF IT CUT BECAUSE HIS HAIR HAS THIN OUT AND HAS LITTLE BALL SPOTS.

Inmate Signature _SHAWN L. ROBINSON_      Date _17TH NOVEMBER 1999_

## Staff Response

Inmate Interviewed   ( ) Yes     ( ) No
Action Taken:

Please refer to Security

Staff Signature _____      Date _11 18 99_

# REQUEST FOR SERVICES/COMPLAINT FORM

( ) Request for Services/Information
(✓) Complaint

*ATTACHMENT I (1)*

Place a check (√) next to the individual or department to whom you wish to respond to your request/complaint.
Forward the form through the institutional mail. **Please print your name, number, and housing unit clearly**

Inmate Name **ROBINSON, S**        Number **275871**        Housing Unit/Cell **C-409**

This request/complaint is directed to:

| | | |
|---|---|---|
| ( ) Warden | ( ) A Building Supervisor | ( ) Medical |
| (✓) Assistant Warden of Operations | ( ) B Building Supervisor | ( ) Dentist |
| ( ) Assistant Warden of Programs | ( ) C Building Supervisor | ( ) Psychologist |
| ( ) Chief of Security | ( ) D Building Supervisor | ( ) Laundry Manager |
| ( ) Treatment Program Supervisor | ( ) Segregation Lieutenant | ( ) Food Services |
| ( ) Institutional Investigator | ( ) Segregation Sergeant | ( ) Records Manager |
| ( ) Disciplinary Hearings Officer | ( ) Personal Property | ( ) Business Manager |
| ( ) Mailroom | ( ) Maintenance | ( ) Safety Officer |
| ( ) Institutional Ombudsman | | |
| ( ) Counselor (name)_____ | | |
| ( ) Other (name)_____ | | |

*[Stamp: ASSISTANT WARDEN WALLENS RIDGE STATE PRISON OPERATIONS JAN 21 2000]*

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

*PLEASE BE ADVISED THAT MR. ROBINSON DID NOT RECEIVE THE IDENTIFICATION CARD HE SIGNED NOVEMBER 24 1999, ALONG WITH THE PHOTO THAT WAS TAKEN UPON HIS ADMISSION TO THIS FACILITY NOVEMBER 9, 1999 — INSTEAD STAFF TOOK NEW PICTURES OF HIM ON JANUARY 14, 2000 AND ISSUED HIM A COMPLETELY DIFFERENT I.D CARD. PLEASE EXPLAIN THE WHEREABOUTS TO THE PHOTOS AND I.D CARD OF NOVEMBER 9, 1999 AND WHY DIDN'T HE RECEIVE SAID I.D CARD LIKE ALL THE OTHER PRISONERS THAT ARRIVED TO THIS FACILITY WITH HIM NOVEMBER 9, 1999*

Inmate Signature **SHAWN L. ROBINSON**        Date **19TH, JANUARY 2000**

---

## Staff Response

Inmate Interviewed    ( ) Yes        (✓) No
Action Taken:

**See Other Side**

_____

_____

_____

_____

Staff Signature ___APA___        Date **1-23-2000**

REQUEST FOR SERVICES/COMPLAINT FORM

( √ ) Request for Services/Information
( ) Complaint

*ATTACHMENT A(5)*

Place a check (√) next to the individual or department to whom you wish to respond to your request/compl
Forward the form through the institutional mail. **Please print your name, number, and housing unit clea**

Inmate Name *ROBINSON S*      Number *275871*     Housing Unit/Cell *D-517*

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
( ) Counselor (name)_____
( ) Other (name)_____

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
( ) Maintenance

( √ ) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ) Safety Officer

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

*PLEASE DO A FOLLOW-UP EXAMINATION OF MR. ROBINSON'S EYES BECAUSE TONIGHT, 18TH NOVEMBER 1999 — AROUND 23:30 HOURS MR. ROBINSON HAD PAIN AND WHITE BLINDING FLASHES IN HIS RIGHT EYE — THAT MOMENTARILY PREVENTED HIM FROM SEEING. IF POSSIBLE PLEASE SCHEDULE MR. ROBINSON TO SEE THE EYE-DOCTOR AND GET HIS EYE-GLASSES.*

Inmate Signature *SHAWN L. ROBINSON*                 Date *18TH NOVEMBER 1999*

**Staff Response**

Inmate Interviewed    ( ) Yes      ( ) No
Action Taken:
*I put your name on nursing sick call to be seen.*

Staff Signature *J. Williams RN*                        Date *11/20/99*

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

( ✓ ) Request for Services/Information
( ) Complaint

*ATTACHMENT B (7)*

Place a check (√) next to the individual or department to whom you wish to respond to your request/compl
Forward the form through the institutional mail. **Please print your name, number, and housing unit cle:**

Inmate Name **ROBINSON S**      Number **275871**      Housing Unit/Cell **D-517**

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
( ) Counselor (name)_____
( ✓ ) Other (name) *CAPTAIN MAYNARD*

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
( ) Maintenance

( ) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ) Safety Officer

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

PLEASE TAKE SOME PICTURES OF MR. ROBINSON'S HEAD
AND INCLUDE IT IN HIS COMPLAINT BECAUSE MR. ROBINSON
HAS BALL SPOTS ALL OVER HIS HEAD AND THIN PATCHES OF
HAIR FROM WHEN CONN DOC STAFF BEAT HIM IN THE
HEAD AND PULLED OUT HIS HAIR ON THE 8TH NOVEMBER 14
MR. ROBINSON WILL LIKE THESE INJURIES DOCUMENTED
AS WELL. BEFORE HE CUTS HIS HAIR.

Inmate Signature **SHAWN L. ROBINSON**      Date **19TH NOVEMBER 14**

## Staff Response

Inmate Interviewed    ( ) Yes    ( ) No
Action Taken:

PICTURES WERE TAKEN OF YOU THE DAY THAT
YOU ARRIVED HERE AT WALLEN'S RIDGE. THERE
HAS BEEN NO INCIDENTS SINCE TO WARRENT
MORE PICTURES TO BE TAKEN.

Staff Signature _____      Date **11/23/98**

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(√) Request for Services/Information
( ) Complaint

*ATTACHMENT A (6.)*

Place a check (√) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. **Please print your name, number, and housing unit clearly.**

Inmate Name *ROBINSON, S*          Number *27587/*          Housing Unit/Cell *D-5/7*

This request/complaint is directed to:

| | | |
|---|---|---|
| ( ) Warden | ( ) A Building Supervisor | ( ) Medical |
| ( ) Assistant Warden of Operations | ( ) B Building Supervisor | ( ) Dentist |
| ( ) Assistant Warden of Programs | ( ) C Building Supervisor | ( ) Psychologist |
| ( ) Chief of Security | ( ) D Building Supervisor | ( ) Laundry Manager |
| ( ) Treatment Program Supervisor | ( ) Segregation Lieutenant | ( ) Food Services |
| ( ) Institutional Investigator | ( ) Segregation Sergeant | ( ) Records Manager |
| ( ) Disciplinary Hearings Officer | ( ) Personal Property | ( ) Business Manager |
| ( ) Mailroom | ( ) Maintenance | ( ) Safety Officer |
| ( ) Institutional Ombudsman | | |
| ( ) Counselor (name)_____ | | |
| (√) Other (name) *MS. CONIFF, HSA* | , **RECEIVED NOV. 9 1999** | |

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

*PLEASE TRY TO FIND OUT WHAT HAPPENED TO MR. ROBINSON'S PRESCRIPTION EYE-GLASSES AFTER HE WAS ASSAULTED ON NOV. 8 1999 OR PROVIDE HIM A NEW PAIR BECAUSE HE'S HAVING TROUBLE SEEING AND READING WITHOUT THEM.*

Inmate Signature *SHAWN L. ROBINSON*          Date *21ST NOVEMBER 1999*

### Staff Response

Inmate Interviewed   (√) Yes   ( ) No
Action Taken:

*You have been placed on the MD list for evaluation of seeing white flashes and copy of form will be given to Ms. Coniff.*

Staff Signature *Nurse Hornsby*          Date *11-21-99*

**WALLENS RIDGE STATE PRISON**
**REQUEST FOR SERVICES/COMPLAINT FORM**

NOV 22 1999

( ) Request for Services/Information
(✓) Complaint

*ATTACHMENT B (6)*

Place a check (√) next to the individual or department to whom you wish to respond to your request/compl:
Forward the form through the institutional mail. **Please print your name, number, and housing unit clea**

Inmate Name ROBINSON, S          Number 275871          Housing Unit/Cell D-517

This request/complaint is directed to:

( ) Warden
(✓) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
( ) Counselor (name)_____
( ) Other (name)_____

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
( ) Maintenance

( ) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ) Safety Officer

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

PLEASE PROVIDE MR. ROBINSON A COPY OF ALL THE REPORTS THAT WAS PREPARED BY STAFF AT THIS FACILITY, CONCERNING THE ASSAULT BY CONN DOC STAFF ON THE 8TH NOVEMBER 1999, INCLUDING PHOTOCOPIES OF ALL THE PICTURES THAT SAFETY OFFICER GILLIAM TOOK OF MR. ROBINSON'S BRUISES AND INJURIES ON NOVEMBER 10, 1999

Inmate Signature SHAWN L. ROBINSON          Date 21ST NOV. 1999

**Staff Response**

Inmate Interviewed ( ) Yes (✓) No
Action Taken:
MR ROBINSON,

You MAY CONTACT CAPTAIN MAYNARD, CT. DOC FOR THIS INFORMATION OR MATERIAL.

Staff Signature GP Kaney          Date 11-22-99

WALLENS RIDGE STATE PRISON
REQUEST FOR SERVICES/COMPLAINT FORM

11/24/99

( √ ) Request for Services/Information
( ) Complaint

*ATTACHMENT B(5)*

Place a check (√) next to the individual or department to whom you wish to respond to your request/compl
Forward the form through the institutional mail. **Please print your name, number, and housing unit cle**

Inmate Name __ROBINSON S__    Number __275871__    Housing Unit/Cell __D 517__

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
( ) Counselor (name)_____
( √ ) Other (name) __MR. WIANDT, INTERNAL AFFAIRS__

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
( ) Maintenance

( ) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ) Safety Officer

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

ON THE 8TH NOVEMBER 1999, MR. ROBINSON WAS BRUTALLY
ASSAULTED AND SERIOUSLY INJURED — MR. ROBINSON
WANTS TO FILE A FORMAL COMPLAINT AND PRESS
CRIMINAL CHARGES AGAINST THE INDIVIDUALS THAT ASSAULTE
HIM — ALSO, MR. ROBINSON WANTS TO MAKE A FORMA
COMPLAINT OF STAFF HARASSMENT AND MR. HARVEY
TOLD HIM TO WRITE YOU.

Inmate Signature __SHAWN L. ROBINSON__    Date __23RD NOV 1999__

**Staff Response**

Inmate Interviewed    ( ) Yes    (X) No
Action Taken:

YOUR ASSAULT COMPLAINT REFERS TO AN INCIDENT THAT
OCCURRED PRIOR TO YOUR ARRIVAL AT WRSP, CT. CAPT
MAYNARD IS AWARE OF THIS. IF YOU HAVE A COMPLAINT
CONCERNING THIS INSTITUTION, YOU NEED TO BE MORE
SPECIFIC. S/A J.P. WIANDT 11/24/99 gwm.

Staff Signature _____    Date _____

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) Request for Services/Information
( ) Complaint                          *ATTACHMENT A (7)*

Place a check (√) next to the individual or department to whom you wish to respond to your request/compl
Forward the form through the institutional mail. **Please print your name, number, and housing unit clea**

Inmate Name __ROBINSON, S__          Number __275871__     Housing Unit/Cell __D-517__

This request/complaint is directed to:

( ) Warden                          ( ) A Building Supervisor        (✓) Medical
( ) Assistant Warden of Operations  ( ) B Building Supervisor        ( ) Dentist
( ) Assistant Warden of Programs    ( ) C Building Supervisor        ( ) Psychologist
( ) Chief of Security               ( ) D Building Supervisor        ( ) Laundry Manager
( ) Treatment Program Supervisor    ( ) Segregation Lieutenant       ( ) Food Services
( ) Institutional Investigator      ( ) Segregation Sergeant         ( ) Records Manager
( ) Disciplinary Hearings Officer   ( ) Personal Property            ( ) Business Manager
( ) Mailroom                        ( ) Maintenance                  ( ) Safety Officer
( ) Institutional Ombudsman
( ) Counselor (name)_____
( ) Other (name)_____

Explain the reason for your request/complaint in the space provided.
**Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.**

PLEASE EXAMINE MR. ROBINSON'S HEAD, BECAUSE IT'S STILL
SORE FROM WHEN CONN DOC STAFF BEAT HIM IN THE HEAD AND
PULLED OUT HIS HAIR ON THE 8TH NOVEMBER 1999 — MR. ROBINSON
CONTINUE TO HAVE HEADACHES AS WELL FROM THIS ASSAULT.

Inmate Signature __SHAWN L. ROBINSON__          Date __23RD NOV. 1999__

### Staff Response

Inmate Interviewed    ( ) Yes    (✓) No
Action Taken:

__You will be placed on Nursing sick call__

Staff Signature __Nurse Bylow__          Date __11-23-99 93o__

# REQUEST FOR SERVICES/COMPLAINT FORM

(✓) Request for Services/Information
( ) Complaint

TREATMENT                          *ATTACHMENT 1-(2.)*

WALLENS RIDGE STATE PRISON
DEC 06 1999

Place a check (√) next to the individual or department to whom you wish to respond to your request/complaint.
Forward the form through the institutional mail. Please print your name, number, and housing unit clearly.

Inmate Name __ROBINSON, S__    Number __27587l__    Housing Unit/Cell ~~SHU~~

This request/complaint is directed to:

( ) Warden                              ( ) A Building Supervisor        ( ) Medical
( ) Assistant Warden of Operations      ( ) B Building Supervisor        ( ) Dentist
( ) Assistant Warden of Programs        ( ) C Building Supervisor        ( ) Psychologist
( ) Chief of Security                   ( ) D Building Supervisor        ( ) Laundry Manager
( ) Treatment Program Supervisor        ( ) Personal Property            ( ) Food Services
( ) Institutional Investigator          ( ) Safety Officer               ( ) Records Manager
( ) Disciplinary Hearings Officer       ( ) Institutional Ombudsman      ( ) Business Manager
( ) Mailroom                            ( ) Maintenance
(✓) Counselor (name) __MS. EATON__
( ) Other (name)_____

**Explain the reason for your request/complaint in the space provided. Do not add attachments. Please
print clearly. Only one concern per request/complaint. Be specific.**

PLEASE PROVIDE MR. ROBINSON HIS CUSTODY - SECURITY
LEVEL AND EXPLAIN WHY HE'S BEING CONFINED
IN THE SPECIAL HOUSING UNIT IN DETENTION WHEN
HE HAS NOT COMMITTED ANY INFRACTION WITHIN
VIRGINIA PRISON SYSTEM

Inmate Signature __SHAWN L. ROBINSON__        Date __5TH DEC 1999__

---

**Staff Response**

Inmate Interviewed    ( ) Yes        ( ) No
Action Taken:

Mr Robinson
    Va will not be doing a Custody-Security
Level on you. Connecticut placed you Level
and you are in Seg because because you
came from A.S Status. If this is a
problem you need to address this to Connecticut

Staff Signature __Counselor Eaton__        Date __12-6-99__

## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) Request for Services/Information
( ) Complaint

*ATTACHMENT F (3.)*

Place a check (✓) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. Please print your name, number, and housing unit clearly.

Inmate Name ROBINSON, S        Number 275871     Housing Unit/Cell D-5-11

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
(✓) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Counselor (name)_____
( ) Other (name)_____

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Personal Property
( ) Safety Officer
( ) Institutional Ombudsman
( ) Maintenance

( ) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager

Explain the reason for your request/complaint in the space provided. Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.

PLEASE SEND A COPY OR LIST OF ALL THE INFORMATION THAT VIRGINIA DEPARTMENT OF CORRECTION IS RELYING ON TO JUSTIFY MR ROBINSON'S PLACEMENT AT WALLENS RIDGE STATE PRISON — IN THE SPECIAL HOUSING UNIT ON DETENTION INCLUDING A COPY OF FORMS — DOC-11F · DOC-11J · AND ANY OTHER PERTINENT DOCUMENTS AND REPORTS.

TREATMENT
WALLENS RIDGE STATE PRISON
DEC 06 1999

Inmate Signature SHAWN L. ROBINSON        Date 5TH DEC 1999

---

**Staff Response**

Inmate Interviewed   ( ) Yes      ( ) No
Action Taken:

Mr Robinson
          Connecticut made the decision to send you to Va. Also you will remain in See until up to 6 months, then reviewed for release. You need to remain infraction free and cause no problems. The fact that you in See is you came from A.S. status.

Staff Signature Counselor Eaton        Date 12-6-99

99-00-5572

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) REQUEST FOR SERVICES/INFORMATION
( ) COMPLAINT                    *ATTACHMENT I.*

Place a check mark next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail.

Inmate Name *RUBISON. S*          Number *275871*   Cell *1/S4*   Date *N/I*

This request is directed to:

| | | |
|---|---|---|
| ( ) Warden | ( ) A Building Supervisor | ( ) Medical |
| ( ) Assistant Warden of Operations | ( ) B Building Supervisor | ( ) Dentist |
| ( ) Assistant Warden of Programs | ( ) C Building Supervisor | ( ) Psychologist |
| ( ) Chief of Security | ( ) D Building Supervisor | ( ) Laundry Manager |
| ( ) Treatment Program Supervisor | ( ) Personal Property | ( ) Food Services |
| ( ) Institutional Investigator | ( ) Safety Officer | ( ) Records Manager |
| ( ) Disciplinary Hearings Officer | ( ) Institutional Ombudsman | ( ) Business Manager |
| ( ) Mailroom | ( ) Maintenance | |
| ( ) Counselor (name) | | |
| (✓) Other (name) *SGT. SWORDS, PROPERTY* | | |

Explain the reason for your request/complaint in the space provided. Do not add attachments.
**Please Print Clearly. Only one concern or issue per request. Be specific.**

*PLEASE PROVIDE MR. ROBINSON WITH HIS IDENTIFICATION CARD SO HE'S ABLE TO GET HIS COMMISSARY AND MEDICATION — ALSO HE NEEDS A COPY OF THE PAPERS AND PROPERTY FORMS HE SIGNED ON THE 24TH NOVEMBER 1999 FOR HIS PROPERTY.*

*THANK YOU*

Inmate Signature *SHAWN L. RUBINSON*

## Staff Response

Inmate Interviewed ( ) Yes  (✓) No

Action Taken:
*You will recieve one shortly.*

*Sgt Sword*                    DEC 21 1999

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) REQUEST FOR SERVICES/INFORMATION
( ) COMPLAINT

*ATTACHMENT A(8)*

## INSTRUCTIONS
Place a check mark next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail.
### PLEASE PRINT CLEARLY

Inmate Name *ROBINSON, S / 275871*          Date *23RD FEB. 2000*

This request/complaint is directed to:

| | | |
|---|---|---|
| ( ) Warden | ( ) A Unit Security Supervisor | (✓) Medical Dept. |
| ( ) Assistant Warden of Operations | ( ) B Unit Security Supervisor | ( ) Dentist |
| ( ) Assistant Warden of Programs | ( ) C Unit Security Supervisor | ( ) Psychologist |
| ( ) Chief of Security | ( ) D Unit Security Supervisor | ( ) Laundry Manager |
| ( ) Treatment Program Supervisor | ( ) Personal Property | ( ) Food Services |
| ( ) Institutional Investigator | ( ) Safety Officer | ( ) Records Manager |
| ( ) Disciplinary Hearings Officer | ( ) Institutional Ombudsman | ( ) Business Manager |
| ( ) Mailroom | ( ) Maintenance Dept. | ( ) Chaplain |
| ( ) Counselor ( name) | | |
| (✓) Other (name) *MS. HUNSUCKER* | | |

**RECEIVED FEB 24 2000**

Explain the reason for your request/complaint in the space provided.
Do not add attachments. Only one issue per form. Be specific

*PLEASE BE ADVISED THAT THE NEW EYE-GLASSES MR.ROBINSON RECENTLY RECEIVES THE FRAMES ARE TO BIG AND THE PRESCRIPTION IS OFF*

Inmate signature/number *S.ROBINSON / 275871*   Date *23RD FEBRUARY 2000*

### Staff Response
Inmate Interviewed ( ) yes ( ) no
Action Taken
*The prescription used to make your glasses was the one from Connecticut on 8-4-99. If you want to have them checked to see if Rx in lense & the written Rx are the same send them to medical along with this note to my attention. Be advised you will be without your glasses for several week. as I have to send them back to the company.*
*M Farris 2-24-00*

Staff Signature_____ Date_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July 2007 that a copy of the foregoing (Letters/Complaints/Exhibits) will be mailed to all counsel on record, via my unit staff to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105

Mr. Robert A Rhodes, Esq.
Halloran & Sage,  LLP
315 Post Road West
Westport, CT  06880

MR. SHAWN L. ROBINSON
The Plaintiff  Pro Se