UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN ROBINSON,<br>Plaintiff, | : CIVIL NO. 3:02CV1943(CFD)(TPS) |
| V. | : |
| MICHAEL L. HOLLAND, ET AL. | : AUGUST 9, 2007 |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY BRIEF

The undersigned defendants hereby request an extension of time of thirty (30) days up to and including September 13, 2007 in which to file a reply to the plaintiff's opposition to the defendant's Motion for Summary Judgment filed on July 30, 2007. This additional time is necessary to address the various legal and factual arguments raised by the plaintiff in his opposition briefs to the motions for summary judgment filed by the undersigned defendants, as well as, the Department of Corrections defendants.

As the plaintiff is incarcerated, the defendants cannot determine his position concerning the granting of this motion. This is the first such motion filed by the defendants in this case.

WHEREFORE, the Motion for Enlargement of Time should be granted.

DEFENDANTS,
JOHN ZIERDT, JR., HENRY
SCOTT REID, ANTHONY NAPIER,
DAVID RYAN, II, B.D. BENDELOW
AND JOSE TAVAREZ

By _____
ROBERT A. RHODES of
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION OF SERVICE

      This is to certify that on this 10th day of August, 2007, a true copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Plaintiff, Shawn Robinson, pro se:

Shawn Robinson
oso 1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Various defendants, c/o:
Ann E. Lynch, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

                                                      Robert A. Rhodes

1024824v 1
315 Post Road West
Westport, CT 06880

2

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195