UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 AUG 23 P 2:39
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

SHAWN L. ROBINSON,  )
                   )
     Plaintiff,    )   CIVIL ACTION
                   )
   -VS-            )   NO. 3:02-CV-1943(CFD)(TPS)
                   )
MICHAEL L. HOLLAND, ET AL.,  )   16 AUGUST 2007
                   )
     Defendants.   )

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to Rule 6(b), of the Federal Rules of Civil Procedure, and Rule 7(b), of the Local Rules of Civil Procedure, requesting for an enlargement of time of forty-five (45) days, up to and including September 28, 2007, in which to refute the absurd defendants' reply dated August 9, 2007.

Plaintiff does not quite understand the assertion being made by the defendants in their response, because on July 30th plaintiff did send the defendants a copy of his declaration and exhibits that he had filed with this here Court, along with the memorandum of law and statement of disputed material facts.

If the defendants did not receive plaintiff's sworn affidavits or the attached exhibits, along with his memorandum of law and Rule 56(a)(2) statement, it's not the plaintiff's fault.

Once the plaintiff gives his outgoing legal mail to the prison staff to be mailed, it's totally out of his hands what they do with it. Plaintiff has no control when prison staff decides to mail it.

At this very moment, plaintiff is having problems with getting prison employees to make photocopies of documents that he wanted to send to the Court as exhibits, as well as obtaining medical reports out of his medical records.

The prison medical department here is denying plaintiff a copy of a Cat Scan report that was taking of his back more than four (4) months ago. The medical department claims that the business office must give them clearance, before they can give plaintiff a copy of his medical records. This is only a two (2) page report.

WHEREFORE, plaintiff ask that this Honorable Court grant his motion for enlargement of time.

RESPECTFULLY SUBMITTED,<br>
The Plaintiff Pro Se.<br>
<br>
Mr. Shawn L. Robinson<br>
#430720 - OS01503529<br>
P.O. Box 861<br>
Trenton, NJ  08625-0861

### CERTIFICATION

I hereby certify that on this 16th day of August 2007, that a copy of the foregoing will be placed into a sealed legal envelope and mailed via of prison staff to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

MR. SHAWN L. ROBINSON<br>
The Plaintiff  Pro Se