UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SHAWN L. ROBINSON, | CIVIL ACTION |
| Plaintiff, |  |
| -vs- | NO. 3:02-CV-1943(CFD)(TPS) |
| MICHAEL L. HOLLAND, ET AL., | 12 SEPTEMBER 2007 |
| Defendants. |  |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to Rule 6(b), of the Federal Rules of Civil Procedure, and Rule 7(b), of the Local Rules of Civil Procedure, requesting for an enlargement of time of thirty-five (35) days, up to and including October 28, 2007, in which to refute the TransCor defendants' reply dated September 4, 2007, as well as to object to the new arguments that were presented in their reply.

Plaintiff would like the chance to present a few exhibits and and a little bit of information to prove the defendants wrong.

WHEREFORE, plaintiff ask that this Honorable Court grant his motion for enlargement of time.

RESPECTFULLY SUBMITTED,
The Plaintiff Pro Se.

Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ  08625-0861

## CERTIFICATION

I hereby certify that on this 12th day of September 2007, that a copy of the foregoing will be placed into a sealed legal envelope and personally giving to 1-Right's prison staff to be mailed to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT 06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

                                                MR. SHAWN L. ROBINSON
                                                The Plaintiff Pro Se