UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN ROBINSON | : | PRISONER |
| | : | CIVIL NO. 3:02CV1943(CFD)(TPS) |
| VS. | : | |
| | : | |
| MICHAEL L. HOLLAND, ET AL. | : | SEPTEMBER 19, 2007 |

### MOTION FOR LEAVE TO AMEND
### ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and D.Conn. L. Civ. R. 7 the defendants in the above referenced matter, Wawryzyk, Sabettini, Deary, Norwood, Falk, Faucher, Rhodes, Manley, Faneuff, Seiffert, Kearney, Correia, Lynch, Strozier, Ames, Felton, Mitchell, Kuhlman, Thomas, Smith, Daire, Chapman, Germond, Bernard, Schreindorfer, Wilcox, Pepe, and Myers ("Wawryzk defendants") respectfully move for leave to amend their answer and special defenses to assert the additional defense of failure to exhaust administrative remedies. Wawryzk defendants initially filed their answer on November 28, 2005, prior to plaintiff being deposed. They did not include as an affirmative defense, failure to exhaust administrative remedies, through an oversight of counsel. However, the issue of plaintiff's failure to exhaust administrative remedies was fully raised and briefed in defendants' motion for summary judgment which was filed in January 2007. Plaintiff opposed the claim of failure to exhaust on the merits. Moreover, the court addressed the issue on the merits finding a genuine issue of material fact existed as to whether the plaintiff exhausted his administrative remedies. Plaintiff will not be prejudiced by the addition of the affirmative defense at this juncture.

          DEFENDANT,
          Wawryzk

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


BY: /s/_____
 Ann E. Lynch
 Assistant Attorney General
 Federal Bar No. ct08326
 110 Sherman Street
 Hartford, CT  06105
 Telephone No.:  (860) 808-5450
 Fax No.:  (860) 808-5591
 E-Mail:  ann.lynch@po.state.ct.us


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of September, 2007:

Shawn Robinson, No. oso1503529-430720
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Robert Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

       /s/_____
       Ann E. Lynch
       Assistant Attorney General