UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN L. ROBINSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> MICHAEL L. HOLLAND, ET AL., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> NO. 3:02-CV-1943(CFD)(TPS) <br><br> 18 SEPTEMBER 2007 |

## PLAINTIFF'S MOTION FOR JUDGMENT OF DEFAULT

Plaintiff Shawn L. Robinson respectfully moves this Honorable Court to enter default against Defendant Michael L. Holland, due to the following reasons:

1. Default is being sought against Defendant Michael L Holland for failure to file an appearance and answer or otherwise defend in this civil matter.

2. Defendant Michael L. Holland is not in the military service as shown by the attached affidavit.

WHEREFORE, plaintiff prays that this Honorable Court grant his motion for judgement of default against Michael L. Holland.

RESPECTFULLY SUBMITTED,
The Plaintiff Pro Se.

Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ 08625-0861

## CERTIFICATION

I hereby certify that on this 18th day of September 2007, that a copy of the foregoing will be placed into a sealed legal envelope and personally giving to 1-Right's prison staff to be mailed to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880-4739

Mr. Michael L. Holland
NH #38163 - CT #318810
New Hampshire State Prison
P.O. Box 14
Concord, NH  03301

                                             MR. SHAWN L. ROBINSON
                                             The Plaintiff  Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN L. ROBINSON,<br><br>    Plaintiff,<br><br>-vs-<br><br>MICHAEL L. HOLLAND, ET AL.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 3:02-CV-1943(CFD)(TPS)<br><br>18 SEPTEMBER 2007 |

## SWORN AFFIDAVIT AS TO MILITARY SERVICE

Plaintiff Shawn L. Robinson, being duly sworn, deposes and says:

1. I am the pro se plaintiff in the above captioned civil action. I make out this sworn affidavit pursuant to the requirements of the Solidars' and Sailors' Civil Relief Act, 50 U.S.C., Appendix, §520.

2. The defendant, Michael L. Holland is presently being forced to serve a prison sentence out-of-state, for the State of Connecticut, in New Hampshire's Department of Correction for 66 months.

3. Based on the attached United States Marshals Service forms and return receipts, the plaintiff believes that Mr. Michael L. Holland is not in the military services of the United States. (Attachment)

I hereby declare under penalty of perjury that the above statement is true and correct, pursuant to 28 USC 1746.

Affidant,

*/s/ Shawn L. Robinson*

Mr. Shawn L. Robinson

## CERTIFICATION

I hereby certify that on this 13th day of September 2007, that a copy of the foregoing (AFFIDAVIT AS TO MILITARY SERVICE) will be placed into a sealed legal envelope and personally hand to the unit staff of 1-Right, so it can be mailed to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880-4739

Mr. Michael L. Holland
NH #38163 - CT #318810
New Hampshire State Prison
P.O. Box 14
Concord, NH  03301

                                              MR. SHAWN L. ROBINSON
                                              The Plaintiff Pro Se