UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN L. ROBINSON,<br><br>          Plaintiff,<br><br>-VS-<br><br>MICHAEL L. HOLLAND, ET AL.,<br><br>          Defendants. | CIVIL ACTION<br><br>NO. 3:02-CV-1943(CFD)(TPS)<br><br>18 SEPTEMBER 2007 |

## PLAINTIFF'S AFFIDAVIT FOR ENTRY OF DEFAULT

Plaintiff Shawn L. Robinson, being duly sworn, deposes and says:

1. I am the pro se plaintiff in the above captioned civil action.

2. The defendant Michael L. Holland was served with a copy of the summons and complaint on March 23, 2007, as appears from the proof of service on file. [157]

3. Defendant Holland has not filed or served an answer or taken any other action as may be permitted by law since the date he was served.

I hereby declare under penalty of perjury that the above statement is true and correct, pursuant to 28 USC 1746.

Affidant,

Mr. Shawn L. Robinson

## CERTIFICATION

I hereby certify that on this 18th day of September 2007, that a copy of the foregoing (AFFIDAVIT FOR ENTRY OF DEFAULT) will be placed into a sealed legal envelope and personally hand to the unit staff of 1-Right, so it can be mailed to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT 06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

Mr. Micnael L. Holland
NH #38163 - CT #318810
New Hampshire State Prison
P.O. Box 14
Concord, NH 03301

                                                MR. SHAWN L. ROBINSON
                                                The Plaintiff Pro Se

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWN L. ROBINSON | 3:02-CV-1943(CFD)(PPS) |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL L. HOLLAND | SUMMONS & COMPLAINT |

SERVE ➡ AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MICHAEL L. HOLLAND

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. SHAWN L. ROBINSON
#430720 - 0301593529
P.O. BOX 861
TRENTON, NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | TEN (10) |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please make sure Mr. Michael L. Holland is served by hand and in person. Also, I ask that Mr. Holland be afforded all of his due process rights, and that no one be allowed to interfere with him being properly served with the summons and complaint, and that he is treated with respect.

THANK YOU VERY MUCH.

IFP

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: OCT 7, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service / Time / am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED        3. NOTICE OF SERVICE        FORM USM-285 (Rev. 12/15/80)

## RETURN OF SERVICE

Service was made by me on:[1]      Date: 3/23/07

Name of Server (print): Jamie Berry      Title: DUSM

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant at: NH State Prison, Concord, NH

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL      SERVICES $45.00      TOTAL $45.00

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 3/23/07
Date

Signature of Server

55 Pleasant S
Concord, NH 03301
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.