UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN L. ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>MICHAEL L. HOLLAND, ET AL., )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>NO. 3:02-CV-1943(CFD)(TPS)<br><br>18 SEPTEMBER 2007 |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to Rule 6(b), of the Federal Rules of Civil Procedure, and Rule 7(b), of the Local Rules of Civil Procedure, requesting for an enlargement of time of sixty (60) days, until November 17, 2007, in which to file an appeal and motion for reconsideration to the court orders recently filed on September 5, 2007. [178 & 179]

Plaintiff has just learned from the Inmates' Legal Assistance Program in Hartford, Connecticut about these orders, after Attorney Jessica J York had went online September 18, 2007, to check on some motions that were recently filed by the defendants and plaintiff.

Plaintiff wants to file this motion for enlargement of time in advance, because he never received any of these orders, and wants to make sure that his rights to appeal the decisions are perserved.

Plaintiff ask that he be sent a copy of these court orders, if the Court has indeed granted the defendants' motions for summary judgment, along with a copy of the Docket Sheet and the exhibits in his memorandum of law entered on August 8, 2007. [171]

Plaintiff cannot afford the cost of photocopying the requested documents, because he is an indigent prisoner.

WHEREFORE, plaintiff ask that this here Honorable Court grant his motion for enlargement of time.

RESPECTFULLY SUBMITTED,
The Plaintiff Pro Se.

_____
Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ  08625-0861

## CERTIFICATION

I hereby certify that on this 18th day of September 2007, that a copy of the foregoing will be placed into a sealed legal envelope and personally giving to 1-Right's prison staff to be mailed to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880-4739

_____
MR. SHAWN L. ROBINSON
The Plaintiff Pro Se