UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN L. ROBINSON,<br><br>      Plaintiff,<br><br>-vs-<br><br>MICHAEL L. HOLLAND, ET AL.,<br><br>      Defendants. | CIVIL ACTION<br><br>NO. 3:02-CV-1943(CFD)(TPS)<br><br>09TH OCTOBER 2007 |

## PLAINTIFF SEEKS A COPY OF EXHIBITS AND COURT ORDERS

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to Rule 54(c)3(iii) of the Local Rules of Civil Procedure, to request a copy of the exhibits that were filed on August 3, 2007 [#171].

Plaintiff need a copy of these exhibits, because he was forced to send his only copies that he possessed to the defendants and the Court.

Plaintiff is presently being confined out-of-state in Trenton, New Jersey, with a $2 million lien on him by the defendants, and he is indigent.

Plaintiff would appreciate if the Court have the Clerk forward him a copy of these exhibits, along with a copy of the Court orders [#177,178,179,182,187] that he noticed on the Court's Docket Sheet, in which he never received.

Plaintiff definitely needs to receive Docket #178 & 179, so he can review the Court's ruling on the defendants' motion for summary judgment, and know what issues he must address on appeal.

It is very strange that plaintiff did not receive these orders after thirty (30) days of the Court ruling, and the time to respond should not be calculate, until he signs a process and delivery mail receipt for it.

Plaintiff believes this is the work of the defendants and some of their friends here at Trenton, New Jersey State Prison.

If the Clerk's office have already forwarded these orders, the plaintiff would like to know when the Clerk mailed them, so he will be able to inquire to their whereabouts, and why he did not receive them.

RESPECTFULLY SUBMITTED,
The Plaintiff Pro Se.

Mr. Shawn L. Robinson
#430720 - 0501503529
P.O. Box 861
Trenton, NJ  08625-0861

## CERTIFICATION

I hereby certify that on this 09th day of October 2007, that a copy of the foregoing will be placed into a sealed legal envelope and personally giving to 1-Right's prison staff to be mailed to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105-2294

Mr. Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880-4739

MR. SHAWN L. ROBINSON
The Plaintiff Pro Se