UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN L. ROBINSON, | CIVIL ACTION |
| Plaintiff, | NO. 3:02-CV-1943(CFD)(TPS) |
| -VS- | |
| MICHAEL L. HOLLAND, ET AL., | 05TH OCTOBER 2007 |
| Defendants. | |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to Rule 6(b), of the Federal Rules of Civil Procedure, and Rule 7(b), of the Local Rules of Civil Procedure, requesting for an enlargement of time of twenty (20) days, until October 31, 2007, in which to file an objection to defendants' second motion to amend answer. [#185]

Plaintiff just received the Civil Docket Sheet from the Office of the Clerk, and after reviewing it, plaintiff noticed a number of entries by the court and defendants, but plaintiff has not received any of them.

If the court made rulings on the motions for summary judgment, plaintiff will need a copy of these orders and rulings, so he might be able to file an appeal.

When plaintiff talked to the clerk of the court last month, he was informed that these orders were mail, but as of this motion and date, plaintiff has never received them.

There was a missive enclosed on the Civil Docket Sheet, and it

stated, "Doc 171 was filed by you, and it is your responsibility to retain copies."

Plaintiff does not have any access to xerox machines or carbon paper, and he was told that the facility allegedly did not have any paper to do photocopies.

If plaintiff must pay for the copies of his exhibits from Dkt. No. 171, as he did in the filing fee, he does not have any problem.

WHEREFORE, plaintiff prays that this Honorable Court grant his motion for enlargement of time.

RESPECTFULLY SUBMITTED,
The Plaintiff Pro Se.

Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ 08625-0861

## CERTIFICATION

I hereby certify that on this 05th day of October 2007, that a copy of the foregoing will be placed into a sealed legal envelope and personally giving to 1-Right's prison staff to be mailed to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT 06105-2294

Mr. Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

MR. SHAWN L. ROBINSON
The Plaintiff Pro Se