UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN L. ROBINSON,
        Plaintiff,

-VS-

MICHAEL L. HOLLAND, ET AL.,
        Defendants.

CIVIL ACTION

NO. 3:02-CV-1943(CFD)(TPS)

05TH OCTOBER 2007

## PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to 28 U.S.C. § 1915, respectfully requests that counsel be appointed to represent him in this civil matter.

If the court has indeed ruled in favor for the defendants, and granted their motions for summary judgment, plaintiff respectfully request that he be allowed to renew his motion for appointment of pro bono counsel.

Plaintiff has filed several motions for appointment of counsel [#19,27,88,120,132] in this civil action for the following reasons:

1. Plaintiff is unable to afford counsel, and has been granted to proceed in forma pauperis. [Dkt #04]

2. Plaintiff has very limited knowledge of the law, the issues involved in this civil action are complex, and the law library here at New Jersey State Priosn is totally inadequate.

3. Furthermore, by plaintiff being confined out-of-state, in a maximum security prison, he has extremely limited access to the law library.

4. Also, plaintiff continue to have problems with his incoming and outgoing legal mail.

Plaintiff was instructed to renew his motion for appointment of counsel, once the court made a ruling on the defendants' motion for for summary judgment. [#159]

WHEREFORE, plaintiff prays that this Honorable Court grants his motion for appointment of pro bono councel in this case.

RESPECTFULLY SUBMITTED,
The Plaintiff Pro Se.

*(signature)*

Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ   08625-0861

## CERTIFICATION

I hereby certify that on this  05th day of October  2007, that a copy of the foregoing will be placed into a sealed legal envelope and personally giving to 1-Right's prison staff to be mailed to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT   06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT   06880-4739

*(signature)*

MR. SHAWN L. ROBINSON
The Plaintiff Pro Se