UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 NOV 19 A 11: 44

CIVIL ACTION

SHAWN L. ROBINSON,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　NO. 3:02-CV-1943(CFD)(TPS)
　　-vs-　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
MICHAEL L. HOLLAND, ET AL.,　　　　)　07 NOVEMBER 2007
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　 )

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to Rule 6(b), of the Federal Rules of Civil Procedure, and Rule 7(b), of the Local Rules of Civil Procedure, requesting for an extra thirty (30) days, to complete his motions for reconsideration to the court's orders [178/179] filed on September 5, 2007, until December 17, 2007, because he received these rulings last month, on October 13, 2007. (See Attachments)

Plaintiff might still be able to meet the dealline of November 17, 2007, but he just wants to make sure that it is filed in time, due to the slow mail delivery. (See Attached Mail Receipts)

WHEREFORE, plaintiff prays that this Honorable Court grant his motion for enlargement of time.

RESPECTFULLY SUBMITTED,
The Plaintiff Pro Se.

Mr. Shawn L. Robinson
#430720 - OS01503529
P.O. Box 861
Trenton, NJ 08625-0861

CERTIFICATION

I hereby certify that on this 7th day of November 2007, that a copy of the foregoing will be placed into a sealed legal envelope and personally giving to 1-Right's prison staff to be mailed to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT 06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

MR. SHAWN L. ROBINSON
The Plaintiff Pro Se

G-21        **NEW JERSEY STATE PRISON**        (Rev. 3/03)

Legal Mail/Accountable Non Legal Mail
Process and Delivery Receipt #_____

**Robinson    430720    (1R)    10/3/07**
Inmate Name    Number    Wing    Date

**Dis Court Hartford ct    10/1/07**
Sender    Address    Date (Postmark)

**E. L. Jackson    10/3/07**
Processed by: (Print and Sign)    Date

Traffic Control Officer (if relocated) (Print and Sign)    Date

**Sco. ? Hill    (D.S) 1-Right    10/3/07**
Issued by: (Officer Print and Sign)    Wing    Date

**SHAWN L. ROBINSON    30 OCTOBER 2007**
Inmate: (Print and Sign)    Date

**ONLY CIVIL DOCKET SHEET ENCLOSED.**

Item# _____

✓ Legal Mail

___ Non Legal Accountable

✓ Regular First Class (No special handling)

___ Inter Office (Truck Mail)

___ Registered/Certified

___ Return Receipt

___ Priority Mail

___ Express Mail

___ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier: _____

Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.
Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.

WHITE - Mailroom I/M file      YELLOW - Wing Officer
PINK - Inmate Receipt      GOLDENROD - Mailroom Operator files

G-21  NEW JERSEY STATE PRISON  (Rev. 3/03)

Legal Mail/Accountable Non Legal Mail

Process and Delivery Receipt # _____

ROBINSON  430720 (1R)  10/10/07
Inmate Name  Number  Wing  Date

US Dis Court Hartford, ct.  10/1/07
Sender  Address  Date (Postmark)

[signature]  10/10/07
Processed by: (Print and Sign)  Date

_____
Traffic Control Officer (if relocated) (Print and Sign)  Date

_____
Issued by: (Officer Print and Sign)  Wing  Date

SHAWN L. ROBINSON  10 OCTOBER 2007
Inmate: (Print and Sign)  Date

---

Item# _____

✓ Legal Mail

___ Non Legal Accountable

✓ Regular First Class (No special handling)

___ Inter Office (Truck Mail)

___ Registered/Certified

___ Return Receipt

___ Priority Mail

___ Express Mail

___ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier: _____

---

Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.
Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.

WHITE - Mailroom I/M file  YELLOW - Wing Officer
PINK - Inmate Receipt  GOLDENROD - Mailroom Operator files

G-21        NEW JERSEY STATE PRISON        (Rev. 3/03)

Legal Mail/Accountable Non Legal Mail

Process and Delivery Receipt #_____

| Inmate Name | Number | Wing | Date |
|---|---|---|---|
| Robinson | 430720 | (1R) | 10/11/07 |

| Sender | Address | Date (Postmark) |
|---|---|---|
| Dis Court | Hartford Ct | 10/9/07 |

Processed by: (Print and Sign) _Q. Curks_     Date 10/11/07

Traffic Control Officer (if relocated) (Print and Sign)     Date

Issued by: (Officer Print and Sign) B. Hill [signature]    Wing    Date 10/11/07

Inmate: (Print and Sign) SHAWN L ROBINSON     Date 11 OCTOBER 2007

Item #
- ✓ Legal Mail
- ___ Non Legal Accountable
- ✓ Regular First Class (No special handling)
- ___ Inter Office (Truck Mail)
- ___ Registered/Certified
- ___ Return Receipt
- ___ Priority Mail
- ___ Express Mail
- ___ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier: _____

Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.
Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.

WHITE - Mailroom I/M file     YELLOW - Wing Officer
PINK - Inmate Receipt     GOLDENROD - Mailroom Operator files

G-21

**NEW JERSEY STATE PRISON** (Rev. 3/03)

Legal Mail/Accountable Non Legal Mail
Process and Delivery Receipt #_____

Inmate Name: Robinson   Number: 430720   Wing: 1R   Date: 05" OCTOBER 2007

Sender: US Dist Court   Address: 9th Wd   Date (Postmark): 10-19-07

Processed by: (Print and Sign) G. Watts   Date:

Traffic Control Officer (if relocated) (Print and Sign)   Date:

Issued by: (Officer Print and Sign) Sgt. F. Hill   Wing:   Date: 10/19/07

Inmate: (Print and Sign) SHAWN L. ROBINSON   Date: 13TH OCTOBER 2007

Item# ✓ Legal Mail

____ Non Legal Accountable

____ Regular First Class (No special handling)

____ Inter Office (Truck Mail)

____ Registered/Certified

____ Return Receipt

____ Priority Mail

____ Express Mail

____ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier: _____

Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.
Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.

WHITE - Mailroom I/M file    YELLOW - Wing Officer
PINK - Inmate Receipt    GOLDENROD - Mailroom Operator files

G-21     NEW JERSEY STATE PRISON    (117)   rev. 3/03

Legal Mail/Accountable Non Legal Mail
Process and Delivery Receipt #

Inmate Name: Robinson   Number: 430720   Wing: 1R   Date: __

Sender: U.S. Dis Court   Address: __   Date (Postmark): 10-16-07

Processed by: (Print and Sign) G. Watts [signature]   Date: 10-20-07

Traffic Control Officer (if relocated) (Print and Sign)   Date: __

Issued by: (Officer Print and Sign) Z. Rogoshewski [signature] 1R   Wing: __   Date: 10.21.07

Inmate: (Print and Sign) SHAWN L. ROBINSON   Date: 21 OCT 2007

Item# __

☑ Legal Mail

___ Non Legal Accountable

___ Regular First Class (No special handling)

___ Inter Office (Truck Mail)

___ Registered/Certified

___ Return Receipt

___ Priority Mail

___ Express Mail

___ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier: __

Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.
Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.

WHITE - Mailroom I/M file    YELLOW - Wing Officer
PINK - Inmate Receipt    GOLDENROD - Mailroom Operator files

G-21            NEW JERSEY STATE PRISON          (Rev. 3/03)

Legal Mail/Accountable Non Legal Mail
Process and Delivery Receipt #_____

Robinson    430720    1K       10-29-07
**Inmate Name**   **Number**   **Wing**    **Date**

Dist. Court 450 Main St.      10-25-07
**Sender**      **Address**      **Date (Postmark)**

Inspection             10-29-07
**Processed by: (Print and Sign)**    **Date**

B. Hill                    10/29/07
**Traffic Control Officer (if relocated) (Print and Sign)**    **Date**

**Issued by: (Officer Print and Sign)**    **Wing**    **Date**

SHAWN L. ROBINSON      29TH OCTOBER 2007
**Inmate: (Print and Sign)**              **Date**

---

Item# _____

____ Legal Mail

____ Non Legal Accountable

     ____ Regular First Class (No special handling)

     ____ Inter Office (Truck Mail)

     ____ Registered/Certified

     ____ Return Receipt

     ____ Priority Mail

     ____ Express Mail

     ____ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier:_____

---

**Housing Officer:** If inmate has moved, hand deliver immediately to Traffic Control.
**Traffic Officer:** Promptly locate inmate housing location in iTag and arrange for immediate delivery.

**WHITE** - Mailroom I/M file      **YELLOW** - Wing Officer
**PINK** - Inmate Receipt          **GOLDENROD** - Mailroom Operator files

| G-21 | NEW JERSEY STATE PRISON | (Rev. 3/03) |

Legal Mail/Accountable Non Legal Mail

Process and Delivery Receipt # _____

Robinson  430720  1K                    10-29-07
**Inmate Name    Number    Wing    Date**

District Court 450 Main St          11-26-07
**Sender         Address             Date (Postmark)**

Chris Jackson                        11-29-07
**Processed by: (Print and Sign)      Date**

_____ / _____
**Traffic Control Officer (if relocated) (Print and Sign)    Date**

B. Hill  [signature]                 10/29/07
**Issued by: (Officer Print and Sign)    Wing    Date**

SHAWN L. ROBINSON       21st OCTOBER 2007
**Inmate: (Print and Sign)              Date**

---

Item# _____

____ Legal Mail

____ Non Legal Accountable

    ____ Regular First Class (No special handling)

    ____ Inter Office (Truck Mail)

    ____ Registered/Certified

    ____ Return Receipt

    ____ Priority Mail

    ____ Express Mail

    ____ Common Carrier Overnight or Priority Delivery
         (FedEx, UPS, etc.) carrier: _____

---

Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.
Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.

WHITE - Mailroom I/M file        YELLOW - Wing Officer
PINK - Inmate Receipt            GOLDENROD - Mailroom Operator files

G-21            **NEW JERSEY STATE PRISON**        (Rev. 3/03)

Legal Mail/Accountable Non Legal Mail

Process and Delivery Receipt # _____

| Inmate Name | Number | Wing | Date |
|---|---|---|---|
| Robinson | 430720 | (1R) | 9/6/07 |

| Sender | Address | Date (Postmark) |
|---|---|---|
| SAGE | Westport ct | 9/4/07 |

Processed by: (Print and Sign) _____ Date 9/6/07

Traffic Control Officer (if relocated) (Print and Sign) _____ Date

Issued by: (Officer Print and Sign) SCO P. Hill    Wing 1-Right    Date 09/06/07

Inmate: (Print and Sign) SI/W11 C. ROBINSON    Date 10 SEPT 2007

---

Item# _____

✓ Legal Mail

___ Non Legal Accountable

✓ Regular First Class (No special handling)

___ Inter Office (Truck Mail)

___ Registered/Certified

___ Return Receipt

___ Priority Mail

___ Express Mail

___ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier: _____

---

Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.
Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.

WHITE - Mailroom I/M file      YELLOW - Wing Officer
PINK - Inmate Receipt          GOLDENROD - Mailroom Operator files