UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 NOV 26  A 11: 50

| | |
|---|---|
| SHAWN L. ROBINSON, | CIVIL ACTION |
| Plaintiff, | |
| -vs- | NO. 3:02-CV-1943(CFD)(TPS) |
| MICHAEL L. HOLLAND, ET AL., | 15 NOVEMBER 2007 |
| Defendants. | |

### MOTION TO RECONSIDER THE COURT'S ORDER
### GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Shawn L. Robinson comes before this Honorable Court, pursuant to Rule 60(b)(6) the Federal Rules of Civil Procedure, and Rule 7(c) Local Rules of Civil Procedure, requests for the court to reconsider the order [No.179] dated September 5, 2007, granting the defendants' Motion for Summary Judgment. [No.147]

Since plaintiff just received a copy of the two (2) orders, he had no time to prepare a memorandum of law to support this motion.

Instead, plaintiff has submitted a declaration and exhibits to support this motion. Which is attached hereto.

WHEREFORE, the plaintiff respectfully asks that this Honorable Court reconsider its Order [#179] dated September 5, 2007, granting Defendants' Motion for Summary Judgment. [#147]

RESPECTFULLY SUBMITTED,
The Plaintiff Pro Se.

Mr. Shawn L. Robinson
#430720 - 0S01503529
P.O. Box 861
Trenton, NJ 08625-0861

## CERTIFICATION

I hereby certify that on this 15th day of November 2007, that a copy of the foregoing will be placed into a sealed legal envelope and personally giving to 1-Right's prison staff to be mailed to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT  06105-2294

Mr. Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880-4739

MR. SHAWN L. ROBINSON
The Plaintiff Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 NOV 26 A 11: 50

| | |
|---|---|
| SHAWN L. ROBINSON, | CIVIL ACTION |
| Plaintiff, | |
| -VS- | NO. 3:02-CV-1943(CFD)(TPS) |
| MICHAEL L. HOLLAND, ET AL., | 15 NOVEMBER 2007 |
| Defendants. | |

## DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION

PLAINTIFF SHAWN L. ROBINSON DECLARES UNDER PENALTY OF PERJURY.

I am the undersigned being duly sworn, hereby deposes and says:

1. I am the plaintiff in the above captioned civil action. I make this declaration in support of my motion for reconsideration to the order [No.179] dated September 5, 2007, granting defendants' motion for summary judgment. [No.147]

2. I was able to obtain some incident and investigative reports, via Freedom of Information, which will make this Court fully aware that defendants Michael Zacharewicz and Robert Knapp were actually present when I was brutally assaulted. See Exhibits (C)(D)(E)(F).

3. Defendant Micheal Lajoie was directly involved in many ways, but he mostly tried to help cover it up, besides fully knowing his subordinates plans to assault me.

I hereby declare under penalty of perjury that the above statement is true and correct, pursuant to 28 USC 1746.

Affiant,

Mr. Shawn L. Robinson

CERTIFICATION

I hereby certify that on this 15th day of November 2007, that a copy of the foregoing (Declaration of Shawn L. Robinson) will be placed into a sealed legal envelope and personally hand to the unit staff on 1-Right Housing Unit, and mailed to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT 06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

MR. SHAWN L. ROBINSON
The Plaintiff Pro Se

| Facility: Northern CT | Previously Interviewed Yes (No) | Supplementary | Statement Taken (Yes) No |
|---|---|---|---|

Nature of Complaint:                                                  EXHIBIT C

| Status: Employed | Last Name: Knapp | First Name: Robert | M.I. J | Sex: M | Race: W | DOB: |
|---|---|---|---|---|---|---|

| Date of Admittance | Charges: | I.D.# |
|---|---|---|

| Occupation if Staff Involved: Supervisor - Lieutenant | Address | Zip |
|---|---|---|

The following statement is made voluntarily without threat or promise of any benefit to me. I have submitted and read this statement and it is true to the best of my knowledge.

Signature: Robert Knapp       Date: 11-30-99

| Investigator: J.A. Saavedra / Lt. M. Matthew | Supervisor | Date | Time |
|---|---|---|---|

I have been employed by the D.O.C. since April of 1992 and have been assigned to N.C.I. since as a supervisor since June of 1999. On 11/9/99 I was assigned as day shift supervisor, assigned to supervise the I/M's in the gym. I/M Jocelyn complained about his back but was compliant. I/M Robinson was pretty quiet. He was sent last to the RHU because I was informed that he did not want to take a photo picture. I believe the midnight supervisor had told us that he would not take a picture a few days prior. I went down into the RHU once the gym was cleared of all the I/M's. I went into the RHU office to use the phone. I did not see I/M Robinson go from cell 4 to the photo room. I could hear him and the staff giving him instructions. I saw him being carried out by the extraction team. I believe I/M Jocelyn and Robinson were being escorted out to the bus together. I did not follow them out into the garage. I did not see staff strike him and did not hear him complain of being carry forward. I did not fill out a use of force or incident report. RK

| Investigator's Signature: Saavedra | Supervisor's Signature | Page # 1 Of | Date 11/30/99 |
|---|---|---|---|

*Attachment P   EXHIBIT D*
*NCI-99-542*
*IR#991/030*

CN 6901
12 / 93

# ATTACHMENT A
## CONNECTICUT DEPARTMENT OF CORRECTION

### CONTRABAND / CRIMINAL PHYSICAL EVIDENCE TAG AND CHAIN OF CUSTODY

**Facility / Unit:** Northern CI    **Evidence Tag No.** NCI-99-542

**Classification of Contraband / Criminal Physical Evidence:**
(Check one)

- ___ Weapon
- ___ Drug / Drug Paraphernalia
- ___ Alcohol (commercial or home made)
- ___ Appliance (e.g., television, radio, stereo, recorder, etc.)
- ___ Currency (money or other commodity of exchange)
- ___ Clothing
- ___ Miscellaneous Property
- _X_ Other

**Brief description of item or substance and any identifying mark(s):**
1-Video tape of inmate Robinson #148846 escorted from cell to gym, from gym to A&P cell #4 to photo imaging room thru sallyport.

**Location Found / Confiscated** _____

**By: Staff Name** _____    **Date / Time** _____

**From: Inmate Name** _____    **Inmate Number** _____

**Chain of custody - contraband / criminal physical evidence**
(signature required)

| STAFF FROM | STAFF TO | DATE / TIME | REASON | DISPOSITION |
|---|---|---|---|---|
| Aurora System | LT. Knapp | 11/08/99-3:00pm | Supervisor | |
| LT. Knapp | Safe | 11/08/99-5:00pm | Secured | |

(continue on back if necessary)

A22

| FACILITY Northern | PREVIOUSLY INTERVIEWED YES [ ] NO [ ] | SUPPLEMENTARY | STATEMENT TAKEN YES [ ] NO [ ] |
|---|---|---|---|
| NATURE OF COMPLAINT SD 99-41 | | | EXHIBIT E |
| STATUS | LAST NAME Zacharewicz | FIRST NAME Michael | M.I. | SEX | RACE | DOB | AGE |
| DO/ADMIT | | CHARGES | ID # |
| OCCUPATION IF STAFF INVOLVED | | ADDRESS | ZIP |

The following statement is made voluntarily without threat or promise of any benefit to me. I have submitted and read this statement and it is true to the best of my knowledge.

Signature: *[signed]* Date: 11/18/99

| INVESTIGATOR Lt. Kelly | SUPERVISOR | TIME 1130 | DATE 11/18/99 |

REPORT: I Correctional Captain Michael Zacharewicz, have been employed w/ the DOC for approx 15½ years. I have been assigned to Northern CI for 3½ years. On 11/8/99 I was working. There was a plan regarding the transfers. All supervisors were briefed and responsibilities were explained. I went to a few different places throughout the facility during the course of the day. There was no specific order in which inmates were to be bought down and to A+P. They were a few inmates including Joslyn and Robinson talking junk/crap while in the gym. I do not know who stripped Joslyn or inmate Robinson. I do not recall any problems in cell 4, when Robinson was

| INVESTIGATOR'S SIGNATURE Lt. Kelly | SUPERVISOR'S SIGNATURE | PAGE OF PAGES | DATE 11/18/99 |

| FACILITY | PREVIOUSLY INTERVIEWED YES [ ] NO [ ] | SUPPLEMENTARY | STATEMENT TAKEN YES [ ] NO [ ] |
|---|---|---|---|

NATURE OF COMPLAINT

PERSON INTERVIEWED (WZ)

in there. I did briefly see inmate Robinson in the photo imaging room. Staff were attempting to take his photo. I do recall Robinson making a complaint about being maced and I found that unusual because I personally did not see any signs that maced was used. They (staff) had to physically hold Robinson while his photo was taken. There were many staff in the area so I continued with my responsibilities. In the photo room I recalled seeing Lt. Holland and possibly Capt Janneff. I had no knowledge that inmate Robinson was maced. My Major Lajoie supervisor had contacted me at home and inquired whether inmate Robinson was maced. After my brief look in the photo image room, I left the area and went to the kitchen. I did not see inmate Joslyn or Robinson being carried out. (WZ)

| INVESTIGATOR'S SIGNATURE | SUPERVISOR'S SIGNATURE | PAGE OF PAGES | DATE |
|---|---|---|---|
| Lt. Kelly | | 2 of 2 | 11/18/99 |

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
SP-302-C REV 06/97 WDS

**CONTINUATION OF INVESTIGATION REPORT**

*EXHIBIT F.*

| CASE NUMBER | INCIDENT TYPE | PROSECUTOR'S REPORT | | | | |
|---|---|---|---|---|---|---|
| C-99-323568 | ASSAULT | ☐ HAS BEEN SENT | ☑ SUPPLEMENTARY | ☐ RE-OPEN | ☐ ASSIST | ☐ CLOSING |

**WITNESS:** Michael W. Zacharewicz   age 39   DOB ▮▮▮▮
Bilton Rd.,
Somers, Connecticut

**EMPLOYMENT:** State of Connecticut
Department of Corrections
Northern Correctional Institution
Bilton Rd.
Somers, Connecticut
**Telephone #** (860)-763-8600

The State of Connecticut Department of Corrections employs Michael W. Zacharewicz. The DOC has employed him for the past 15 1/2 years as a Correctional Officer. Zacharewicz provided information in a statement on his activities, assignment and observation on the date of this incident.

**ASSIGNMENT:** On 03/08/2000 Detective George Leitkowski and I were assigned By Sergeant William Shemansky a supervisor of the Connecticut State Police Eastern District Major Crime Unit to assist Detective Neverill Coleman in this investigation. This investigation is a complaint made by Inmates Shawn Robinson and Robert Joslyn. The Inmates stated that they were assaulted while in the custody of the State of Connecticut, Department of Corrections.

**ACTION TAKEN:** On 03/08/200 between 1130 and 1228 hours. Detective Leitkowski and I met with and interviewed Correctional Officer Michael W. Zacharewicz. The meeting took place in the second floor conference room of the Northern Correctional Institution, Bilton Rd. Somers, Ct. During the interview we obtained a (5) five page statement from Correctional Officer Zacharewicz. (For complete see attached statement)

**CASE STATUS:** ACTIVE...........................................................................

| STATUS OF CASE | 1. ACTIVE  2. CLEARED ARREST | 3. SUSPENDED  4. X-CLEARED | F. FUGITVE  6. NO CRIMINAL ASPECT | CODE 1 | AGE OF OLDEST ACCUSED (MUST BE USED WHEN CODE 2 OR 4 USED) | PAGE NUMBER 1 of 1 |
|---|---|---|---|---|---|---|
| SUPERVISOR'S SIGNATURE  Sgt. William Shemansky | | ID NO. 217 | INVESTIGATING TPR'S SIGNATURE  Det. Frederick M. Abrams | | ID NO 1092 | DATE OF REPORT 03/08/2000 |

MASTER COPY

03-22-00

DPS-633-C Rev. 7/94

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number: C99-323568
Date: 03-08-00
Time Started: 1130 HRS.
Time Ended: 1228 HRS.

P4# 763-8603
" 763-8600

WITNESS STATEMENT OF Michael W. Zacharewicz w/m

I, Michael W. Zacharewicz, date of birth [redacted], of Bilton Road (Northern CI), town/city of Somers, CT, make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

I am employed by the State of Connecticut Department of Corrections. I have been employed in this capacity for the past 15½ years. I presently hold the rank of Captain. As a Captain, my duties are to oversee the daily operations of the day shift. I work the day shift at the Northern Correctional Institute in Somers. The following statement concerns my activities and observations during the day shift of 11-08-99 at the Northern Correctional Institute.

On day shift 11-08-99 I worked in my normal capacity as shift commander. During this shift, approximately forty (40) inmates were scheduled for a transfer to a correctional facility in the State of Virginia. There were four (4) escort teams assigned to this transfer processing detail. I was assigned to oversee this detail and ensure that the operation plan was followed. This detail began between 10 and 11 o'clock in the morning.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: [signature] #63
Witness: Det. Frederick M. Abramo #1092
Signature: [signature]

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

Page 1 of 5 Pages.

DPS-630-C1 Rev. 7/95

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number C99-323568

STATEMENT OF Michael W. Zacharewicz

According to the operations plan, which was written specifically for this detail, prisoners were to be removed from their cell by one of four escort teams and taken to the classification room. The escort teams consists of two escort officers, a supervisor (Lt.), and one officer that was assigned to video tape the move. Once at the classification room the inmate was informed of his transfer to an out-of-state facility and questioned regarding emergency contact information and things of that nature. The inmate is then escorted to the gym where he remains until taken to the admitting and processing area. During this inmate escort detail, all involved inmates are restrained by handcuffs, shackles, and a teather chain.

One of the inmates involved in this transfer was a Shawn Robinson. I am familiar with inmate Robinson from past incidents he was involved in while housed at the Somers Correctional Facility. I first observed Robinson during this detail as he

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: [signature]
Witness: Det Broderick M Abrams #1092
Signature: X [signature]

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
If notarized, endorse here: _____

Page 2 of 5 Pages.

Case 3:02-cv-01943-CFD   Document 205-2   Filed 11/26/2007   Page 12 of 15

DPS-630-C1 Rev. 7/95

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number CW-03-5548

STATEMENT OF Michael W. Zacharewicz (Cont.)

ENTERED THE GYM AREA. I LATER SAW HIM ESCORTED BY A TEAM TO THE ADMITTING AND PROCESSING AREA (A&P). IN THE A&P INMATES ARE TAKEN TO A HOLDING CELL WHERE THEY ARE STRIP SEARCHED AND ISSUED A JUMP SUIT TO WEAR FOR THE TRANSFER. THREE OF THE FOUR HOLDING CELLS ARE MONITORED WITH CAMERAS. THE FURTHEST CELL, WHICH IS CELL NUMBER FOUR (4), WAS NOT MONITORED BY A CAMERA. DURING MY ROUTINE CHECK OF ALL AREAS INVOLVED IN THE PROCESSING OF INMATES I ENTERED THE PHOTO IMAGING ROOM. AT THIS TIME I OBSERVED THE INMATE SHAWN ROBINSON, RESISTING STAFF MEMBERS PRESENT. ROBINSON REFUSED TO HAVE HIS PICTURE TAKEN. I OBSERVED OFFICERS IN THE PHOTO IMAGING ROOM ATTEMPTING TO STRAIGHTEN HIS HEAD WITH THEIR HANDS. THE OFFICERS WERE TRYING TO REPOSITION ROBINSON'S CHIN IN ORDER TO TAKE THE REQUIRED PHOTOGRAPH. AT NO TIME DID I OBSERVE INMATE ROBINSON BEING STRUCK BY THE PERSONNEL PRESENT. ROBINSON'S PHOTOGRAPH WAS MOST LIKELY REQUIRED DUE TO HIS CHANGE IN APPEARANCE. DURING MY TIME IN THE PHOTO IMAGING ROOM I RECALL INMATE ROBINSON COMPLAINING OF

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: X _____

Witness: Det. Frederick M Abrams   Signature: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

Page **3** of **5** Pages.

Case 3:02-cv-01943-CFD  Document 205-2  Filed 11/26/2007  Page 13 of 15

DPS-630-C1 Rev. 7/95

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number: _____

STATEMENT OF Michael W. Zacharewicz (Cont.)

BEING MACED. I SAW NO SIGNS INDICATING THAT MACE HAD BEEN USED BY OUR PERSONNEL. I NOTED THAT NO CORRECTION PERSONNEL APPEARED TO BE SUFFERING FROM AN EXPOSURE TO MACE. I DID NOT DETECT THE USUAL ODOR OF THE AGENT WHEN IT IS USED NOR DID I OBSERVE ANY SIGNS OF THE CARRYING AGENT ON THE CLOTHING OF THE INMATE OR THE PERSONNEL ESCORTING ROBINSON. THE CHEMICAL AGENT, "CAPSTUN," WILL LEAVE AN ORANGE RESIDUE ON THE TARGETED AREAS WHETHER IT IS SKIN OR CLOTHING. THE INMATE DID HAVE HIS EYES CLOSED DURING THIS TIME BUT WHEN HE DID OPEN THEM, WHILE STILL IN THE PHOTO IMAGING ROOM, THEY WERE NOT BLOODSHOT NOR WERE THEY TEARING. ONCE ROBINSON APPEARED TO BE UNDER CONTROL I LEFT THE AREA TO CHECK ON THE REMAINDER OF THE DETAIL. OF THE FORTY INMATES PROCESSED, ROBINSON WAS ONE OF THE LAST TO GO THROUGH THE A&P. THAT WAS MY LAST CONTACT AND OBSERVATION OF INMATE SHAUN ROBINSON AT NORTHERN CORRECTION INSTITUTE. AT NO TIME DURING MY SHIFT DID I OBSERVE INMATE ROBINSON STRUCK (PUNCHES AND/OR KICKED) BY DEPARTMENT

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____  Signature: X _____

Witness: Det. Frederick M. Abramo #1092  Signature: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

Page 4 of 5 Pages.

Case 3:02-cv-01943-CFD    Document 205-2    Filed 11/26/2007    Page 14 of 15

DPS-630-C1 Rev. 7/95

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number: CR-593568

STATEMENT OF Michael W Zacharewicz (Cont.)

of Corrections personnel.

During my shift on 11-08-99 I saw inmate Robert Joslyn, on only one occassion. During this time inmate Joslyn was present within the gym area waiting to be escorted to the admitting and processing area. At no time during my observation of Joslyn did I observe Department of Corrections personnel use excessive force on or against him. I did not observe Joslyn being struck in any manner.

(END OF STATEMENT)

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: Det Surge H Little #868
Witness: Det Frederick M Abrams #1092

Signature: X
Signature:

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
If notarized, endorse here: _____

Page 5 of 5 Pages.

## CERTIFICATION

I hereby certify that on this 15th day of November 2007, that a copy of the foregoing (Exhibits) will be placed into a sealed legal envelope and personally hand to 1-Right's unit prison staff and mailed to the following:

Ms. Ann E. Lynch, Esq.
Attorney General Office
110 Sherman Street
Hartford, CT 06105-2294

Mr. Robert A Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

MR. SHAWN L. ROBINSON
The Plaintiff Pro Se