UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2008 MAR -3 P 12:19

SHAWN C. ROBINSON,
      PLAINTIFF,

V.

MICHAEL C. HOLLAND, ET AL.,
      DEFENDANTS.

CIVIL ACTION
NO. 03:02-CV-1943 (CFD)

27 FEBRUARY 2008

MOTION TO RECONSIDER ON MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

I FILE THIS MOTION TO RECONSIDER MY MOTION FOR APPOINTMENT OF COUNSEL, BECAUSE I AM UNABLE TO OBTAIN OR AFFORD COUNSEL TO REPRESENT ME IN THIS CASE, AND I NO LONGER HAVE ACCESS TO ANY OF MY LEGAL MATERIAL OR PERSONAL PROPERTY.

WHEREFORE, I HOPE THE COURT WILL RECONSIDER MY MOTION FOR APPOINTMENT OF PRO BONO COUNSEL.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF PRO SE.

*Mr. Shawn L. Robinson*
MR. SHAWN L. ROBINSON
#430720 - OSOI503529
P.O. BOX 861
TRENTON, NJ 08625-0861

CERTIFICATE OF SERVICE

I WILL TRY TO SERVE A COPY OF THE FOREGOING ON THIS 28TH DAY OF FEBRUARY 2008 TO THE FOLLOWING:

MS. ANN E. LYNCH, ESQ.
ATTORNEY GENERAL OFFICE
110 SHERMAN ST
HARTFORD, CT 06103

MR. ROBERT RHODES, ESQ.
HALLORAN & SAGE, LLP
315 POST ROAD WEST
WESTPORT, CT 06880

*Mr. Shawn L. Robinson*
MR. SHAWN L. ROBINSON
THE PLAINTIFF PRO SE.