UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2008 MAR 17 A 11: 51

| | |
|---|---|
| SHAWN L. ROBINSON, | CIVIL ACTION NO. |
| PLAINTIFF, | |
| V. | 3:02-CV-1943(CFD) |
| MICHAEL L. HOLLAND, ET AL., | 09TH MARCH 2008 |
| DEFENDANTS. | |

## MOTION TO RECONSIDER

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST THE DEFENDANT MICHAEL L. HOLLAND

I FILE THIS MOTION TO RECONSIDER THE COURT'S RECENT RULING ON MY MOTION FOR JUDGMENT BY DEFAULT AGAINST DEFENDANT MICHAEL L. HOLLAND FOR HIS FAILURE AND REFUSAL TO FILE AN APPEARANCE OR ANSWER IN THIS CIVIL ACTION AGAINST HIM.

IT HAS BEEN A YEAR SINCE THE UNITED STATES

MARSHALS PERSONALLY SERVED DEFENDANT HOLLAND WITH A COPY OF THE SUMMONS AND COMPLAINT.

PRESENTLY DOC STAFF AND OFFICIALS ARE DEPRIVING ME OF MY PROPERTY AND LEGAL MATERIALS, INCLUDING ALL OF MY COURT DOCUMENTS AND LEGAL PAPERS IN THIS CASE. BUT I DID WRITE DEFENDANT HOLLAND A LETTER ALONG WITH MY MOTIONS FOR JUDGMENT BY DEFAULT, INCOURAGING HIM TO FILE AN APPEARANCE AND ANSWER.

I NEVER FOUND OUT THE SPECIAL CIRCUMSTANCES THIS COURT MENTIONED AND RELIED ON IN ITS ORDER, BUT WHATEVER THE CIRCUMSTANCES AND SITUATION WERE TO PREVENT HIM FROM FILING AN APPEARANCE AND ANSWER OVER SEVERAL MONTHS AGO... IT SHOULD NOT BE AN EXCUSE AFTER ALL OF THIS TIME.

I AM ALSO INCARCERATED, AND CANNOT AFFORD LEGAL REPRESENTATION AND MUST LITIGATE THIS ACTION PRO SE., BUT I MANAGE TO AT LEAST LET THE COURT KNOW THAT I AM TRYING TO COMPLY WITH ITS ORDERS, EVEN WITH DOC STAFF AND OFFICIALS INTERFERING AND TAMPERING WITH MY LEGAL MAIL; DEPRIVING ME OF MY PROPERTY AND LEGAL MATERIAL FOR LONG PERIODS OF TIME; DENYING ME ADEQUATE USE OF THE LAW LIBRARY AND LEGAL SERVICES, AS WELL AS DAILY HARASSMENT.

ALSO, DEFENDANT HOLLAND HAS A BETTER AND HIGHER EDUCATION THAN ME.

HE CAN ALSO AFFORD TO HIRE AN ATTORNEY TO REPRESENT HIM. BECAUSE I HAVE NOT PUT A LIEN ON HIS ASSETS LIKE THE CONNECTICUT DEPARTMENT OF CORRECTIONS DID TO ME.

WHEREFORE, I WISH THE COURT WILL RULE IN MY FAVOR, AND ALLOW ME TO MOVE FOR DEFAULT

JUDGEMENT AGAINST DEFENDANT MICHAEL L. HOLLGIN FOR FAILURE TO FILE AN APPEARANCE AND ANSWER IN THIS CIVIL MATTER, SINCE LAST YEAR OF MARCH 2007.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF PRO SE

_Mr. Sh. L. Rob_____

MR. SHAWN L. ROBINSON
#430720 - OSOI503529
P.O. BOX 861
TRENTON, NJ 08625-0861

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT AN ATTEMPT WILL BE MADE TO MAIL A COPY OF THE FOREGOING TO THE FOLLOWING ON THIS 9TH DAY OF MARCH, 2008:

MS. ANN E. LYNCH, ESQ.
ATTORNEY GENERAL'S OFFICE
110 SHERMAN STREET
HARTFORD, CT 06105

MR. ROBERT A. RHODES, ESQ.
HALLORAN AND SAGE LLP
315 POST ROAD WEST
WESTPORT, CT 06880

_Mr. Shawn L. Rob_____
MR. SHAWN L. ROBINSON
THE PLAINTIFF PRO SE

-4-