

# STATE OF CONNECTICUT
*DEPARTMENT OF CORRECTION*
*OFFENDER CLASSIFICATION & POPULATION MANAGEMENT*
*INTERSTATE COMPACT OFFICE*
*1153 EAST STREET SOUTH*
*SUFFIELD, CONNECTICUT 06080*

February 22, 2008

Shawn Robinson
NJ# OS01503529
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Dear Mr. Robinson:

I am in receipt of your correspondence dated January 15, 2008 requesting grievance forms and claiming violations of your basic rights to include access to legal mail, visits, medical care, meals, and recreation.

A copy of your letter was also forwarded to the New Jersey Department of Corrections. They report that you went to the Law Library 36 times with the most recent being 11/13/07, and that you were provided legal assistance from the Inmate Legal Association five times most recently twice in September, 2007 on the 12th and 17th. You were provided legal phone calls 11 times in 2007 with the most recent being September 20th. On January 15, 2008 you were provided legal supplies. You sent out legal mail 21 times as noted by postage remits with the most recent being 1/16/08, and you received legal mail 12 times including six time in 2007 and six times thus far in 2008 with the most recent being 2/1/08.

You write that you are being denied outside recreation and exercise. As reported by the NJ DOC you are currently located at the New Jersey State Prison in 1 right, 3 tier which means that you have recreation in the A.M. on the first, fourth, seventh, tenth days of the month, etc and gym every four days.

Regarding medical care the NJ DOC medical department reports that you receive mental health treatment and are enrolled in the Cardiovascular Chronic Care Clinic and are followed every three months. They also report that you refused to sign for a MRI on 10/26/07, refused medication and refused the Chronic Care Clinic on 1/24/08.

You write that you are being denied family visits however you have 19 active visitors on your list including family and friends and you received a professional visit on 3/20/06 from Attorneys Ann Lynch, Michael Friedman and John Dietz.

You write that you are being denied meals however NJ DOC reports that inmates are permitted thirty minutes for mess periods. The only restrictions are that inmates must wear shoes, socks, shirts, and long pants and may not leave the Mess Hall/Dining Area with any food items other than the approved items, and line cutting line jumping is prohibited.

FEB 2 9 2008

Regarding being denied stationary and hygiene items New Jersey State Prison doe not permit commissaries to be issued while an inmate is in 1-Left (lock up) since you are no longer in this wing I would assume this is no longer an issue.

As you have requested I have attached grievance forms for your review along with a copy of Administrative Directive 9.6, which has recently been revised and is effective as of 1/1/2008. Please follow the NJ DOC chain of command concerning facility issues prior to writing this office.

Sincerely,

Lynn Milling
Deputy Warden, Interstate Compact Office


Attachment


Cc:   Donna Sweeney-Elrose, NJ DOC
      Ann E. Lynch, Attorney General's Office
      Inmate Master File

# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 1/10/08

This form replaces Inmate Grievance Form - Level 1, which is obsolete.

| Facility/Unit: | Date: |
|---|---|
| Inmate name: | Inmate number: |

**SECTION 1** — SELECT ADMINISTRATIVE REMEDY <u>A</u>, <u>B</u> or <u>C</u> BELOW.

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

- **A.** ☐ I am filing a Grievance. > Complete Section 3 >>>
- **B.** ☐ I am requesting a Health Services Review:
  - ☐ Diagnosis/Treatment >
  - ☐ All Other Health Care Issues >
  
  Complete Section 2 below
- **C.** ☐ I am filing an Appeal of a: (select one below.)
  - ☐ Disciplinary Action > Complete Section 4 >>>
  - ☐ Special Management Decision >
  - ☐ Classification Decision >
  - ☐ Publication Review Committee Decision >
  - ☐ Furlough Decision >
  - ☐ Security Risk Group Designation >
  - ☐ ADA Decision >
  - ☐ Determination of Grievance Process Abuse >
  
  Complete Section 2 below

**SECTION 2** — STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

| Inmate signature: | Date: |
|---|---|

**For all remedies except health services, deposit this form in the <u>Administrative Remedies box</u>.**
**For a health services issue, deposit this form in the <u>Health Services box</u>.**



# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/8/08

| Inmate name: | | Inmate number: |
|---|---|---|
| Facility/Unit: | Housing unit: | Date: |
| IGP number: | T number: | |

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because:

| Inmate signature: | Date: |
|---|---|

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 2 reviewer:

☐ This grievance may be appealed within 5 days to Level 3.
☐ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

| Inmate signature: | Date: |
|---|---|

**Deposit your appeal in the "Administrative Remedies" box.**

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 3 reviewer:

 

# NEW JERSEY STATE PRISON MAILROOM
## INTER-OFFICE MEMORANDUM

**To:** Mr. J. Bell
Assistant Superintendent

**From:** Sergeant S. Davis

**Date:** February 1, 2008

**Ref:** I/M Robinson, S. # 430720/ SBI# OS01503529

Sir,

I have investigated the issues presented by I/M Robinson in regards to access to property and the courts, and legal mail.

In reference to Outgoing Legal Mail: This mail would only have been recorded by the Cass Street mail Room if it was sent via Certified Mail. Any items sent via Regular First Class Mail are not recorded or traceable. A check of the Certified Outgoing Mail Logbook back to the date of June 2007 found no record of any outgoing certified mail sent by this inmate.

In reference to providing Incoming Legal Mail to the inmate: Due to the extreme amount of incoming legal mail recorded and the fact that no dates were specified in the request, I searched from December 1, 2007 to February 1, 2008 to provide a test area. A check of the Incoming Legal Mail Logbook found the twelve pieces of mail was delivered, processed and sent inside to the inmate's housing unit.

The mail received during the time period checked is as follows:

| Date Received | Received From |
| --- | --- |
| ❖ February 1, 2008 | Koskoff (Attorney) |
| ❖ January 22, 2008 | Innocence Project |
| ❖ January 17, 2008 | Koskoff (Attorney) |
| ❖ January 16, 2008 | Attorney General- CT |
| ❖ January 15, 2008 | Inmate Legal Assist |
| ❖ January 8, 2008 | Koskoff (Attorney) |
| ❖ December 31, 2007 | Halloran |
| ❖ December 17, 2007 | Sage |
| ❖ December 15, 2007 | Public Advocate |
| ❖ December 14, 2007 | District Court- Hartford |
| ❖ December 13, 2007 | Schulman |
| ❖ December 12, 2007 | District Court |

Additionally I have researched the inmate's file in the Property Room. The file contained inventory sheets and package slips dating from 2003 – 2005. There is a packet from September 8, 2004 referencing I/M Robinson's claim that "someone stole 23 cassette tapes from his property in storage". The initial property was seized on April 17, 2003. The claim was noted on the form on May 28, 2004. However there is a CO-24 Outgoing package Invoice noting that SCO Lattin mailed the 23 tapes to a Major Lynn Miling, Connecticut Department of Corrections on August 26, 2004. This action was taken at the inmate's request. (Copy Attached) There are no additional references to any property related problems in the file.

Due to the short time frame for this report, I have not included copies of the Mail Log Books. If copies are required, they will be provided. Thank you.



## State of New Jersey
DEPARTMENT OF CORRECTIONS
NEW JERSEY STATE PRISON
PO BOX 861
TRENTON NJ 08625-0861

JON S. CORZINE
*Governor*

GEORGE W. HAYMAN
*Commissioner*

### MEMORANDUM

**TO:** Donna Sweeney-Elrose, Supervisor Administrative Analyst
Interstate Services – Parole Monitoring & Juvenile

**FROM:** Michelle R. Ricci, Administrator
New Jersey State Prison

**DATE:** February 1, 2008

**SUBJECT:** Shawn Robinson #430720

Attached is the New Jersey State Prison Law Library Log indicating the dates Inmate S. Robinson (#430720) was provided access to the Law Library, legal assistance, legal telephone calls and legal supplies.

The dates he went to the Law Library are listed below:

| | | |
|---|---|---|
| January 2, 2007 | January 12, 2007 | March 12, 2007 |
| March 22, 2007 | April 17, 2007 | April 20, 2007 |
| April 26, 2007 | April 30, 2007 | May 2, 2007 |
| May 3, 2007 | May 11, 2007 | May 21, 2007 |
| June 22, 2007 | July 2, 2007 | July 13, 2007 |
| July 16, 2007 | July 19, 2007 | July 23, 2007 |
| July 25, 2007 | July 26, 2007 | July 31, 2007 |
| August 6, 2007 | August 9, 2007 | August 16, 2007 |
| August 27, 2007 | August 28, 2007 | August 31, 2007 |
| September 11, 2007 | September 18, 2007 | September 24, 2007 |
| September 26, 2007 | September 27, 2007 | October 30, 2007 |
| November 1, 2007 | November 5, 2007 | November 13, 2007 |

He was provided legal assistance from the Inmate Legal Association on the following dates:

| | | |
|---|---|---|
| April 8, 2007 | July 20, 2007 | August 24, 2007 |
| September 12, 2007 | September 17, 2007 | |

*New Jersey Is An Equal Opportunity Employer • Printed on Recycled and Recyclable Paper*

He was provided legal phone calls on the dates listed below:

| | | |
|---|---|---|
| January 9, 2007 | February 23, 2007 | March 27, 2007 |
| April 12, 2007 | April 23, 2007 | May 8, 2007 |
| May 23, 2007 | June 29, 2007 | August 21, 2007 |
| September 6, 2007 | September 20, 2007 | |

On January 15, 2008 Inmate Robinson received legal supplies.

Attached you will find copies of Postage Remits submitted by Inmate Robinson for outgoing legal mail for the following dates:

| | | |
|---|---|---|
| January 16, 2008 | December 20, 2007 (2) | November 30, 2007 (2) |
| November 16, 2007 (2) | November 12, 2007 (2) | November 14, 2007 (2) |
| October 5, 2007 | September 18, 2007 (2) | September 25, 2007 (2) |
| September 12, 2007 | September 11, 2007 | August 24, 2007 |
| July 30, 2007 (4) | July 21, 2007 (3) | July 17, 2007 |
| July 3, 2007 | June 29, 2007 | May 16, 2007 |
| March 21, 2007 | March 15, 2007 | February 5, 2007 |

Inmate Robinson received legal mail on the following dates:

| | | |
|---|---|---|
| December 12, 2007 | December 13, 2007 | December 14, 2007 |
| December 15, 2007 | December 17, 2007 | December 31, 2007 |
| January 8, 2008 | January 15, 2008 | January 16, 2008 |
| January 17, 2008 | January 22, 2008 | February 1, 2008 |

Attached for your record is a 2 page report from the Mail Room Supervisor, Sgt. Davis indicating the above dates. If you need more dates please let me know and they will be provided.

Sgt. Davis' report also indicates that Inmate Robinson had a property issue concerning cassette tapes. This issue dates back to April 17, 2003. However, on August 26, 2004 the tapes in question were mailed to Major Lynn Miling of the Connecticut Department of Corrections at the inmate's request.

Attached for your review is Sgt. Davis' report along with the inmate's outgoing package invoice dated June 17, 2004.

MRR:JB:rj

Enclosures
C:   File