UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN L. ROBINSON,
    Plaintiff,

V.                              CIV. NO. 3:02CV1943(CFD)

MICHAEL L. HOLLAND, ET AL.,
    Defendants.

### WRIT OF HABEAS CORPUS

TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, GREETING:

By authority of the United States of America, you are hereby commanded to bring **Shawn L. Robinson**, New Jersey inmate no. oso1503529-430720, who is currently confined by the New Jersey Department of Corrections, in Trenton, NJ, before the United States District Court for the District of Connecticut, at 450 Main Street, Hartford, Connecticut, on the 28th day of August, 2008, at 10:00 a.m., to participate in a settlement conference in a civil matter pending before this court. Prior to and on that date, **Shawn L. Robinson** will be in the custody of the Connecticut Department of Corrections.

Dated at Hartford, Connecticut, this 14th day of May, 2008.

BY ORDER OF THE COURT

/s/ Thomas P. Smith, USMJ

THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE