**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**SHAWN L. ROBINSON,**
    **Plaintiff,**

**V.**                                                **CIV. NO. 3:02CV1943(CFD)**

**MICHAEL L. HOLLAND, ET AL.,**
    **Defendants.**

## WRIT OF HABEAS CORPUS

**TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, GREETING:**

By authority of the United States of America, you are hereby commanded to bring **Shawn L. Robinson**, New Jersey inmate no. oso1503529-430720, who is currently confined by the New Jersey Department of Corrections, in Trenton, NJ, before the United States District Court for the District of Connecticut, at 450 Main Street, Hartford, Connecticut, on the 1st of October, 2008, at 10:00 a.m., the 2nd of October, 2008 at 10:00 a.m., and the 3rd of October, 2008 at 10:00 a.m. to participate in a settlement conference in a civil matter pending before this court. Prior to and on that date, **Shawn L. Robinson** will be in the custody of the Connecticut Department of Corrections.

Dated at Hartford, Connecticut, this 15th day of September, 2008.

                                      **BY ORDER OF THE COURT**

                                      **/s/TPS**
                                      **THOMAS P. SMITH**
                                      **UNITED STATES MAGISTRATE JUDGE**